# English Literature

by colonial and postcolonial histories. We will explore the relationship between reader and writer; between the writer and the text; and between ourselves as critics and the worldviews we bring to bear on so-called "non-western" literatures. The class will survey a range of late 20th-century novels and essays in English, and will introduce students to a variety of critical approaches in contemporary global literatures. Authors include Zadie Smith, *White Teeth*; Arundhati Roy, *The God of Small Things*; and V.S. Naipaul, *The Enigma of Arrival*.

1 credit.

Fall 2012. Mani.

### 080–096: Critical Theory, Film, and Media Studies

Please see the film and media studies section for additional course listings.

### ENGL 081. Bad Research and Information Heresies
(Cross-listed as HIST 090C)

This cross-disciplinary class takes apart the distinctions between academic, professional, and everyday research with the modest goal of rebuilding the past, present, and future of inquiry in the humanities. Learn how novelists, baseball players, hedge fund managers, labor activists, train conductors, historians, literary critics, health care advocates, parents, hedgehogs, public interest lawyers, French sociologists, and demons in fact and fiction ask and answer research questions. Discover techniques, methodologies, and anti-methodologies that will enrich your own present and future research projects. We will ask questions like "What is the proper object of research?" "What is a researchable question?" and even "Does research require an object at all?" We will explore topics like search (from eighteenth-century dictionaries and encyclopedias through library catalogs and Google); metadata; the theory and aesthetics of research; print vs digital formats and strategies; very large data sets; the digital humanities; the invention of "facts"; information as concept and theory; realism and the novel; the impact of intellectual property; and [your research project here]. Our chronology will extend from the early modern era through the last day of class.

Open to juniors and seniors from any major.

1 credit.

Fall 2012. Buurma and Burke.

### ENGL 082. Transnational Feminist Theory
(Cross-listed as GSST 020)

This class introduces perspectives from domestic United States and global contexts in order to ask: How do the contributions of women of color in the United States and of feminist movements in the "Third World" radically reshape the form and content of feminist and queer politics? Through critical inquiry into major texts in transnational feminist and queer studies, the course dynamically reconceptualizes the relationship between women and nation; between gender, sexuality and globalization; and between feminist/queer theory and practice.

1 credit.

Fall 2013. Mani.

### ENGL 087. American Narrative Cinema
(Cross-listed as FMST 021)

Considers film as narrative form, audiovisual medium, industrial product, and social practice, emphasizing the emergence and dominance of classical Hollywood as a national cinema, with some attention to independent narrative traditions such as "race movies." Genres such as the western, the melodrama, and film noir express aspirations and anxieties about race, gender, class and ethnicity in the United States. Auteurist, formalist, Marxist, feminist, and psychoanalytic methods will be explored.

1 credit.

Fall 2012. White.

### ENGL 091. Feminist Film and Media Studies
(Cross-listed as FMST 045 and GSST 020)

This course focuses on critical approaches to films and videos made by women in a range of historical periods, national production contexts, and styles: mainstream and independent, narrative, documentary, video art, and experimental. Readings will address questions of authorship and aesthetics, spectatorship and reception, image and gaze, race, sexual, and national identity, and current media politics.

1 credit.

Spring 2013. White.

### 097–099: Independent Study and Culminating Exercises

### ENGL 097. Independent Study and Directed Reading

Students who plan an independent study or a directed reading must consult with the appropriate instructor and submit a prospectus to the department by way of application for such work before the beginning of the semester during which the study is actually done. Deadlines for the receipt of written applications are the second Monday in November and the first Monday in April. Normally limited to juniors and seniors and available only if a professor is free to supervise the project.

0.5 or 1 credit.

Staff.

# English Literature

### ENGL 098, 098A. Senior Thesis

Course majors in the department may pursue a thesis of their own choosing under the supervision of a member of the department. The thesis may be for 1 (40-50 pages) or 2 (80-100 pages) credits. A brief prospectus for the project must be submitted for approval by the department in April of the junior year. Before submitting this prospectus, course majors should consult with the department chair and with the department member who might supervise the project. This work must be separate from that of the senior culminating essay, required of every course major for graduation. Available only if a professor is free to supervise the project.

1 or 2 credits.

Staff.

### ENGL 099. Senior Course Majors Colloquium***

This colloquium is open to, and required for, senior course majors in English Literature. The colloquium will focus on the senior essays required for the major, and will offer a structured experience of research, discussion, and thesis writing. Featuring a series of guest lectures by members of the English Literature Department, and critical readings on literary theory and methodology, the class offers a culminating experience for English course majors. Short writing assignments in this class will build towards the senior essay, as students work in peer-centered environments as well as in one-on-one conversations with the instructor. Students are expected to complete their senior essays by the end of the fall semester. A reading list will be available in September 2012.

Note: This colloquium may count as either a pre– or a post–1830 credit, depending on the final essay topic. ENGL 099 will be offered for seniors every fall.

1 credit.

Fall 2012. Mani.

### ENGL 099W. Senior Course Majors Colloquium***

Only senior English majors who need one more W (writing) credit should enroll in this section of the course. The work will be the same as ENGL 099, but the writing requirements will include more revision work.

Prior approval from the professor is needed before enrolling in ENGL 099W.

1 credit.

Fall 2012. Mani.

## Seminars

Honors seminars are open to juniors and seniors only and require approval of the department chair. Priority is given to honors majors and minors.

### ENGL 101. Shakespeare*

Study of Shakespeare as a dramatist. The emphasis is on the major plays, with a more rapid reading of much of the remainder of the canon. Students are advised to read widely among the plays before entering the seminar (pre–1830). Students who have taken ENGL 020 may take this seminar for 2 credits.

2 credits.

Fall 2012, spring 2013, and fall 2013. Johnson. Spring 2014. Song.

### ENGL 102. Chaucer and Medieval Literature*

A study of selected texts of medieval English literature with an emphasis on Chaucer. Texts will include *Beowulf*, and other Old English poems, *Sir Gawain and the Green Knight*, *Pearl*, selections from Chaucer's *Canterbury Tales* and *Troilus and Criseyde*, Margery Kempe's autobiography, selected mystery plays and *Everyman*, and Arthurian materials. Most of the Chaucer selections will be read in Middle English; other texts will be read in translation. The seminar will also include some comparative texts—sources, analogues, and modern retellings of particular stories—such as John Gardner's novel, *Grendel*, and versions of *Troilus and Criseyde* by Boccaccio and Shakespeare.

2 credits.

Not offered 2012–2013. Williamson.

### ENGL 105. Tolkien and Pullman and Their Literary Roots***

A study of the major works of Tolkien (*The Hobbit, Lord of the Rings*, portions of *The Silmarillion* and *Lost Tales*) and Pullman (*Ruby in the Smoke, His Dark Materials*, and other selections)—in the context of their early English sources. For Tolkien, the sources will include *Beowulf*, Old English riddles and elegies, Middle English *Sir Orfeo*, and *Sir Gawain and the Green Knight* (in Tolkien's translation) along with some Old Norse materials. For Pullman, sources will include medieval stories of the Creation and Fall, and selections from Milton's *Paradise Lost* and Blake's *Songs of Innocence and Experience*. Film versions and critical works on Tolkien and Pullman will be included. This seminar may be counted as either Group I or Group II; in either case, the credits counted toward the major will be one pre-1830 credit and one post-1830 credit.

2 credits.

Spring 2014. Williamson.

# English Literature

## ENGL 110. Romanticism*

We'll read the women poets of the period (Smith, Robinson, Baillie, Wordsworth, Hemans, and L.E.L.) alongside their more famous male contemporaries (Blake, Wordsworth, Coleridge, Byron, Shelley, and Keats) in order to explore issues of concern to both: formal innovation, colonial expansion, (counter) revolutionary politics (pre–1830).

Eligible for GSST credit.

2 credits.

Spring 2013. Bolton.

## ENGL 111. Victorian Literature and Culture

This research-intensive seminar focuses on the Victorian novel as both a genre and a material object in its print cultural context, setting this approach within the broader world of Victorian literature and culture in order to examine the ways in which the novel was both product and producer of its historical moment. Readings will include novels by authors like George Eliot, Anthony Trollope, Elizabeth Gaskell, Wilkie Collins, George Meredith, Thomas Hardy, Bram Stoker, and Margaret Oliphant as well as readings in novel theory and cultural and literary criticism.

2 credits.

Spring 2013. Buurma.

## ENGL 112. Contemporary Women's Poetry

Women's poetry of the 20th and 21st centuries: "Tell it slant," Emily Dickinson advises, and women poets—whether or not they have read her work—have typically taken her subversive advice to heart. How women "slant" their truth, and how their poetic methods differ—if at all—from those of their male counterparts will form the center of this inquiry into modernist and postmodernist feminist aesthetics (post–1830).

2 credits.

Fall 2012. Anderson.

## ENGL 115. Modern Comparative Literature

The semester will focus on Modernism: theory and fiction. Drawing on a range of authors writing between the 1840s and the 1940s, this seminar will attend to the conceptual underpinnings of European modernism and will seek to come to terms with several of its most salient texts. Primary readings will be drawn from among the following writers: Kierkegaard, Marx, Dostoevsky, Nietzsche, Freud, Rilke, Kafka, Proust, Joyce, Woolf, Benjamin, and Beckett. Secondary readings will include essays by Adorno, Lukacs, Bakhtin, Deleuze, De Certeau, and others. Students should have read Joyce's *Portrait of the Artist as a Young Man* prior to taking this seminar (post–1830).

Students who have taken ENGL 073 should confer with the professor before enrolling in ENGL 115; they will receive 1 credit for this seminar.

2 credits.

Spring 2013 and spring 2014. Weinstein.

## ENGL 116. American Literature

Advanced work in U.S. literary history, with special focus on the reassessment of particular authors and/or periods from 1865 to the present due to research discoveries, new critical approaches, and the advent of digital archives. For fall 2012 the authors we'll study in some depth will include Walt Whitman and Emily Dickinson; Wallace Thurman, author of *Infants of the Spring*, the major novel focusing on Harlem Renaissance bohemian life; and Willa Cather and Ernest Hemingway. Students will have the opportunity to pursue their own research project at the end of the semester, in consultation with Prof. Schmidt. Prior work in post-1830 U.S. literature and/or history is recommended. As with all English Literature Honors seminar, students must be approved by the English department chair before enrollment.

2 credits.

Fall 2012 and fall 2013. Schmidt.

## ENGL 117. Theories and Literatures of Globalization

This seminar examines the literary and cultural dimensions of globalization. Defining globalization as a social, economic and political phenomenon, the seminar foregrounds the productive intersection between literature and contemporary cultural theory. Pairing novels and short stories by major national and diasporic writers (including Salman Rushdie, J.M. Coetzee, and Orhan Pamuk) with ethnographic and historical texts (by theorists such as Homi Bhabha, Arjun Appadurai, Gayatri Spivak), we will examine the relationship between colonialism and postcolonialism; modernity and globalization; racial formation and the nation-state. By developing a critical engagement with theories of identity and difference, we will explore the ways in which global literatures engender, often in complex and difficult ways, new politics of nationalism, race, and sexuality (post–1830).

2 credits.

Not offered 2012–2013. Mani.

## ENGL 118. Modern Poetry

A study of the poetry and critical prose of Yeats, Eliot, Stevens, and H.D., in an effort to define their differences within the practice of "modernism" and to assess their significance for contemporary poetic practice (post–1830).

2 credits.

Fall 2013. Anderson.

## English Literature

### ENGL 119. Black Cultural Studies

For readers, writers, and critics of black literature, what difference has race made, and how has it intersected with other modes of identity, such as class and gender? How have writers represented, and theorists theorized, the tensions between sound and vision, between roots and routes, between culture and capital? Focusing on black fiction, poetry, and autobiography published since World War II, we will examine approaches to this literature that are historical, political, and theoretical, drawing upon key thinkers in black cultural studies.

Eligible for BLST credit.

2 credits.

Spring 2014. Foy.

### ENGL 180. Thesis

A major in the Honors Program may, with department permission, elect to write a thesis as a substitute for one seminar. The student must select a topic and submit a plan for department approval no later than the end of the junior year. Normally, the student writes the thesis of 80 to 100 pages, under the direction of a member of the department. The 2-credit thesis project may take place over 1 or 2 semesters.

2 credits.

Staff.

### ENGL 183. Independent Study

Students may prepare for an honors examination in a field or major figure comparable in literary significance to those offered in the regular seminars. Independent study projects must be approved by the department and supervised by a department member. Deadlines for the receipt of written applications are the second Monday in November and the first Monday in April.

2 credits.

Staff.

# Environmental Studies

Coordinator:   PETER COLLINGS (Physics and Astronomy) [*]
               Cassy Burnett (Administrative Assistant)

Committee:     Elizabeth Bolton (English Literature)
               Timothy Burke (History) [2]
               Giovanna Di Chiro (Political Science)
               Erich Carr Everbach (Engineering)
               Megan Heckert (Political Science)
               Alison Holliday (Chemistry)
               Eric Jensen (Physics and Astronomy) [3]
               José-Luis Machado (Biology)
               Arthur McGarity (Engineering) [*]
               Rachel Merz (Biology)
               Carol Nackenoff (Political Science)
               Hans Oberdiek (Philosophy)
               Christine Schuetze (Sociology and Anthropology) [*]
               Mark Wallace (Religion)

[2] Absent on leave, spring 2013.
[3] Absent on leave, 2012–2013.
[*] Member, 2012–2013 Tri-College Environmental Studies Steering Committee.

Profound anthropogenic changes are occurring in the land, water, and air around us, and education needs to respond to these changes. Swarthmore's heritage of social concern compels us to educate students so that they are well informed about vital, current issues and capable of full political participation. The College has a responsibility to provide means for the study of environmental problems and to encourage students to develop their own perspectives on these problems. The interdisciplinary Environmental Studies Program is one way the College meets these responsibilities.

Environmental studies offers numerous opportunities for rigorous interdisciplinary work, addressing the scientific, engineering, social, political, economic, literary, and philosophical dimensions of environmental topics. The minor helps guide students to the many academic fields that afford a perspective on environmental problems and enables them to explore questions most compelling to them from the vantage point of various disciplines.

The Swarthmore College Environmental Studies Program cooperates with Bryn Mawr and Haverford colleges to offer a tri-college environmental studies interdisciplinary minor, involving departments and faculty from the natural sciences, the social sciences, and the humanities. The tri-college environmental studies program aims to bring students and faculty together to explore the interactions among earth systems, human societies, and local and global environments.

## The Academic Program

An interdisciplinary course minor in environmental studies is available to all students, consisting of an integrated program of an introductory course, four additional courses, and a capstone seminar, taken in addition to a regular major.

The expectation is that minors will take the introductory course, Introduction to Environmental Studies, early in their program and before the senior year. Apart from the introductory course and the capstone seminar, there are three categories of courses: environmental science/technology, environmental social science/humanities, and cognate/interdisciplinary. Lists of courses belonging to each of these categories appear in the course catalog and the program's website. Environmental Studies minors are generally expected to take two courses in environmental science/technology (one of which must be a lab science) and two courses in environmental social science/humanities. In consultation with the program coordinator, however, up to two courses toward the minor may be chosen from the list designated cognate and interdisciplinary courses or courses taken at other institutions (domestic and foreign). Students should regularly check the program's website for additions and changes to course lists; the website will also have links to qualified and available environmental science, social science, arts and humanities courses at Bryn Mawr and Haverford colleges.

Any student may request credit in environmental studies for interdisciplinary environmental courses taken at other institutions (domestic and foreign). Application forms for credit evaluations are available on the

# Environmental Studies

program's website. Swarthmore College sponsors environmental study abroad programs in Cape Town, South Africa (see www.swarthmore.edu/x20601.xml) and Central Europe (Krakow, Poland and Brno, Czech Republic—see www.swarthmore.edu/x11780.xml).

At least two of the four courses selected for the environmental studies minor must be outside the major and, if it exists, a second minor, so that when the introductory course and capstone seminar are added, the College policy requiring at least four courses outside the major or any other minor will be satisfied.

Swarthmore environmental studies students may also apply for the honors minor, which has similar requirements plus an external examination on an approved topic that links together two of the courses and a senior honors study paper that explores the connections between the two courses (see honors section below).

Swarthmore students must submit their plan of study to the coordinator, usually when they apply for a major, and should inform the coordinator about any changes in their academic programs. Students may petition the Faculty Committee on Environmental Studies to have courses taken at other institutions fulfill some of these requirements. One of the courses may be independent work or a field study (in the United States or abroad) supervised by a member of the committee (ENVS 090).

## Overview of Curriculum

### Introductory Course
Beginning with the class of 2015, completion of the introductory course, Introduction to Environmental Studies (ENVS 001), will normally be required of all minors and should be taken prior to the senior year. Members of the class of 2014 are strongly encouraged to take the introductory course. This course will be co-taught by one faculty member from a science or engineering field and by one faculty member from the social sciences or humanities. Focusing on one or two case studies, the course will emphasize basic concepts in environmental studies and explore how environmental challenges are best approached by drawing upon the contributions of more than one academic discipline.

### Environmental Courses in Specific Disciplines (normally 4)
The minor in environmental studies generally requires at least two courses from specific disciplines in *environmental science/technology*, one of which must be a lab science, and two courses from specific disciplines in *environmental social

*science/humanities*. These courses are offered by the departments that support the program, and they focus on environmental topics using the methods and perspectives of a specific discipline.

### Cognate and Interdisciplinary Courses (maximum of 2)
In consultation with the coordinator, up to two courses toward the environmental studies minor may come from the list of cognate and interdisciplinary courses. These courses cover topics and methods that relate significantly to the environment. Interdisciplinary environmental studies courses, including courses taken abroad at other institutions and study abroad programs, may also be included in this category. Such courses are occasionally offered by the Environmental Studies Program, including independent work or a field study (in the United States or abroad) supervised by a member of the committee (ENVS 090).

### Capstone Seminar
In addition to the introductory course and four courses, each student pursuing a minor will participate in the capstone seminar in environmental studies, offered as ENVS 091 at Swarthmore during the spring semester of the senior year. The capstone seminar will involve advanced work on one or more issues or problems in environmental studies. Leadership of the capstone seminar rotates among the members of the Faculty Committee on Environmental Studies. The Bryn Mawr and Haverford Environmental Studies Senior Seminar (ENVS 397) also counts in fulfillment of the capstone requirement, but before students consider enrolling in the capstone seminar at another campus, they must consult with the Swarthmore Environmental Studies coordinator and recognize that the senior seminars all require major time commitments apart from scheduled seminar meeting times.

### Honors Minor
An *honors minor* in environmental studies includes an integrated program of the introductory course, four courses, and the capstone seminar. The course requirements are similar to those of the regular Environmental Studies minor (see above). These six courses are taken in addition to a regular major, and at least four of these courses must be outside the major.

The *honors preparation* will consist of a combination of two-courses that are related in some way that is suitable for a single honors examination. Both of the courses must be outside the major. The two courses may be selected from a single discipline or from two different, but environmentally related, disciplines. It is also possible for one of the

# Environmental Studies

courses to be interdisciplinary. Other two-credit options such as a course with an attachment will not be encouraged, and a two-credit thesis will not be allowed. Student performance in the two designated courses must be at a high enough level to merit honors, as judged by the faculty teaching the courses. Also, approval of the student's honors application should be obtained from these same faculty since they will be expected to specify prospective honors examiners.

The *senior honors study* will consist of a small paper that explores the connections between the two courses used for the preparation. This paper will be included with background materials submitted to the honors examiner.

## Off-Campus Study

### Brno-Krakow Sustainability Studies Programs in the Czech Republic and Poland

Swarthmore operates closely related environmental study abroad programs in Central Europe hosted by Masaryk University in Brno, Czech Republic and by the Jagiellonian University and Politechnika Krakowska in Krakow, Poland. Students usually take three environmentally related courses, taught in English, as well as a required language and culture course that includes intensive language instruction in either Czech or Polish. The Brno program, based in Masaryk University's Department of Environmental Studies, focuses primarily on environmental social sciences and humanities. An internship at one of two environmental NGO's, supervised by faculty for academic credit, is available at either Hnuti Duha (Czech branch of Friends of the Earth) or the Veronica Sustainability Center. The Krakow program, based in Politechnika Krakowska's Department of Environmental Engineering, focuses primarily on environmental science and technology. For more information, see the website: www.swarthmore.edu/x11780.xml.

### Cape Town South Africa Program on Globalization and the Natural Environment

Swarthmore is a member of a consortium with Macalester and Pomona Colleges that sponsors a junior year environmental study-abroad program in collaboration with the University of Cape Town, South Africa. Students from the three consortium schools, as well as those schools under consortium agreements with the three schools, may apply. For more information, see the website: www.swarthmore.edu/x20601.xml.

## Courses

Students should regularly check the program's website www.swarthmore.edu/envs.xml for additions and changes to the course lists shown below.

### ENVS 001. Introduction to Environmental Studies

1 credit.
Spring 2013. Everbach, Nackenoff.

### ENVS 091. Capstone Seminar: Sustainable Campus Development

1 credit.
Spring 2013. Wallace.

### Environmental Science/Technology Courses

The environmental science/technology category includes courses that emphasize techniques and methodologies of the sciences and engineering and whose subject is central to environmental studies. Therefore, all students will be familiar with a body of scientific knowledge and scientific approaches to environmental problems.

BIOL 002. Organismal and Population Biology

BIOL 036. Ecology

BIOL 039. Marine Biology

BIOL115E. Plant Molecular Genetics—Biotechnology

BIOL 137. Biodiversity and Ecosystem Function

CHEM 001. Chemistry in Context: Applying Chemistry to Society

CHEM 103. Topics in Environmental Chemistry

ENGR 004A. Environmental Protection

ENGR 063. Water Quality and Pollution Control

ENGR 066. Environmental Systems

PHYS 024. The Earth's Climate and Global Warming

### Environmental Social Sciences/Humanities Courses

The environmental social science/humanities category includes courses that are central to environmental studies and focus on values, their social contexts, and their implementation in policies. Thus, all students will have studied the social context in which environmental problems are created and can be solved.

ECON 076. Environmental Economics

ENGL 009C. First-Year Seminar: Imagining Natural History

ENGL 070G. Writing Nature

HIST 089. Environmental History of Africa

PHIL 035.  Environmental Ethics

# Environmental Studies

POLS 037. Introduction to GIS for Social and Environmental Analysis (also SOAN 030P)

POLS 043. Environmental Policy and Politics

POLS 043B. Environmental Justice: Theory and Practice

RELG 022. Religion and Ecology

SOAN 023C. Anthropological Perspectives on Conservation

SOAN 030P. Introduction to GIS for Social and Environmental Analysis (also POLS 037)

## Cognate and Interdisciplinary Courses

The following are Swarthmore courses that are either (1) relevant to environmental studies but not central enough to justify their inclusion in the preceding groups or (2) focus primarily on the environment and are interdisciplinary in nature:

BIOL 016. Microbiology

BIOL 017. Microbial Pathogenesis and Immune Response

BIOL 020. Animal Physiology

BIOL 025. Plant Biology

BIOL 026. Invertebrate Biology

BIOL 031. History and Evolution of Human Food

BIOL 034. Evolution

BIOL 115E. Plant Molecular Genetics - Biotechnology

BIOL 116. Microbial Processes and Biotechnology

BIOL 130. Behavioral Ecology

CHEM 043. Analytical Methods and Instrumentation

ECON 032. Operations Research (also ENGR 057)

ENGR 003. Problems in Technology

ENGR 004B. Swarthmore and the Biosphere

ENGR 035. Solar Energy Systems

ENGR 057. Operations Research (also ECON 032)

ENVS 002. Human Nature, Technology, and the Environment

ENVS 090. Directed Reading in Environmental Studies

ENVS 092. Research Project

LING 120. Anthropological Linguistics: Endangered Languages

LITR 022G. Food Revolutions: History, Politics, Culture

MATH 056. Modeling

PHYS 002E. First-Year Seminar: Energy

PHYS 020. Principles of the Earth Sciences

POLS 048. The Politics of Population

# Film and Media Studies

| | |
|---|---|
| Coordinator: | PATRICIA WHITE, Professor |
| | Carolyn Anderson, Administrative Coordinator |
| | |
| Core Faculty: | ERICA CHO, Visiting Assistant Professor (Bryn Mawr) |
| | BOB REHAK, Assistant Professor |
| | SUNKA SIMON, Associate Professor |
| | |
| Affiliated Faculty: | Timothy Burke (History) [2] |
| | William Gardner (Modern Languages and Literatures, Japanese) |
| | Haili Kong (Modern Languages and Literatures, Chinese) |
| | Maya Nadkarni (Sociology and Anthropology) |
| | Carina Yervasi (Modern Languages and Literatures, French) |

[2] Absent on leave, spring 2013.

Moving-image media have been one of the most distinctive innovations and experiences of the past century. In today's media-dependent culture, developing a critical understanding and a historical knowledge of media forms is vital. Film and media studies provides an understanding of the history, theory, language, and social and cultural aspects of film, television and new media; introduces research and analytical methods; teaches digital video production skills and approaches; and encourages cross-cultural comparison of media forms, histories, audiences, and institutions.

## The Academic Program

The Film and Media Studies Program offers a range of courses in critical studies and production, cross-lists courses with English literature and modern languages and literatures, and recognizes for credit approved offerings from other departments. Currently, students may apply for a special major or add a minor in film and media studies to another major, and students in the Honors Program may designate a minor in film and media studies. Pending approval, the regular major in film and media studies will be available to students in the class of 2014 and after.

## Major

Students wishing to major should apply for a special major in film and media studies in consultation with the Film and Media Studies coordinator.

### Requirements

Majors must take a minimum of 10 credits. Requirements: FMST 001 (Intro); FMST 090 (Capstone); 1 production course (FMST 002: Digital Film Fundamentals or an approved course taken at another institution or in theater or studio art); either FMST 020: Critical Theories of Film and Media or FMST 025: Television and New Media (or both) and at least 1 course on national or transnational cinema that offers historical depth. Remaining courses and seminars should be selected to achieve breadth, depth, and balance in the discipline, with no more than four credits in production counted toward the major. Courses in a major may include two credits drawn from film and media offerings at Bryn Mawr, Haverford, or the University of Pennsylvania, courses in the discipline taken abroad or at other U.S. institutions, or approved interdisciplinary courses from other Swarthmore departments. Exceptions may be made for a third credit.

### Acceptance Criteria

To be accepted as a special major, students must have satisfactorily completed FMST 001 with a grade of B and at least one additional approved course.

## Course Minor

Students may add a minor in Film and Media Studies to any major.

### Requirements

All minors must take a minimum of 5 credits, which may be selected from the courses and seminars listed or from those taken abroad, at Bryn Mawr, Haverford, or University of Pennsylvania, when the work is approved by the committee. The 5 credits should include FMST 001: Introduction to Film and Media Studies and FMST 090: Capstone, normally taken in the senior year. No more than two credits taken outside FMST can be counted toward the minor.

### Acceptance Criteria

To be admitted to the minor, students must have satisfactorily completed one film and media studies course.

## Honors Major

Students wishing to design an honors major in film and media studies must consult with the program coordinator.

# Film and Media Studies

## Honors Minor

### Requirements
Students in the Honors Program may minor in film and media studies by meeting the requirements for the minor and by preparing for and taking one external exam.

### The Honors Exam for Minors and Preparations
The preparation usually consists either of an FMST seminar or FMST 090 plus a 1-credit honors attachment; however, the two-credit honors preparation may incorporate a 1- or 2-credit thesis or project or other course or seminar work with the approval of the film and media studies coordinator. Senior honors study (SHS) consists of a revised essay or short film submitted for a course or seminar in the preparation. No SHS is required for a thesis or creative project.

### Acceptance Criteria
Students wishing to complete an honors minor must have received a grade of B+ or better in all film and media studies courses.

## Thesis / Culminating Exercise

FMST 090: Capstone is considered the culminating exercise for majors and minors and facilitates the completion of individual research or creative projects. There is no required thesis. Occasionally senior majors may be permitted to write a one-credit thesis or to make a thesis video in addition to their work in the capstone; applications must be submitted and approved in the semester before the project is to be undertaken.

## Advanced Placement/International Baccalaureate Credit

Consult with the program coordinator to determine eligibility of AP or IB work.

## Transfer Credit

Students may apply two approved transfer credits to their FMST major.

## Off-Campus Study

Students in any major may apply to receive film and media studies credit for courses in critical studies or production taken abroad or on other campuses. Please consult with your adviser as you plan your study abroad for recommended programs. Two approved credits may be applied to the FMST major or minor.

## Courses

### FMST 001. Introduction to Film and Media Studies
Provides groundwork for further study in the discipline and is recommended before taking additional FMST courses. Introduces students to concepts, theories, and histories of film and other moving-image media, treating cinema as a dominant representational system that shapes other media forms. Topics include the formal analysis of image and sound, aesthetics, historiography, genres, authorship, issues of gender, race, ethnicity, and nation, economics, technology, and reception and audience studies. Emphasis is on developing writing, analytical, and research skills. Required weekly evening screenings of works from diverse periods, countries, and traditions.

1 credit.

Fall 2012. Rehak. Fall 2013. Simon.

### FMST 002. Digital Film Fundamentals
This course introduces students to the expressive possibilities and rigors of the film medium while offering a sound technical foundation in digital production and post-production. We will explore documentary, experimental, and narrative approaches and also consider the opportunities and limitations—conceptual, practical and aesthetic—of exhibiting work through different venues and platforms. Emphasis will be on using the formal and conceptual palette introduced in the course to develop one's own artistic vision. Coursework includes short assignments, discussions, screenings, and a final project.

Prerequisite: FMST 001.

1 credit.

Spring 2013. Cho.

### FMST 005. First-Year Seminar: Special Effects and Film Spectacle
Focusing on the history, industry, and theory of special and visual effects, this course introduces students to the basics of studying and writing about film and other media through an exploration of "movie magic." Related topics include the relationship of film style and technology; formal and narrative principles of "showstoppers" such as musical numbers, fight scenes, and car chases; and questions of realism and illusion, sensation, and visual pleasure. Required weekly screenings.

Writing course.

1 credit.

Spring 2013. Rehak.

# Film and Media Studies

**FMST 009. First-Year Seminar: Women and Popular Culture: Fiction, Film and Television**
(Cross-listed as ENGL 009P)
This course looks at Hollywood "chick flicks" and "women's films" and television soap operas, their sources in 19th- and 20th-century popular fiction and melodrama, and the cultural practices surrounding their promotion and reception. How do race, class, and sexual orientation intersect with gendered genre conventions, discourses of authorship and critical evaluation, and the paradoxes of popular cultural pleasures? Texts may include Uncle Tom's Cabin, Gone With the Wind, Rebecca, The Joy Luck Club, Sex and the City, Twilight. Weekly screenings.

Writing course.

1 credit.

Fall 2012. White.

**FMST 011. Advanced Production Workshop**
As movie lovers in a media-saturated world, we are all highly film literate, yet it is surprisingly difficult to make a narrative film that keeps the audience engaged. So what does a director's skill consist of? How do you stage the action, work with actors, use the camera as narrator, and manipulate cinematic time and space so that viewers can follow the story and get emotionally involved? This course is an immersive experience in the art of narrative film, combined with advanced technical instruction in cinematography, sound, and editing. Coursework includes directing exercises, in-class critiques, viewing film clips, and the production of a digital short film.

Prerequisites: FMST 001 and FMST 002 or equivalent production background, with instructor's approval.

1 credit.

Fall 2013. Cho.

**FMST 013. Experimental Animation**
This course is an introduction to analog and digital animation concepts and techniques and includes workshops on cut-out animation, stop-motion, and hybrid computer based forms using Adobe After Effects and Adobe Photoshop. The course emphasizes technical and aesthetic experimentation, with the goal of developing a personal vision through the creation of high-quality, experimental works. Through reading, discussion, and exposure to a variety of artistic practices within film, video art, and animation, the course promotes a critical understanding of these media. The class concludes with a public screening of final projects.

Prerequisites: FMST 01 and FMST 02. Students with knowledge of Adobe Photoshop, Adobe Illustrator, and strong drawing skills are also encouraged to contact instructor for prerequisite questions.

1 credit.

Fall 2012. Cho.

**FMST 020. Critical Theories of Film and Media**
Film critic André Bazin's famous question, "What is cinema?," has gained new relevance since the advent of digital media. This course introduces classical film theory (realism, montage, theories of modernity and perception), contemporary film theory (theories of film language, the apparatus, and spectatorship), and approaches that cut across media (authorship, genre, stardom, semiotics, narratology, feminism, production and reception studies, cognitivism). Through readings and weekly screenings, we explore the significance of film and other media in shaping our identity and cultural experience. Required weekly evening screenings.

Eligible for INTP credit.

Prerequisite: FMST 001.

1 credit.

Spring 2014. White.

**FMST 021. American Narrative Cinema**
Considers film as narrative form, audiovisual medium, industrial product, and social practice, emphasizing the emergence and dominance of classical Hollywood as a national cinema, with some attention to independent narrative traditions ("race movies," New Queer Cinema). Analyzes how genres such as the western, the melodrama, and film noir express aspirations and anxieties about race, gender, class and ethnicity in the United States. Surveys narrative film history from the 1910s to the 2010s with an emphasis on the Hollywood studio era. Required weekly evening screenings.

1 credit.

Fall 2012. White.

**FMST 022. Silent Cinema**
This course explores the first decades of film history in the context of global modernity and artistic modernism. In form and content, cinema functioned as both a vector and a reflection of the transformative subjective and social experiences of modernity, including urbanization, immigration, consumerism, and women's participation in the labor force. We will pay special attention to cinema's internationalism before the introduction of synchronized sound, looking at film culture and national film stars in Asia, North Africa, and Latin America as well as the U.S. and Europe. Field trips and guests will address key topics of silent film historiography including archives

# Film and Media Studies

and preservation and film music. Required weekly evening screenings.

1 credit.

Spring 2014. White.

### FMST 025. Television and New Media

This course introduces students to major trends in critical thought regarding electronic media, including the rise of broadcast television, recent developments in narrowcast or niche programming and distribution, and the relationship among media industries, advertisers, and audiences. Special attention will be given to probing and historicizing the concept of "new" media, examining our ongoing cultural adaptation to emerging screen technologies and their attendant narrative and audiovisual forms. Coursework includes blogging, podcasting, and web-based research. Required weekly evening screenings.

Prerequisite: FMST 001.

1 credit.

Spring 2013. Simon. Spring 2014. Rehak.

### FMST 041. Fan Culture

This course explores the history, philosophy, and impact of fandom in film, television, and new media. Drawing on methodologies including reception ethnography, feminism, performance, cultural studies, and convergence theory, we will consider topics such as cults of celebrity; the creation and sharing of fan fiction and videos; gendered and queer identities in fan culture; adaptive responses of media texts and industries; and digital media communities. Screenings include serial and episodic television, camp and "trash" cinema, and fan-generated content.

Eligible for GSST credit if all papers and projects are focused on GSST topics.

1 credit.

Spring 2013. Rehak.

### FMST 042. Animation and Cinema

This course examines the forms, technologies, and history of animation in American narrative cinema and television. Screenings include short- and feature-length animated films, narrative and experimental animation from the U.S. and other countries, and animation in television and digital media. Emphasis is on framing animation in relation to an array of cultural and economic forces and theoretical perspectives, including performance, gender, the body, media evolution, taste, symbolism and realism, and the avant-garde. Required weekly evening screenings.

1 credit.

Not offered 2012–2013. Rehak.

### FMST 043. Conspiracy

Investigate conspiracy and the paranoid imagination both within film and television narratives and as a mode of skepticism and mistrust toward media themselves. Focusing on a period from the Cold War to the present day, the course constructs an archeology of screen and print media to explore the shifting meanings of conspiracy in response to technological, political, and social change. Topics include the structural affinities among conspiracy, narration, and seriality; recurring tropes such as biological contagion, corporate and patriarchal menace, and supernatural forces; and the role of digital media in both spreading and debunking conspiracies. Required weekly screenings.

Eligible for INTP credit.

1 credit.

Fall 2013. Rehak.

### FMST 045. Feminist Film and Media Studies

(Cross-listed as ENGL 091 and GSST 020)

This course focuses on critical approaches to films and videos made by women in a range of historical periods, national production contexts, and styles: mainstream and independent, narrative, documentary, video art, and experimental. Readings will address questions of authorship and aesthetics, spectatorship and reception, image and gaze, race, sexual, and national identity, and current media politics.

Eligible for GSST or INTP credit.

1 credit.

Spring 2013. White.

### FMST 046. Queer Media

(Cross-listed as ENGL 090)

The history of avant-garde and experimental media has been intertwined with that of gender non-conformity and sexual dissidence, and even the most mainstream media forms have been queered by subcultural reception. How do lgbt filmmakers "queer" sexual norms and standard media forms? How are sexual identities mediated by popular culture? Challenging classic Hollywood's heterosexual presumption and mass media appropriations of lgbt culture, we will examine lgbt aesthetic strategies and modes of address in contexts such as the American and European avant-gardes, AIDS activism, and transnational and diasporan film through the lens of queer theory.

Eligible for GSST or INTP credit.

1 credit.

Not offered 2012–2013. White.

# Film and Media Studies

## FMST 050. What on Earth Is World Cinema?

Is there such a thing as world cinema? What is the relationship between "world cinema" and national cinemas? What is "national" about national cinemas? This course introduces students to theoretical debates about the categorization and global circulation of films, film style, authorship, and audiences through case studies drawn from Iranian, Indian, East Asian (Korea, Taiwan), Latin American, European, and U.S. independent cinemas presented at required weekly evening screenings. Special attention to how film festivals, journalism, and cinephile culture confer value.

Required weekly evening screenings.

1 credit.

Not offered 2012–2013. White.

## FMST 051. European Cinema
(Cross-listed as LITR 051G)

The course introduces post-war directors (Bergman and Fellini), British and French New Waves, Eastern European Cinema (Tarkovsky, Wajda), Post-New Wave Italian auteurs, Spanish cinema after Franco (Erice, Saura, Almodovar), New German cinema (Fassbinder, Herzog, Wenders), British cinema after 1970 (Roeg, Leigh, Loach, Greenaway) and Danish Cinema: Dogme 95 and others. The course addresses key issues and concepts in European cinema such as realism, authorship, art cinema, and political modernism, with reference to significant films and filmmakers and in the context of historical, social, and cultural issues.

1 credit.

Fall 2012. Simon.

## FMST 054. German Cinema
(Cross-listed as GMST 054)

This course is an introduction to German cinema from its inception in the 1890s until the present. It includes an examination of early exhibition forms, expressionist and avant-garde films from the classic German cinema of the Weimar era, fascist cinema, postwar rubble films, DEFA films from East Germany, New German Cinema from the 1970s, and post 1989 heritage films. We will analyze a cross-match of popular and avant-garde films while discussing mass culture, education, propaganda, and entertainment as identity- and nation-building practices.

1 credit.

Not offered 2012–2013. Simon.

## FMST 055. Contemporary Chinese Cinema
(Cross-listed as CHIN 055)

Cinema has become a special form of cultural mirror representing social dynamics and drastic changes in mainland China, Hong Kong, and Taiwan since the mid-1980s. The course will develop a better understanding of changing Chinese culture by analyzing cinematic texts and the new wave in the era of globalization.

1 credit.

Fall 2012. Kong.

## FMST 057. Japanese Film and Animation
(Cross-listed as JPNS 024)

This course offers a historical and thematic introduction to Japanese cinema, one of the world's great film traditions. Our discussions will center on the historical context of Japanese film, including how films address issues of modernity, gender, and national identity. Through our readings, discussion, and writing, we will explore various approaches to film analysis, with the goal of developing a deeper understanding of formal and thematic issues. A separate unit will consider the postwar development of Japanese animation (anime) and its special characteristics. Screenings will include films by Ozu, Mizoguchi, Kurosawa, Imamura, Kitano, and Miyazaki.

1 credit.

Spring 2014. Gardner.

## FMST 059. Re-Envisioning Diasporas

This Swarthmore-based course is team-developed and co-taught by three professors in three disciplines in an international collaboration. It addresses the historical, cultural, representational, and theoretical specificities of diasporas through examining how visual and literary productions deal with questions of race and ethnicity, gender and sexuality, nationality and globalization from a perpetual state of "elsewhere." How does this experience mark the conceptualization, aesthetics, and politics of the artistic process and textuality? What role do language, body memories, and visualization/projection play in the works we will discuss? How do virtual and real-life diasporic communities interact with their imagination and reception? Students are encouraged to do work in their first and secondary languages.

Seminar-style class taught in English. No prerequisites.

1 credit.

Not offered 2012–2013. Simon, Yervasi.

# Film and Media Studies

### FMST 086. Theory and History of Videogames

Explores video and computer games through historical, cultural, and formal perspectives, mapping the medium's emergence and evolution from its roots in hacker culture of the 1960s and 1970s to the commercial boom and bust of the arcades, the rise of home console and personal computer systems, and the role of the internet in creating multiplayer environments. Other topics include game genres, avatars, player subcultures, and transmedia entertainment. Readings and lectures emphasize multiple methodologies including anthropology, psychology, ludology, narratology, ideology, gender, and performance. Although not a programming course, some opportunities for design and play may be involved.

1 credit.

Fall 2013. Rehak.

### FMST 090. Film and Media Studies Capstone

This team-taught course begins by exploring a major paradigm or debate in the field and reviewing research methodology and production techniques. Students then undertake an individual or collaborative research or creative project (in some cases building upon work started in another class or independent study), meeting to workshop ideas and present works-in-progress. Research projects will incorporate multimedia presentation, and creative projects will be accompanied by written materials. The semester culminates in a panel/film festival. Required for senior majors and minors.

1 credit.

Spring 2013. Rehak, White.

### FMST 097. Independent Study

Students must apply for preregistration approval in writing.

0.5 to 1 credit.

### FMST 098. Thesis

For a limited number of students completing a special major. Requires committee approval.

Writing course.

1 credit.

### FMST 099. Senior Creative Project

For a limited number of students completing a special major. Requires committee approval.

1 credit.

### FMST 102. Convergence

This honors seminar explores the cultures and content of the contemporary mediascape through formal, technological, and political lenses, reading emergent paradigms such as virality, paratextuality, and collective intelligence against equivalent historical moments of media evolution. Particular attention will be paid to the concepts of "the digital"; rhetorics of revolution and continuity; and the intersection of information, entertainment, and capitalism within a dominant episteme of new media. Course majors and other students with relevant background can apply for instructor's approval to take the seminar.

2 credits.

Fall 2012. Rehak.

### FMST 180. Honors Thesis

For students completing a special major in honors. Requires committee approval.

Writing course.

2 credits.

## Other Courses and Seminars Currently Approved for FMST Credit

For descriptions of the following courses offered in other departments, please consult the appropriate section of the course catalog:

CHIN 108. The Remaking of Cinematic China: Zhang Yimou, Wong Kar-wai, and Ang Lee (Spring 2013. Kong.)

DANC 079. First-Year Seminar: Dancing Desire in Bollywood Film (Fall 2012. Chakravorty.)

FREN 053. Littérature et cinéma: La pensée géographique (Fall 2012. Yervasi.)

SOAN 002E. Anthropology of Mass Media (Spring 2013, spring 2014. Nadkarni.)

SOAN 072D. Visual Anthropology (Fall 2012, spring 2014. Nadkarni.)

SPAN 063. Cine contemporáneo español (Fall 2012. Guardiola.)

# Gender and Sexuality Studies

Coordinator:    ANNA WARD (Gender and Sexuality Studies)
                Anna Everetts (Administrative Assistant)

Committee:      Diane Downer Anderson (Educational Studies)
                Jean-Vincent Blanchard (Modern Languages and Literatures, French) [3]
                Amy Lisa Graves (Physics)
                Sibelan Forrester (Modern Languages and Literatures, Russian)
                Farha N. Ghannam (Sociology and Anthropology)
                Alexandra Gueydan (Modern Languages and Literatures, French)
                Gwynn Kessler (Religion) [3]
                Tamsin Lorraine (Philosophy) [2]
                Bakirathi Mani (English Literature)
                Sunka Simon (German Studies, Film and Media Studies)
                Patricia White (Film and Media Studies)

[2] Absent on leave, spring 2013.
[3] Absent on leave, 2012–2013.

The Gender and Sexuality Studies Program (GSST) foregrounds the study of social relations of power in a variety of cultural, historical and national contexts. The objective of gender and sexuality studies is to bring feminist and queer theory in conversation with new research methodologies in the humanities, social sciences, and natural sciences. The program emphasizes the interrelationship not only between gender and sexuality but also between race and class as well as local and global politics.

The GSST Program is distinguished by the courses it offers across the three academic divisions of the College–humanities, social sciences and natural sciences, and engineering.

Students in any major, whether as course majors or in the Honors Program, may elect a minor in gender and sexuality studies by fulfilling the requirements below. Students may also design a special major in GSST in consultation with the program's coordinator. Students who intend to pursue gender and sexuality studies should submit their proposed programs to the coordinator when they submit their sophomore papers. All proposals to minor or major in gender and sexuality studies must be approved by the GSST Committee.

The Jean Brosius Walton '35 Fund and the Wendy S. Cheek Memorial Fund generously contribute toward activities sponsored by Gender and Sexuality Studies.

## The Academic Program

### Course Minor

1. Course minors must take 5 courses and/or seminar offerings which must be selected from at least two different divisions. Seminars count as one course toward program requirements.

2. Only one course counted for GSST may overlap with the student's major or other minor.

3. GSST minors are required to complete GSST 001: Introduction to Gender and Sexuality Studies, and subsequently GSST 020: Theory and Methodology. During the senior year, minors are required to complete GSST 091: Seminar in GSST.

4. With the approval of the GSST Coordinator, students may include courses offered by the Gender and Sexuality Studies program at Bryn Mawr and Haverford Colleges, and by the Women's Studies program at UPenn in their program.

5. Only one relevant course taken abroad may count toward fulfillment of the minor.

6. With the approval of the GSST Coordinator, students may elect to write a 1-credit thesis (GSST 092) or pursue an independent study as a substitute for regular coursework. The thesis cannot be used to fulfill the requirements of the student's major or other minor. Students must have adequate disciplinary background in gender and sexuality studies to carry out independent study and/or write a thesis.

## Honors Minor

1. Students must have a "B" average in GSST coursework at the College in order to be accepted into Honors.

2. Honors minors must complete 6 credits and complete the written and oral external examinations at the end of the senior year.

3. Honors minors must successfully complete the program requirements (GSST 001, 020, and 091).

4. Honors minors must consult with the GSST Coordinator in spring of their junior year regarding their Honors preparations.

5. The examination preparation for the Honors minor will consist of GSST 091: Seminar in GSST. In consultation with the seminar instructor, Honors minors will be required to

# Gender and Sexuality Studies

assemble a Senior Honors Study Portfolio which may include materials such as independent essays, seminar papers, additional reading lists, research projects, etc.

6. Honors minors may apply one GSST-related study abroad credit toward their minor.

7. With the approval of the GSST Coordinator, minors may elect to write a one-credit thesis (GSST 092) or pursue an independent study as a substitute for regular coursework. The thesis cannot be used to fulfill the requirements of the student's major or other minor. Students must have adequate disciplinary background in GSST to carry out independent study and/or write a thesis.

6. Honors majors must consult with the GSST Coordinator in spring of their junior year regarding their Honors preparations and Senior Honors Study Portfolio.

7. One of the four Honors exam preparations must include GSST 091: Seminar in GSST.

8. With approval of the GSST Coordinator, special majors may elect to write a one-credit thesis (GSST 092), or pursue an independent study as a substitute for regular coursework. The thesis cannot be used to fulfill the requirements of the student's major or other minor. Students must have adequate GSST disciplinary background to carry out independent study and/or write a thesis.

## Special Major

Students have the option of designing an individualized special major (such as GSST and religion, GSST and sociology and anthropology, GSST and history, etc.). Students also have the option of pursuing the following curricular path:

1. Special majors must successfully complete the program requirements (GSST 001, 020, and 091).

2. Special majors must complete at least 10 credits and normally no more than 12 credits for a special major in GSST.

3. Only two credits may overlap with the student's major or other minor.

4. Special majors may apply up to two GSST-related study abroad credits to their program.

5. With approval of the GSST Coordinator, special majors may elect to write a one-credit thesis (GSST 092), or pursue an independent study as a substitute for regular coursework. The thesis cannot be used to fulfill the requirements of the student's major or other minor. Students must have adequate GSST disciplinary background to carry out independent study and/or write a thesis.

## Special Honors Major

1. Special majors must have a "B" average in GSST coursework at the College in order to be accepted into Honors.

2. Honors majors must successfully complete the program requirements (GSST 001, 020, and 091).

3. Honors majors must complete at least 10 credits and complete the written and oral external examinations at the end of their senior year.

4. Only two credits may overlap with the student's major or other minor.

5. Special Honors Majors may apply up to 2 GSST-related study abroad credits to their program.

## Application Process Notes for the Minor

Students interested in pursuing a minor in GSST are required to complete a GSST application form to be submitted along with a copy of their sophomore application to the Programs Office, Trotter 107. Special major, honors, and transfer credit applications are also available at: www.swarthmore.edu/gsst.

## Transfer Credit

To receive academic credit for women's studies or gender and sexuality studies courses taken at other colleges and universities in the U.S., students must first apply for credit through the appropriate Swarthmore department, and then apply to the Gender and Sexuality Studies Program to have the course included in their program. If the institution that offers the course has a Women's Studies, Gender and Sexuality Studies Program, or similar program the course in question must be part of that program in order to be approved as a gender and sexuality studies course at Swarthmore.

## Off-Campus Study

The Gender and Sexuality Studies Program grants academic credit for course work relevant to the academic program taken while studying abroad. Minors may apply for no more than one credit of work done abroad to meet their GSST requirements. GSST special majors may apply up to two GSST-related study abroad credits to their program.

In order to receive credit, the GSST Coordinator must preapprove the course(s).

When the student returns to campus, the GSST Coordinator will evaluate the work (syllabus, exams, papers, and class notes) and assign the appropriate amount of credit.

# Gender and Sexuality Studies

## Internship Support

*The Summer Social Action Awards* (S2A2) support students in the current sophomore and junior classes to spend ten weeks, full time (35 hours per week) performing advocacy and/or service through a host non-profit organization. Financial support includes a weekly stipend to offset modest living expenses, and the provision of the summer earnings requirement. In the summer of 2010, the total S2A2 support was $4,350.00 per selected student.

*The Richard Sager Internship*, administered through the S2A2 program, supports one student interested in working with a non-profit organizational host whose mission focuses on LGBTQ issues. While the Sager Internship funds can only provide support for one student per summer, please note that applications are evaluated on their own merits. Therefore, more than one student who has been offered a full-time placement with an LGBTQ organization may serve through a "general" S2A2 grant. Students applying as a result of their academic involvement in the GSST program may also be funded through a Nason grant.

## Courses

The program offers the following courses and seminars:

### GSST 001. Introduction to Gender and Sexuality Studies

This interdisciplinary core course is an introduction to key concepts, questions, and analytical tools developed by scholars of gender and sexuality studies. Through this course, students will become familiar with key contemporary debates in the field, as well as the historical formation of these debates. Substantial attention will be paid to the development and application of queer theory within the history of the field. We will explore gender and sexuality in relation to topics such as media representation, embodiment, technology, and violence. In addition to written work, students will work together in groups to develop an in-class presentation.

Required course for all GSST minors and special majors.

1 credit.

Fall 2012. Ward.

### GSST 020. Theory and Methodology: Feminist Film and Media Studies
(Cross-listed as ENGL 091 and FMST 045)

This course focuses on critical approaches to films and videos made by women in a range of historical periods, national production contexts, and styles: mainstream and independent, narrative, documentary, video art, and experimental. Readings will address questions of authorship and aesthetics, spectatorship and reception, image and gaze, race, sexual, and national identity, and current media politics. Prerequisite: GSST 001 or permission of instructor.

1 credit.

Spring 2013. White.

### GSST 091. Seminar in Gender and Sexuality Studies: Affect

Our capstone seminar will explore "the affective turn" as it pertains to the field of gender and sexuality studies. By embarking on a concentrated inquiry of affect studies, we will aim, on one hand, to trace a genealogy of the inquiry and its foundations, and on the other, to investigate the ways in which contemporary theories of affect are used to investigate questions of identity, collectivity, and agency. Exploring such affects as melancholia, disgust, shame, fear, rage, envy, and joy, we will examine how theories of affect within the field are challenging conceptualizations of history, memory, embodiment, and politics.

Required for GSST minors and special majors, must be taken in the senior year and cannot be used to fulfill distribution requirements. Others may take the course by permission of the instructor.

Prerequisite: GSST 001 and 020, or permission of instructor.

2 credits.

Spring 2013. Ward.

### GSST 092. Thesis

1 credit.

Each semester. Staff.

### GSST 093. Directed Reading

1 credit.

Fall 2012 and spring 2013. Ward.

### GSST 192A and GSST 192B. Thesis

For students completing a special major in honors (1 credit must be taken each semester of the senior year).

2 credits. Staff.

The following departmental courses have been approved for credit toward the Gender and Sexuality Studies Program:

### Dance

DANC 025A. Dance and Diaspora

DANC 028. Politics and Aesthetics of Classical Indian Dance

DANC 035. Women Choreographers and Composers

DANC 036. Dancing Identities

DANC 079. Dancing Desire in Bollywood

# Gender and Sexuality Studies

**Economics**
ECON 073. Race, Ethnicity, and Gender in Economics

**Education**
EDUC 045. Literacies and Social Identities*
EDUC 061. Gender and Education

**English Literature**
ENGL 009M. Jane Austen, Cultural Critic
ENGL 009P. Women and Popular Culture: Fiction, Film, and Television
ENGL 009Y. Interrogating Gender
ENGL 023. Renaissance Sexualities
ENGL 024. Witchcraft and Magic
ENGL 033. The Romantic Sublime
ENGL 036. The Age of Austen
ENGL 040B. The 19th-Century Novel
ENGL 048. Contemporary Women's Poetry
ENGL 077. South Asians in Asian America
ENGL 082. Transnational Feminist Theory
ENGL 091. Feminist Film and Media Studies
ENGL 110. Romanticism
ENGL 112. Contemporary Women's Poetry

**Film and Media Studies**
FMST 041. Fan Culture*
FMST 045. Feminist Film and Media Studies
FMST 046. Queer Media
FMST 059. Re-Envisioning Diasporas
FMST 081. German Cinema

**French**
FREN 037. Littératures Francophones
FREN 056. Ecritures au feminine
FREN 076. Contemporary Arab Women Writers
FREN 111. Le Désir Colonial
FREN 115. Paroles de Femmes

**German Studies**
GMST 052. The Gender of Modernity
GMST 056. Populärliteratur
GMST 108. Wien und Berlin

**History**
HIST 001B. Human Rights as History
HIST 001K. Engendering Culture
HIST 016. Sex, Sin, and Kin in Early Europe
HIST 021. London Beyond Control
HIST 029. Sexuality and Society in Modern Europe
HIST 052. The History of Manhood in America, 1750–1920
HIST 053. Black Women in the Civil Rights Movement

HIST 054. Women, Society, and Politics
HIST 055. Social Movements in the 20th Century
HIST 131. Gender and Sexuality in America

**Japanese**
JPNS 026. Masculinities in Japanese Film and Fiction

**Linguistics**
LING 005. Linguistic Underpinnings of Racism and Bias

**Literatures**
LITR 015R. East European Prose in Translation
LITR 017R. Love and Sex in Russian Literature
LITR 026. Masculinities in Japanese Film and Fiction
LITR 059F. Re-Envisioning Diasporas
LITR 072SA. The Testimonial Literature of Latin American Women
LITR 076AF. Contemporary Arab Women Writers
LITR 076S. Latino and Latin American Sexualities

**Philosophy**
PHIL 045. Futures of Feminism
PHIL 061. Philosophy of Race and Gender
PHIL 145. Feminist Theory Seminar

**Physics**
PHYS 029. Seminar on Gender and (Physical) Science

**Political Science**
POLS 013. Feminist Political Theory
POLS 031. Difference, Dominance, and the Struggle for Equality
POLS 032. Gender, Politics, and Policy in America
POLS 046. Lesbians and Gays in American Politics

**Religion**
RELG 003. The Bible: In the Beginning
RELG 007B. Women and Religion
RELG 025B. Black Women and Religion in the United States
RELG 032. Queering God: Feminist and Queer Theory
RELG 053. Gender, Sexuality, and the Body in Islam
RELG 114. Love and Religion
RELG 128. Sex, Gender and the Hebrew Bible

**Russian**
RUSS 015. East European Prose in Translation
RUSS 017. Love and Sex in Russian Literature
RUSS 079. Russian Women Writers

# Gender and Sexuality Studies

RUSS 111. Tsvetaeva and Mayakovsky

RUSS 112. Akhmatova and Mandelstam

**Sociology and Anthropology**

SOAN 002D. Culture and Gender

SOAN 007C. Sociology Through African American Women's Writing

SOAN 010J. War, Sport, and the Construction of Masculine Identity

SOAN 020J. Dance and Diaspora

SOAN 032C. Anthropological Perspectives on Childhood and the Family

SOAN 049B. Comparative Perspectives on the Body

**Spanish**

SPAN 066. Escritoras españolas: Una voz propia

SPAN 070. Género y sexualidad en Latinoamérica

SPAN 104. La voz de la mujer a través de los siglos

*All papers and projects must focus on gender and sexuality studies.

# History

STEPHEN P. BENSCH, Professor
TIMOTHY J. BURKE, Professor [2]
ALLISON DORSEY, Professor
BRUCE DORSEY, Professor [3]
PIETER M. JUDSON, Isaac H. Clothier Professor of History and International Relations
MARJORIE MURPHY, James C. Hormel Professor in Social Justice
ROBERT E. WEINBERG, Professor and Acting Chair
DIEGO ARMUS, Associate Professor
FARID AZFAR, Assistant Professor
JEN MOORE, Administrative Assistant

[2] Absent on leave, spring 2013.
[3] Absent on leave, 2012–2013.

Swarthmore's History Department gives students the intellectual and analytical skills to think critically about the past and the contemporary world.

It is part of a journey of self-discovery—and crucial to the kind of liberal arts education offered at Swarthmore, because it asks students to question critically the assumptions, values, and principles that guide them in their daily lives. History encourages us to have respect for other cultures and peoples.

### What is History?

The study of history is not limited to learning events, dates, and names. History is a method of analysis that focuses on the contexts in which people have lived, worked, and died. Historians seek to go beyond their descriptive abilities and to wrestle with the essential questions of "how" and "why" change occurs over time. They interpret the past and are in constant dialogue with what other historians have written about it. For example, although there may be agreement that Adolf Hitler became chancellor of Germany in 1933, historians have and will continue to debate the origins of Nazism, the rise of Hitler to power, and the causes of World War II and the Holocaust. Historical scholarship enables us to not only know what occurred in the past but also to understand the thoughts and actions of people living in other times and places, allowing us to uncover the continuities and disruptions of patterns that characterized life before our time.

## Overview of Curriculum

Swarthmore's history curriculum introduces students to historical methods and the fundamentals of historical thinking, research, and writing. Faculty members expose students to the contested nature of the discipline, cultivating the skills historians employ to understand and interpret the past. Students learn to assess critically the evidence of the past through first-hand exposure to primary sources. They also develop the ability to evaluate the respective arguments of historians. In all courses and seminars, the department strives to involve students in the process of historical discovery and interpretation, emphasizing that all historians are engaged in the constant sifting of old and new evidence.

Each faculty member in the History Department has a regional focus as well as expertise in a particular kind of historical inquiry. Some study social, cultural, and political movements; others examine the impact of religion or explore the rise of capitalism. They all share a commitment to a global and comparative approach to the study of history and a common pedagogical concern for promoting a critical understanding of the past.

Students are encouraged to hone their skills as historians by using the rich collections of the Swarthmore College Peace Collection and Friends Historical Library, both located in McCabe Library. The Peace Collection is unparalleled as a depository of antiwar and disarmament materials, housing the papers of many leading social activists. The Friends Library possesses one of the richest collections of manuscripts and printed source material on Quaker history. The holdings of other institutions in the greater Philadelphia area, such as the Historical Society of Pennsylvania, the Hagley Museum and Library (Wilmington, Del.), the Library Company of Philadelphia, and the American Philosophical Society, are also accessible to the student-researcher. Students are also encouraged to broaden their cultural and intellectual horizons through study abroad.

Students are eligible to apply for grants that will enable them to spend a summer conducting research on a historical topic of their choosing. In the past, students have used these grants to immerse themselves in materials found in libraries and archives around the United States, Europe, and Latin America, collecting materials that formed the basis of their senior research papers. Topics of recent senior theses include the record industry and Southern music; an African American community in rural Pennsylvania; pain and obstetric anesthesia in

# History

the United States; liberalism and the British empire; and religion and community in medieval Catalonia.

Courses and seminars offered by the History Department are integral to most interdisciplinary programs, such as black studies, gender and sexuality studies, interpretation theory, Islamic studies, Latin American studies, peace and conflict studies, and public policy, as well as to the majors in Asian studies and medieval studies. Students interested in these programs should consult the appropriate statements of requirements and course offerings. In addition, we encourage students who wish to obtain teacher certification to major in history.

## The Academic Program

### First-Year Seminars
First-year seminars (HIST 001A–001Z; 1 credit) explore specific historical issues or periods in depth in a seminar setting; they are open to first-year students only and are limited to 12 students. Students who are not admitted to first-year seminars in the fall will receive priority for seminars in the spring.

### Survey Courses
Survey courses provide broad chronological coverage of a particular field of history. Survey courses (002–010; 1 credit) are open to all students without prerequisites and are designed to offer a general education in the field as well as provide preparation for a range of upper-level courses. Although these entry-level courses vary somewhat in approach, they normally focus on major issues of interpretation, the analysis of primary sources, and historical methodology.

### Upper-Division Courses
Upper-division courses (HIST 011–099; 1 credit) are specifically thematic and topical in nature and do not attempt to provide the broad coverage that surveys do. They are generally open to students who have fulfilled one of the following: (1) successfully completed one of the courses numbered 001–010; (2) received an Advanced Placement score of 4 or 5 (or a 6 or 7 IB score) in any area of history; (3) successfully completed one of the following Classics courses: 016, 031, 032, 042, 044, 045, 056, or 066; or (4) received the permission of the instructor. Exceptions are courses designated "not open to first-year students" or where specific prerequisites are stated.

### Double-Credit Seminars
Double-credit seminars are small classes in which students are expected to take substantial responsibility for the development of the discussion and learning. These seminars focus on the literature of a given field. Critical thinking about secondary sources and historiographical writing constitute their principle objectives. Seminars are limited to 10 students. Admission to these seminars is selective and based on the department's evaluation of the student's potential to do independent work and to contribute to seminar discussions. A minimum grade of B+ in at least two history courses taken at Swarthmore and a record of active and informed participation in class discussions are required of all students entering seminars. In addition, recommendations from department faculty members who have taught the student are solicited.

### Language Attachment
Certain designated courses offer the option of a foreign language attachment, normally for 0.5 credit. Arrangements for this option should be made with the instructor at the time of registration.

## Course Major Requirements

All majors in history must take at least 9 credits in history that fulfill the following requirements:

1. They complete at least 6 of their 9 credits at Swarthmore. Beginning with the Class of 2014, only one credit from AP/IB will count toward the 9 credits required for the major.

2. They take at least one course or seminar at Swarthmore from each of the following categories: (a) before 1750 (including CLAS 016, 031, 032, 042, 044, 045, 056, and 066) and (b) outside Europe and the United States, specifically Africa, Asia, Latin America, and the Near East. This distribution requirement encourages students to explore various fields of history and engage in comparative historical analysis. Students must use different courses or seminars to fulfill this requirement.

### Senior Research Seminar
Course majors must complete the Senior Research Seminar (HIST 091) in which students write a research paper based on primary sources. This course (which counts as one of the required nine credits) satisfies the College's requirement that all majors have a culminating exercise and is only offered during the fall semester. The department encourages students to consult faculty members about their topics by the end of their junior year and select their topic prior to taking the Senior Research Seminar. Beginning with the Class of 2014, honors majors will also be required to complete the Senior Research Seminar.

### Acceptance Criteria
Admission to the department as a course major normally requires a B average in at least two

history courses taken at Swarthmore and a satisfactory standard of work in all courses. Courses in Greek and Roman history offered by the Classics Department count toward the two history courses prerequisite. The department reserves the right to withhold evaluation of applications submitted after the deadline. If after applying a student is deferred, the department will review their application at the end of each semester until the student is either accepted into the major or withdraws his or her application.

## Honors Major Requirements

Honors history majors must complete the same credit and distribution requirements as described above. Seminars are the normal mode of preparation for students studying history in the Honors Program. Honors majors will complete three double-credit seminars. Students may substitute Honors Thesis (HIST 180) for one of their seminars. Beginning with the Class of 2014, honors majors will also be required to complete the Senior Research Seminar. Honors students may, if their Honors Program requires it, receive approval from the department chair to complete the Senior Research Seminar in the fall of their junior year.

### Seminars

Seminars are a collective, collaborative, and cooperative venture among students and faculty members designed to promote self-directed learning. Because the seminar depends on the active participation of all its members, the department expects students to live up to the standards of honors. These standards include attendance at every seminar session, submission of seminar papers according to the deadline set by the instructor, reading of seminar papers before coming to the seminar, completion of all reading assignments before the seminar, respect of the needs of other students who share the reserve readings, and eagerness to engage in a scholarly discussion of the issues raised by the readings and seminar papers. Students earn double-credit for seminars and should be prepared to work at least twice as hard as they do for single-credit courses. The department reminds students that the responsibility for earning honors rests squarely on the students' shoulders and will review on a regular basis their performance in the program. Failure to live up to the standards outlined previously may disqualify students from continuing in the Honors Program. Students in seminars take a 3-hour written examination at the end of each seminar and receive a grade from the seminar instructor based on the quality of seminar papers and comments during seminar discussions, in addition to the written examination. Seminar instructors will not

normally assign grades during the course of the seminar, but they will meet periodically with students on an individual basis during the course of the semester to discuss their progress.

### External Examiner Evaluations

Honors students will revise one paper per seminar for their portfolio submitted to external examiners. Revised papers will not be graded but will be included in the portfolio to provide examiners a context for the evaluation of the written examination taken in the spring of the senior year. The thesis and revised seminar papers are due by the end of classes in the spring semester of the students' senior year. Students before the Class of 2014 completing an honors major will complete the honors exams as their culminating exercise.

Revised seminar papers are written in two stages. During the first stage, students confer with their seminar instructor about what paper to prepare for honors and what revisions to plan for these papers. Seminar instructors will offer advice on how to improve the papers with additional readings, structural changes and further development of arguments. The second stage occurs when the student revises the papers independently. Faculty members are not expected to read the revised papers at any stage of the revision process. Each revised paper must be from 2,500 to 4,000 words and include a brief bibliography. Students will submit them to the department office by the end of classes in the spring semester of the students' senior year. Students who fail to submit their revised papers by the deadline might adversely affect their honorific. Examiners will be notified about late papers.

### Study Groups

The department encourages students to form their own study groups to prepare for the external examinations. Although faculty members may, at their convenience, attend an occasional study session, students are generally expected to form and lead the study groups, in keeping with the department's belief that honors is a collaborative, self-learning exercise that relies on the commitment of students.

### Acceptance Criteria

Admission to honors is selective and based on an evaluation of the student's potential to do independent work and to contribute to seminar discussions. A minimum grade of B+ in at least two history courses taken at Swarthmore and a record of active and informed participation in class discussions are required of all students entering seminars. In addition, recommendations from department faculty members who have taught the student are solicited.

# History

Sophomores hoping to take history seminars in their junior and senior years should give special thought to the seminars that they list in their Sophomore Plans. Seminar enrollments are normally limited to 10. If you are placed in a seminar at the end of your sophomore year, you will be one of 10 students guaranteed a space and you are, in effect, taking the space of another student who might also like to be in the seminar. Consequently, you should not list any seminar in your Sophomore Plan without being quite certain that you intend to take it if you are admitted.

Honors students are expected to maintain a B+ average to continue attending honors seminars and being an honors student. Honors majors who wish to withdraw from the Honors Program and still graduate on time with a course major in history must complete the Senior Research Seminar in the fall of their senior year. The department's culminating exercise is only offered in the fall semester, with no exceptions. Withdrawing from an honors major in history after the beginning of the senior year may jeopardize a student's ability to graduate on time.

## Honors and Course Minor Requirements

To graduate with a minor in history, a student must complete five history credits at Swarthmore College (AP, transfer credit and study abroad courses do not count). Two of the five credits must be from courses above the introductory level (course numbers 11 and higher; honors minors will meet this requirement with their honors seminar), and one credit may be in a history course offered by the Classics Department (CLAS 016, 031, 032, 042, 044, 045, 056, and 066). Honors minors will complete one double-credit seminar as part of their academic program.

Admission to honors is selective and based on an evaluation of the student's potential to do independent work and to contribute to seminar discussions. A minimum grade of B+ in at least two history courses taken at Swarthmore and a record of active and informed participation in class discussions are required of all students entering seminars. In addition, recommendations from department faculty members who have taught the student are solicited.

## Senior Thesis

A student who wishes to write a thesis should state her or his intention by submitting a proposal no later than the beginning of the senior year. The department must approve the topic before the student can enroll in HIST 092 (Thesis). A course major thesis should be a

work of about 10,000 to 15,000 words (50–75 pages), and a brief oral examination will be conducted upon completion of the thesis. Students wishing to write an honors thesis (HIST 180) should declare their intention to the department and secure an adviser by May 1 of their junior year.

## Special Major in History and Educational Studies

### Requirements
Students designing a special major in history and educational studies must take six courses in history, including one course in a field other than the United States or Europe. To graduate with a major in History and Educational Studies, a student must also complete our culminating exercise, HIST 091: Senior Research Seminar. With permission, students can complete a two-semester, two-credit thesis (but one credit of this thesis must be HIST 091). Special majors in history and educational studies will work with both an educational studies faculty member and the HIST 091 instructor to complete their one-credit senior research paper or two-credit thesis.

### Acceptance Criteria
Admission to the department as a special major follows similar requirements as course majors. Advisers in each department should be consulted when designing a plan.

## External Credit

### Advanced Placement/International Baccalaureate
The History Department will automatically grant one credit to students who have achieved a score of 4 or 5 in the U.S., European, or World History Advanced Placement examinations (or a score of 6 or 7 in the International Baccalaureate examinations) once they have completed any history course number HIST 001 to HIST 010 and earned a grade of C or higher. Students who want credit for a second Advanced Placement/International Baccalaureate examination (in a different area of history) must take a second history course at Swarthmore (any course number, including CLAS 016, 031, 032, 042, 044, 045, 056, or 066) and earn a grade of C or higher. The History Department will grant up to two credits for Advanced Placement/International Baccalaureate work. Beginning with the Class of 2014, only one credit from AP/IB will count toward the 9 credits required for the history major.

A score of 4 or 5 for Advanced Placement (or a score of 6 or 7 for International Baccalaureate) allows students to take some upper-division courses in the History Department.

# History

Advanced Placement/International Baccalaureate credit may be counted toward the number of courses required for graduation and may be used to help fulfill the College's distribution requirements.

### Off-Campus Study

The History Department encourages students to pursue the study of history abroad and grants credit for such study as appropriate. We believe that history majors should master a foreign language as well as immerse themselves in a foreign culture and society. To receive Swarthmore credit for history courses taken during study abroad, a student must have departmental preapproval and have taken at least one history course at Swarthmore (normally before going abroad). Students who want to receive credit for a second course taken abroad must take a second history course at Swarthmore. Students must receive a grade of C or higher to receive history credit at Swarthmore.

### Transfer Credit

The History Department does not grant credit for any history courses taken at other U.S. colleges and universities except courses at Bryn Mawr, Haverford, and the University of Pennsylvania while a registered Swarthmore student.

## Teacher Certification

History majors can complete the requirements for teacher certification through a program approved by the state of Pennsylvania. For further information about the relevant set of requirements, please refer to the Educational Studies section of the Bulletin.

## Life After Swarthmore

### Graduate School

Students who intend to continue the study of history after graduation should bear in mind that a reading knowledge of one or two foreign languages is generally assumed for admission to graduate school.

### Career Opportunities

With strong analytical, writing, and research skills, history majors are prepared for a wide range of occupations and professions. Swarthmore College history majors can be found pursuing a broad range of career paths, ranging from government service to the world of medicine, from elementary and high schools to trade unions and public interest foundations, from journalism and publishing to consulting, and from the private to the public sector. Many find that studying history is excellent preparation for law school and business. And others have gone onto graduate school in

history and now teach at universities and colleges in the United States and overseas.

## Courses

### HIST 001A. First-Year Seminar: The Barbarian North

The seminar will explore how Germanic and Celtic societies emerged and solidified their identities as they came into contact with Roman institutions and Latin Christendom from ca. 100 to 1050 A.D. Students will choose to specialize in a current methodology, ranging from archaeology to gender. Writings of the period concerning saints, scholars, kings, and warlords will be stressed.

Eligible for MDST credit.

Writing course.

1 credit.

Fall 2012. Bensch.

### HIST 001B. First-Year Seminar: Human Rights as History

This course takes the subject of human rights and sets it into historical motion, focusing intensively on three critical moments: the antislavery movements of the late eighteenth century, anticolonialism in the late nineteenth- and early twentieth centuries, and post-WWII Europe and America.

Writing course.

1 credit.

Fall 2012. Azfar.

### HIST 001E. First-Year Seminar: Past & Present in Latin America: Problems and Researching Tools

An examination of how historians use a variety of sources—from literature and movies to cartoons, paintings, printed media, statistics, official documents, personal narratives and ads—to interpret the making of colonial and modern Latin America.

Eligible for LASC credit.

1 credit.

Spring 2013. Armus.

### HIST 001H. First-Year Seminar: The Modern Jewish Experience

This seminar focuses on the history of West and East European Jewry (and American Jewry to some extent) from the beginning of Jewish emancipation in the eighteenth century to the aftermath of the Holocaust.

1 credit.

Not offered 2012–2013.

### HIST 001J. First-Year Seminar: A New History of the Cold War Era

This seminar focuses on Cold War debates.

Writing course.

# History

1 credit.

Not offered 2012–2013.

### HIST 001K. First-Year Seminar: Engendering Culture

A seminar focused on the way in which American culture is infused with gender; how culture is constructed and reconstructed to replicate gender roles; the iconography of the industrial worker, gender in WPA art in public spaces, New York night life, John Wayne movies and the masculine West; and suffrage in consumer culture, militarism and pacificism, jobs, and gender.

Eligible for GSST or INTP credit.

Writing course.

1 credit.

Spring 2013. Murphy.

### HIST 001M. First-Year Seminar: History of Food in North America

This seminar introduces first year students to the history of competing food cultures, agricultural production, trade, marketing, and animal husbandry, which produced the diet of the United States in the centuries before the American Civil War.

1 credit.

Not offered 2012–2013.

### HIST 001Q. First-Year Seminar: Angels of Death: Russia Under Lenin and Stalin

This seminar focuses on the history of Russia from the Revolution of 1917 through the death of Stalin. Particular attention is paid to assessing the impact of Lenin and Stalin on developments in the Soviet Union and the interplay among socioeconomic, cultural and ideological currents. Course materials include documents, novels and short stories, monographs, and films.

1 credit.

Spring 2013. Weinberg.

### HIST 001R. First-Year Seminar: Remembering History

Explores the relationship between the creation of personal and collective memory and the production of history.

Writing course.

1 credit.

Not offered 2012–2013.

### HIST 001S. First-Year Seminar: The American West

An introduction to the history of the American West, beginning with the forced removal of the Cherokee and tracing the development of an "American" culture in the region between the Mississippi and the Pacific Ocean. Focuses on the diversity of traditions in the West, including the experiences and contributions of first nation peoples, African Americans, Latinos and Asian Americans.

1 credit.

Fall 2012. A. Dorsey.

### HIST 001T. First-Year Seminar: Cross and Crescent: Muslim-Christian Relations in Historical Perspective

The seminar will selectively explore the interaction of Muslim and Christian communities from the emergence of Islam to contemporary Bosnia. Themes revolving around tolerance, persecution, conversion, identity formation, trade, and travel will be stressed. As a writing intensive seminar, students will learn to write analytic essays through a process of organizing, writing, and rewriting papers on historiographical issues.

Eligible for ISLM or MDST credit.

Writing course.

1 credit.

Spring 2013. Bensch.

### HIST 001X. First-Year Seminar: Crime and Punishment in America

From bucket shops to the Sopranos, this course will focus on America's fascination with crime and its problems with incarceration.

Writing course.

1 credit.

Not offered 2012–2013.

### HIST 001Y. First-Year Seminar: The History of the Future

In this seminar, we will trace the history of the idea of "the future," concentrating on 19th- and 20th-century experience.

1 credit.

Not offered 2012–2013.

### HIST 002A. Medieval Europe

The course will explore the emergence of Europe from the slow decline of the Roman world and the emergence of new Germanic and Celtic peoples (3rd to the 15th century). Topics will include the rise of Christianity, the emergence of Western government, the articulation of vernacular culture, and the invention of romance.

Eligible for MDST credit.

1 credit.

Fall 2012. Bensch.

### HIST 002B. Early Modern Europe

Using primary sources, art, recent scholarship, and film, this course explores the origins of the modern world in Europe and its colonies between the 15th and 18th centuries.

# History

1 credit.

Spring 2013. Azfar.

### HIST 003A. Modern Europe, 1789 to 1918: The Age of Revolution and Counterrevolution

A survey that covers the impact of the French revolution on European politics, society, and culture during the 19th and early 20th centuries.

Recommended for teacher certification.

1 credit.

Not offered 2012–2013.

### HIST 003B. Modern Europe, 1890 to the Present: The Age of Democracy and Dictatorship

This course surveys major developments in Europe from the end of the nineteenth century to the end of the twentieth century.

Recommended for teacher certification.

1 credit.

Not offered 2012–2013.

### HIST 004. Latin American History

Drawing on literature, cinema, newspapers, cartoons, music, official documents, and historical essays, this survey course examines the colonial incorporation of the region into the Atlantic economy; the neo-colonial regimes of the 19th and 20th centuries and their diverse and also convergent historical paths; and the challenges and opportunities of earlier and current globalization trends. Emphasis on changes and continuities over five centuries exploring revolutionary, reformist, and conservative agendas of change as well as gender, class, racial and religious issues.

Eligible for LASC credit.

1 credit.

Spring 2013. Armus.

### HIST 005A. The United States to 1877

In this thematic survey of American culture and society from the colonial era through the American Civil War and Reconstruction, student interpretation of primary-source documents will be emphasized.

Recommended for teacher certification.

1 credit.

Not offered 2012–2013.

### HIST 005B. The United States from 1877 to the Present

American society, culture, and politics from Reconstruction to the recent past.

Recommended for teacher certification.

1 credit.

Fall 2012. Murphy.

### HIST 006A. The Formation of the Islamic Near East

An introduction to the history of the Near East from the time of Muhammad to the rise of the Ottomans. The course will examine the life of Muhammad, the political dimensions of Islam, and the diversification of Islamic civilization through shari'a, mysticism, philosophy, and the religious sciences.

Eligible for ISLM or MDST credit.

1 credit.

Fall 2012. Bensch.

### HIST 007A. African American History, 1619 to 1865

The social, political, and economic history of African Americans from the 1600s to the Civil War focuses on slavery and resistance, the development of racism, the slave family, and cultural contributions of enslaved peoples.

Eligible for BLST credit.

1 credit.

Not offered 2012–2013.

### HIST 007B. African American History, 1865 to Present

Students study the history of African Americans from Reconstruction through the present. Emancipation, industrialization, cultural identity, and political activism are studied through monographs, autobiography, and literature.

Eligible for BLST credit.

1 credit.

Fall 2012. A. Dorsey.

### HIST 008A. West Africa in the Era of the Slave Trade, 1500 to 1850

This survey course focuses on the origins and impact of the slave trade on West African societies and on processes of state formation and social change within the region during this era.

Eligible for BLST credit.

1 credit.

Not offered 2012–2013.

### HIST 008B. Mfecane, Mines, and Mandela: Southern Africa from 1650 to the Present

This course surveys southern African history from the establishment of Dutch rule at the Cape of Good Hope to the present day, focusing on the 19th and 20th centuries.

Eligible for BLST credit.

1 credit.

Not offered 2012–2013.

# History

### HIST 008C. From Leopold to Kabila: Central Africa's Bad 20th Century

A survey of central African history from the coming of Belgian colonial rule to recent conflicts in the Congo and Rwanda.

1 credit.

Not offered 2012–2013.

### HIST 009A. Chinese Civilization

Chinese civilization and culture from prehistoric times until the early 19th century.

Eligible for ASIA credit.

1 credit.

Not offered 2012–2013.

### HIST 009B. Modern China

The history of China from the early 19th century until the present.

Eligible for ASIA credit.

1 credit.

 Not offered 2012–2013.

### HIST 012. Chivalric Society: Knights, Ladies, and Peasants

The emergence of a new knightly culture in the 11th and 12th centuries will be explored through the Peace of God, crusades, courtly love, lordship, and seigneurialism.

Eligible for MDST credit.

1 credit.

Not offered 2012–2013.

### HIST 014. Friars, Heretics, and Female Mystics: Religious Turmoil in the Middle Ages

From the 11th to the 15th century, the medieval Church confronted radically new versions of Christianity and religious movements inspired by evangelical poverty, preaching, mysticism, and a need to find a place for women in ecclesiastical institutions. The course will explore the aspirations, doctrines, and forms of expression of these religious manifestations and the Church's response to them, including the Inquisition.

Eligible for MDST credit.

1 credit.

Spring 2013. Bensch.

### HIST 015. From Rome to Renaissance: The Making of Urban Europe

The course will explore the emergence of Western towns from the decline of the ancient city to burgeoning of Western urban forms.

Eligible for MDST credit.

1 credit.

Not offered 2012–2013.

### HIST 016. Sex, Sin, and Kin in Early Europe

This course will explore the transformation of attitudes regarding sexuality, kinship, structures, marriage, and inheritance from Late Antiquity to the early modern period.

Eligible for GSST or MDST credit.

1 credit.

Not offered in 2012–2013.

### HIST 019. When Does The Renaissance End?

This course examines the later period of Renaissance thought and culture and the transmutation of Renaissance philosophies and epistemologies into the ideologies and practices of the Scientific Revolution and the Enlightenment.

1 credit.

Not offered in 2012–2013.

### HIST 021. London Beyond Control

In this course, we will read the work of historians alongside a multifarious assortment of London texts, from satirical exposés of sexual undergrounds to famous trials of celebrity highwaymen, from the Old Bailey Proceedings to newspaper reports of the 'strange but true.' We will consider the many different ways in which the continual spectacle of the city's transformation refracts the intersecting histories of sexuality, capitalism, empire, race, and modernity itself.

1 credit.

Fall 2012. Azfar.

### HIST 022. Cosmopolitanism in Enlightenment Europe

Is cosmopolitanism just a utopic ideal or is it possible, in practice, to live and breathe it? We will approach the complexities of cosmopolitanism by engaging questions of justice, difference, violence, and progress that lie at the heart of Enlightenment thought and culture.

1 credit.

Not offered in 2012–2013.

### HIST 023. Enlightenment Sexualities

The Enlightenment was a watershed moment in the history of sexuality. We will read scholarly works by historians and queer theorists alongside a wide range of primary sources, from legal records to scandalous underground political satires.

1 credit.

Not offered in 2012–2013.

# History

**HIST 027. Living with Total War: Europe, 1912–1923**
This research seminar examines the experience of Europeans in the trenches, under military occupation, and at home in the turbulent years during and immediately following the First World War.

Optional language attachments: German, French.

1 credit.

Spring 2013. Judson.

**HIST 028. Nations and Nationalism in Eastern Europe, 1848 to 1998**
Is ethnic nationhood compatible with democratic practice? This course traces the historical and often violent construction of nationalism and self-proclaimed nation-states out of multi-ethnic communities in Eastern Europe since the late 19th century.

Optional language attachment: German.

Eligible for PEAC credit.

1 credit.

Not offered in 2012–2013.

**HIST 029. Sexuality and Society in Modern Europe**
Historical constructions of sex, sexual categories, and sex and gender identities in European societies since 1700.

Eligible for GSST or INTP credit.

Writing course.

1 credit.

Fall 2012. Judson.

**HIST 031. Revolutionary Iconoclasm: Tearing Down the Old, Building the New**
Students undertake a comparative study of efforts by revolutionaries since 1789 to transform their societies and cultures.

1 credit.

Not offered 2012–2013.

**HIST 034. Antisemitism Through the Ages**
This course explores the religious, social, economic, political, and intellectual roots of history of antisemitism from late antiquity to the present.

1 credit.

Not offered 2012–2013.

**HIST 035. The Modern Jewish Experience**
This course focuses on the fate of European Jewry from the beginning of emancipation in the late 18th century to the Holocaust.

Eligible for PEAC credit and toward the social science or humanities distribution requirements.

1 credit.

Not offered 2012–2013.

**HIST 036. Modern Germany**
Politics, society, and culture in the German Nation States (German Empire, Weimar Republic, Third Reich, East and West Germanies) since 1871.

Optional language attachment: German.

1 credit.

Fall 2012. Judson.

**HIST 037. History and Memory: Perspectives on the Holocaust**
The genocide of European Jewry continues to generate compelling historical and interpretive questions. We will explore the roots of Nazism, the implementation of the Final Solution, the legacy of the Holocaust on European society, and the representation of the Holocaust through an interdisciplinary approach that relies on primary sources, historical scholarship, memoirs, poetry, painting, and film.

Eligible for PEAC credit.

1 credit.

Spring 2013. Weinberg.

**HIST 038. Russia in the 20th Century**
This course explores the Bolshevik seizure of power, the consolidation of communist rule, the rise of Stalin, de-Stalinization, and the collapse of the Soviet Union.

1 credit.

Not offered 2012–2013.

**HIST 041. The American Colonies**
A history of European colonies in North America from 1600 to 1760.

1 credit.

Not offered 2012–2013.

**HIST 042. The American Revolution**
Revolutionary developments in British North America between 1760 and 1800.

1 credit.

Not offered 2012–2013.

**HIST 045. The United States Since 1945**
This course is a survey of social, political, and cultural history of the United States since 1945. Topics include: The Cold War, McCarthyism, Civil Rights, Rock n' Roll, TV, Baby Boomers, JFK, gender, LBJ, the Vietnam War, Nixon and Watergate, the Oil Crisis, the rise of the New Right, Ronald Reagan, George Bush I & II, Bill Clinton, 9/11, and the Iraq War.

1 credit.

Fall 2012. Murphy.

# History

**HIST 046. The American Civil War**
The social, cultural and political history of the American Civil War.

1 credit.

Not offered 2012–2013.

**HIST 048. Murder in a Mill Town: A Window on Social Change During the Early Republic**
Topics in the social and cultural history of the United States between the American Revolution and the Civil War.

Writing course.

1 credit.

Not offered 2012–2013.

**HIST 049. Race and Foreign Affairs**
Race has always played a major part of foreign affairs in the United States just as race relations have dominated in the domestic sphere.

Eligible for LASC, PEAC or PPOL credit.

1 credit.

Not offered 2012–2013.

**HIST 050. The Making of the American Working Class**
Work, community, race, and gender are examined in the context of class relations in the United States from early America to the present.

Eligible for PPOL credit.

1 credit.

Not offered 2012–2013.

**HIST 051. Black Reconstruction**
This course recounts the struggle for freedom and national citizenship rights in the post-Civil War era. Black courage and determination secured hard won successes despite "splendid failures." History, fiction, and film treatments will help students gain insights into "America's second Revolution."

1 credit.

Not offered 2012–2013.

**HIST 052. History of Manhood in America**
Constructions of masculine identity in America between the 18th and 20th centuries.

Eligible for GSST credit.

1 credit.

Not offered 2012–2013.

**HIST 053. Black Women in the Civil Rights Movement**
This study of black women in the modern civil rights movement (1945–1975) explores black women's experiences in the struggle for equal rights in mid-20th century.

Eligible for BLST or GSST credit.

1 credit.

Spring 2013. A. Dorsey.

**HIST 054. Women, Society, and Politics**
This course analyzes the history of American women from the colonial period to the present.

Eligible for GSST or PPOL credit.

1 credit.

Not offered 2012–2013.

**HIST 055. Social Movements in the 20th Century**
Students will examine large-scale grassroots movements for social change in the United States since the 1890s.

Eligible for BLST, GSST or PEAC credit.

1 credit.

Not offered 2012–2013.

**HIST 056. The Modern American West, 1850 to the Present**
This course explores the American West from the Dawes Act to the rebellion at Wounded Knee, agricultural/environmental transformation, federal power and corporate influence on the economy and politics of the region.

Prerequisite: An introductory history course.

1 credit.

Not offered 2012–2013.

**HIST 058. Africa in America: Gullah/Geechee Life and Culture**
Creators of a "pidgin" indigenous to the American south, crafters of sweet grass baskets, skilled fishermen and growers of Carolina Gold rice, the Gullah/Geechee peoples have lived on and worked the coastal areas from South Carolina to Florida since the 18th century. Their descendants, the 21st-century Gullah/Geechee, are struggling to retain the rights to live in harmony with the land now designated "wildlife sanctuaries." This course will trace the history of the Gullah/Geechee from West Africa to present day political struggles.

This course is not open to first-year students.

Eligible for BLST credit.

1 credit.

Spring 2013. A. Dorsey.

**HIST 059. The Black Freedom Struggle: From Civil Rights to Hip-Hop**
This course is devoted to the study of the black efforts to achieve political, social, and economic equality within the United States through protest.

This course is not open to first-year students.

Eligible for BLST credit.

1 credit.

Not offered 2012–2013.

# History

### HIST 060. The East India Company, 1600–1857

The course explores the history of the East India Company, paying special attention to the eighteenth century. We will approach the Company from a variety of historical perspectives—Indian social history, the history of sexuality, British cultural history—and examine a wide range of primary sources, from Bengal District Records to the Calcutta Gazette. Throughout, we will attend to how the history of the East India Company engages questions of capitalism, empire, race, justice, and modernity.

1 credit.

Spring 2013. Azfar.

### HIST 061. The History of Water

This course explores the cultural, social, and political history of water with a focus upon formative events and cultural processes. Throughout, we will examine the different ways in which the history of water can be plotted into the histories of states, cultures, institutional practices, and social ideologies.

1 credit.

Not offered 2012–2013.

### HIST 062. History of Reading

This course examines the historical evolution of reading, literature, and books from their origins to the present day, but focuses on the post-Gutenberg era, after 1450.

1 credit.

Not offered 2012–2013.

### HIST 063. Voices of the Past: Between Oral History and Memory

An examination of the possibilities and limitations of oral history in the reconstruction of the past. After an in-depth discussion of key works in the field and an initial exposure to specific methodologies, each student will develop his/her oral history research project.

Eligible for LASC credit.

1 credit.

Spring 2013. Armus.

### HIST 064. Migrants and Migrations: Europeans and Asians in Latin America and Latinos in the United States

The course will explore the interaction between global forces and local and individual circumstances in the migration experience.

Eligible for LASC credit.

1 credit.

Not offered 2012–2013.

### HIST 065. Cities of (Im)migrants: Buenos Aires, Lima, Miami, and New York

The adjustment of European immigrants in Buenos Aires, internal migrants in Lima, and Latinos in Miami and New York and their roles in the making of modern metropolis.

Eligible for LASC credit.

1 credit.

Not offered 2012–2013.

### HIST 066. Disease, Culture, and Society in the Modern World: Comparative Perspectives

Emphasizing Latin America, but also discussing European, African, Asian, and North American cases, this course examines the ways scholars discuss certain diseases in specific places and periods. Topics include public health strategies in colonial and neocolonial contexts; disease metaphors in media, cinema, and literature; ideas about hygiene, segregation and contagion; outbreaks and the politics of blame; the medicalization of society; and alternative healing cultures.

Eligible for INTP, LASC, or PPOL credit.

1 credit.

Fall 2012. Armus.

### HIST 067. Peripheral Modernities: Latin American Cities in the 20th Century

An exploration of the socio-cultural, economic, and political processes that have shaped the modern experience in Buenos Aires (Argentina) and Lima (Peru).

Eligible for LASC credit.

1 credit.

Not offered 2012–2013.

### HIST 068. The Self-image of Modern Latin America

Latin America as it was discussed by Latin American intellectuals and political actors vis a vis agendas for social, national and regional change.

Eligible for LASC credit.

1 credit.

Not offered 2012–2013.

### HIST 081. The History of Food in the Modern Era

This mid-level course explores the transformation of the American diet from the end of the Civil War to the present day.

1 credit.

Not offered 2012–2013.

### HIST 083. What Ifs and Might-Have-Beens: Counterfactual Histories

The course will focus on debates about and within the writing of counterfactual histories.

1 credit.

Not offered 2012–2013.

# History

### HIST 084. Modern Addiction: Cigarette Smoking in the 20th Century

Examines the worldwide transformation of the habit of smoking into a medicalized and regulated practice. Emphasis on research projects based on primary sources.

Eligible for LASC credit.

1 credit.

Spring 2013. Armus.

### HIST 085. A History of Liberal Arts Education

1 credit.

Not offered 2012–2013.

### HIST 087. Development and Modern Africa: Historical Perspectives

This course examines the idea and practice of "development" in the last century of African life through its intellectual, institutional, and economic history.

Prerequisite: A prior course in the social sciences.

Eligible for BLST or PEAC credit.

1 credit.

Not offered 2012–2013.

### HIST 089. The Environmental History of Africa

This course examines African history from an ecological and environmental perspective.

Eligible for BLST or ENVS credit.

1 credit.

Not offered 2012–2013.

### HIST 090b. Irish History

Settlement from Ancient Ireland to the Celts, the rise of the McNeill Kingship, the arrival of St. Patrick, the Norman invasion, and the Flight of the Earls. We examine the darkest hours of Irish History: Cromwell, the Potato Famine, the Easter Uprising, Irish Independence, up to Bloody Sunday in Derry, 1972.

1 credit.

Not offered 2012–2013.

### HIST 090c. Bad Research and Information Heresies

(Cross-listed as ENGL 081)

This cross-disciplinary class takes apart the distinctions between academic, professional, and everyday research with the modest goal of rebuilding the past, present, and future of inquiry in the humanities. Learn how novelists, baseball players, hedge fund managers, labor activists, train conductors, historians, literary critics, health care advocates, parents, hedgehogs, public interest lawyers, French sociologists, and demons in fact and fiction ask and answer research questions.

Open to juniors and seniors from any major.

1 credit.

Fall 2012. Burke and Buurma.

### HIST 091. Senior Research Seminar

Students write a 25-page paper based on primary sources.

Required of all course majors.

Class of 2014: Required of all majors, including honors majors.

Writing course.

1 credit.

Fall 2012. Murphy and Weinberg.

### HIST 092. Thesis

A single-credit thesis, available to all majors in their senior year after completion of HIST 091, on a topic approved by the department. Students may not register for HIST 092 credit/no credit.

1 credit.

Fall 2012 and spring 2013. Staff.

### HIST 093. Directed Reading

Individual or group study in fields of special interest to the student not dealt with in the regular course offerings requires the consent of the department chair and of the instructor.

HIST 093 may be taken for 0.5 credit as HIST 093A.

## Seminars

### HIST 111. Muslims, Christians, and Jews in the Medieval Mediterranean

Beginning with common Roman traditions, the Mediterranean during the Middle Ages became divided into three great civilizations: Byzantium, Islam, and Western Christendom. The course will examine the interchange and friction among these three cultures as the sea passed from Islamic to Christian control from the seventh to the fourteenth century.

Eligible for MDST credit.

2 credits.

Not offered 2012–2013.

### HIST 122. Revolutionary Europe, 1750 to 1871

Selected topics in the social, economic, and political history of Europe from the French Revolution to the Paris Commune will be considered.

2 credits.

Not offered 2012–2013.

### HIST 125. Fascist Europe

This seminar studies European fascism in the context of societies torn by world war, class conflict, social violence, and economic depression. It focuses on fascist movements, regimes, and cultural politics in Italy and Germany, France, and Romania.

# History

2 credits.

Spring 2013. Judson.

### HIST 128. Russia in the 19th and 20th Centuries

This course focuses on the social, economic, political, and intellectual forces leading to the collapse of the autocracy and the rise of Stalin. Particular attention is devoted to the dilemmas of change and reform, and the problematic relationship between state and society.

Writing course.

2 credits.

Fall 2012. Weinberg.

### HIST 130. Early America in the Atlantic World

The "new world" of European and Indian encounter in the Americas, along with the African slave trade, British North American colonies, and the American Revolution.

2 credits.

Not offered 2012–2013.

### HIST 131. Gender and Sexuality in America

A social and cultural history of gender and sexuality in the United States from the early republic to the present.

Eligible for GSST credit.

2 credits.

Not offered 2012–2013.

### HIST 134. U.S. Political and Diplomatic History II: The Rise of Globalism

Nation building, national identity, and political ideologies and movements; covers the period from the American Revolution through the rise of globalism.

Eligible for PEAC credit.

2 credits.

Not offered 2012–2013.

### HIST 135. Labor and Urban History

A seminar that focuses on history from the bottom up, on working-class people as they build America and struggle to obtain political, social, and economic justice. Topics include urbanization and suburbanization, republicanism and democracy, racism and the wages of Whiteness, gender and work, class and community, popular culture, the politics of consumption, industrialism and the managerial revolution, and jobs and gender.

2 credits.

Spring 2013. Murphy.

### HIST 137. Slavery, 1550 to 1865

This seminar focuses on slavery in the United States between 1550 and the end of the Civil War, emphasizing the link between black enslavement and the development of democracy, law, and economics. Topics addressed include the Atlantic slave trade, the development of the Southern colonies, black cultural traditions, and slave community.

Eligible for BLST credit.

2 credits.

Not offered 2012–2013.

### HIST 138. Black Urban Communities, 1800 to 2000

This seminar focuses on the study of the black community in the United States from the end of the American Revolution to the end of the 20th century. This course investigates the link between racial identification and community formation, the strengths and weaknesses of the concept of community solidarity, and the role class and gender play in challenging group cohesiveness.

Eligible for BLST credit.

2 credits.

Fall 2012. A. Dorsey.

### HIST 140. The Colonial Encounter in Africa

Students focus on the social, economic, and cultural dimensions of the colonial era in modern Africa.

Eligible for BLST or PEAC credit.

2 credits.

Not offered 2012–2013.

### HIST 148. Issues and Debates in Modern Latin America

Explores major problems and challenges Latin American nations have been confronting since the last third of the 19th century onward. Topics include the neocolonial condition of the region, nation and state building processes, urbanization, industrialization, popular and elite cultures, modernities in the periphery, and race, class, and gender conflicts.

Eligible for LASC credit.

2 credits.

Not offered 2012–2013.

### HIST 149. Reforms and Revolutions in Modern Latin America

An examination of the problem of social, political, economic, and cultural change—progressive or regressive—in the history of Latin America during the 20th century.

 Eligible for LASC credit.

2 credits.

Fall 2012. Armus.

### HIST 180. Honors Thesis

2 credits.

Fall 2012 and spring 2013. Staff.

# Interpretation Theory

Coordinator:   RICHARD ELDRIDGE (Philosophy)
Anna Everetts (Administrative Assistant)

Committee:   Jean-Vincent Blanchard (Modern Languages and Literatures, French) [3]
Timothy Burke (History) [2]
Rachel Buurma (English Literature)
Michael Cothren (Art History)
Sibelan Forrester (Modern Languages and Literatures, Russian)
Cynthia Halpern (Political Science)
Tamsin Lorraine (Philosophy) [2]
Braulio Muñoz (Sociology and Anthropology)
Maya Nadkarni (Sociology and Anthropology)
Patricia Reilly (Art History)
Mark Wallace (Religion)
Patricia White (English Literature)
Philip Weinstein (English Literature)

[2] Absent on leave, spring 2013.
[3] Absent on leave, 2012–2013.

Since 1992, the Interpretation Theory Program has been providing students and faculty with an interdisciplinary forum for exploring the nature and politics of representation. Reaching widely across the disciplines, work done in the minor reflects a long-standing drive to understand the world through the constructs of its interpretive propositions. Students use their programs to develop a flexible, deeply historicized grasp of what is thought today as critical and cultural theory. They also sharpen their skills in critical reading and intellectual analysis.

Students who minor take a total of six courses that build on a combination of classic and current hermeneutic methods. Each year, graduating seniors enroll in a capstone seminar that proposes a structured investigation into an inherently interdisciplinary problem. Faculty team-teach the course as a way of drawing out multi-disciplinary concerns in both theory and practice.

## The Academic Program

### Course Minor

Students complete six credits toward the minor. Three general rules guide the selection:

1. All minors must complete a one-credit capstone seminar that is team-taught by two faculty members from different departments. Students complete this capstone in the spring of their senior year.

2. The three remaining courses are elective. At least four of the six interpretation theory credits must be outside the major.

3. A minimum "B" average is required for all minors by their junior and senior years.

Other courses may be considered upon petition to the Interpretation Studies Committee. These may include relevant courses offered at Bryn Mawr College, Haverford College, and the University of Pennsylvania.

## Honors Minor

All students participating in the Honors Program are invited to define a minor in interpretation theory. Students must complete one preparation for external examination. This 2-credit preparation can be the seminar and a reading attachment or a thesis, a combination of two courses in different departments, a 2-credit thesis, or a combination of a thesis and a course. Any thesis must be multidisciplinary. The proposed preparation must be approved by the Interpretation Theory Committee. Honors minors must meet all other requirements of the interdisciplinary minor in course.

### Capstone Seminars

All minors are required to successfully complete the one-credit capstone seminar, team-taught by two faculty members from different departments, in the spring of their senior year.

Each year, graduating seniors enroll in a capstone seminar that proposes a structured investigation into an inherently interdisciplinary problematic. The capstone seminar embodies both the theoretical and interdisciplinary qualities that make interpretation theory distinctive and compelling.

Students majoring in a variety of disciplines come together with faculty members from two different areas to explore theories of knowledge and questions of interpretation and representation. For example, the past capstone seminars have brought together professors from French literature and biology, political science and religion, sociology/anthropology and English, philosophy and art, and other interdisciplinary combinations.

# Interpretation Theory

Past capstone titles include: *Contested Truths: Questions of Modernity in German Philosophy and Literature; the Classical in Art and Literature; Reworking the Cultural Imaginary; Simultaneity and Monumentality; After Babel: Poetry, Language and Translation; Mind, Body, Machine; Interpretation and the Visual Arts; Beyond Reason: Nietzsche, Levinas and the Kabbalah; and Mapping the Modern.*

## Life After Swarthmore

Respondents to the 2006 Interpretation Theory Alumni Survey indicated that approximately 75% went on to graduate school and of those, approximately 25% pursued a Ph.D.

Occupations of interpretation theory graduates are diverse and include: physicians, professors, editors, grant writers, an assistant district attorney, and a civil rights investigator.

## Courses

Currently offered courses relevant to the program include the following:

**INTP 090. Directed Reading**
1 credit.
Each semester. Staff.

**INTP 091. Capstone Seminar: Hero Time Travel**
(Cross-listed as CLAS 091 and LING 091)
Virgil's *Aeneid*, Dante's *Divina Commedia*, and several of Eugenio Montale's poems deal with a hero's journey. We will examine how the journey varies in these poems as each author looks back on the earlier one, reinterpreting and creating anew. We will have three foci: narratology, semiotics, and reception theory. Matters of esthetics, linguistics, and politics of the time and place will come up repeatedly. All poetry will be in the original (Latin, Old Italian, Italian) with English translations, so there are no language prerequisites. There will be theory readings as well as poetry each week. For students with a background in classics, written work can be appropriately designed to allow this course to count toward classics.
1 credit.
Spring 2013. Munson, Napoli.

**INTP 092. Thesis**
2 credits.
Each semester. Staff.

## Art History
ARTH 166. Avant-Gardes in History, Theory, and Practice (Mileaf)
ARTH 168. Dada and Surrealism (Mileaf)

## Classics
CLAS 036. Classical Mythology (Munson)

## English
ENGL 035. The Rise of the Novel (Buurma)
ENGL 073. Modernism: Theory and Fiction (Weinstein)
ENGL 080. Critical and Cultural Theory (White)
ENGL 081. Theory of the Novel (Buurma)
ENGL 090. Queer Media (White)
ENGL 091. Feminist Film and Media Studies (White)
ENGL 115. Modern Comparative Literature (Weinstein, counts toward INTP in the spring only)
ENGL 120. Critical and Cultural Theory (White)

## Film and Media Studies
FMST 020. Critical Theories of Film and Media (White)
FMST 045. Feminist Film and Media Studies (White)
FMST 046. Queer Media (White)
FMST 087. American Narrative Cinema (White)

## French
FREN 044. Tyrants and Revolutionaries (Blanchard)
FREN 056. Ecritures au féminin (Rice-Maximin)
FREN 116. La critique littéraire (Blanchard)

## History
HIST 001K. Engendering Culture (Murphy)
HIST 029. Sexuality and Society in Modern Europe (Judson)
HIST 066. Disease, Culture, and Society in the Modern World (Armus)
HIST 086. The Image of Africa (Burke)
HIST 088. Social History of Consumption (Burke)

## Literatures
LITR 047R. Russian Fairy Tales
LITR 070R. Translation Workshop (Forrester)
LITR 071F. French Cultural and Critical Theory (Blanchard)
LITR 071S. Latin American Society Through Its Novel (Munoz)
LITR 075S. Borges: Aesthetics and Theory (Martinez)
LITR 076S. Latino and Latin American Sexualities (Martinez)

## Philosophy
PHIL 016. Philosophy of Religion (Berger)
PHIL 017. Aesthetics (Eldridge)
PHIL 019. Philosophy of Literature and Film (Eldridge)

# Interpretation Theory

PHIL 026. Language and Meaning (Eldridge)

PHIL 039. Existentialism (Lorraine)

PHIL 045. Futures of Feminism (Lorraine)

PHIL 048. German Romanticism (Eldridge)

PHIL 049. Marx, Nietzsche, and Freud (Lorraine)

PHIL 069. Phenomenology (Lorraine)

PHIL 079. Poststructuralism (Lorraine)

PHIL 106. Aesthetics and Theory of Criticism (Eldridge)

PHIL 114. 19th-Century Philosophy (Eldridge)

PHIL 116. Language and Meaning (Eldridge)

PHIL 139. Phenomenology, Existentialism, and Poststructuralism (Lorraine)

## Physics

PHYS 029. Seminar on Gender and (Physical) Science (Graves)

## Political Science

POLS 011. Ancient Political Theory (Halpern)

POLS 012. Modern Political Theory (Berger)

POLS 013. Political Psychology and Moral Engagement (Berger)

POLS 100. Ancient Political Theory (Halpern)

POLS 101. Modern Political Theory (Halpern)

## Religion

RELG 003. The Bible: In the Beginning (Kessler)

RELG 004. New Testament and Early Christianity (Wallace)

RELG 005B. World Religions (Wallace)

RELG 015. Religion and Literature: Blood and Spirit (Wallace)

RELG 015B. Philosophy of Religion (Wallace)

RELG 027. Radical Jesus (Wallace)

RELG 032. Queering God: Feminist and Queer Theology (Kessler)

RELG 112. Post-modern Religious Thought (Wallace)

RELG 128. Sex, Gender and the Bible (Kessler)

## Russian

RUSS 047. Russian Fairy Tales (Forrester)

RUSS 070. Translation Workshop (Forrester)

## Sociology and Anthropology

SOAN 024C. Latin American Society Through Its Novel

SOAN 044B. Colloquium: Art and Society (Muñoz)

SOAN 044D. Colloquium: Critical Social Theory (Muñoz)

SOAN 044E. Colloquium: Modern Social Theory (Muñoz)

SOAN 049B. Comparative Perspectives on the Body (Ghannam)

SOAN 101. Critical Modern Social Theory (Muñoz)

## Spanish

SPAN 051. Textos híbridos: crónicas periodísticas y novelas de no-ficción (Martinez)

*Note:* This list is revised annually; any courses attached to the program at the time taken will be counted. For the most up-to-date, semester-by-semester list of courses, please consult the program website at www.swarthmore.edu/intp. Other courses may be considered on petition to the Interpretation Theory Committee. These may include relevant courses offered at Bryn Mawr and Haverford colleges and the University of Pennsylvania.

# Islamic Studies

Coordinator: TARIQ AL-JAMIL (Religion)
Anita Pace (Administrative Assistant)

Committee: Stephen Bensch (History)
Farha Ghannam (Sociology and Anthropology)
Alexandra Gueydan (Modern Languages and Literatures)
Steven Hopkins (Religion)

Swarthmore's Islamic Studies Program focuses on the diverse experiences and textual traditions of Muslims in global contexts. As one of the world's great religions and cultures, Islam has shaped human experience—both past and present—in every area of the world. The academic program explores the expressions of Islam as a religious tradition, the role of Muslims in shaping local cultures, Islamic civilization as a force of development in global history, and the significance of Islamic discourses in the contemporary world. The program offers an undergraduate minor, drawing from the academic disciplines of art history, dance, film and media studies, gender and sexuality studies, history, modern languages and literatures, political science, religion, and sociology and anthropology. The Islamic Studies Program challenges students to consider a wide range of social, cultural, literary, and religious phenomena in both the Arabic and non-Arabic speaking parts of the world. These include aspects of life in countries with Muslim majorities such as Egypt, Syria, Indonesia, Pakistan, Afghanistan, Iran, and Turkey as well as those countries with vital minority communities such as France, Germany, and the United States. A sample of coursework includes The Qur'an and its Interpreters; Islamic Law and Society; Gender, Sexuality, and the Body in Islamic Discourses; Cultures of the Middle East; Culture, Power, Islam; Cultural History of the Modern Middle East; Cities of the Middle East; and Kathak Dance Performance.

## The Academic Program

## Course Minor

All students must take a minimum of 5 Islamic Studies Program credits. Students must follow the guidelines below regarding the required 5 courses.

### Requirements

1. The 5 required courses must cross at least 3 different academic departments.

2. Only 1 of the total 5 credits required by the Islamic Studies minor may overlap with the student's major.

3. Students must successfully complete Arabic 004 (and its prerequisites) or the equivalent. This requirement is waived for native speakers of Arabic and for students who demonstrate sufficient competence by passing an equivalency exam. Alternate fulfillment of the language requirement may also be approved by the Islamic Studies Committee if a student demonstrates competence in another language that is relevant to the study of a Muslim society and is directly related to the student's academic program. Only Arabic courses beginning at the level of Arabic 004 or its equivalent will count toward the total 5 credits in Islamic studies required for the minor.

4. Students must complete a 1-credit thesis that will count toward the minimum of 5 credits required for the minor. The thesis must be supervised by a member of the Islamic Studies Program faculty. Students normally enroll for the thesis (ISLM 096) in the fall semester of the senior year.

To supplement classes offered at Swarthmore, students are encouraged to explore and take classes at other nearby colleges, especially Bryn Mawr, Haverford, and the University of Pennsylvania. Students are also strongly encouraged to spend a minimum of one semester abroad in a program approved by both Islamic studies and Swarthmore's Off-Campus Study Office. In addition to furthering the student's knowledge of Islam and Muslim societies, studying abroad is a unique opportunity for personal and intellectual growth.

### Acceptance Criteria

Students interested in Islamic studies are invited to consult with members of the Islamic Studies Committee before developing a proposal for a minor. The proposal should outline and establish how a minor in Islamic studies relates to the student's overall program of undergraduate study and should provide a list of the courses to be taken. The minor is open to students of all divisions.

Students will be admitted to the minor after having completed at least two Islamic studies courses at Swarthmore in different departments with grades of B or better. Applications to the program must be submitted by March 1st of the sophomore year, and all programs must be approved by the Islamic Studies Committee. Deferred students will be re-evaluated at the end of each semester until they are either accepted or they withdraw their application.

# Islamic Studies

## Honors Minor

To complete an honors minor in Islamic studies, a student must have completed all the course requirements for the interdisciplinary minor listed above. Students are encouraged to take a 2-credit honors seminar in an Islamic studies topic in either their junior or senior year. Honors students are required to complete a 2-credit thesis under program supervision that will count toward the minimum of 5 credits required for the interdisciplinary minor. The honors examination will address the themes explored in the 2-credit thesis.

## Special Major

Students are invited to consider a special major in Islamic studies in consultation with members of the Islamic Studies Committee. The proposal should include the above requirements and should provide a list of the courses.

## Courses

### ISLM 096. Thesis
1 credit.
Fall 2012. Staff.

### ISLM 097.Thesis
1 credit.
Spring 2013. Staff.

### ISLM 180. Honors Thesis
2 credits.
Fall 2012 and spring 2013. Staff.

The following courses may be applied to an academic program in Islamic studies. See individual departments to determine specific offerings in 2012–2013.

### Art History
ARTH 043. Islam and the West: Architectural Cross-currents from the Middle Ages to the 21st century

### Dance
DANC 046. Dance Technique I: Kathak
DANC 049.6. Performance Dance: Repertory Kathak

### History
HIST 001T. First-Year Seminar: Cross and Crescent: Muslim-Christian Relations in Historical Perspective
HIST 006A. Formation of the Islamic Near East
HIST 111. Muslims, Christians, and Jews in the Medieval Mediterranean

### Modern Languages and Literatures, Arabic
ARAB 004. Intermediate Modern Standard Arabic II

ARAB 011. Advanced Arabic I
ARAB 011A. Arabic Conversation
ARAB 012. Advanced Arabic II
ARAB 012A. Advanced Arabic Conversation
ARAB 013A. Foreign Language Teaching and Pedagogy
ARAB 020. Arabic Literature in Cross-Cultural Context
ARAB 045. Contemporary Thought in the Arabic World
ARAB 076. Contemporary Arab Women Writers (Cross-listed as FREN 076 and LITR 076AF)

### Modern Languages and Literatures, French
FREN 045B. Le monde francophone: France and the Maghreb: Postcolonial Writing in a Transnational Context

### Modern Languages and Literatures, Russian
RUSS 023. Muslim in Russia

### Religion
RELG 001C. Religion and Terror in an Age of Hope and Fear
RELG 008B. The Qur'an and Its Interpreters
RELG 011B. The Religion of Islam
RELG 013. The History, Religion, and Culture of India II: Muslim, Hindu, Sikh, and Dalit in North India
RELG 053. Gender, Sexuality, and the Body in Islamic Discourses
RELG 054. Power and Authority in Modern Islam
RELG 100. Holy War, Martyrdom, and Suicide in Christianity, Judaism, and Islam
RELG 119. Islamic Law and Society
RELG 127. Secrecy and Heresy

### Sociology and Anthropology
SOAN 009C. Cultures of the Middle East
SOAN 123. Culture, Power, Islam

# Latin American Studies

Coordinator:    BRAULIO MUNOZ (Sociology and Anthropology)
                Anna Everetts (Administrative Assistant)

Committee:      Diego Armus (History)
                Aurora Camacho de Schmidt (Modern Languages and Literatures, Spanish)
                Kenneth Sharpe (Political Science)
                Elena Valdez (Modern Languages and Literatures, Spanish)

Swarthmore's Latin American Studies Program explores the rich diversity—as well as the similarities—among and within Latin American countries and cultures. The program also investigates the broad dynamics shaping Latino experiences in the United States. Participants in the program engage with a variety of disciplines to consider what defines "Latin America." Spoken language; literature; pre-colonial, colonial, and modern history; native, immigrant, and diasporic experiences; politics; socioeconomic conditions; religion; social structures; architecture; and political borders are all considered in this far-ranging and inclusive course of study. Students in any major may add a minor in Latin American studies. Courses from art history, history, modern languages and literatures, political science, religion, sociology and anthropology contribute to this exciting interdisciplinary program.

Most of our students spend one semester in Latin America. Studying beyond the traditional classroom walls provides students with invaluable opportunities for enriching intellectual experiences and personal growth.

## The Academic Program

Students interested in the Latin American Studies Program (LAS) are invited to consult with the program coordinator and members of the LAS Committee before developing a proposal. The proposal should establish how Latin American studies relates to the overall program of undergraduate study and to the departmental major. The minor is open to students of all divisions.

## Course Minor

Latin American Studies minors must complete the following requirements:

**Language:**

LAS requires the successful completion of SPAN 004 Intensive Advanced Spanish or its equivalent.

This requirement is waived for native speakers of Spanish and for students who demonstrate sufficient competence in this language, as determined by the LAS Committee. Note: LAS credit is not offered for language courses.

**Courses:**

Students must take a minimum of 5 credits in Latin American studies which include approved courses and seminars (counting as one credit for LAS).

These 5 credits must span the two divisions (Humanities and Social Sciences).

To give students a basic introduction to Latin America, students are expected to take either HIST 004: Introduction to Latin American History or SPAN 010: En busca de Latinoamérica.

Only 1 of the total 5 credits required by the LAS minor may overlap with a student's major or other minor.

To graduate with a minor in Latin American studies, a student must maintain a minimum grade of "B" in the program, and a "C" average in any other course work.

**Study Abroad:**

Students are required to spend a minimum of one semester abroad in a program approved by the Latin American Studies Program. This requirement may be waived for students who have lived and studied in Latin America for more than a year, but they must apply for this waiver at the time of being considered for the minor.

Students can apply two credits from courses taken abroad to their Latin American Studies academic program.

Courses taken abroad must have a clear Latin American focus and must be preapproved by the appropriate department in order to count for the LAS minor.

Study abroad must be pursued in Spanish. Students must complete Spanish 004, or its equivalent, before going abroad.

Language courses are not eligible for study abroad credit.

Students are encouraged to complete the introductory requirement (Spanish 010 or History 004) before going abroad.

Only in exceptional cases, with the support of a faculty member and the approval of the LAS Committee, will a semester's internship or a community service project in Latin America fulfill this requirement.

# Latin American Studies

## Honors Minor

To complete an honors minor in Latin American studies, students must have completed all requirements for the interdisciplinary minor. From within these offerings, they may select for outside examination a seminar taken to fulfill the interdisciplinary minor's requirements. However, the seminar chosen may not be an offering within their major department.

## Special Major

With the permission of the departments concerned, it is possible for a student to plan an individualized special major that includes closely related work in one or more departments. Students have the possibility of designing a special major, such as Spanish and Latin American Studies; Latin American Studies and Political Science, Latin American Studies and History; and Latin American Studies with a focus on Sociology and Anthropology, etc.

Special majors consist of at least 10 credits and no more than 12 credits.

Students with special majors must complete the major comprehensive requirement of the departmental major which may consist of a thesis or other written research project designed to integrate the work across departmental boundaries, or a comprehensive examination. In all cases, this final exercise will integrate the work done in Latin American Studies and the department involved.

## Life After Swarthmore

Swarthmore graduates who have taken part in the Latin American Studies Program find that their rich understanding of the cultures and people of Latin America and Latinos in the U.S. is attractive to employers. Graduates most frequently pursue careers in public service, law, government, education, humanities, social sciences, and the media.

## Courses

The following courses may be counted toward Latin American studies:

### Latin American Studies

**LAS 080. Mexican Pennsylvania: the Making of a Transnational Community**
While Mexican workers came to Pennsylvania in the 1920s, actively recruited by the steel industry, thousands of farm workers and their families settled in Berks and Chester counties in the 1980s, and a large flow of urban service workers arrived in the city of Philadelphia in the last 20 years. In spite of the economic downturn and aggressive law enforcement, an unprecedented number of Mexican immigrants are still at work in the United States. Why are they here? How are they perceived by the public? What are the legislative proposals to end or rationalize their migration? What obstacles do they face as they look at the future of their children? How are their ties to Mexico maintained?

This interdisciplinary course looks for answers to these and other questions through films, readings, discussions, field trips, and a community service component. The course will be taught in English, but students must be able to speak Spanish as they work in the community.

1 credit.

Fall 2012. Camacho de Schmidt.

### Art History
ARTH 024. Architectures of Mexico

### History
HIST 001E. First-Year Seminar: The Self-Image of Latin America: Past, Present, and Future

HIST 004. Latin American History

HIST 049. Race and Foreign Affairs

HIST 051. Race and Poverty in the United States

HIST 063. Voices of the Past: Oral History and Memory

HIST 064. Migrants and Migrations: Europeans in Latin America and Latinos in the U.S.

HIST 065. Past and Present in the Andean World

HIST 066. Disease, Culture, and Society in the Modern World: Comparative Perspectives

HIST 067. Peripheral Modernities: Latin American Cities in the 20th Century

HIST 148. Issues and Debates in Modern Latin America

HIST 149. Reforms and Revolutions in Modern Latin America

### Literatures
LITR 015S. First-Year Seminar: Children in Latin American Literature

LITR 060S. Mexican and Central American Literature in Translation

LITR 070S. The Persistent Power of Central American Literature

LITR 071S. Latin American Society Through Its Novel

LITR 072S. The Testimonial Literature of Latin American Women

LITR 075S. Borges: Aesthetics and Theory

LITR 076S. Latino and Latin American Sexualities

# Latin American Studies

**Music**
MUSI 031. Musics of Central and South America and the Caribbean
MUSI 033. Music of Cuba and Brazil

**Political Science**
POLS 057. Latin American Politics
POLS 109. Comparative Politics: Latin America

**Religion**
RELG 109. Afro-Atlantic Religions

**Sociology and Anthropology**
SOAN 010Q. First-Year Seminar: The Mexico of Anthropology
SOAN 010R. Tales We (and They) Tell
SOAN 022H. The Americas: Cultural Politics and Social Movements
SOAN 024B. Latin American Society and Culture
SOAN 024C. Latin American Society Through Its Novel
SOAN 030M. The Power of Words: Language and Social Inequality in the Americas
SOAN 030N. Migration, Transnationalism, and Transborder Circulation
SOAN 124. The Americas: Cultural Politics and Social Movements

**Spanish**
SPAN 010. En busca de Latinoamérica
SPAN 023. Introducción a la literatura latinoamericana
SPAN 055. La comida, los deportes y la música en el Caribe hispánico
SPAN 057. El Caribe hispánico a través de la literatura, la musica y el cine
SPAN 070. Género y sexualidad en Latinoamérica
SPAN 072. Seducciones literarias—traiciones fílmicas
SPAN 073. El cuento latinoamericano
SPAN 076. La novela latinoamericana
SPAN 080. Curso de literatura mexicana/centroamericana
SPAN 081. Movimientos sociales y literatura en México
SPAN 082. Un siglo de canto: poesía latinoamericana contemporánea
SPAN 083. El tirano latinoamericano en la literatura
SPAN 084. Los niños en la literatura latinoamericana
SPAN 085. La edad del tiempo: Carlos Fuentes y su obra
SPAN 106. Visiones narrativas de Carlos Fuentes

SPAN 108. Jorge Luis Borges
SPAN 109. Elena Poniatowska la hija de México
SPAN 110. Política y póetica: los mundos de Pablo Neruda, Octavio Paz y Ernesto Cardenal

# Linguistics

THEODORE B. FERNALD, Professor
DONNA JO NAPOLI, Professor
K. DAVID HARRISON, Associate Professor and Chair
BROOK D. LILLEHAUGEN, Assistant Professor (Tri-College)
NATHAN SANDERS, Visiting Assistant Professor
AARON J. DINKIN, Visiting Assistant Professor (part time) and Phonetics Lab Coordinator
SHELLEY DEPAUL, Instructor
DOREEN KELLEY, Instructor
DOROTHY KUNZIG, Administrative Assistant

## What is Linguistics?

There are 7,000 languages in the world. Linguistics is the scientific study of language—we develop techniques to explore patterns that all human languages have in common and investigate the ways in which each is unique. Our explorations yield insights not only about languages, but also about the nature of the human mind.

The relevance of linguistics to the fields of anthropology, cognitive science, language study, philosophy, psychology, and sociology has been recognized for a long time. Linguistics cross list courses from ten departments, reflecting the diversity of fields with strong relevance to our field. The interdisciplinary nature of the field, and our program, further encourages students to broaden their horizons and interact with a wide variety of students, scholars, and ideas.

## What we hope students will get from studying Linguistics

Because the very nature of modern linguistic inquiry is to build arguments for particular analyses, the study of linguistics gives the student finely honed argumentation skills, which stand in good stead in careers in law, business, and any other profession where such skills are crucial.

## Linguistics at Swarthmore, Bryn Mawr College, and Haverford College

The Linguistics Department is a constituent in the Tri-College Linguistics Department, which includes courses at Bryn Mawr College and Haverford College. Linguistics courses at Swarthmore College regularly include students from all three schools.

## The Academic Program

The Linguistics Department offers a course major, a course minor, an honors major, and an honors minor. In addition, a special course major and a special honors major are offered in linguistics and languages.

## Course Major: Linguistics

The course major in linguistics consists of at least eight credits in linguistics, including all of the following:

1. A course in sounds from the following list: LING 045, 052.

2. A course in forms: LING 050.

3. A course in meanings from the following list: LING 026, 040.

4. A course in the Structure of a Non-Indo-European Language: typically LING 061, 062, or 064.

5. LING 100, in which students complete and defend a two-credit senior thesis. This course constitutes the comprehensive requirement for the major.

6. Two electives in linguistics.

LING 001 (Introduction to Language and Linguistics) may be included in the major at the student's option.

## Special Course Major: Linguistics and Languages

The special course major in linguistics and languages consists of at least twelve credits: six credits in linguistics and three credits in each of two languages. The languages can be ancient or modern. Students must complete each of the following:

1. A course in sounds from the following list: LING 045, 052.

2. A course in forms: LING 050.

3. A course in meanings from the following list: LING 026, 040.

4. A course in the Structure of a Non-Indo-European Language: typically LING 061, 062, or 064.

5. LING 100, in which students complete and defend a two-credit senior thesis. This course constitutes the comprehensive requirement for the major.

For a language taught by the Modern Languages and Literatures Department, there must be one course numbered 4 or above, two courses numbered 11 or above or a seminar. For a language taught by the Classics Department there must be one intermediate-level course numbered 11–14 and one seminar.

Some work in each foreign language included in the major must be done in the student's junior or senior year.

# Linguistics

If one or both of the foreign languages is modern, the student must study abroad for at least one semester in an area appropriate for one of the foreign languages.

## Course Minor

Four minors are offered, each totaling 5 credits (courses below plus any other two credits in linguistics):

- Theory: LING 040, LING 045, LING 050
- Phonology/Morphology: LING 045, LING 043, and LING 052 or LING 025
- Syntax/Semantics: LING 040, LING 050, LING 043
- Individualized: Student may choose five courses in linguistics and provide justification why the courses form a coherent minor.

## Honors Major

The honors major in linguistics consists of at least eight credits in linguistics, and includes all of the following:

1. A course in sounds from the following list: LING 045, 052.

2. A course in forms: LING 050.

3. A course in meanings from the following list: LING 026, 040.

4. A course in the Structure of a Non-Indo-European Language: typically LING 061, 062, or 064.

5. LING 195, in which students complete and defend a two-credit senior thesis. This course constitutes the comprehensive requirement for the major.

6. Two electives in linguistics.

7. Complete and defend an honors major portfolio as explained below.

**Honors Major Portfolio requirements:**
**Thesis:** Students are required to write a two-credit thesis in LING 195 (Senior Honors Thesis) in the fall of their senior year. The thesis may be on any topic in linguistics. It need not be related to course work. Work may be collaborative with one other student at the discretion of the faculty. The oral examination will consist of a discussion of up to one hour with the external reader.

**Research Papers:** Students are required to write two research papers. The student will prepare for these research papers by taking at least four credits of course work (two credits in each of the research paper areas). The areas will be selected from any combination of the following, possibly in combination with other course work:

- phonetics
- phonology
- morphology
- syntax
- semantics
- historical and comparative
- sociolinguistics

Students will take LING 199 (Senior Honors Study) for one credit in the spring of their senior year. The two research papers will be on topics selected by the external readers and must be directly related to course work the student has taken.

Students will work independently on their research papers. The oral examination will consist of a forty-five minute discussion with the external reader for each paper. The discussion will cover the papers and any other material pertinent to the two credits of course work offered in preparation for the paper.

## Honors Special Major Linguistics and Languages

The special honors major in linguistics and languages consists of at least twelve credits: six credits in linguistics and three credits in each of two languages. The languages can be ancient or modern. Students must complete each of the following:

1. A course in sounds from the following list: LING 045, 052.

2. A course in forms: LING 050.

3. A course in meanings from the following list: LING 026, 040.

4. A course in the Structure of a Non-Indo-European Language: typically LING 061, 062, or 064.

5. LING 195, in which students complete and defend a two-credit senior thesis. This course constitutes the comprehensive requirement for the major.

6. Complete and defend an honors major portfolio as explained below.

**Honors Special Major Linguistics and Languages portfolio requirements:**
**Thesis:** Students are required to write a two-credit thesis in LING 195 (Senior Honors Thesis) in the fall of their senior year. The thesis may be on any topic in linguistics. It need not be related to course work. Work may be collaborative with one other student at the discretion of the faculty. The oral examination will consist of a discussion of up to one hour with the external reader.

**Research Papers:** Students are required to write two research papers in linguistics and one research paper in a language that is administered by the relevant language department. The student will prepare for the linguistics research papers by taking at least

# Linguistics

four credits of course work (two credits in each of the research paper areas). The areas will be selected from any combination of the following, possibly in combination with other course work:

- phonetics
- phonology
- morphology
- syntax
- semantics
- historical and comparative
- sociolinguistics

The third research paper is administered by the relevant language department.

Students will take LING 199 (Senior Honors Study) for one credit in the spring of their senior year. The three research papers will be on topics selected by the external readers and must be directly related to course work the student has taken.

Students will work independently on their research papers. The oral examination will consist of a forty-five minute discussion with the external reader for each paper. The discussion will cover the papers and any other material pertinent to the two credits of course work offered in preparation for the paper.

## Honors Minor

If a student is a course major in Linguistics as well as an honors minor in Linguistics, the thesis required for the course major constitutes the portfolio for the honors minor.

Honors minors who are not course majors in linguistics will satisfy the course minor and complete and defend their honors minor portfolio as explained below.

### Honors Minor portfolio requirements:

A single research paper will constitute the portfolio for honors. The areas will be selected from any combination of the following:

- phonetics
- phonology
- morphology
- syntax
- semantics
- historical and comparative
- sociolinguistics

The program requires a one-half credit in LING 199 (Senior Honors Study) in the spring of the senior year. The oral examination will consist of a discussion of up to one hour with the external reader.

## Thesis / Culminating Exercise

Every senior linguistics major or linguistics and language major must write a thesis during the fall semester of their senior year.

## Application Process Notes for the Major or the Minor

Please follow the process described by the Dean's Office and the Registrar's Office about how to apply for a major.

Please contact our department office and request a Sophomore Plan form, or get it online at *www.swarthmore.edu/SocSci/Linguistics/ xling14.html*. Submit the completed form to the department office.

## Advanced Placement/International Baccalaureate Credit

Linguistics does not accept AP/IB credit.

## Transfer Credit

Linguistics does accept transfer credit. Please contact the department for more information.

## Off-Campus Study

Students who special major in linguistics and languages and who focus on two modern languages must spend at least one semester abroad in an area appropriate for one of the foreign languages.

Students planning on a semester abroad must consult with their adviser and the Linguistics Department. Upon return from study abroad, students must present all written work to the department in order to have the course work considered for credit, including class notes, syllabi, examinations, and papers.

## Sample Paths through Linguistics

There are many acceptable paths through the major. We urge students to talk with their advisers to find the one that is best suited to their interests, bearing the following considerations in mind.

The end of the path is satisfaction of the requirements for the major. The most intricate of these is successful completion of the senior thesis. While students are permitted to complete one or more of the core requirements (courses in sounds, forms, and meanings) during their senior year, doing so will preclude writing a senior thesis in one of these areas. We strongly recommend completing these requirements by the end of the junior year. Because students frequently develop thesis topics during their courses in the Structure of a Non-Indo-European Language, we also recommend

# Linguistics

satisfying this requirement by the end of the junior year. Syntax (LING 050) and Phonetics and Phonology (LING 045) are prerequisites for (LING 006X), the faculty urge students to take these courses by the end of the fall semester of the junior year.

## Courses

### LING 001. Introduction to Language and Linguistics
Introduction to the study and analysis of human language, including sound systems, lexical systems, the formation of phrases and sentences, and meaning, both in modern and ancient languages and with respect to how languages change over time. Other topics that may be covered include first-language acquisition, sign languages, poetic metrics, the relation between language and the brain, and sociological effects on language.

Writing course.

1 credit.

Fall 2012. Sanders. Spring 2013. Dinkin.

### LING 002. First-Year Seminar: The Linguistic Innovation of Taboo Terms and Slang
Taboo terms vary in topic across language communities: religion, sex, disease and death, and bodily effluents are common, but other topics can appear, often depending on nonlinguistic factors (community size, demographics, and cultural beliefs). Taboo terms also vary in how they are used: exclamations, name-calling, and maledictions are common, but other uses can appear, such as modifiers and predicates. Over time less common uses tend to semantically bleach, so that historical taboo terms can be used without hint of vulgarity or rudeness. These less common uses can fall together with slang in exhibiting linguistic behavior unique within that language, at the word level and the phrase and sentence level, behavior that is telling with respect to linguistic theory. Each student will choose a language other than English to investigate.

1 credit.

Not offered 2012–2013.

### LING 004. First-Year Seminar: American Indian Languages
At least 300 languages were spoken in North America before the first contact occurred with Europeans. Most of the surviving languages are on the verge of extinction. Students will learn about language patterns and characteristics of language families, including grammatical classification systems, animacy effects on sentence structure, verbs that incorporate other words, and evidentials. Topics include how languages in contact affect each other, issues of sociolinguistic identity, language endangerment and revitalization efforts, and matters of secrecy and cultural theft.

1 credit.

Spring 2013. Fernald.

### LING 005. First-Year Seminar: Linguistic Underpinnings of Racism and Bias
(Cross-listed as SOAN 005L)

This seminar addresses our ongoing struggle, as a society of thoughtful individuals, to identify the origins of attitudes and stereotypes that give rise to bias based on race, ethnicity, sex or other factors. Language lies at the foundation of both societal attitudes and power structures, and can serve as an agent of oppression and liberation. Linguistics as a social and cognitive science takes an objective, scientific approach that can help us to expose, identify and understand usage that may—whether consciously or not—serve to perpetuate bias. Beyond a mere metric of political correctness or taboo speech, linguistics allows us to reframe the debate in terms of social praxis and individual identity, and to build a better society.

1 credit.

Not offered 2012–2013.

### LING 006. First-Year Seminar: Language and Deafness
This course will look at many issues connected to language and people with hearing loss in the United States, with some comparisons to other countries. We will consider linguistic matters in the structure of American Sign Language (ASL) as well as societal matters affecting users of ASL, including literacy and civil rights. A one-hour language drill outside of class is required.

All students are welcome to do a community service credit in LING 095.

1 credit.

Not offered 2012–2013.

### LING 007. Hebrew for Text Study I
(See RELG 057)

This course counts for distribution in humanities under the religion rubric and in social sciences under the linguistics rubric.

1 credit.

Spring 2013. Plotkin.

### LING 008A. Russian Phonetics
(See RUSS 008A)

0.5 credit.

Fall 2012. Moskala-Gallaher.

### LING 010. Hebrew for Text Study II
(See RELG 059)

1 credit.

Fall 2012. Plotkin.

# Linguistics

## LING 014. Old English/History of the Language

(See ENGL 014)

This course counts for distribution in humanities under the English rubric and in social sciences under the linguistics rubric.

1 credit.

Not offered 2012–2013.

## LING 015. Lenape Language Study

Students will gain a working knowledge of the structure of the Lenape Language. The course covers conversation, grammar, and usage, as well as discussion of the conceptual elements inherent in this Algonquian language. Topics will include elements of Lenape culture, songs in the language, and discussion of the current status of Lenape as an endangered language.

1 credit.

Not offered 2012–2013.

## LING 016. History of the Russian Language

(See RUSS 016)

This course counts for distribution in humanities under the Russian rubric and in social sciences under the linguistics rubric.

1 credit.

Not offered 2012–2013.

## LING 020. Computational Linguistics: Natural Language Processing

(See CPSC 065)

Prerequisites: CPSC 035 (or the equivalent).

1 credit.

Fall 2012. Wicentowski.

## LING 025. Language, Culture, and Society

(Cross-listed as SOAN 040B)

This course is an introduction to sociolinguistics and the study of language variation and change, with a focus on variation in North American English. Topics to be examined include the following: How do social factors such as age, gender, ethnicity, and socioeconomic class influence the way people use language? How do individual speakers use language differently in different situations? How do regional dialects differ from each other, and why? How does language change spread within a community and between communities? In learning the answers to these questions, students will carry out sociolinguistic field projects to collect and analyze data from real-life speech.

1 credit.

Fall 2012. Dinkin.

## LING 026. Language and Meaning

(See PHIL 026)

This course counts for distribution in humanities under the philosophy rubric and in social sciences under the linguistics rubric.

1 credit.

Not offered 2012–2013.

## LING 033. Introduction to Classical Chinese

(See CHIN 033)

This course counts for distribution in humanities or social sciences under either rubric.

1 credit.

Spring 2013. Berkowitz.

## LING 034. Psychology of Language

(See PSYC 034)

1 credit.

Fall 2012. Grodner.

## LING 040. Semantics

(Cross-listed as PHIL 040)

In this course, we look at a variety of ways in which linguists, philosophers, and psychologists have approached meaning in language. We address truth-functional semantics, lexical semantics, speech act theory, pragmatics, and discourse structure. What this adds up to is an examination of the meaning of words, phrases, and sentences in isolation and in context.

This course counts for distribution in humanities under the philosophy rubric and in social sciences under the linguistics rubric.

Writing course.

1 credit.

Fall 2012 and spring 2013. Fernald.

## LING 043. Morphology and the Lexicon

This course looks at word formation and the meaningful ways in which different words in the lexicon are related to one another in the world's languages.

Prerequisite: LING 001 or 045.

1 credit.

Spring 2013. Sanders.

## LING 045. Phonetics and Phonology

Phonetics explores the full range of sounds produced by humans for use in language and the gestural, acoustic, and auditory properties that characterize those sounds. Phonology investigates the abstract cognitive system humans use for representing, organizing, and combining the sounds of language as well as processes by which sounds can change into other sounds. This course covers a wide

# Linguistics

spectrum of data from languages around the world and focuses on developing analyses to account for the data. Argumentation skills are also developed to help determine the underlying cognitive mechanisms that are needed to support proposed analyses.

1 credit.

Fall 2012 and spring 2013. Sanders.

### LING 050. Syntax
We study the principles that govern how words make phrases and sentences in natural language. Much time is spent on learning argumentation skills. The linguistic skills gained in this course are applicable to the study of any modern or ancient natural language. The argumentation skills gained in this course are applicable to law and business as well as academic fields.

Writing course.

1 credit.

Fall 2012. Napoli. Spring 2013. Staff.

### LING 052. Historical and Comparative Linguistics
This course is an introduction to the study of linguistic history in the following sense: (i) The languages we are speaking are constantly changing. Over longer periods of time, these small changes build up to significant changes. (ii) As groups of speakers whose ancestors once spoke the same language become separated, their languages diverge. This leads to a split into separate daughter languages, which often end up being mutually incomprehensible. The question is, how is it possible to figure out and reconstruct the changes and splits that occurred in the distant past in languages that are no longer spoken and were perhaps never recorded? The method applied by historical linguists to solve this problem, the main focus of this course, is called the 'comparative method.' We will draw on material from a wide range of languages, focusing mainly on sound change and morphological analogy.

Prerequisite: LING 001 or 045 or permission of the instructor.

1 credit.

Spring 2013. Sanders.

### LING 053. Language Minority Education in the U.S.: Issues and Approaches
(See EDUC 053)

1 credit.

Spring 2013. Allard.

### LING 054. Oral and Written Language
(Cross-listed as EDUC 054) (Studio course)
This course examines children's dialogue and its rendering in children's literature. Each student will pick an age group to study. There

will be regular fiction-writing assignments as well as primary research assignments. This course is for linguists and writers of children's fiction and anyone else who is strongly interested in child development or reading skills. It is a course in which we learn through doing. All students are welcome to do a community-service credit in LING 096.

Prerequisite: LING 001, 043, or 045 and LING 040 or 050. Can be met concurrently.

Writing course.

1 credit.

Not offered 2012–2013.

### LING 061. Structure of Navajo
Navajo is an Athabaskan language spoken more commonly than any other Native American language in the United States. This course is an examination of the major phonological, morphological, syntactic, and semantic structures of Navajo. The morphology of this language is legendary. This course also considers the history of the language and its cultural context.

Prerequisites: LING 050 and 045 or 052 or permission of the instructor.

1 credit.

Not offered 2012–2013.

### LING 062. Structure of American Sign Language
In this course, we look at the linguistic structures of ASL: phonetics, phonology, morphology, syntax, semantics, and history. We also discuss issues of culture, literacy, and politics pertinent to people with hearing loss.

All students are required to gain a rudimentary knowledge of ASL, or to concurrently register for LING 062A.

Prerequisites: LING 050 and 045 or 052 or permission of the instructor.

All students are welcome to do a community-service project in LING 095.

Writing course.

1 credit (plus 0.5 credit under LING 062A).

Spring 2013. Napoli.

### LING 064. Structure of Tuvan
Tuvan belongs to the Turkic branch of the Altaic language family and is spoken in Siberia and Mongolia by nomadic herders. It has classically agglutinating morphology and curious phenomena such as vowel harmony, converbs, and switch reference. It has rich sound symbolism, a tradition of oral (unwritten) epic tales, riddles, and world-famous song genres ("throat singing"). We will investigate the sounds, structures, oral traditions, and ethnography of Tuvan, using both printed and digital media.

# Linguistics

Prerequisites: LING 050 and 045 or 052 or permission of the instructor.

1 credit.

Fall 2012. Harrison.

### LING 070R. Translation Workshop
(See LITR 070R and RUSS 070)

This course counts for distribution in humanities under the literature rubric and in social sciences under the linguistics rubric.

1 credit.

Fall 2012. Forrester.

### LING 075. Field Methods
This course affords a close encounter with a language, direct from the mouths of native speakers. Students develop inference techniques for eliciting, understanding, analyzing, and presenting complex linguistic data. They also gain practical experience using state-of-the-art digital video, annotation, and archiving for scientific purposes. A different (typically non-Indo-European) language will be investigated each time the course is taught.

Prerequisite: LING 001.

1 credit.

Fall 2012. Napoli.

### LING 094. Research Project
With permission, students may elect to pursue a research program.

1 credit.

Fall or spring. Staff.

### LING 095. Community-Service Credit: Literacy and Hard-of-Hearing or Deaf People
This course offers credit for community service work. Students may work with children on literacy skills in a mainstream environment or a bilingual-bicultural program, locally or in the greater Philadelphia area. Students will be required to keep a daily or weekly journal of experiences and to write a term paper (the essence of which would be determined by the student and the linguistics faculty mentor).

Prerequisites: LING 045; LING 006 or 062; permission of the chairs of both the linguistics and educational studies departments; and the agreement of a faculty member in linguistics to serve as a mentor through the project.

Fall or spring. Staff.

### LING 096. Community-Service Credit: Literacy
This course offers credit for community service work. The prerequisites are LING/EDUC 054, the permission of the chairs of both the linguistics and educational studies departments, and the agreement of a faculty member in linguistics to mentor students through the project. Students will be required to keep a daily or weekly journal of experiences and to write a term paper (the essence of which would be determined by the student and the linguistics faculty mentor).

1 credit.

Fall or spring. Staff.

### LING 097. Field Research
This course offers credit for field research on a language. Prerequisites are the permission of the chair of linguistics and the agreement of a faculty member in linguistics to serve as a mentor through the project.

1 credit.

Fall or spring. Staff.

### LING 100. Research Seminar
All course majors in linguistics and linguistics/language must write their senior thesis in this seminar. Only seniors are admitted.

2 credits.

Fall 2012. Fernald, Harrison, Napoli, Sanders.

### LING 195. Senior Honors Thesis
All honors majors in linguistics and honors minors who are also course majors must write their thesis in this seminar.

2 credits.

Fall 2012. Fernald, Harrison, Napoli, Sanders.

### LING 199. Senior Honors Study
Honors majors may write their two research papers for 1 credit in this course. Honors minors may take this course for 0.5 credit.

Fall 2012 or spring 2013. Harrison.

## Seminars

### LING 098. Capstone Seminar: Hero Time Travel
(see INTP 091)

1 credit.

Spring 2013. Napoli.

### LING 105. Seminar in Phonology: Contact and Change
This seminar studies language contact and its results; the relation between internal and external linguistic change; dialects and koine formation; and pidgins and creoles.

Prerequisite: LING 001, 045, or 050, or permission of the instructor.

1 or 2 credits.

Not offered 2012–2013.

### LING 106. Seminar in Morphology
This seminar will consider recent developments in the theory of morphology. Topics vary.

Prerequisite: LING 043.

# Linguistics

1 or 2 credits.

Not offered 2012–2013.

**LING 107. Seminar in Syntax**

Prerequisite: LING 040 or 050

1 or 2 credits.

Not offered 2012–2013.

**LING 108. Seminar in Semantics**

This seminar will consider recent developments in the theory of semantics. Topics vary.

Prerequisite: LING 040.

1 or 2 credits.

Not offered 2012–2013.

**LING 116. Language and Meaning**

(See PHIL 116)

This seminar counts for distribution in HU under the philosophy rubric and in SS under the LING rubric.

2 credits.

Not offered 2012–2013.

**LING 120. Anthropological Linguistics: Endangered Languages**

(Cross-listed as SOAN 080B)

In this seminar, we address some traditional issues of concern to both linguistics and anthropology, framed in the context of the ongoing, precipitous decline in human linguistic diversity. With the disappearance of languages, cultural knowledge (including entire technologies such as ethnopharmacology) is often lost, leading to a decrease in humans' ability to manage the natural environment. Language endangerment thus proves relevant to questions of the language/ecology interface, ethnoecology, and cultural survival. The seminar also addresses the ethics of fieldwork and dissemination of traditional knowledge in the Internet age.

Prerequisite: One course in linguistics or anthropology or permission of the instructor.

1 credit.

Spring 2013. Harrison.

**LING 134. Psycholinguistics Seminar**

(See PSYC 134)

1 credit.

Spring 2013. Grodner.

# Mathematics and Statistics

DEBORAH J. BERGSTRAND, Professor (part time) [2]
PHILIP J. EVERSON, Professor
CHARLES M. GRINSTEAD, Professor
AIMEE S.A. JOHNSON, Professor
STEPHEN B. MAURER, Professor
HELENE SHAPIRO, Professor (part time) [2]
DON H. SHIMAMOTO, Professor [3]
JANET C. TALVACCHIA, Professor
GARIKAI CAMPBELL, Associate Professor [3]
CHERYL P. GROOD, Associate Professor
THOMAS J. HUNTER, Associate Professor and Chair
STEVE C. WANG, Associate Professor
LINDA CHEN, Associate Professor [3]
RALPH R. GOMEZ, Assistant Professor
LYNNE STEUERLE SCHOFIELD, Assistant Professor [3]
SCOTT COOK, Visiting Assistant Professor
NSOKI MAVINGA, Visiting Assistant Professor
MATTHEW SEDLOCK, Visiting Assistant Professor
ENRIQUE TREVIÑO, Visiting Assistant Professor
KAITLYN E. LITWINETZ, Academic Support Coordinator
STEPHANIE J. SPECHT, Administrative Assistant

[2] Absent on leave, spring 2013.
[3] Absent on leave, 2012–2013.

## Overview of Curriculum

Mathematics and statistics are among the great achievements of human intellect and at the same time powerful tools. As Galileo said, the book of the universe "is written in the language of mathematics." The goal of the department is to enable students to appreciate these achievements and use their power. To that end, majors and minors in the department receive a firm foundation in pure mathematics and the opportunity to apply it—to statistics, physical science, biological science, computer science, social science, operations research, education, and finance—the list grows.

Students typically enter our department with strong skills, but there is always room for improvement and new knowledge. Majors and minors grow in:

• Reasoning skills: logical argument and abstraction;

• Formulation skills: developing mathematical models;

• Communication skills: expressing mathematical ideas and information clearly and precisely on paper, orally, and electronically;

• Comprehension skills: absorbing mathematical ideas and information presented on paper, orally, and electronically;

• Computation skills: mental, by hand, and by machine, as appropriate.

Through core courses, students learn fundamental concepts, results, and methods. Through elective courses, they pursue special interests. In the process, students develop a further appreciation for the scope and beauty of our discipline.

Graduates of the department follow many careers paths, leading them to graduate school, in mathematics, statistics, or other fields, to professional schools, or to the workplace.

### Introductory Courses

Most first-year students entering Swarthmore have had calculus while in high school and place out of at least one semester of Swarthmore's calculus courses, whether they continue with calculus or decide, as is often best, to try other sorts of mathematics. See the discussion of placement later. However, some entering students have not had the opportunity to take calculus or need to begin again. Therefore, Swarthmore offers a beginning calculus course (MATH 015) and several courses that do not require calculus or other sophisticated mathematics experiences. These courses are STAT 001 (Statistical Thinking, both semesters), MATH 003 (Introduction to Mathematical Thinking, spring semester), and STAT 011 (Statistical Methods, both semesters). MATH 003 is a writing course. MATH 029 (Discrete Mathematics, both semesters) also does not require any calculus but is a more sophisticated course; thus, some calculus is a useful background for it in an indirect way. Once one has had or placed out of two semesters of calculus, many other courses are available, especially in linear algebra and several-variable calculus.

# Mathematics and Statistics

## Placement and Credit on Entrance to Swarthmore

### Placement Procedure

To gain entrance to mathematics or statistics courses at any time during one's Swarthmore years, **students are expected to take at least one of the following exams:** the Advanced Placement (AP) or International Baccalaureate (IB) exams, Swarthmore's Calculus Placement Exam, or Swarthmore's Math/Stat Readiness Exam. Students who do take AP or IB exams may be required to take the departmental exams as well, or parts thereof. Versions of the Calculus Placement Exam and the Readiness Exam are sent to entering first-year students over the summer, along with detailed information about the rules for placement and credit.

### Advanced Placement/International Baccalaureate Credit

Placement and credit mean different things. Placement allows students to skip material they have learned well already by starting at Swarthmore in more advanced courses. Credit confers placement as well but also is recorded on the student's Swarthmore transcript and counts toward the 32 credits needed for graduation.

The Swarthmore Calculus Placement Exam is used for placement only, not credit. Credit is awarded on the basis of the AP and the IB exams, as follows:

• 1 credit (for STAT 011) for a score of 4 or 5 on the Statistics AP Test of the College Board.

• 1 credit (for MATH 015) for a score of 4 on the AB or BC Calculus AP Test of the College Board (or for an AB subscore of 4 on the BC Test) or for a score of 5 on the Higher Level Mathematics Test of the IB.

• 1.5 credits (for MATH 015 and the first half of MATH 025) for a score of 5 on the AB Calculus AP Test (or for an AB subscore of 5 on the BC Test) or a score of 6 or 7 on the higher-level IB. Students who receive this credit and want to continue calculus take MATH 026.

• 2 credits (for MATH 015 and 025) for a main score of 5 on the BC Calculus AP Test.

Alternatively, any entering student who places out of MATH 015 or 025 may receive credit for those courses by passing the final exams in these courses with a grade of straight C or better. These exams must normally be taken during the student's first semester at Swarthmore, at the time when the final exam is given for the course. Students who wish to take these exams must arrange to do so with the departmental placement coordinator and should do so during their first semester at Swarthmore.

Students who are eligible on entrance for credit for a course, but who take the course anyway, will lose the entrance credit.

First-year students seeking advanced placement and/or credit for calculus taken at another college or university must normally validate their work by taking the appropriate external or Swarthmore placement examination, as described earlier. The department does not grant credit directly for college courses taken while a student is in high school. For work beyond calculus completed before entering Swarthmore, students should consult the departmental placement coordinator to determine the Swarthmore courses into which they may be placed and additional materials they may need to present for this placement. The department will not normally award credit for work above the first-year calculus level completed before entering Swarthmore.

## The Academic Program

### Major and Minor Application Process

Students apply for a major in the middle of the second semester of the sophomore year. Before all the usual steps of the College's Sophomore Plan process, applicants to the Mathematics and Statistics Department should begin by completing our online Major/Minor Application Form, available at www.swarthmore.edu/NatSci/math_stat/sophomore_form.html.

After the Sophomore Plan process is over, students may apply to add or change a major or minor at any time, but applications will normally be held until the next time that sophomore applications are considered (around March 1).

## Course Major

### Acceptance into the Major

The normal preparation for a major in mathematics is to have obtained credit for, or placement out of, at least four of the following five course groups by the end of the sophomore year: Calculus I (MATH 015), Calculus II (MATH 025 or 026), Discrete Mathematics (MATH 029), Linear Algebra (MATH 027 or any flavor of 028), and Several Variable Calculus (MATH 033, 034, or 035). In any event, all majors must complete the Linear Algebra and Several Variable Calculus requirement by the end of the first semester of the junior year.

To be accepted as a major or a minor, a candidate normally should have a grade point average of at least C+ in courses taken in the department to date, including courses in the fall term of the first year, for which we have shadow grades. A candidate should have at least

# Mathematics and Statistics

one grade at the B level. Students should be aware that upper-level courses in mathematics are typically more demanding and more theoretical than the first- and second-year courses. This is an important factor in considering borderline cases. In some cases, applicants may be deferred pending successful work in courses to be designated by the department.

## Basic Requirements

By graduation, a mathematics major must have at least 10 credits in mathematics and statistics courses. At least 5 of the credits counted in the 10 must be for courses numbered over 040. (Courses numbered under 10 do not count toward the major in any event.) Furthermore, every major is required to obtain credit for, or place out of, each of the following course groups: MATH 015; MATH 025, or 026; MATH 027, 028, or 028S; MATH 033, 034, or 035; MATH 063; and MATH 067. The two upper-level core courses, MATH 063 (Introduction to Real Analysis) and MATH 067 (Introduction to Modern Algebra), will be offered at least every fall semester. At least one of these two should be taken no later than the fall semester of the junior year. Majors are expected to complete both MATH 063 and 067 before the spring semester of the senior year; permission to delay taking either course until the senior spring must be requested in writing as early as possible but in any event no later than the beginning of the fall semester of the senior year. Finally, course majors must satisfy the departmental comprehensive requirement by passing MATH 097, Senior Conference. Normally, at least 3 of the 5 credits for courses numbered over 040 must be taken at Swarthmore, including MATH 097 and at least one of the core courses MATH 063 and 067. *Note that MATH 097 is given in the fall only.*

Note that placement counts for satisfying the requirements but not for the 10-credit rule. Those students who are placed out of courses without credit must take other courses to obtain 10 credits. If you believe you are eligible for credit for courses taken before Swarthmore (because of AP or IB scores) but these credits are not showing on your transcript, please see the registrar.

The two *required core courses*, Introduction to Real Analysis (MATH 063) and Introduction to Modern Algebra (MATH 067), are offered every fall semester, and we try to create enough sections to keep them relatively small and seminar-like. We hope, but cannot promise, to offer one or the other of 063 and 067 each spring as well.

Mathematics majors are encouraged to study in some depth an additional discipline that makes use of mathematics. We also recommend that

they acquire some facility with computers. Students bound for graduate work should obtain a reading knowledge of French, German, or Russian.

## Special Emphases

The preceding requirements allow room to choose an optional special emphasis within the mathematics major. For instance:

A student may major in mathematics with an emphasis on statistics by taking the following courses at the advanced level: (1) the core analysis course (MATH 063); (2) Mathematical Statistics I (STAT 061); (3) Probability (MATH 105) or Mathematical Statistics II (STAT 111); (4) Data Analysis and Visualization (STAT 031); (5) the Senior Conference (MATH 097); and (6) another mathematics course numbered over 040. Students are encouraged but not required to select the core algebra course (MATH 067) if they choose this emphasis. When a student does an emphasis in statistics, STAT 031 counts as if it were numbered over 040.

Students interested in mathematics and computer science should consider a mathematics major with a minor in computer science or an Honors Program with a mathematics major and a computer science minor. Details on these options are in the catalog under computer science.

Students thinking of graduate work in social or management science, or a master's in business administration, should consider the following options.

Basic courses: single-variable calculus (two semesters), one or more practical statistics courses (STAT 061 and 031), linear algebra, discrete math, several-variable calculus, and introductory computer science; advanced courses: (1) Modeling (MATH 056); (2) at least one of Probability (MATH 105), Mathematical Statistics I (STAT 061), and possibly Mathematical Statistics II (STAT 111); (3) at least one of Combinatorics (MATH 069) or Operations Research (ENGR 057); (4) the three required core courses (MATH 063, MATH 067 and MATH 097); and (5) Differential Equations (MATH 043 or 044). Because this program is heavy (one who hopes to use mathematics in another field must have a good grasp both of the relevant mathematics and of the intended applications), one of the core course requirements may be waived with permission of the department.

Students thinking of graduate work in operations research should consider the following options. Basic courses: same as previous paragraph. Advanced courses: (1) the three required core courses (MATH 063, MATH 067 and MATH 097); (2) Combinatorics (MATH 069) and Topics in

# Mathematics and Statistics

Discrete Mathematics (MATH 059 or 079); (3) Mathematical Statistics (STAT 061); and (4) at least one of Number Theory (MATH 058), Modeling (MATH 056), or Probability (MATH 105).

## Course Minor

### Acceptance into the minors

The requirements for acceptance into either course minor, such as prerequisite courses and grade average, are the same as for acceptance into the major. Students may not minor in both mathematics and statistics.

### Basic requirements to complete the mathematics course minor (for Class of '15 and later)

By graduation, a mathematics course minor must have 6 credits in mathematics or statistics, at least 3 of which must be for courses numbered 045 or higher. Also, at least 1 of these 3 credits must be for MATH 063 or 067. Also, at least 2 of these 3 credits must be taken at Swarthmore.

### Basic requirements of the statistics course minor

By graduation, a statistics course minor must have 6 credits in mathematics or statistics. Every statistics course minor must obtain credit for, or place out of, STAT 031 and STAT 061. At least one of STAT 031 and STAT 061 must be taken at Swarthmore. Note that, starting in 2012, CPSC 021 is a prerequisite for both STAT 031 and STAT 111. (Placement out of CPSC 021 by the CS Department will also suffice.)

## Honors Major

All current sophomores who wish to apply for Honors should indicate this in their Sophomore Plan, should work out a tentative Honors Program with their departmental adviser, and should submit the College's Honors Program Application along with their Sophomore Plan. (All Sophomore Plan forms and Honors forms are available from the registrar or the registrar's website.) Honors applications are also accepted at the end of the sophomore year or during the junior year. Students, in consultation with their advisers, often change their Honors Programs anyway as time goes on.

### Basic requirements

To be accepted as an Honors major in mathematics, a student should have a grade point average in mathematics and statistics courses to date of at least B+.

An Honors math major program consists of three preparations of two credits each, for a total of six distinct credits. One preparation must be in algebra and one in analysis (real or

complex). The student must also satisfy all requirements of the mathematics major with the exception of the comprehensive requirement (MATH 097, Senior Conference).

### Preparations

The department offers preparations in the fields listed below. Each preparation is subject to External Examination, including a 3-hour written examination and a 45-minute oral examination. Each preparation consists of a specified pair of credits. The specified credits are listed after each field.

Algebra (067 and 102)
Real Analysis (063 and 101)
Complex Analysis (063 and 103)
Discrete Mathematics (069 and either 059 or 079)
Geometry (either 055 or 075, and 106)
Probability (061 and 105)
Statistics (061 and 111)
Topology (104, a 2-credit seminar)

Since no course is allowed to count in two honors preparations, it is not possible for a student to offer both Real Analysis and Complex Analysis as fields. Similarly, one may take only one of Probability and Statistics as fields.

The external examination component of the program is meant to prompt students to learn their core subjects really well and to show the examiners that they have done so—that is, show that they deserve Honors. However, no three fields cover everything a strong student would ideally learn as an undergraduate. Honors majors should consider including in their studies a number of advanced courses and seminars beyond what they present for Honors.

### Senior Honors Study/Portfolio

None is required or offered.

## Honors Minor

For the honors portion of their program, minors must complete one preparation chosen from those in the previous section.

## Transfer Credit

Courses taken elsewhere may count for the major. However, the number of upper-level transfer credits for the major is limited. Normally, *at least 3 of the 5 upper-level courses used to fulfill the major must be taken at Swarthmore, including at least one of the core courses MATH 063 and MATH 067.* Exceptions should be proposed and approved during the Sophomore Plan process, not after the fact. Also, the usual College rules for transfer credit apply: students must see the professor in charge of transfer twice: in advance

# Mathematics and Statistics

to obtain authorization, and afterwards to get final approval and a determination of credit. In particular, for MATH 063 and 067, students are responsible for the syllabus we use. If a course taken elsewhere turns out not to cover it all, the student will not get full credit (even though the transfer course was authorized beforehand) and the student will not complete the major until he or she has demonstrated knowledge of the missing topics. Similarly, for honors preparations students are responsible for the syllabi we use; we will not offer special honors exams based on work done at other institutions.

## Off-Campus Study

Students planning to study abroad should obtain information well in advance about the courses available at the institution they plan to attend and check with the department about selecting appropriate courses. It may be difficult to find courses abroad equivalent to our core upper-level courses, or to our honors preparations, since curricula in other countries are often organized differently.

## Teacher Certification

Swarthmore offers teacher certification in mathematics through a program approved by the state of Pennsylvania and administered by the College's Educational Studies Department. For further information about the relevant set of requirements, please refer to the Educational Studies section of the Bulletin. One can obtain certification either through a mathematics major or through a Special Major in Mathematics and Education, in either case if taken with appropriate electives.

## Courses

*Note 1:* For courses numbered under 100, the ones digit indicates the subject matter, and the other digit indicates the level. In most cases, a ones digit of 1 or 2 means statistics, 3 to 6 means continuous mathematics, and 7 to 9 means noncontinuous mathematics (algebra, number theory, and discrete math). Courses below 10 do not count for the major, from 10 to 39 are first- and second-year courses, from 40 to 59 are intermediate, in the 60s are core upper-level courses; from 70 to 89 are courses that have one or more core courses as prerequisites, and in the 90s are independent reading courses.

*Note 2:* There are several sets of courses below where a student may not take more than one of them for credit. For instance, see the descriptions of MATH 033, 034 and 035. In such cases, if a student does take more than one of them, each group is treated for the purpose of college regulations as if they have the same

course number. See the Repeated Course Rule in section 8.2.4.

## STAT 001. Statistical Thinking

Statistics provides methods for collecting and analyzing data and generalizing from their results. Statistics is used in a wide variety of fields, and this course provides an understanding of the role of statistics in these fields and in everyday life. It is intended for students who want an appreciation of statistics, including the ability to interpret and evaluate statistical claims critically but who do not imagine they will ever need to carry out statistical analyses themselves. (Those who may need to carry out statistical analyses should take STAT 011.) This course cannot be counted toward a major in mathematics, is not a prerequisite for any other course, and cannot be taken for credit after or simultaneously with any other statistics course, including AP Statistics and ECON 031.

Prerequisite: Four years of traditional high school mathematics (precalculus).

1 credit.

Each semester.

Fall 2012. Wang. Spring 2013. Everson.

## MATH 003. Introduction to Mathematical Thinking

Students will explore the world of mathematical ideas by sampling logic, number theory, geometry, infinity, topology, probability, and fractals, while we emphasize the thinking and problem-solving skills these ideas stimulate. Class meetings will involve presentation of new material; group work on problems and puzzles; and lively, maybe even passionate discussions about mathematics. This course is intended for students with little background in mathematics or those who may have struggled with math in the past. It is not open to students who already have received credit on their Swarthmore transcripts for mathematics, Advanced Placement credit included, or who concurrently are taking another mathematics course, or who have placed out of any Swarthmore mathematics course. (See "Placement Procedure" earlier.) Students planning to go on to calculus should consult with the instructor. This course does not count toward a major in mathematics.

Writing course.

1 credit.

Spring 2013. Staff.

## MATH 007. Elementary Topics in Mathematics in Applied Contexts

This course is offered occasionally and is interdisciplinary in nature. It provides an introduction to some area of mathematics in the

# Mathematics and Statistics

context of its use in another discipline. In fall 2010 this was a course in biomathematics.

1 credit.

Not offered 2012–2013.

## STAT 011. Statistical Methods

STAT 011 prepares students to carry out basic statistical analyses with the aid of computer software. Topics include basic summary statistics and graphics, design of surveys and experiments, one and two-sample t-tests and tests of proportions, chi-square tests, and an introduction to linear regression and analysis of variance. The course is intended for students who want a practical introduction to statistical methods and who intend to do, or think they may eventually do, statistical analysis, especially in the biological and social sciences. Students who receive credit on entrance for the Statistics AP Exam should not take this course; they have placed out of it and will lose their AP credit if they take it. Note that STAT 011 overlaps considerably with ECON 031; both courses cover similar topics, although ECON 031 focuses more on economic applications while STAT 011 draws examples from a variety of disciplines.

Prerequisite: Four years of traditional high school mathematics (precalculus).

1 credit.

Each semester.

Fall 2012. Sedlock. Spring 2013. Staff.

## MATH 015. Elementary Single-Variable Calculus

A first-semester calculus course with emphasis on an intuitive understanding of the concepts, methods, and applications. Graphical and symbolic methods will be used. The course will mostly cover differential calculus, with an introduction to integral calculus at the end. Applications to biological science and social science will receive special attention.

Prerequisite: Four years of traditional high school mathematics (precalculus) and placement into this course through Swarthmore's Math/Stat Readiness Examination or Calculus Placement Examination (see "Placement Procedure" section earlier).

1 credit.

Fall 2012. Grood.

## MATH 015HA. Calculus Workshop

An honors-level workshop designed to support MATH 015 students who plan to take at least four other STEM courses during their time at Swarthmore. During class, students work in small groups on challenging problems designed to promote deep understanding and mastery of the material.

Prerequisite: Students must apply for admission to this attachment. Admission will be determined by a commitment to both hard work and excellence, rather than by high school GPA, math SAT scores, or past performance in math classes.

0.5 credit.

Graded credit/no credit.

Fall 2012. Grood.

## STAT 021. Elementary Topics in Statistics: Quantitative Paleontology

This course will explore current areas of research in paleobiology and macroevolution. For instance, does evolutionary change generally occur gradually or in short bursts? How reliably does the fossil record preserve information about ecosystems? What factors make species more likely to go extinct? To answer these and other questions, paleobiologists use a range of statistical and mathematical techniques. We will emphasize conceptual understanding and applications of such quantitative methods, rather than their underlying theory or proofs. Class meetings will include a combination of lectures, discussion of journal articles, and conversations with leading paleontologists via Skype.

Prerequisite: BIOL 002, or STAT 011 or equivalent.

1 credit.

Not offered 2012–2013.

## MATH 024. Numerical Methods–Engineering Applications
(See ENGR 019)

1 credit.

Fall 2012.

## MATH 025. Further Topics in Single-Variable Calculus

The continuation of MATH 015, this course covers the fundamental theorem, integration, geometric series, Taylor polynomials and series, and an introduction to differential equations.

Prerequisites: MATH 015 or placement by examination (see "Advanced Placement and Credit Policy" section).

1 credit.

Each semester.

Fall 2012. Johnson. Spring 2013. Staff.

## MATH 026. Advanced Topics in Single-Variable Calculus

For students who place out of the first half of MATH 025. This course goes into more depth on sequences, series, and differential equations than does MATH 025 and includes power series and convergence tests. This course, or MATH 025, is required of all students majoring in

# Mathematics and Statistics

mathematics, physics, chemistry, or engineering. Students may not take MATH 026 for credit after MATH 025 without special permission.

Prerequisite: Placement by examination (see "Advanced Placement and Credit Policy" section).

1 credit.

Fall 2012. Grinstead.

### MATH 027. Linear Algebra

This course covers systems of linear equations, matrices, vector spaces, linear transformations, determinants, and eigenvalues. Applications to other disciplines are presented. Students may take only one of MATH 027, MATH 028, and MATH 028S for credit.

Prerequisite: A grade of C or better in some math course numbered 025 or higher or placement by examination (see "Advanced Placement and Credit Policy" section).

1 credit.

Each semester.

Fall 2012. Cook. Spring 2013. Staff.

### MATH 028. Linear Algebra Honors Course

More theoretical, abstract, and rigorous than MATH 027. The subject matter will be equally as valuable in applied situations, but applications will be emphasized less. MATH 028 is intended for students with exceptionally strong mathematical skills, especially if they are thinking of a mathematics major. Students may take only one of MATH 027, MATH 028, and MATH 028S for credit.

Prerequisite: A grade of B or better in some math course numbered 025 or higher, or placement by examination, including both placement out of calculus and placement into this course via Part IV of Swarthmore's Calculus Placement Exam (see "Placement Procedure" section).

1 credit.

Fall 2012. Treviño. Spring 2013. Staff.

### MATH 028S. First-Year Seminar: Linear Algebra Honors Seminar

MATH 028S covers the same material as the lecture-based MATH 028 but uses a seminar format (maximum 12 students) with additional meetings. Hands-on student participation takes the place of most lectures. Students may take only one of MATH 027, MATH 028, and MATH 028S for credit.

Prerequisite: Placement by examination, including both placement out of calculus and placement into this course via Part IV of Swarthmore's Calculus Placement Exam (see "Placement Procedure" section).

1 credit.

Fall 2012. Maurer.

### MATH 029. Discrete Mathematics

An introduction to noncontinuous mathematics. The key theme is how induction, iteration, and recursion can help one discover, compute, and prove solutions to various problems—often problems of interest in computer science, social science, or management. Topics will include algorithms, graph theory, counting, difference equations, and finite probability with special emphasis on how to write mathematics. While it does not use any calculus, MATH 029 is a more sophisticated course; thus, some calculus is a useful background in an indirect way.

Prerequisite: Strong knowledge of at least precalculus, as evidenced by taking another mathematics course numbered 15 or above, or through our placement examinations (see "Placement Procedure" section). Familiarity with some computer language is helpful but not necessary.

Writing course.

1 credit.

Fall 2012. Bergstrand.

### STAT 031. Data Analysis and Visualization

This course will study methods for exploring and modeling relationships in data. We introduce modern techniques for visualizing trends and formulating hypotheses. We will also discuss methods for modeling structure and patterns in data, particularly using multiple regression and related methods. The format of the course emphasizes writing assignments and interactive problem solving using real datasets.

Statistics Prerequisites: Credit for AP Statistics, STAT 011, STAT 061, or ECON 031; or STAT 001 and permission of the instructor.

Computer Science Prerequisite: CPSC 021.

Writing course.

1 credit.

Spring 2013. Staff.

### MATH 033. Basic Several-Variable Calculus

This course considers differentiation and integration of functions of several variables with special emphasis on two and three dimensions. Topics include partial differentiation, extreme value problems, Lagrange multipliers, multiple integrals, line and surface integrals, Green's, Stokes', and Gauss' theorems. The department strongly recommends that students take MATH 034 instead, which is offered every semester and provides a richer understanding of this material by requiring linear algebra (MATH 027 or 028) as a prerequisite. Students may take only one of

# Mathematics and Statistics

MATH 033, MATH 034, and MATH 035 for credit.

Prerequisite: MATH 025, or 026 or placement by examination (see "Advanced Placement and Credit Policy" section). Students who have taken linear algebra at Swarthmore or elsewhere may not take MATH 033 without the instructor's permission.

1 credit.

Fall 2012. Shapiro.

### MATH 034. Several-Variable Calculus

Same topics as MATH 033 except in more depth using the concepts of linear algebra. The department strongly recommends that students take linear algebra first so that they are eligible for this course. Students may take only one of MATH 033, MATH 034, and MATH 035 for credit.

Prerequisite: MATH 025, or 026; and MATH 027, 028, or 028S.

1 credit.

Each semester.

Fall 2012. Gomez. Spring 2013. Staff.

### MATH 035. Several-Variable Calculus Honors Course

This version of MATH 034 will be more theoretical, abstract, and rigorous than its standard counterpart. The subject matter will be equally as valuable in applied situations, but applications will be emphasized less. It is intended for students with exceptionally strong mathematical skills and primarily for those who have completed MATH 028 or 028S successfully. Students may take only one of MATH 033, MATH 034, and MATH 035 for credit.

Prerequisite: A grade of C or better in MATH 028 or 028S, or permission of the instructor, or in the fall for entering students who have placed out of linear algebra, permission of the departmental placement coordinator.

1 credit.

Fall 2012. Grinstead. Spring 2013. Staff.

### STAT 032. Topics in Statistics: Data Analysis Projects in Public and Social Policy

This course is offered occasionally, when it was last offered in spring 2011 it was a Community-Based Learning project course in data analysis. Students worked in teams on a semester-long data analysis problem. Projects were drawn from data from local organizations in order to attempt to answer questions of direct importance to them. A key objective of the course is to expose students to the variety of challenges faced by the data analyst. Topics may include multiple regression, analysis of variance, analysis of covariance, and other related methods. Students research the scientific background of their problem and consult with the local organizations from which their data came. Prerequisite: STAT 011, or permission of the instructor.

1 credit.

Not offered 2012–2013.

### MATH 043. Basic Differential Equations

This course emphasizes the standard techniques used to solve differential equations. It will cover the basic theory of the field with an eye toward practical applications. Standard topics include first-order equations, linear differential equations, series solutions, first-order systems of equations, Laplace transforms, approximation methods, and some partial differential equations. Compare with MATH 044. Students may not take both MATH 043 and 044 for credit. The department prefers majors to take MATH 044.

Prerequisites: Several-variable calculus or permission of the instructor.

1 credit.

Spring 2013. Staff.

### MATH 044. Differential Equations

An introduction to differential equations that has a more theoretical flavor than MATH 043 and is intended for students who enjoy delving into the mathematics behind the techniques. Problems are considered from analytical, qualitative, and numerical viewpoints, with an emphasis on the formulation of differential equations and the interpretations of their solutions. This course does not place as strong an emphasis on solution techniques as MATH 043 and thus may not be as useful to the more applied student. Students may not take both MATH 043 and 044 for credit. The department prefers majors to take MATH 044.

Prerequisites: Linear algebra and several-variable calculus or permission of the instructor.

1 credit.

Spring 2013. Staff.

### MATH 046. Theory of Computation
(See CPSC 046)

1 credit.

Not offered 2012–2013.

### MATH 053. Topics in Analysis

Course content varies from year to year depending on student and faculty interest. Recent topics have included financial mathematics, dynamical systems, and Fourier analysis. Prerequisites: Linear algebra and several-variable calculus.

1 credit.

# Mathematics and Statistics

Alternate years.

Spring 2013. Staff.

### MATH 054. Partial Differential Equations

The first part of the course consists of an introduction to linear partial differential equations of elliptic, parabolic, and hyperbolic type via the Laplace equation, the heat equation, and the wave equation. The second part of the course is an introduction to the calculus of variations. Additional topics depend on the interests of the students and instructor.

Prerequisites: Linear algebra, several-variable calculus, and either MATH 043, MATH 044, PHYS 050, or permission of the instructor.

1 credit.

Alternate years.

Not offered 2012–2013.

### MATH 055. Topics in Geometry

Course content varies from year to year. In recent years, the emphasis has been on introductory differential geometry. See also MATH 075.

Prerequisites: Linear algebra and several-variable calculus or permission of the instructor.

1 credit.

Alternate years.

Fall 2012. Gomez.

### MATH 056. Modeling

An introduction to the methods and attitudes of mathematical modeling. Because modeling in physical science and engineering is already taught in courses in those disciplines, applications in this course will be primarily to social and biological sciences. Various standard methods used in modeling will be introduced: differential equations, Markov chains, game theory, graph theory, and computer simulation. The emphasis, however, will be on how to apply these subjects to specific modeling problems, not on their systematic theory. The format of the course will include projects as well as lectures and problem sets.

Prerequisites: Linear algebra and several-variable calculus or permission of the instructor.

1 credit.

Alternate years.

Not offered 2012–2013.

### MATH 057. Topics in Algebra

Course content varies each year, depending on student and faculty interest. Recent offerings have included coding theory, groups and representations, finite reflection groups, and matrix theory. See also MATH 077.

Prerequisites: Linear algebra.

1 credit.

Alternate years.

Not offered 2012–2013.

### MATH 058. Number Theory

The theory of primes, divisibility concepts, and multiplicative number theory will be developed.

Prerequisites: Linear algebra and several-variable calculus or permission of the instructor.

1 credit.

Alternate years.

Fall 2012. Treviño.

### MATH 059. Topics in Discrete Mathematics

Topics vary each year. Past topics have included combinatorial matrix theory, graph theory, combinatorial algorithms, number theoretic algorithms, and representation theory using combinatorial structures and techniques. See also MATH 079.

Prerequisites: MATH 029 and at least one higher-numbered mathematics course.

1 credit.

Alternate years.

Not offered 2012–2013.

### STAT 061. Probability and Mathematical Statistics I

This course introduces the mathematical theory of probability, including density functions and distribution functions, joint and marginal distributions, conditional probability, and expected value and variance. It then develops the theory of statistics, including parameter estimation and hypothesis testing. The emphasis is on proving results in mathematical statistics rather than on applying statistical methods.

Students needing to learn applied statistics and data analysis should consider STAT 011 or 031 in addition to or instead of this course.

Prerequisites: MATH 033 or 034 or permission of the instructor. STAT 011 or the equivalent is strongly recommended.

1 credit.

Fall 2012. Everson.

### MATH 063. Introduction to Real Analysis

This course concentrates on the careful study of the principles underlying the calculus of real valued functions of real variables. Topics include continuity, compactness, connectedness, uniform convergence, differentiation, and integration. Required additional meetings.

Prerequisites: Linear algebra and several-variable calculus or permission of the instructor.

# Mathematics and Statistics

Writing course.

1 credit.

Fall 2012. Mavinga.

### MATH 067. Introduction to Modern Algebra

This course is an introduction to abstract algebra and will survey basic algebraic systems—groups, rings, and fields. Although these concepts will be illustrated by concrete examples, the emphasis will be on abstract theorems, proofs, and rigorous mathematical reasoning. Required additional meetings.

Prerequisite: Linear algebra or permission of the instructor.

Writing course.

1 credit.

Fall 2012. Hunter. Spring 2013. Staff.

### MATH 069. Combinatorics

This course continues the study of noncontinuous mathematics begun in MATH 029. The topics covered include three broad areas: counting theory, graph theory, and design theory. The first area includes a study of generating functions and Polya counting. The second area is concerned with relations between certain graphical invariants. Topics such as extremal graph theory and Ramsey theory may be introduced. The third area introduces combinatorial structures such as matroids, codes, and Latin squares.

Prerequisites: MATH 029 and at least one other course in mathematics.

1 credit.

Alternate years.

Fall 2012. Bergstrand.

### MATH 073. Advanced Topics in Analysis

An advanced version of MATH 053, sometimes offered instead, and requiring the core course in analysis.

Prerequisites: Linear algebra and MATH 063.

1 credit.

Spring 2013 (if offered). Staff.

### MATH 075. Advanced Topics in Geometry

An advanced version of MATH 055, sometimes given instead, and typically requiring MATH 063, 067, or both.

Prerequisites: See the instructor.

1 credit.

Not offered 2012–2013.

### MATH 077. Advanced Topics in Algebra

An advanced version of MATH 057, sometimes given instead, and requiring the core course in algebra.

Prerequisites: Linear algebra and MATH 067.

1 credit.

Not offered 2012–2013.

### MATH 079. Advanced Topics in Discrete Mathematics

An advanced version of MATH 059, sometimes offered instead of MATH 059.

Prerequisites: MATH 029 and 069.

1 credit.

Not offered 2012–2013.

### MATH 093/STAT 093. Directed Reading

### MATH 096/STAT 096. Thesis

### MATH 097. Senior Conference

This course is required of all senior mathematics majors in the Course Program and must be taken at Swarthmore. It provides an opportunity to delve more deeply into a particular topic agreed on by the student and the instructor. This focus is accomplished through a written paper and either an oral presentation or participation in a poster session.

0.5 credit.

Fall 2012. Talvacchia.

## Seminars

### MATH 101. Real Analysis II

This seminar is a continuation of Introduction to Real Analysis (MATH 063). Topics may include the inverse and implicit function theorems, differential forms, calculus on manifolds, and Lebesgue integration.

Prerequisite: MATH 063.

1 credit.

Fall 2012. Talvacchia. Spring 2013. Staff.

### MATH 102. Modern Algebra II

This seminar is a continuation of Introduction to Modern Algebra (MATH 067). Topics covered usually include field theory, Galois theory (including the insolvability of the quintic), the structure theorem for modules over principal ideal domains, and a theoretical development of linear algebra. Other topics may be studied depending on the interests of students and instructor.

Prerequisite: MATH 067.

1 credit.

Spring 2013. Staff.

### MATH 103. Complex Analysis

A brief study of the geometry of complex numbers is followed by a detailed treatment of the Cauchy theory of analytic functions of a complex variable: integration and Cauchy's theorem, power series, residue calculus, conformal mapping, and harmonic functions. Various applications are given, and other topics—such as elliptic functions, analytic

## Mathematics and Statistics

continuation, and the theory of Weierstrass—may be discussed.

Prerequisite: MATH 063.

1 credit.

Alternate years.

Not offered 2012–2013.

### MATH 104. Topology

An introduction to point-set, combinatorial, and algebraic topology: topological spaces, classification of surfaces, the fundamental group, covering spaces, simplicial complexes, and homology (including related algebra).

Prerequisites: MATH 063 and 067.

2 credits.

Alternate years.

Not offered 2012–2013.

### MATH 105. Probability

Advanced topics in probability theory. Topics may include branching processes, card shuffling, the Central Limit Theorem, generating functions, the Laws of Large Numbers, Markov chains, optimal stopping theory, percolation, the Poisson process, renewal theory, and random walks.

Prerequisite: STAT 061.

1 credit.

Alternate years.

Spring 2013. Staff.

### MATH 106. Advanced Topics in Geometry

The course content varies from year to year among differential geometry, differential topology, and algebraic geometry. In 2013, the topic is expected to be advanced differential geometry.

Prerequisites: MATH 055 and 063 or permission of the instructor.

1 credit.

Alternate years.

Spring 2013. Staff.

### STAT 111. Mathematical Statistics II

This seminar is a continuation of STAT 061. It deals mainly with statistical models for the relationships between variables. The general linear model, which includes regression, variance, and covariance analysis, is examined in detail. Topics may also include nonparametric statistics, sampling theory, and Bayesian statistical inference.

Prerequisites: Linear algebra and a grade of C+ or better in STAT 061; CPSC 021.

1 credit.

Spring 2013. Staff.

# Medieval Studies

Coordinator: CRAIG WILLIAMSON (English Literature) [3]

Committee:  Tariq al-Jamil (Religion)
            Stephen P. Bensch (History)
            Michael W. Cothren (Art History)
            Steven Hopkins (Religion)
            Michael Marissen (Music) [3]
            Rosaria V. Munson (Classics)
            Ellen M. Ross (Religion)
            William Turpin (Classics)

[3] Absent on leave, 2012–2013.

Swarthmore's Medieval Studies Program offers students the opportunity to study in an interdisciplinary and cross-cultural fashion a variety of often interrelated medieval civilizations—European, Mediterranean, Middle Eastern, Islamic, South and West Asian—from the 4th to the 15th centuries. The program draws upon a variety of critical and cross-disciplinary approaches to explore medieval cultures, their distinctive qualities and historical connections, their material and spiritual productions, their artistic creations, and their relation to earlier and later cultures.

The heart of the Medieval Studies Program is its interdisciplinary approach. The faculty and students in this program believe that the medieval period, its history, languages and literatures, art and architecture, religion and philosophy, music and meaning, are best studied from a variety of critical perspectives in which discipline and dialogue go hand in hand, where each person's knowledge is tested and expanded by another's approach, and where we come together in the words of Chaucer's Clerk to "gladly lerne and gladly teche."

## The Academic Program

Students may major or minor in medieval studies in either the Course or Honors Program. Students must take work in a variety of medieval subjects to be drawn from art history, history, literature, music, religion, and philosophy. Majors often do research abroad on college-sponsored fellowships during the summer of their junior year and then write a thesis which they present as seniors to an interdisciplinary Medieval Studies Committee or a panel of honors examiners.

### Requirements

All students who major or minor in medieval studies, either in honors or course, must fulfill the program's distribution requirements by taking medieval courses from the following distribution areas: 1. art history 2. history 3. literature (English, classics, etc.) 4. music 5. religion or philosophy. The list of Swarthmore medieval studies courses as well as medieval courses at Bryn Mawr and Haverford is regularly updated on the program website.

## Course Major

Course majors must take at least 8 credits in medieval subjects, including at least one medieval course in four of the five distribution areas (must include history), and pass a senior comprehensive which includes a written and oral exam given by the student's instructors in her or his medieval courses. These examinations are intended to be a culminating exercise to facilitate the review and integration of the various subjects and methods involved in the interdisciplinary field of medieval studies.

## Honors Major

Honors majors must take at least one medieval course in four of the five distribution areas (must include history). The Honors Program itself will include four double-credit preparations in medieval subjects which reflect the interdisciplinary nature of the major and must include work in at least three of the distribution areas. The preparations may be constituted by some combination of the following: seminars, preapproved two-course combinations, courses with attachments, or a thesis. Senior Honors Study for honors majors in medieval studies will follow the policies of the individual departmental preparations used in the program. Honors majors will have a 90- to 120-minute oral panel examination with all four examiners present. These examinations are intended to be a culminating exercise to facilitate the review and integration of the various subjects and methods involved in the interdisciplinary field of medieval studies. Honors major normally do not have a separate minor as part of their Medieval Studies Honors Program, but they may apply one of their four honors preparations toward an honors minor. In such a case, a student must fulfill all the requirements set by the relevant department or program of that honors minor.

# Medieval Studies

## Course Minor

Course minors must take 5 credits in medieval subjects in at least three distribution areas. Only one of these credits can also be in the department of the student's major.

## Honors Minor

Honors minors must take 5 credits in medieval subjects in at least three distribution areas. The honors preparation in a medieval subject should reflect the interdisciplinary nature of the minor and may be satisfied by one of the following: a seminar, a preapproved two-course combination, a course with an attachment, or in special cases a thesis. The minor preparation must be in a department distinct from the student's major. Senior Honors Study and written and oral honors exams will follow the pattern of the department in which the preparation is offered.

Courses and seminars in the various departments which are counted as medieval studies courses are listed in the College Catalog and online. Students may also take medieval courses at Bryn Mawr or Haverford as part of their program.

## Courses

The following medieval studies courses are currently offered at Swarthmore. Majors and minors are also allowed to include medieval courses from Bryn Mawr, Haverford, and the University of Pennsylvania in their curriculum.

ARTH 014. Medieval Survey

ARTH 045. Gothic Art and Architecture

CLAS 060. Dante's *Divine Comedy*

ENGL 010. Survey I: *Beowulf* to Milton

ENGL 014. (LING 014). Old English/History of the Language

ENGL 019. Chaucer and Shakespeare

ENGL 046. Tolkien and Pullman and Their Literary Roots

HIST 001A. The Barbarian North

HIST 001T. Cross and Crescent: Muslim-Christian Relations in Historical Perspective

HIST 002A. Medieval Europe

HIST 006A. The Formation of the Islamic Near East

HIST 012. Chivalric Society: Knights, Ladies, and Peasants

HIST 014. Friars, Heretics, and Female Mystics: Religious Turmoil in the Middle Ages

HIST 015. From Rome to Renaissance Florence: Making Urban Europe

HIST 016. Sex, Sin, and Kin in Early Europe

LATN 014. Medieval Latin

MUSI 020. Medieval and Renaissance Music

MUSI 047. Fetter Chamber Music Program (in which one can focus on medieval repertory)

RELG 008B. The Qur'an and Its Interpreters

RELG 011B. The Religion of Islam: The Islamic Humanities

RELG 014B. Christian Life and Thought in the Middle Ages

RELG 020B. Prophets and Visionaries: Christian Mysticism Through the Ages

RELG 031B. Religion and Literature: From the Song of Songs to the Hindu Saints

RELG 053. Gender, Sexuality and the Body in Islam

MDST 096. Thesis

MDST 180. Senior Honors Thesis

## Seminars

ARTH 147. Visual Narrative in Medieval Art

ENGL 105. Tolkien and Pullman and Their Literary Roots

HIST 111. Medieval Mediterranean

RELG 100. Holy War, Martyrdom, and Suicide in Christianity, Judaism, and Islam

RELG 108. Poets, Saints, and Storytellers: The Poetry and Poetics of Devotion in South Asian Religions

RELG 114. Love and Religion

RELG 119. Islamic Law and Society

RELG 127. Heresy and Secrecy

# MLL: Literatures in Translation                    p. 286

HAILI KONG, Professor and Chair
ELEONORE BAGINSKI, Administrative Coordinator
JENNIFER PIDDINGTON, Administrative Assistant

**Arabic**

KHALED AL-MASRI, Assistant Professor
AMAN ATTIEH, Assistant Professor
BRAHIM EL GUABLI, Lecturer

**Chinese**
ALAN BERKOWITZ, Professor [1]
HAILI KONG, Professor and Chair
LALA ZUO, Assistant Professor
WOL A KANG, Lecturer
JYUN-HONG LU, Lecturer
KIRSTEN E. SPEIDEL, Lecturer

**French**
JEAN-VINCENT BLANCHARD, Associate Professor [3]
MICHELINE RICE-MAXIMIN, Associate Professor
CARINA YERVASI, Associate Professor
ALEXANDRA GUEYDAN, Assistant Professor
YASMINA VALLVERDU, Visiting Lecturer
CAROLE NETTER, Lecturer
BORNSCHEIN, ANNE, Visiting Instructor, Part-Time

**German Studies**
HANSJAKOB WERLEN, Professor
SUNKA SIMON, Associate Professor
CHRISTOPHER SCHNADER, Lecturer

**Japanese**
WILLIAM O. GARDNER, Associate Professor
YOSHIKO JO, Lecturer
ATSUKO SUDA, Lecturer

**Russian**
SIBELAN FORRESTER, Professor
BRIAN JOHNSON, Assistant Professor
BEATA ANNA MOSKALA-GALLAHER, Lecturer

**Spanish**
MARÍA LUISA GUARDIOLA, Professor
AURORA CAMACHO DE SCHMIDT, Professor
LUCIANO MARTÍNEZ, Associate Professor
OLGA SENDRA FERRER, Assistant Professor
ELENA VALDEZ, Assistant Professor
JULIA CHINDEMI VILA, Lecturer
PATRICIA VARGAS, Lecturer

**Language Resource Center**
MICHAEL JONES, Language Resource Center Director
JOHN WORD, Language Resource Center Technologist

[1] Absent on leave, fall 2012.
[3] Absent on leave, 2012–2013.

## The Academic Program

Our courses balance traditional objects of study with emerging interdisciplinary projects on topics such as urban modernity, gender and sexuality, and media representations and manipulations of cultural values. Our curriculum engages the classics of world literature while also adapting to reflect the latest redefinitions and debates occurring within the Humanities. The linguistic knowledge students acquire in our courses enables them to speak and write confidently about texts and contexts, to go abroad and encounter the world and its residents in very different, more informed and meaningful ways.

Along with demonstrated competence in the language, a foreign literature major will normally complete a minimum of 8 credits in

# MLL: Literatures in Translation

courses in advanced language, literature, or culture, and a culminating exercise such as a thesis, an oral or written comprehensive examination, or honors examinations. Depending on the program, one or more courses for the major may be taken in English. The department encourages interdisciplinary approaches and pertinent special majors. Students interested in more than one literature are encouraged to consider a major in comparative literature. Students with strong interest in learning languages and their mechanics should also take note of the related major in Linguistics and Languages. The department collaborates with educational studies to help students who wish to get teacher certification.

## The Language Requirement

To receive the degree of Bachelor of Arts or Bachelor of Science, candidates must fulfill a foreign language requirement. The foreign language requirement can be fulfilled by:

(a) Successfully studying 3 years or the "block" equivalent of a single foreign language in grades 9 through 12 (work done before grade 9 cannot be counted, regardless of the course level);

(b) Achieving a score of 600 or better on a standard achievement test of a foreign language;

(c) Passing either the final term of a college-level, yearlong, introductory foreign language course or a semester-long intermediate foreign language course; or

(d) Learning English as a foreign language while remaining demonstrably proficient in another.

If you have fulfilled your language requirement, the department encourages you to use your time at Swarthmore to become truly proficient in that language, or to discover a new one.

Students whose placement recommendation is above the language sequence should consider taking introductory and/or advanced courses, many of which fulfill the College's writing requirement.

### Placement Tests

The Modern Languages and Literatures Department offers placement tests so as to appropriately position students in language classes when they arrive on campus. New students who have previously studied or have fluency in a language offered at Swarthmore should plan to take a placement test either online (French, German, and Spanish), during orientation week/the start of classes (Arabic, Chinese, and Japanese), or to meet with the section head (Russian). Students who have French/German/Spanish AP/IB are also

required to take the online placement test. Upper-class students interested in taking placement test should contact Michael Jones in the Language Resource Center for information and instructions (mjones1, 610.328.8036).

For French only, first-year students with a 531 or higher on their online French placement test are required to take the written literature/culture essay placement test during orientation week to be correctly placed in a French class.

*Note*: Placement Tests are not a substitute for an official standard achievement test of a foreign language (such as the College Board exam or the International Baccalaureate). Therefore, they do not serve as proof of achievement for the purpose of fulfilling the language requirement. These tests are only intended to assist instructors in placing students in the appropriate Swarthmore course.

For additional information on placement visit each program's website.

## Advanced Placement and International Baccalaureate Credit

The department will grant 1 credit for incoming students who achieved a score of 4 or 5 on Advanced Placement Chinese, French, German, Japanese, Russian or Spanish examinations once they have successfully completed a one-credit course in that language at the College.

The department will grant 1 credit for incoming students who have achieved a score of 6 or 7 in a foreign language on the International Baccalaureate once they have successfully completed a 1-credit course in that language at the College.

Students who took an AP or IB exam should consult the department administrative coordinator, Eleonore Baginski (ebagins1) for more information.

*Note:* Students with French/German/Spanish AP-IB scores are nonetheless required to take the online placement test.

## Explanatory Note On First- And Second-Year Language Courses

Courses numbered 001–002, 003, and, in some languages also 004, carry 1.5 credits per semester. Four semesters in this sequence are equivalent to two or sometimes more years of work at the college level.

These courses encourage development of communicative proficiency through an interactive task-based approach and provide students with an active and rewarding learning experience as they strengthen their language skills and develop their cultural competency These courses meet alternately as sections for grammar presentation and small groups for oral

# MLL: Literatures in Translation

practice and may also require work in regular scheduled tutorials or in the Language Resource Center.

Students who start in the 001–002 sequence must complete 002 to receive credit for 001. However, students placing directly in 002 can receive 1.5 semester credits for that course. Please note that students must register for both parts of the course in the 001–004 sequence.

## Teacher Certification

We offer teacher certification in modern languages (French, German, and Spanish) through a program approved by the state of Pennsylvania. For further information about the relevant requirements, please refer to the Educational Studies section of the College Bulletin or see the Educational Studies Department website: www.swarthmore.edu/educationalstudies.xml.

### Explanatory Note Of Foreign Language Teaching And Pedagogy Courses

The Foreign Language Teaching and Pedagogy program is a service-learning program designed to give Swarthmore students practice teaching in their target language by offering early foreign language education to school age children. Swarthmore students teach their foreign languages to local elementary school students in an after-school program that meets two times per week for six weeks. Swarthmore students study foreign language acquisition and prepare goal-oriented lesson plans in the pedagogy session that meets over the course of the semester and concurrently with the service (teaching) component of the program. The program brings Swarthmore students into the classroom as language teachers, gives them tools to identify educational goals for language learning, and offers support for the creation of lesson plans. The goal of the program at the elementary school is to help young children expand their comprehension of the world around them and bring them to a closer understanding and acceptance of cultures other than their own. This course is required for K-12 certification in Foreign Languages for majors in Educational Studies. Prerequisites for this course are native fluency or the equivalent of fourth-semester language competencies in one of the seven languages offered in MLL. Courses are listed under the teaching target language. See ARAB 013A, CHIN 013A, FREN 024, GMST 024, JPNS 014A, RUSS 012A, and SPAN 024, which are cross-listed with EDUC 072. Each course carries 0.5 credits per semester.

## Off-Campus Study

Students on financial aid may apply that aid to designated programs of study abroad.

Study abroad is particularly encouraged for students of **Arabic**; academic credit (full or partial) is generally approved for participation in programs of varying duration in different Arab countries that are recommended by the Arabic section. These include but are not limited to universities and programs in Egypt, Jordan, Lebanon, Morocco, Oman, Syria, Tunisia, and Yemen.

Study abroad is particularly encouraged for students of **Chinese**; academic credit (full or partial) is generally approved for participation in several programs of varying duration in the People's Republic of China and in Taiwan, recommended by the Chinese section. In the People's Republic these include, but are not limited to, the Inter-University Program (IUP) Program at Tsing-hua University, the Associated Colleges in China (ACC) Program, the CET Program in Harbin and the Middlebury program in Kunming. In Taiwan, these include the International Chinese Language Program (ICLP), the Mandarin Training Center in Taipei and the Chinese Language Center, National Cheng Kung University in Taiwan.

All **French/Francophone studies** majors are required to cpmplete a preapproved, semester-long study abroad program in a French-speaking country. Minors are strongly encouraged to attend such semester-long programs and should at least attend a pre-approved six-week summer program in a francophone country.

Students of **German studies** are strongly encouraged to spend at least a semester in a German-speaking country. There are several excellent opportunities to participate in an approved program, such as the Columbia Consortium Program in Berlin, the Macalester College German Study Program in Berlin/Vienna, or the Dickinson college program in Bremen. Students should consider going abroad in the spring semester. This will enable them to participate fully in the semester schedule of German and Austrian Universities.

Students of **Japanese** are strongly encouraged to participate in study abroad programs. Swarthmore College participates in a regular exchange program with Tokyo University (the AIKOM program), and the Japanese Section has prepared a carefully selected list of other recommended programs in Kyoto, Nagoya, and elsewhere. Students interested in study abroad should consult with the head of the Japanese Section for more information.

Students in **Russian** are strongly encouraged to spend at least one semester in the A.C.T.R., C.I.E.E., or Middlebury programs or at the Smolny Institute through Bard College, among others in Russia.

# MLL: Literatures in Translation

All **Spanish** majors and minors are required to complete a study abroad program in a Spanish-speaking country. Swarthmore College offers students interested in studying abroad several programs listed on the Spanish website www.swarthmore.edu/academics/spanish/study-abroad.xml. To ensure full immersion, all courses taken abroad must be taken in Spanish. We strongly suggest that majors and minors as well as non-specialists meet with a Spanish faculty member to discuss the possibilities and find the program that best suits their academic needs and interests.

Students who plan to do graduate work are reminded that, in addition to the language of specialization, a reading knowledge of other languages is often required for admission to advanced studies.

The department also certifies credit for off-campus study of languages that are not taught at Swarthmore, such as Cantonese, Catalan, Farsi, Hungarian, Italian, Polish, Twi, and so on.

## Literatures in Translation

Students who are already proficient in a particular foreign language are urged to select an appropriate literature/culture course taught in the original language. LITR courses provide students with the opportunity to study cultural material that they cannot read in the original and often to study literature in a comparative context.

In some language programs, these courses cannot be substituted for the introductory course sequence between 010 and 020 to satisfy departmental prerequisites for a major or minor in the original languages, but many of these courses can satisfy the 8 credit requirement of a foreign literature/studies major as each section specifies.

### LITR 009CH. First-Year Seminar: Heaven, Earth, and Man: Ways of Thought in Traditional Chinese Culture
(Cross-listed as CHIN 009)

This introductory course explores the most influential currents of thought and culture in traditional China, through directed readings and discussions of original sources in translation. No prerequisites and no knowledge of Chinese or of China are required.

1 credit.

Spring 2013. Berkowitz.

### LITR 013R. The Russian Novel
(Cross-listed as RUSS 013)

The Russian novel represents one of Russia's most fundamental and enduring contributions to world culture. This course surveys the development of the Russian novel from the early 19th century to the Soviet period by examining seminal works, including novels by Dostoevsky, Tolstoy and Bulgakov. The course examines these works in terms of their literary, social and political context, highlighting issues such as sexism, racism, Orientalism, terrorism, and imperialism, as well as Russia's national identity.

Writing course.

1 credit.

Fall 2012. Johnson.

### LITR 015G. First-Year Seminar: Between Appetite and Aesthetics: A Cultural History of Food

This course examines literary and other texts, works of visual art, and films that focus on food and taste in their gustatory and metaphorical-symbolic representations. Topics discussed are food and knowledge, the physiology/metaphor of taste, food and memory, eroticism and food ("eye candy," oral pleasures), food/religion, anthropophagy/communion, production/consumption, and hospitality/sacrifice. The reading list includes, among others, Walter Benjamin, Georg Simmel, Marcel Proust, Franz Kafka, Vladimir Nabokov, Sigmund Freud, Claude Levi-Strauss, Stanley Ellin, F.T. Marinetti, Roland Barthes, Élias Canetti, Emile Zola, and Tanja Blixen.

1 credit.

Not offered 2012–2013.

### LITR 015R. East European Prose in Translation
(Cross-listed as RUSS 015)

Novels and stories by the most prominent 20th-century writers of this multifaceted and turbulent region. Analysis of individual works and writers with the purpose of appreciating the religious, linguistic, and historical diversity of Eastern Europe in an era of war, revolution, political dissent, and outstanding cultural and intellectual achievement. Readings, lectures, writing and discussion in English; qualified students may do some readings in the original language(s).

Writing course.

1 credit.

Fall 2013. Forrester.

### LITR 016CH. Substance, Shadow, and Spirit in Chinese Literature and Culture
(Cross-listed as CHIN 016)

This course will explore the literary and intellectual world of traditional Chinese culture, through original writings in English translation, including both poetry and prose. Topics to be discussed include Taoism, Confucianism, and the contouring of Chinese culture; immortality, wine, and allaying the mundane; and the religious dimension, disengagement, and the

# MLL: Literatures in Translation

appreciation of the natural world. The course also will address cultural and literary formulations of conduct and persona and the expression of individualism in an authoritarian society.

1 credit.

Spring 2013. Berkowitz.

## LITR 017J. First-Year Seminar: The World of Japanese Drama
(Cross-listed as JPNS 017 and THEA 017)

This first-year seminar will explore the major dramatic traditions of Japan from diverse angles, including a study of dramatic texts, videos of performance, and films based on famous dramatic works. Our seminar will focus on the three great dramatic traditions of Noh masked drama, Bunraku puppet theater, and Kabuki. We will also examine the cultural background of these dramatic forms, including the influence of Buddhism, Shintô, and shamanism, as well as the philosophical background and methodology of training and performance.

1 credit.

Not offered 2012–2013.

## LITR 017R. First-Year Seminar: Love and Sex in Russian Literature
(Cross-listed as RUSS 017)

Best known for political priorities and philosophical depth, Russian literature has also devoted many works to the eternal concern of love and sex. We will read significant and provocative works from traditional folk tales through the 21st century to discuss their construction of these most "natural" impulses—and how they imagine the relationship of human attraction to art, politics and philosophy.

Writing course.

1 credit.

Spring 2014. Forrester.

## LITR 020A. Arab Literature in Its Cultural Context

This course presents an overview of the development of literature in the Arabic language, from the pre-Islamic period and early Muslim writings through the flowering of Al-Andaluz, the *Nahda* that followed the Ottoman period, and the rise of new Arab states to the brilliant creativity of contemporary novelists. The course is taught in English translation, though students with sufficient skills in Arabic are welcome to do some or all of the reading in the original. Eligible for Islamic Studies.

1 credit.

Spring 2014. Al-Masri.

## LITR 020G. Expressions of Infinite Longing: German Romanticism and its Discontents

In this course, we will first read works by the young Goethe that demonstrate a radical reshaping of subjectivity in the later part of the 18th century. This modern subjectivity is at the center of writings by early German romantics, texts that mark the beginning of a revolutionary period in German literature whose critical recastings of aesthetic, philosophical, and social questions are still echoed in modern literary criticism. After the failed enlightenment view of history as human progress, the search for novel poetic representations created a new mythology intended to fuse "poetry and prose, originality and criticism, the poetry of art and the poetry of nature" (F. Schlegel). The second part of the course will focus on writers struggling with the failures of that promise and the disenchantment of the romantic world. Authors read include Friedrich Schlegel, Johann Ludwig Tieck, Novalis, Friedrich Hölderlin, Heinrich von Kleist, E.T.A. Hoffmann, and Wilhelm Müller. In English.

1 credit.

Not offered 2012–2013.

## LITR 021J. Modern Japanese Literature
(Cross-listed as JPNS 021)

An introduction to Japanese fiction from the Meiji Restoration (1868) to the present day, focusing on how literature has been used to express the personal voice and to shape and critique the concept of the modern individual. We will discuss the development of the mode of personal narrative known as the "I novel" as well as those authors and works that challenge this literary mode. In addition, we will explore how the personal voice in literature is interwoven with the great intellectual and historical movements of modern times, including Japan's encounter with the West and rapid modernization, the rise of Japanese imperialism and militarism, World War II and its aftermath, the emergence of an affluent consumer society in the postwar period, and the impact of global popular culture and the horizon of new transnational identities in the 21st century. All readings and discussions will be in English.

1 credit.

Not offered 2012–2013.

## LITR 021R. Dostoevsky (in Translation)
(Cross-listed as RUSS 021)

Writer, gambler, publicist, and visionary Fedor Dostoevsky is one of the great writers of the modern age. His work inspired Nietzsche, Freud, Woolf, and others and continues to exert a profound influence on thought in our own society to the present. Dostoevsky confronts the

# MLL: Literatures in Translation

"accursed questions" of truth, justice, and free will set against the darkest examples of human suffering: murder, suicide, poverty, addiction, and obsession. Students will consider artistic, philosophical, and social questions through texts from throughout Dostoevsky's career. Students with knowledge of Russian may read some or all of the works in the original.

1 credit.

Spring 2014. Johnson.

### LITR 022G. Food Revolutions: History, Politics, Culture

Behind our current unsustainable system of industrialized food production lies a long history of technical and market innovations, political exigencies, and shifts in consumer culture. In our class, we will focus on key moments that set this chain of events in motion, including: the French revolution, Napoleon's food requirements for LaGrande Armée, slavery and colonial food production, nutritional welfare for the emerging proletariat, technological breakthroughs (canning, freezing), the homogeneization of taste, and the convergence of military and agricultural production methods (mechanization of scale) after WWII. As the social and environmental costs of a commodified food system become evident, a great number of resistance centers to these exploitative practices have emerged, especially in the Global South. We will discuss the social, ethical, and ecological aspects of these movements, and reflect on possibilities of our own involvement in this important "food fight."

Eligible for ENVS credit.

1 credit.

Not offered 2012–2013.

### LITR 023CH. Modern Chinese Literature: A New Novelistic Discourse (1918–1948)
(Cross-listed as CHIN 023)

Modern Chinese literary texts created between 1918 and 1948, presenting a series of political, social, cultural, and ideological dilemmas underlying 20th-century Chinese history. The class will discuss fundamental issues of modernity and new literary developments under the impact of the May Fourth Movement. No previous preparation in Chinese required. All texts are in English translation, and the class is conducted in English.

1 credit.

Not offered 2012–2013.

### LITR 023R. The Muslim in Russia
(Cross-listed as RUSS 023)

The long and strong relationship of Russia and Islam has been neglected in scholarship until recently. This course will examine texts (and films) spanning more than a thousand years, to introduce actual interactions of Russians and Muslims, images of Muslims in Russian literature (and a few Muslim images of Russia), the place of Muslim writers in Soviet literature, and the current position of Muslims in Russia and in Russian discourse.

Eligible for ISLM credit.

1 credit.

Fall 2012. Forrester.

### LITR 024J. Japanese Film and Animation
(Cross-listed as JPNS 024/FMST 057)

This course offers a historical and thematic introduction to Japanese cinema, one of the world's great film traditions. Our discussions will center on the historical context of Japanese film, including how films address issues of modernity, gender, and national identity. Through our readings, discussion, and writing, we will explore various approaches to film analysis, with the goal of developing a deeper understanding of formal and thematic issues. A separate unit will consider the postwar development of Japanese animation (anime) and its special characteristics. Screenings will include films by Ozu, Mizoguchi, Kurosawa, Imamura, Kitano, and Miyazaki.

1 credit.

Not offered 2012–2013.

### LITR 026R. Russian and East European Science Fiction
(Cross-listed as RUSS 026)

Science fiction enjoyed surprisingly high status in Russia and Eastern Europe, attracting such prominent mainstream writers as Karel Čapek, Mikhail Bulgakov, and Evgenii Zamiatin. In the post-Stalinist years of stagnation, science fiction provided a refuge from stultifying official Socialist Realism for authors like Stanisław Lem and the Strugatsky brothers. This course will concentrate on 20th-century science fiction (translated from Czech, Polish, Russian and Serbian) with a glance at earlier influences and attention to more recent works, as well as to Western parallels and contrasts.

1 credit.

Spring 2013. Forrester.

### LITR 028R. Tolstoy
(Cross-listed as RUSS 028)

Novelist, Christian philosopher, pacifist, and educator, Leo Tolstoy's monumental thought inspired communities of "Tolstoyans" and influenced Gandhi, Martin Luther King, Jr., and Nelson Mandela. Tolstoy's treatment of moral and historical issues in literature continues to inspire and provoke readers today. This course will examine Tolstoy's major novels (*War and*

# MLL: Literatures in Translation

*Peace*, *Anna Karenina*), along with earlier and later works, and explore his context in the culture, literature, and history of the time.

1 credit.

Not offered 2012–2013.

## LITR 040R. Revolutions in Theater: Chekhov, Bulgakov, and the Moskow Art Theater.

(Cross-listed as RUSS 040)

This course covers two revolutions in Russian theater: the revolutionary innovations of Stanislavsky and the Moscow Art Theater and the Soviet revolution's affect on artistic freedom. First we will examine the history of the Moscow Art Theater, focusing in particular on the central role played by Anton Chekhov's full-length plays. Then we will look at Mikhail Bulgakov's tortured and tempestuous relationship with the theater and his struggle to maintain his artistic integrity in the face of Soviet ideology and censorship. Class projects may include public performance.

1 credit.

Spring 2013. Johnson.

## LITR 041J. Fantastic Spaces in Modern Japanese Literature

(Cross-listed as JPNS 041)

As Japanese society has transferred rapidly in the 20th century and beyond, a number of authors have turned to the fantastic to explore the pathways of cultural memory, the vicissitudes of interpersonal relationships, the limits of mind and body, and the nature of storytelling itself. In this course, we will consider the use of anti-realistic writing genres in Japanese literature from 1900 to the present, combining readings of novels and short stories with related critical and theoretical texts. Fictional works examined will include novels, supernatural tales, science fiction, and cyber-fiction by authors such as Tanizaki Junichirō, Abe Kōbō, Kurahasi Yumiko, and Murakami Haruki.

Writing course.

1 credit.

Fall 2012. Gardner.

## LITR 045A. Contemporary Thought in the Arab World

(Cross-listed as ARAB 045)

This survey course will trace some of the main themes, problems and issues debated among Arab thinkers and intellectuals since the latter part of the 19th century. The course will start with the 19th century but emphasize discussions following the military defeat of 1967 and the ensuing cultural and political crisis. Within this discussions related to "turath" (Islamic tradition or heritage), the different strategies of its reading and interpretation, and the possibilities of using these readings of Islam to confront the contemporary challenges of a globalized world will be the center of attention in the course.

Readings for the course will comprise three types of texts: historical and social background, translations of texts by the different thinkers under discussion, and articles and essays that interpret and critique these thinkers.

Eligible for ISLM credit.

1 credit.

Not offered 2012–2013.

## LITR 045R. Poetry in Translation/Translating Poetry

(Cross-listed as RUSS 045)

This course will study the history, practice, and politics of poetic translation from antiquity to the present, including work from Arabic, Chinese, French, German, Greek, Hebrew, Irish, Japanese, Latin, Polish, Russian, Sanskrit, and Spanish. The course has a strong practical component: All students will work on translations of their own throughout the semester (from languages they know or with native speakers or literal versions), and the final project may include a portfolio of translations. Especially suitable for students interested in comparative literature.

1 credit.

Not offered 2012–2013.

## LITR 047R. Russian Fairy Tales

(Cross-listed as RUSS 047)

Folk beliefs are a colorful and enduring part of Russian culture. This course introduces a wide selection of Russian fairy tales in their esthetic, historical, social, and psychological context. We will trace the continuing influence of fairy tales and folk beliefs in literature, music, visual arts, and film. The course also provides a general introduction to study and interpretation of folklore and fairy tales, approaching Russian tales against the background of the Western fairy-tale tradition (the Grimms, Perrault, Disney, etc.).

No fluency in Russian is required, although students with adequate language preparation may do some reading, or a course attachment, in the original.

1 credit.

Spring 2014. Johnson.

## LITR 051G. European Cinema

(Cross-listed as FMST 051)

The course introduces post-war directors (Bergman and Fellini), British and French New Waves, Eastern European Cinema (Tarkovsky, Wajda), Post-New Wave Italian auteurs, Spanish cinema after Franco (Erice, Saura, Almodovar), New German cinema (Fassbinder,

## MLL: Literatures in Translation

Herzog, Wenders), British cinema after 1970 (Roeg, Leigh, Loach, Greenaway) and Danish Cinema: Dogme 95 and others. The course addresses key issues and concepts in European cinema such as realism, authorship, art cinema, and political modernism, with reference to significant films and filmmakers and in the context of historical, social, and cultural issues.

1 credit.

Fall 2012. Simon.

### LITR 051J. Japanese Poetry and Poetics
(Cross-listed as JPNS 051)

Japanese poetic forms such as haiku, renga, and tanka have had a great impact on modern poetry across the world, and have played a central role in the development of Japanese literature and aesthetics. This course will examine Japanese poetry from its roots in ancient oral tradition though the internet age. Topics include the role of poetry in courtship, communication, religion, and ritual; orality and the graphic tradition; the influence of poetic models from China and the West; social networks and game aesthetics in renga linked poetry; and haiku as a worldwide poetic form. Course projects will include translation and composition in addition to analytical writing. Readings will be in English, and there are no language requirements or other prerequisites; however, the course will include a close examination of Japanese poetic sound, syntax, meter, and diction, or how the poems "work" in the original language.

1 credit.

Not offered 2012–2013.

### LITR 054G. German Cinema
(Cross-listed as GMST 054/FMST 054)

This course is an introduction to German cinema from its inception in the 1890s until the present. It includes an examination of early exhibition forms, expressionist and avant-garde films from the classic German cinema of the Weimar era, fascist cinema, postwar rubble films, DEFA films from East Germany, New German Cinema from the 1970s, and post 1989 heritage films. We will analyze a cross-match of popular and avant-garde films while discussing mass culture, education, propaganda, and entertainment as identity- and nation-building practices.

Eligible for FMST credit, fulfills national cinema requirement.

Writing course.

1 credit.

Not offered 2012–2013.

### LITR 055CH. Contemporary Chinese Cinema: The New Waves (1984–2005)
(Cross-listed as CHIN 055/FMST 055)

Cinema has become a special form of cultural mirror representing social dynamics and drastic changes in mainland China, Hong Kong, and Taiwan since the mid-1980s. The course will develop a better understanding of changing Chinese culture by analyzing cinematic texts and the new wave in the era of globalization. All films are English subtitled, and the class is conducted in English.

1 credit.

Fall 2012. Kong.

### LITR 061FJ. Manga, Bande Dessinée, and the Graphic Novel: A Transnational Study of Graphic Fiction
(Cross-listed as JPNS 061)

1 credit.

Not offered 2012–2013.

### LITR 069CH. Taste and Aesthetics in Chinese Cultural Traditions
(Cross-listed as CHIN 069)

This course will explore various dimensions of taste and aesthetics in traditional Chinese culture, from the earliest times into the recent past. Broader aspects of the course will include concept, form, and substance in classical literary, and philosophical formulations; ritual practice and ceremonial performance; and continuities and disjunctures in private vs. public and individual vs. societal taste. More focused readings and discussions will concern food, alcohol, tea, and the culinary arts; appreciation, aesthetics, and poetics in music, painting, calligraphy, literature, sculpture, and theater; the harmony of the human body and the evaluation of beauty and suitability in men and women; landscape appreciation and visions of the natural world; leisure and the *passa tempo* pursuits of Go, flower and tree arrangement and elegant gatherings.

1 credit.

Not offered 2012–2013.

### LITR 069S. Building Barcelona

This course seeks to examine the physical and cultural construction of Barcelona through the ways it has been understood across artistic mediums, social and historical periods, and political spectrums, especially along its margins. Taking the approach of Cultural Studies, a concept that we will also try to define, this course explores some of the tensions between modernization projects and cultural production during the twentieth and

# MLL: Literatures in Translation

twenty-first centuries, examining representations of the city in literature (poetry and prose), maps, film, and photography.

1 credit.

Spring 2013. Sendra Ferrer.

### LITR 070R. Translation Workshop
(Cross-listed as LING 070R and RUSS 070)

This workshop in literary translation concentrates on translation theory and practice, working in poetry, prose, and drama as well as editing. Students will participate in an associated series of bilingual readings and will produce a substantial portfolio of work. Students taking the course for LING credit will write a final paper supported by a smaller portfolio of translations.

Excellent knowledge of a language other than English (equivalent to a 004 course at Swarthmore or higher) is highly recommended or, failing that, access to at least one very patient speaker of a foreign language.

1 credit.

Fall 2012. Forrester.

### LITR 072F. French Literature in Translation

This course is designed to provide students with a broad knowledge of French literature, from before the Revolution to the present. Among the authors included on the syllabus are: Molière, Voltaire, Balzac, Baudelaire, Proust, Camus and Sartre. Students will read works in their entirety, discuss their significance in class, and listen to short lectures to situate the readings in a historical and cultural context.

1 credit.

Spring 2013. Staff. Spring 2014. Blanchard.

### LITR 075F. Caribbean literature and culture in translation
Fall 2013. Rice-Maximin.

### LITR 075S. Borges: Aesthetics & Theory
Jorge Luis Borges is one of the most influential writers of the twentieth century. He devoted his entire life to literature, as a writer but also as an irreverent reader. Hated or held dear, Borges is incessantly quoted.

In his texts Borges not only anticipated but also discussed the major topics of contemporary literary theory: the theory of intertextuality, the limits of the referential illusion, the relationship between knowledge and language, and the dilemmas of representation and of narration.

We will explore how Borges fictionalized these theoretical problems without ever allowing the development of the tale to lose its aesthetic brilliance. We will also read Borges as a universal writer working inside all the cultural traditions, and also as a writer who seeks to

reinvent the history and the traditions of his own country.

1 credit.

Fall 2012. Martínez.

### LITR 076AF. Contemporary Arab Women Writers
(Cross-listed as ARAB 076, FREN 076)

This course examines the literary production by Arab women in the context of nationalism, and political struggles against neo-colonialism and imperialism. We will move beyond the gendered terms that often frame the interest regarding Arab women, and lead to a discourse of victimization, to focus on how women writers articulate their subjectivities and agency through innovative aesthetics. How have specific Arab women writers successfully challenged societal roles? Can their aesthetics disrupt narratives of violence of the civil wars? How do they negotiate with imperialist gendered fantasies and the trafficking in exotic images? And how does Arab feminism differ from Western feminist discourse on Arab women? Sources include short stories, novels, memoirs and polemical essays spanning from North Africa to the Middle East.

Eligible for GSST and ISLM credit.

1 credit.

Fall 2012. Attieh, Gueydan.

### LITR 081CH. Transcending the Mundane: Taoism in Chinese Literature and Culture
(Cross-listed as CHIN 081)

Chinese civilization has been imbued with Taoism for some two and one-half millennia, from popular belief and custom to intellectual and literary culture. In addition to consideration of the texts and contexts of both philosophical and religious Taoism, the class will examine the articulation and role of Taoism in Chinese literature and culture and the enduring implications of the Taoist ethos. All readings will be in English.

Prerequisite: One introductory course on Chinese culture or religion or permission of the instructor.

1 credit.

Not offered 2012–2013.

### LITR 083J. War and Postwar in Japanese Culture
(Cross-listed as JPNS 083)

What was the Japanese experience of the World War II and the Allied Occupation? We will examine literary works, films, and graphic materials (photographs, prints, advertisements, etc.), together with oral histories and historical

# MLL: Arabic

studies, to seek a better understanding of the prevailing ideologies and intellectual struggles of wartime and postwar Japan as well as the experiences of individuals living through the cataclysmic events of midcentury. Issues to be investigated include Japanese nationalism and imperialism, women's experiences of the war and home front; changing representations and ideologies of the body, war writing and censorship, the atomic bombings of Hiroshima and Nagasaki, Japanese responses to the occupation, and the war in postwar memory. Prerequisite: HIST 075 or permission of the instructor.

1 credit.

Spring 2013. Gardner.

**LITR 091CH. Special Topics in Chinese Literature and Culture in Translation**
(Cross-listed as CHIN 091)

No prerequisite and no knowledge of China required; all readings in English.

1 credit.

Not offered 2012–2013.

## Arabic

Knowledge of Arabic contributes not only to our geopolitical connectivity with Arabic speaking countries; it also contributes to the interdisciplinary program of studies in Islamic studies and to students' work in programs in anthropology, comparative literature, history, linguistics, religion, sociology, and other fields. Study of Arabic language through the third year and study abroad are particularly recommended for students who want to develop proficiency for research or fieldwork. Interested students are urged to begin studying the language early in their academic careers, to have time to develop a useful level of language proficiency and to be prepared to study in an immersive program abroad.

First-, second-, and third-year Arabic are offered every year; first-year Arabic has no prerequisites and is open to everyone except native speakers. Native or heritage speakers of Arabic should consult with the Arabic faculty for placement. Courses in literature in translation, culture, and film, when available, are also open to all students. Students of Arabic language are urged to take these courses and others related to the Arab world in Islamic studies, sociology and anthropology, history, political science, and religion to gain perspective on classical and contemporary Arabic culture.

Introductory and Intermediate Arabic are intensive courses that carry 1.5 credits per semester. Study abroad is particularly encouraged for students of Arabic; academic credit (full or partial) is generally approved for participation in programs recommended by the Arabic section. These include, but are not limited to universities and non-university programs in Egypt, Jordan, Lebanon, Morocco, Oman, Syria, Tunisia, and Yemen.

### Courses in Arabic Language, Literature, and Culture

As a Tri-College language program, Arabic is offered at the first- and second-year level at Swarthmore, Bryn Mawr, and Haverford Colleges. Third-year Arabic language, other advanced language courses, and introductory courses in Arabic literature and culture are offered at Swarthmore. Other courses are available at the University of Pennsylvania and elsewhere in the Philadelphia area.

## The Academic Program

Coursework in Arabic can be part of a special major or a special honors major, as well as part of a major or minor in comparative literature.

Arabic is a central component of Swarthmore's Islamic Studies program, an interdisciplinary program that focuses on the diverse range of lived experiences and textual traditions of Muslims as they are articulated in various countries and regions throughout the world.

Arabic is also a valuable addition to programs in Humanities and the Social Sciences and can be part of the major in Languages and Linguistics, through the Linguistics Department.

## Special Major

Students may arrange to do a special major or an honors special major in Arabic after consultation with faculty in Arabic and the department chair. Work abroad will be incorporated when appropriate. Independent study or courses at the University of Pennsylvania will usually be necessary for this special major.

## Application Process Notes for the Major or the Minor

Applicants for a Special Major in Arabic must consult with the Arabic section head and be approved by the relevant faculty members and the department of Modern Languages and Literatures.

## International Baccalaureate Credit

Students presenting IB credit in Arabic language or literature should consult with the faculty in Arabic.

# MLL: Arabic

## Transfer Credit

The Arabic faculty will assist students in estimating credit for study of Arabic language and related topics abroad. Transfer credit (from study abroad or from courses taken at other institutions in North America) will be evaluated after students return to campus.

## Off-Campus Study

Study abroad is crucial to gaining proficiency in Arabic because it allows immersion and significant cultural exposure, especially important given the longer time needed to acquire a language less similar to English. Modern Standard Arabic is the official or co-official language of Algeria, Bahrain, Chad, Djibouti, Egypt, Iraq, Jordan, Kuwait, Lebanon, Libya, Morocco, Oman, Palestinian West Bank and Gaza, Qatar, Somalia, Sudan, Syria, Tunisia, Mauritania, United Arab Emirates, and Yemen. In addition to the Arab countries, large numbers of Arabic speakers live in Iran and France (about 600,000 speakers each), and Turkey (about one million), and a substantial number of speakers live in Israel and in parts of Africa. Students are urged to consult closely with the faculty in Arabic as well as the Off-Campus Study Office in planning study abroad.

## Research and Service-Learning Opportunities

### Academic Year Opportunities

Arabic participates in the Modern Languages and Literatures Service-Learning Pedagogy course, and several students have taught Arabic in the local elementary school. Some study abroad programs can arrange internships or other kinds of special opportunities for students.

### Summer Opportunities

Like other programs in the Humanities, Arabic welcomes student proposals for guided summer research and will advise students applying for a Humanities Research Fellowship at the College.

## Life After Swarthmore

Career possibilities that utilize foreign language skills parallel the opportunities of liberal arts graduates in general, but with a stronger focus on international or multicultural aspects. Obvious career paths for Arabic Special Majors are the professions in which foreign language is a primary skill—language teaching, translation and interpretation, or working with non-governmental agencies (NGOs). But as communication, travel, and business endeavors have expanded in the global marketplace, now even relatively small organizations may need to communicate with partners, clients, or customers in other languages, in the U.S. as well as in other countries.

## Courses

### ARAB 001–002. Intensive Elementary Modern Standard Arabic

*Students who start in the 001–002 sequence must complete 002 to receive credit for 001.*

The purpose of this course is to develop students' proficiency and communication in modern standard Arabic in the four basic language skills: listening, speaking, reading (both oral and for comprehension), and writing. Cultural aspects are built into the course. This course as well as subsequent Arabic-language courses helps students to advance rapidly in this language and prepares them for more advanced work on literary Arabic, as well as to work, travel, or study abroad. By the end of this course, the majority of students should be expected to reach a level of intermediate low, according to the ACTFL proficiency rating.

### ARAB 001.

1.5 credits.

Fall 2012. Attieh, El Guabli.

### ARAB 002.

1.5 credits.

Spring 2013. Attieh, El Guabli.

### ARAB 003. Intermediate Modern Standard Arabic I

This course builds on skills in comprehension, listening, reading and writing developed at earlier levels. Students will gain increased vocabulary and understanding of more complex grammatical structures. They will begin to approach prose, fiction, and non-fiction written in the language. Students will also increase their proficiency in the Arabic script and sound system, widen their working vocabulary, learn key grammatical concepts, and practice conversation and dictation.

1.5 credits.

Fall 2012. Al-Masri, El Guabli.

### ARAB 004. Intermediate Modern Standard Arabic II

This course is the continuation of ARAB 003. Because the material covered in this course relies heavily on the previous course, students are expected to review and be familiar with the previous work in Arab 001, 002 and 003.

Eligible for ISLM credit.

1.5 credit.

Prerequisites: ARAB 003 or equivalent or permission of the department.

Spring 2013. Staff, El Guabli.

### ARAB 011. Advanced Arabic I

This course will: (1) conduct a quick review of the basic structures, grammar, and the 1000 most frequent words of Modern Standard

# MLL: Arabic

Arabic (MSA) learned in earlier courses, (2) introduce the next 750 high frequency words in a variety of contexts with strong cultural content, (3) drill students in the more advanced grammatical structures of MSA, and (4) train students in developing reading skills that will assist them in comprehending a variety of MSA authentic reading passages of various genres and performing reading tasks ranging from Intermediate to Intermediate High on the ACTFL scale. Prerequisites: Successful completion of ARAB 004 and consent of the instructor.

1 credit.

Fall 2012. Al-Masri.

## ARAB 011A. Arabic Conversation

A conversation course concentrating on the development of intermediate skills in speaking and listening through texts and multimedia materials in Modern Standard Arabic. The aim of the course is for the student to acquire well-rounded communication skills and socio-cultural competence. The selected materials seek to stimulate students' curiosity and engagement with the ultimate goal of awakening a strong desire to express themselves in the language. Students are required to read chosen texts (including Internet materials) and prepare assignments for discussion in class. Moreover, students will write out skits or reports for oral presentation in Arabic before they present them in class. The class is conducted entirely in Arabic. The class may be divided into smaller groups if needed to facilitate conversation.

Prerequisite: For students who have taken or are presently taking ARAB 011 or the equivalent.

0.5 credit.

Fall 2012. El Guabli.

## ARAB 012. Advanced Arabic II

This course will: (1) conduct a quick review of the basic structures, grammar, and the first 1750 most frequent words of Modern Standard Arabic (MSA) learned in earlier courses, (2) introduce the next 750 high frequency words in a variety of contexts with strong cultural content, (3) drill students in the more advanced grammatical structures of MSA, and (4) train students in developing reading skills that will assist them in comprehending a variety of MSA authentic reading passages of various genres and performing reading tasks ranging from Intermediate to Intermediate High on the ACTFL scale.

Prerequisites: Successful completion of ARAB 011 and consent of the instructor.

1 credit.

Spring 2013. Al-Masri.

## ARAB 012A. Advanced Arabic Conversation

A conversation course concentrating on the development of advanced skills in speaking and listening through texts and multimedia materials in Modern Standard Arabic. The aim of the course is for students to acquire well-rounded communication skills and socio-cultural competence. The selected materials seek to stimulate students' curiosity and engagement with the ultimate goal of awakening a strong desire to express themselves in the language. Students are required to read chosen texts (including Internet materials) and prepare assignments to generate discussion in class. Moreover, students will write out skits or reports for oral presentation in Arabic before they present them in class. The class is conducted entirely in Arabic. The class may be divided into smaller groups if the needed to facilitate conversation.

Prerequisite: For students who have taken or are presently taking ARAB 012 or the equivalent.

0.5 credit.

Spring 2013. El Guabli.

## ARAB 013A. Foreign Language Teaching and Pedagogy

(Cross-listed as EDUC 072)

Students can serve the Swarthmore community by teaching a foreign language to local elementary school students in an after-school program that meets two times/week. Students must teach for the entire 6-week session, two days per week. During the evening pedagogy sessions held on campus, we will discuss writing weekly lesson plans, foreign language acquisition in children, teaching methodologies and approaches. We use a common goal-oriented curriculum among all the languages. Students must register for the language or educational studies course that they will be teaching and for a service time (A) M/W or (B) T/Th.

0.5 credit.

Fall 2012, spring 2013. Staff.

## ARAB 020. Arab Literature in Its Cultural Context

(Cross-listed as LITR 020A)

This course presents an overview of the development of literature in the Arabic language, from the pre-Islamic period and early Muslim writings through the flowering of Al-Andaluz, the *Nahda* that followed the Ottomanperiod, and the rise of new Arab states to the brilliant creativity of contemporary novelists.

# MLL: Chinese

The course is taught in English translation, though students with sufficient skills in Arabic are welcome to do some or all of the reading in the original.

Eligible for ISLM credit.

1 credit.

Not offered 2012–2013, next offered in 2013–2014.

### ARAB 045. Contemporary Thought in the Arab World
(Cross-listed as LITR 045A)

This survey course will trace some of the main themes, problems and issues debated among Arab thinkers and intellectuals since the latter part of the 19th century. The course will start with the 19th century but emphasize discussions following the military defeat of 1967 and the ensuing cultural and political crisis. Within this discussions related to "turath" (Islamic tradition or heritage), the different strategies of its reading and interpretation, and the possibilities of using these readings of Islam to confront the contemporary challenges will be the center of attention in the course. Readings for the course will comprise three types of texts: historical and social background, translations of texts by the different thinkers under discussion, and articles and essays that interpret and critique these thinkers.

Eligible for ISLM credit.

1 credit.

Not offered 2012–2013.

### ARAB 054. Cinema in the Arab World

1 credit.

Not offered 2012–2013.

### ARAB 076. Contemporary Arab Women Writers
(Cross-listed as LITR 076AF and FREN 076)

This course examines the literary production by Arab women in the context of nationalism, and political struggles against neo-colonialism and imperialism. We will move beyond the gendered terms that often frame the interest regarding Arab women, and lead to a discourse of victimization, to focus on how women writers articulate their subjectivities and agency through innovative aesthetics. How have specific Arab women writers successfully challenged societal roles? Can their aesthetics disrupt narratives of violence of the civil wars? How do they negotiate with imperialist gendered fantasies and the trafficking in exotic images? And how does Arab feminism differ from Western feminist discourse on Arab women? Sources include short stories, novels, memoirs and polemical essays spanning from North Africa to the Middle East. Taught in English.

Eligible for ISLM and GSST credit.

1 credit.

Fall 2012. Attieh, Gueydan.

### ARAB 093. Directed Reading
Attieh.

# Chinese

## The Academic Program

Students may major or minor in Chinese in both the Course and Honors Programs. The Chinese major contains components of language, literature and culture. Study abroad is strongly encouraged and supported, and contributes directly to a major or minor in Chinese. Students of Chinese also may choose a special major in interdisciplinary Chinese studies (see below), or a major in Asian studies (see under Asian studies), where Chinese language courses above the first-year level as well as Chinese literature and culture courses and credit for study abroad normally may be counted toward the major.

Students interested in majoring or minoring in Chinese should consult with the section head of Chinese as soon as possible.

First- through fourth-year Chinese language courses are offered each year, as is an introductory course on reading Classical Chinese. First-year Chinese and the Introduction to Classical Chinese have no prerequisites and are open to the entire student community. Literature, culture, and film courses in translation also are offered each year and are open to all students. Students of Chinese are particularly urged to take these classes as a means of gaining perspective on traditional and modern Chinese literature and culture over more than two millennia, from early times into the contemporary. Seminars welcome students not majoring or minoring in Chinese, with permission of the instructor.

Introductory and intermediate Chinese language courses are intensive and carry 1.5 credits per semester. Students should plan to take these courses as early as possible so that studying in China can be incorporated into their curriculum.

## Course Major in Chinese

1. A minimum of nine credits in courses numbered 003B and above.

2. Mandatory completion of the following courses: 020, 021, 033 or equivalent; at least one course or seminar on modern Chinese literature/film in translation, and at least one course or seminar on pre-modern literature/culture in translation.

3. Study abroad in a program approved by the section is strongly recommended; transferred

# MLL: Chinese

credits normally may be counted toward the major.

4. A minimum of six credits of work must be completed at Swarthmore.

5. A culminating exercise, honors seminar, or thesis.

6. Senior Colloquium.

## Course Minor in Chinese

1. A minimum of five credits of work in courses numbered 004B and above.

2. At least two credits in Chinese language courses numbered 004B and above.

3. At least two credits in classical or modern literature/culture/film.

4. A minimum of three credits of work must be completed at Swarthmore.

5. Study abroad in a program approved by the section is strongly recommended; transferred credits normally may be counted toward the minor.

6. Senior Colloquium.

## Honors Major in Chinese

Requirements for the honors major in Chinese essentially are the same as those for the course major, excepting the culminating exercise. An honors major in Chinese will consist of examinations in Chinese language, literature and culture. Work done abroad may be incorporated, where appropriate. Honors preparations in Chinese consist of 2-credit seminar; designated pairs of courses (or 1-credit attachment to designated 1-credit course); or a 2-credit thesis. Senior honors study is mandatory and normally is done in the spring semester of the senior year. Work is arranged on an individual basis, and candidates may receive up to one credit for completion of the work. Honors examinations normally will consist of three 3-hour written examinations and a 30-minute oral for each examination.

Honors students of Chinese may also consider a special major in interdisciplinary Chinese studies that is coordinated by the section head of Chinese, or an honors major in Asian studies (see under Asian studies).

## Honors Minor in Chinese

It is possible to prepare for an honors minor in Chinese in either Chinese language or in Chinese literature in translation. Requirements for the honors minor in Chinese essentially are the same as those for the course minor. The honors preparation will consist of a 2-credit seminar, or a designated pair of courses (or a 1-credit attachment to a designated 1-credit course). Senior honors study is mandatory and normally is done in the spring semester of the

senior year; work is arranged on an individual basis, and candidates will have the option of receiving 0.5 credit for completion of the work. The Honors examination normally will consist of one 3-hour written examination and a 30-minute oral examination.

Students of Chinese may also consider an honors minor in Asian studies (see under Asian studies).

## Special Major in Interdisciplinary Chinese Studies

1. A minimum of 10 credits in courses numbered 003B and higher.

2. Must complete the following courses: 012 or higher; at least three additional courses on language/literature/culture/film, at least one concerning the modern period and at least one concerning the pre-modern period.

3. Study abroad in a program approved by the section is strongly recommended; transferred credits normally may be counted toward the major.

4. A minimum of six credits of work must be completed at Swarthmore.

5. At least one and up to three credits can be earned from other departments on China-related subjects with the approval of the Chinese section.

6. A culminating exercise, honors seminar or thesis.

7. Senior Colloquium.

## Off-Campus Study

Study abroad is particularly encouraged for students of Chinese; academic credit (full or partial) is generally approved for participation in several recommended programs of varying duration in the People's Republic of China and in Taiwan. In the People's Republic, these include, but are not limited to, the Inter-University Program (IUP) Program at Tsing-hua University, the Associated Colleges in China (ACC) Program, the CET Program in Harbin, and the Middlebury program in Kunming. In Taiwan, these include the International Chinese Language Program (ICLP), the Mandarin Training Center in Taipei, and the Chinese Language Center, National Cheng Kung University in Taiwan.

## Courses

### CHIN 001B–002B. Introduction to Mandarin Chinese

*Students who start in the 001B–002B sequence must complete 002B to receive credit for 001B.*

An intensive introduction to spoken and written Mandarin Chinese, with emphasis on oral

# MLL: Chinese

practice. Designed to impart an active command of basic grammar. Introduces 350 to 400 characters and develops the ability to read and write in simple modern Chinese.

1.5 credits.

**CHIN 001B.**
Fall 2012. Speidel, Kang.

**CHIN 002B.**
Spring 2013. Speidel, Kang.

**CHIN 003B, 004B. Second-Year Mandarin Chinese**
Designed for students who have mastered basic grammar and 350 to 400 characters. Combines intensive oral practice with writing and reading in the modern language. Emphasis is on rapid expansion of vocabulary, idiomatic expressions, and thorough understanding of grammatical patterns. Prepares students for advanced study at the College and in China.

1.5 credits.

**CHIN 003B.**
Fall 2012. Zuo, Lu.

**CHIN 004B.**
Spring 2013. Zuo, Lu.

**CHIN 005. Chinese for Advanced Beginners I**
Designed for students of Chinese heritage who are able to communicate in Chinese on simple daily life topics and perhaps read Chinese with a limited vocabulary (about 100 characters). An intensive introduction to spoken and written Mandarin Chinese, with emphasis on the development of reading and writing ability. Prepares students for advanced studies at the College and in China.

Prerequisite: Permission of the instructor.

1 credit.

Fall 2012. Kang.

**CHIN 006. Chinese for Advanced Beginners II**
Designed for students of Chinese heritage who are able to communicate in Chinese with a command of basic grammar and a vocabulary (about 800 characters). An intensive introduction at the intermediate level to Mandarin Chinese, with emphasis on the development of reading and writing ability. Prepares students for advanced studies at the College and in China.

Prerequisite: CHIN 005, or CHIN 002B, or equivalent language skills.

1 credit.

Spring 2013. Staff.

**CHIN 009. First-Year Seminar: Heaven, Earth, and Man: Ways of Thought in Traditional Chinese Culture**
(Cross-listed as LITR 009CH)

This introductory course explores the most influential currents of thought and culture in traditional China, through directed readings and discussions of original sources in translation.

1 credit.

Spring 2013. Berkowitz.

**CHIN 011. Third-Year Chinese**
Concentrates on strengthening and further developing skills in reading, speaking, and writing modern Chinese, through a diversity of materials and media.

Classes are conducted in Chinese, with precise translation also a component.

Prerequisite: CHIN 004B or equivalent language skills.

1 credit.

Fall 2012. Zuo.

**CHIN 011A. Third-Year Chinese Conversation**
This course meets once a week for 75 minutes and concentrates on the further development of skills in speaking and listening through multimedia materials (including selected movies and clips). Students are required to read chosen texts (including Internet materials and short stories) and prepare assignments for the purpose of generating discussion in class. Moreover, students will write out skits or reports for oral presentation in Chinese before they present them in class. The class is conducted entirely in Chinese.

Prerequisite: CHIN 004B or equivalent language skills.

0.5 credit.

Fall 2012. Kang.

**CHIN 012. Advanced Chinese**
A multimedia course concentrating on greatly expanding skills in understanding and using modern Chinese in a broad variety of cultural and literary contexts, through a diversity of authentic materials in various media, including the Internet.

Prerequisite: CHIN 011 or equivalent language skills.

1 credit.

Spring 2013. Zuo.

**CHIN 012A. Advanced Chinese Conversation**
This 0.5-credit course meets once a week for 75 minutes and concentrates on the further development of skills in speaking and listening

# MLL: Chinese

through multimedia materials (including movies and clips). Students are required to read chosen texts (including Internet materials and short stories) and prepare assignments for the purpose of generating discussion in class. Moreover, students will write out skits or reports for oral presentation in Chinese before they present them in class.

The class is conducted entirely in Chinese.

Prerequisite: CHIN 011 and/or 011A or equivalent language skills.

0.5 credit.

Spring 2013. Kang.

## CHIN 013A. Foreign Language Teaching and Pedagogy
(Cross-listed as EDUC 072)

This course has two elements that are developed together throughout the course of the semester. Students can serve the Swarthmore community by teaching a foreign language to local elementary school students in an after-school program that meets two times/week. Students must teach for the entire 6-week session, two days per week. During the evening pedagogy sessions held on campus, we will discuss writing weekly lesson plans, foreign language acquisition in children, teaching methodologies and approaches. We use a common goal-oriented curriculum among all the languages. Students must register for the language or educational studies course that they will be teaching and for a service time (A) M/W or (B) T/Th.

0.5 credit.

Fall 2012. Staff. Spring 2013. Staff.

## CHIN 015. Architecture and Space in Pre-Modern China
(Cross-listed as ARTH 015)

This course emphasizes four issues in the history of architecture and urbanism in pre-modern China: (1) the development of traditional Chinese timber frames; (2) the emergence of architectural forms on the basis of different social identities, such as the Buddhist, Taoist, Confucian and literati cultures; (3) the spatial strategies of urban planning in imperial cities; and (4) the influence of traditional Chinese architecture on the form and structure of the architecture in Japan and Korea. Through visual analysis and critical reading, special attention will be given to how architectural and urban structures deliver political ideologies and sanctify social relations, both symbolically and practically.

1 credit.

Not offered 2012–2013.

## CHIN 016. Substance, Shadow, and Spirit in Chinese Literature and Culture
(Cross-listed as LITR 016CH)

This course will explore the literary and intellectual world of traditional Chinese culture through original writings in English translation, including both poetry and prose. Topics to be discussed include Taoism, Confucianism, and the contouring of Chinese culture; immortality, wine, and allaying the mundane; and the religious dimension, disengagement, and the appreciation of the natural world. The course also will address cultural and literary formulations of conduct and persona, and the expression of individualism in an authoritarian society.

1 credit.

Spring 2013. Berkowitz.

## CHIN 020. Readings in Modern Chinese

This course aims to perfect the student's Mandarin Chinese skills and at the same time to introduce a few major topics concerning Chinese literature and other types of writing since the May Fourth Movement. All readings, writing, and discussion are in Chinese.

Prerequisite: Three years of Chinese or the equivalent.

1 credit.

Fall 2012. Staff.

## CHIN 021. Topics in Modern Chinese

Reading and examination of individual authors, selected themes, genres, and periods, for students with strong Chinese-language proficiency. All readings, writings, and discussions are in Chinese.

Prerequisite: CHIN 020 or its equivalent.

Writing course.

1 credit.

Spring 2013. Staff.

## CHIN 023. Modern Chinese Literature: A New Novelistic Discourse (1918–1948)
(Cross-listed as LITR 023CH)

Modern Chinese literary texts created between 1918 and 1948, presenting a series of political, social, cultural, and ideological dilemmas underlying 20th-century Chinese history. The class will discuss fundamental issues of modernity and new literary developments under the impact of the May Fourth Movement. All texts are in English translation, and the class is conducted in English.

1 credit.

Not offered 2012–2013.

# MLL: Chinese

## CHIN 033. Introduction to Classical Chinese
(Cross-listed as LING 033)

This is an introductory course on reading one of the world's great classical languages. Classical Chinese includes both the language of China's classical literature as well as the literary language used for writing in China for well over 2 millennia until earlier this century. Complemented with readings in English about Chinese characters and classical Chinese, this course imparts the principal structures of the classical language through an analytical presentation of the rudiments of the language and close reading of original texts. It is not a lecture course and requires active, regular participation on the part of the student, with precise translation into English an integral component. The course is conducted in English. The course is open to all interested students and has no prerequisites; no previous preparation in Chinese is required.

1 credit.

Spring 2013. Berkowitz.

## CHIN 035. Readings in Classical Chinese
In this class, we will read some fantastic, enduring writings from Classical China, all in the original. Readings will cover many genres, including stories, biographies, history, philosophy, and poetry, and will range over the centuries of ancient and imperial China.

Prerequisite: one semester of classical Chinese or permission of the instructor.

1 credit.

Not offered 2012–2013.

## CHIN 055. Contemporary Chinese Cinema: The New Waves (1984–2005)
(Cross-listed as LITR 055CH/FMST 055)

Cinema has become a special form of cultural mirror representing social dynamics and drastic changes in mainland China, Hong Kong, and Taiwan since the mid-1980s. The course will develop a better understanding of changing Chinese culture by analyzing cinematic texts and the new wave in the era of globalization. All films are English subtitled, and the class is conducted in English.

1 credit.

Fall 2012. Kong.

## CHIN 069. The Art of Living: Taste and Aesthetics in Chinese Cultural Traditions
(Cross-listed as LITR 069CH)

This course will explore various dimensions of taste and aesthetics in traditional Chinese culture—from the earliest times into the recent past. Broader aspects of the course will include concept, form, and substance in classical literary, and philosophical formulations; ritual practice and ceremonial performance; and continuities and disjunctures in private vs. public and individual vs. societal taste. More focused readings and discussions will concern food, alcohol, tea, and the culinary arts; appreciation, aesthetics, and poetics in music, painting, calligraphy, literature, sculpture, and theater; the harmony of the human body and the evaluation of beauty and suitability in men and women; landscape appreciation and visions of the natural world; leisure and the *passa tempo* pursuits of Go, flower and tree arrangement, and elegant gatherings.

No prerequisites, no knowledge of Chinese required; all readings in English.

1 credit.

Not offered 2012–2013.

## CHIN 078. In Search of A National Identity: Architecture and Urban Planning in Modern China
(Cross-listed as LITR 078CH)

This course studies Chinese architecture and urban planning through major architects, monuments and cities that display the rethinking of Chinese national and cultural identity in the modern period. Four major periods to be covered include the late Qing Dynasty (1840–1912), the Republican China (1912–1949), Mao's era (1949–1978) and post-Mao Reform era (1978-present). Beijing and Shanghai will be intensively focused. The class will examine the role of tradition and modernism in shaping the architecture and urban planning of modern China, and changes and continuities between traditional and modern China through people's reception of new architectural and urban form. All readings will be in English.

1 credit.

Fall 2012. Zuo.

## CHIN 081. Transcending the Mundane: Taoism in Chinese Literature and Culture
(Cross-listed as LITR 081CH)

Chinese civilization has been imbued with Taoism for some 2.5 millennia, from popular belief and custom to intellectual and literary culture. In addition to consideration of the texts and contexts of both philosophical and religious Taoism, the class will examine the articulation and role of Taoism in Chinese literature and culture and the enduring implications of the Taoist ethos. All readings will be in English.

Prerequisite: One introductory course on Chinese culture or religion or permission of the instructor.

# MLL: Chinese

1 credit.

Not offered 2012–2013.

### CHIN 088. Governance and Environmental Issues in China
(Cross-listed as POLS 088)

This course examines China's environmental challenges and the range of governmental policies and institutions that have an impact on those challenges. Topics include air pollution, food supply, energy consumption, urbanization, and environmental activism. Students will be guided through an examination of China's historical approach to environmental issues, its contemporary pattern of environmental governance , and its engagement with global institutions and environmental diplomacy. Special attention will be given to the transformation of Beijing and other major cities, to China's policy-making process, and the role of environmental NGOs and global institutions in shaping domestic policy outcomes. Literary works (Chinese novels and short stories) and feature films/documentary films reflecting environmental issues will be combined with readings from social science and environmental science to provide an interdisciplinary perspective. All required readings/screenings are in English or English translation/subtitled. Chinese language ability is preferred, but not required.

1 credit.

Spring 2013. White, Kong.

### CHIN 088A. Governance and Environmental Issues in China
(Cross-listed as POLS 088A)

This is an attachment to Chinese 088. Students who complete the course have the option of adding a 0.5 credit field work component. Field work will be conducted in China under the supervision of Professors King and White, and will include specific Chinese language training in vocabulary used in the field of environmental studies.

0.5 credit.

Spring 2013. White, Kong.

### CHIN 090. Practicum in Bridging Swarthmore and Local Chinese Communities

Students will engage in directed projects in local Chinese communities under the supervision of the instructor. The projects will concern tutoring and translation or other social services within the immigrant groups. Fieldwork will be tied to theoretical and applied academic learning and will foster intercultural understanding and intellectual growth. A final written project will be required for credit. Speakers of any Chinese language/dialects are particularly welcome, as are students of Chinese language and others who wish to develop their interest in this area. Credit is awarded CR/NC.

1 credit.

Not offered 2012–2013.

### CHIN 091. Special Topics in Chinese Literature and Culture in Translation:
(Cross-listed as LITR 091CH)

No prerequisite and no knowledge of Chinese required; all readings in English.

1 credit.

Not offered 2012–2013.

### CHIN 092. Special Topics in Chinese Literature and Culture in Chinese

This course will concentrate on selected themes, genres, or critical problems in Chinese literature.

All readings are in Chinese.

Prerequisite: Four years of Chinese or the equivalent.

1 credit.

Not offered 2012–2013.

### CHIN 093. Directed Reading

### CHIN 096. Thesis

### CHIN 099. Senior Colloquium

## Seminars

### CHIN 103. Lu Xun and His Legacy in 20th-Century China

This seminar is focused on topics concerning modernity, political/social change, gender, and morality through close examination of intellectuals' responses to the chaotic era reflected in their literature writings in 20th-century China. Literary forms, styles, and changing aesthetic principles are also included for discussion. Literary texts, chosen from Lu Xun to Gao Xingjian, will be analyzed in a social and historical context. All texts are in English translation, and the seminar is conducted in English.

2 credits.

Not offered 2012–2013.

### CHIN 104. Chinese Poetry

This seminar will explore Chinese poetry throughout ancient and imperial China. We will read and discuss a good many of the most renowned poems and poets, and trace the immutable role of poetry in Chinese traditional culture. We will learn how to read a Chinese poem, investigate predominant styles and genres, and trace texts and writers in context. And we will follow the development and significance of themes and imagery, examine

# MLL: French and Francophone Studies

the formulation of a literary aesthetics, and savor the telling of stories and the expression of feeling and philosophy through the medium of poetry. Readings will be in English, with many poems also explicated through the original Chinese. No knowledge of Chinese is required, but previous background in some aspect of Chinese literature, history, and culture will be helpful.

2 credits.

Not offered 2012–2013.

### CHIN 105. Fiction in Traditional China: People and Places, Journeys, and Romances

In this seminar, we will explore the most celebrated and influential examples of novelistic literature in traditional, premodern China. We will look at these extended, elaborate writings in terms of overt structure and content as well as backgrounded literary and cultural material, and we will address their production and consumption in literati and popular contexts. We also will consider these writings in terms of the formulation of enduring cultural contours of allegory and lyricism, individual and society, aesthetics and emotion, imagination and realism, heroism and valor.

All readings will be in English translation.

2 credits.

Not offered 2012–2013.

### CHIN 106. Seminar in Traditional Chinese Literature

2 credits.

Not offered 2012–2013.

### CHIN 108. The Remaking of Cinematic China: Zhang Yimou, Wong Kar-wai, and Ang Lee

The seminar focuses on three leading filmmakers, Zhang Yimou, Wong Kar-wai, and Ang Lee, and their cinematic products, which have not only won international praises but also fundamentally reconstructed the national cinemas. We will explore their impact on the formation of the new wave of Chinese-language cinemas since the mid-1980s and its recent new developments by examining all possible aspects in the context of social and cultural change.

2 credits.

Spring 2013. Kong.

### CHIN 109. Daoism

This seminar will look at the texts and contexts of both philosophical and religious Daoism, from intellectual and literary culture to popular belief and custom. It will explore the ways of Daoism from early into modern times: texts and contexts; sectarian religion and individual praxis; cultural taproot and personal mindset;

cosmology and alchemy; gods, saints, priests, and recluses; aesthetics and the arts.

All readings will be in English.

Eligible for ASIA credit.

2 credits.

Not offered 2012–2013.

### CHIN 199. Senior Honors Study

## Chinese Courses Not Currently Offered

CHIN 008. First-Year Seminar: Literary and Cinematic Presentation of Modern China (Cross-listed as LITR 008CH)

CHIN 009. First-Year Seminar: Heaven, Earth, and Man: Ways of Thought in Traditional Chinese Culture (Cross-listed as LITR 009CH)

CHIN 017. The Legacy of Chinese Narrative Literature: The Story in Dynastic China (Cross-listed as LITR 017CH)

CHIN 018. The Classical Tradition in Chinese Literature (Cross-listed as LITR 018CH)

CHIN 019. First-Year Seminar: Singular Lives and Cultural Paradigms in Early and Imperial China (Cross-listed as LITR 019CH)

CHIN 025. Contemporary Chinese Fiction: Mirror of Social Change (1949–2005) (Cross-listed as LITR 025CH)

CHIN 027. Women Writers in 20th-Century China (Cross-listed as LITR 027CH)

CHIN 056. History of Chinese Cinema (1905–2005) (Cross-listed as LITR 056CH)

CHIN 063. Comparative Perspectives: China in the Ancient World (Cross-listed as LITR 063CH)

CHIN 066. Chinese Poetry (Cross-listed as LITR 066CH)

CHIN 069. The Art of Living: Taste and Aesthetics in Chinese Cultural Traditions (Cross-listed as LITR 069CH)

CHIN 071. Invaded Ideology and Translated Modernity: A Comparative Study of Modern Chinese and Japanese Literatures at Their Formative Stages (1900–1937) (Cross-listed as LITR 071CH)

## French and Francophone Studies

In French and francophone studies, you will be introduced to important periods and figures of literatures written in French and films made in the French-speaking world. You will expand your knowledge and appreciation of the diversity of French-speaking cultures and develop an appreciation of literary value by receiving training in literary and critical analysis. Courses in French and Francophone studies provide an opportunity to understand the

# MLL: French and Francophone Studies

historical and social forces underlying these various literatures and cultures.

## The Academic Program

French and francophone studies is offered as a major or minor in the Course Program and as a major or minor in honors. The prerequisite to take upper-level courses (numbered 20 and higher) for both course and honors students is FREN 012, the equivalent, or evidence of special competence.

All French and francophone studies majors and minors, including students preparing a secondary school certificate, are required to complete a study abroad program in a French-speaking country.

Majors and minors in the Course and Honors Programs are expected to be proficient in spoken and written French to do the larger part of their work in French, i.e., discussions and papers in courses and seminars and all oral and written examinations, including oral defense of the senior paper and Honors examinations.

## Course Major

### Requirements

1. Take eight advanced courses or seminars numbered 004 or above for a minimum of 8 credits. Note that AP, IB credits and FREN 005 will not count toward the major. FREN 007 can only count once to fulfill the major credit requirement.

2. Off-campus study is required for all majors. Students who participate in preapproved programs may only count 3 credits toward their major. See the "Off-Campus Study" section for rules on transfer of credit.

3. Take one advanced course with a Francophone component.

4. Take Senior Colloquium (FREN 091) in fall semester of senior year. This includes the writing of an original, independent research paper of 30 pages on a topic chosen in discussion with the senior colloquium professor and adviser or one other professor in the program. The defense of the paper with the entire French and Francophone faculty takes place at the end of the fall semester.

French and Francophone Studies also offers courses in French literature in translation, but no more than one such course may count to satisfy the requirements in the major.

To graduate with a major in French and Francophone studies, students must have a grade average of C or better within the discipline, have studied in a French-speaking country, and have completed our culminating exercise, described below.

### Acceptance Criteria

To be accepted as a course major, students must have taken French 004 or the equivalent, earning grades no less than a C.

## Course Minor

### Requirements

1. Complete 5 credits in courses or seminars numbered 004 or above. Three or four of these credits must be completed on the Swarthmore campus (See #2 below). Note that AP, IB credits and FREN 005 will not count toward the minor. FREN 007 can only count once to fulfill the minor credit requirement.

2. Minors are strongly encouraged to complete at least a six-week summer program of study in a French-speaking country. Students who participate in preapproved programs may only count two credits toward their minor. See the study abroad section for rules on transfer of credit.

3. Complete Senior Colloquium (FREN 091) in the fall semester of the senior year, which includes the writing of an original, independent research paper of 20 pages on a topic chosen in discussion with the senior colloquium professor.

French and Francophone studies also offers courses in French literature in translation, but no more than one such course may count to satisfy the requirements in the minor.

To graduate with a minor in French and Francophone studies, you must have a grade average of C or better within the discipline, studied in French-speaking country, and have completed FREN 091 Senior Colloquium.

### Acceptance Criteria

To be accepted as a course minor, you must have taken French 004 or the equivalent, earning grades no less than a C.

## Honors Major

### Requirements

Majors in the Honors Program are expected to complete the requirements of majors in course, including taking Senior Colloquium (FREN 091) in the fall semester of the senior year.

1. Take eight advanced courses or seminars numbered 004 or above for a minimum of 8 credits. Note that AP, IB credits and FREN 005 will not count toward the honors major. FREN 007 can only count once to fulfill the honors major credit requirement.

2. Study abroad in a francophone country, for one semester is required for all honors majors. See the study abroad section for rules on transfer of credit.

# MLL: French and Francophone Studies     p. 306

3. Take one advanced course with a Francophone component.

4. Take Senior Colloquium (FREN 091) in fall semester of senior year. This includes the writing of an original, independent research paper of 30 pages on a topic chosen in discussion with the senior colloquium professor and adviser or one other professor in the program. The defense of the paper with the entire French and Francophone faculty takes place at the end of the fall semester.

5. Complete at least two advanced courses (above FREN 012) before taking a seminar.

6. Work on three preparations, two of which must be done through seminars while the third may be a seminar, a two-credit thesis, or an approved paired course preparation.

French and Francophone Studies also offers courses in French literature in translation but no more than one such course may count to satisfy the requirements in the honors major.

## The Honors Exam for Majors and Preparations

Majors in the Honors Program must do three preparations (consisting of six units of credit). Two of the preparations must be done through seminars chosen from the list below. The third preparation may be a seminar, a two-credit thesis, or an approved paired course preparation.

**Seminars** (spring semester only; not all are offered every two years):

> FREN 102. Le monde comique de Molière
>
> FREN 104. Roman du XIXe siècle
>
> FREN 106. La Modernité
>
> FREN 108. Littérature et cinéma modernes et contemporains
>
> FREN 110. Histoires d'îles
>
> FREN 111. Représentations coloniales
>
> FREN 112. Ecritures francophones
>
> FREN 114. Théâtre d'écritures francophones
>
> FREN 115. Paroles de femmes

**Mode of Examination:**

A three-hour written examination, and a one-half hour oral examination, both in French, will be required for each preparation.

## Acceptance Criteria

Candidates are expected to have a "B" average in course work both in the department and at the College, have taken FREN 004 or the equivalent, and have demonstrated interest in and aptitude for the study of literature or culture in the original language.

## Honors Minor

### Requirements

Minors in the Honors Program are expected to complete the requirements of minors in course, including taking Senior Colloquium (FREN 091) in the fall semester of the senior year.

1. Complete 5 credits in courses or seminars numbered 004 or above. Three of these credits must be completed on the Swarthmore campus. Note that AP, IB credits and FREN 005 will not count toward the minor. FREN 007 can only count once to fulfill the minor credit requirement.

2. Complete at least a six-week program of study in a French-speaking country. It is strongly recommended that honors minors spend at least one semester abroad. See the study abroad section for rules on transfer of credit.

3. Complete Senior Colloquium (FREN 091) in the fall semester of the senior year, which includes the writing of an original, independent research paper of 20 pages on a topic chosen in discussion with the senior colloquium professor.

4. Complete at least two advanced courses (above FREN 012) before taking a seminar.

5. Work on one two-credit seminar preparation or an approved paired course preparation.

French and Francophone studies also offers courses in French literature in translation but no more than one such course may count to satisfy the requirements in the honors minor.

### The Honors Exam for Minors and Preparations

Minors must do a single, two-credit seminar preparation (consisting of two units of credit) or an approved paired course preparation.

**Seminars** (spring semester only; not all are offered every two years):

> FREN 102. Le monde comique de Molière
>
> FREN 104. Roman du XIXe siècle
>
> FREN 106. La Modernité
>
> FREN 108. Littérature et cinéma modernes et contemporains
>
> FREN 110. Histoires d'îles
>
> FREN 111. Représentations coloniales
>
> FREN 112. Ecritures francophones
>
> FREN 114. Théâtre d'écritures francophones
>
> FREN 115. Paroles de femmes

**Mode of Examination**

A three-hour written examination, and a one-half hour oral examination, both in French, will be required for the preparation.

# MLL: French and Francophone Studies

### Acceptance Criteria

Candidates are expected to have a "B" average in course work both in the department and at the College, have taken FREN 004 or the equivalent, and have demonstrated interest in and aptitude for the study of literature or culture in the original language.

## Thesis / Culminating Exercise

The culminating exercise in French and Francophone studies consists of completing FREN 091 Senior Colloquium in which you will write an independent research thesis of 20–30 pages and defend it in front of a panel of faculty members.

## Application Process Notes for the Major or the Minor

In addition to the process described by the Dean's Office and the Registrar's Office for how to apply for a major, we also ask that you speak with the French and Francophone Studies section head or one of your professors in French and Francophone Studies to discuss your options.

If after applying you are deferred, you may apply again in the fall by addressing the reasons for your deferral.

## Off-Campus Study

Study abroad programs are vital to the French and Francophone program. Majors may count up to 3 credits toward their French major. Minors may count 2 of these credits toward their French minor. To receive more than one credit, students must take a 1-credit course in French immediately upon their return. Students should contact a French faculty member to obtain the current list of preapproved programs. Students wishing to seek credit from other disciplines must consult the rules in the appropriate credit-granting department. There are also other options to study abroad available to students who have completed course work above the equivalent of fourth semester.

Any student attending a preapproved program in a non-francophone country, and planning to enroll in a French course there, may petition for one credit upon their return to campus. To earn this credit, students must take a one-credit French course in the semester immediately following their return to campus.

### Preapproved Summer Programs

Any student may study in a preapproved summer program that is at least 6 weeks long and earn 1 credit in MLL (French). Only Minors in French and Francophone studies may have this credit count towards the completion of their course requirements.

## Research and Service-Learning Opportunities

Both independent research and service-learning student-teaching are important ways to continue using your language and critical analysis skills.

### Academic Year Opportunities

Each semester MLL offers a Service-Teaching Pedagogy course in which students teach French to local elementary students after or while completing FREN 004 (or 4th semester course of foreign language equivalent). It offers first-hand experience teaching in the classroom and provides training in classroom management, writing lesson plans, and effective use of communicative method language instruction. Student-teachers share common curricular goals, use a communicative method without a textbook, and teach exclusively in the target language. To enhance the student-teachers' professionalism, this course includes a weekly pedagogy session for help with learning how to prepare lessons with goal-oriented curriculum, teaching practice, debriefing on the weeks' teaching, and discussion of readings about foreign language acquisition, methodologies, and approaches.

### Summer Opportunities

Students are encouraged to use the summer to travel to Francophone countries and explore research for their senior thesis papers. Please speak with French and Francophone studies faculty to find out about options for doing this summer work.

## Teacher Certification

Students may choose to use French and Francophone studies as a specialization in a teacher certification program or for a special major in educational studies. Although students may develop their own course of study, they must complete FREN 012, or the equivalent, and study abroad for at least one semester in a French-speaking country.

## Life After Swarthmore

Opportunities for a major/minor in French and Francophone studies after graduation are varied. Our curriculum provides students with valuable skills in cultural analysis, communication in another language, and the ability to understand and adapt to cross-cultural situations. Many majors and minors in French and Francophone studies continue their research with Fulbright awards, go to graduate school, law school, and medical school, and follow diverse career paths in teaching, journalism, business, and NGOs. Recent French and Francophone alumni who are Fulbright recipients are continuing their studies in North Africa and the Middle East; those who have gone to graduate school are

# MLL: French and Francophone Studies

studying library science, ethnomusicology, French history, public policy, educational policy, and public health. Many alumni are lawyers, teachers, and journalists.

## Courses

***Not all advanced courses are offered every year. Students wishing to major or minor in French/Francophone studies should plan their program in consultation with the department.***

# = Francophone

### FREN 001–002, 003. Intensive French
***Students who start in the 001–002 sequence must complete 002 to receive credit for 001.***

For students who begin French in college. Designed to impart an active command of the language. Combines the study of grammar with intensive oral practice, writing, and readings in literary and expository prose.

1.5 credits.

### FREN 001. Intensive First Year of French
Fall 2012. Rice-Maximin, Vallverdu.

### FREN 002. Intensive First Year of French
Spring 2013. Gueydan, Netter, Vallverdu.

### FREN 003. Intensive Intermediate French
Fall 2012. Gueydan, Netter, Vallverdu.

### FREN 004. Advanced French: La France Contemporaine: Culture et Société
Transformation in culture and society in the Francophone World will be explored primarily through literary texts and also films and historical documents. Particular attention will be paid to perfecting analytical skills in written and spoken French.

Writing course.

1 credit.

Fall 2012 and spring 2013. Yervasi.

### FREN 005. Ultimate French
Ultimate French aims to bring students' language skills to an advanced level that will allow interactive practice in communication skills through conversation, presentations, and written expression. This course provides immersion into French/Francophone cultures, featuring readings from popular press and newspapers and such visual documents as newscasts, television shows, comic strips, videos, and film. Students study targeted vocabulary and grammar to develop different styles of speaking, a stronger use of syntactical structures in writing, and engage in progressively sophisticated cultural and visual texts. This class is particularly well suited for non major/minor students who wish to perfect their French before going abroad.

***Note:*** FREN 005 cannot be applied toward the requirements for the major or minor.
Fall 2012. Yervasi.

### FREN 007. French Conversation
A 0.5-credit conversation course concentrating on the development of the students' ability to speak French. May be repeated once for credit, but can only count once to fulfill major/minor credit requirement.

Prerequisite: For students previously in FREN 004 or the equivalent Placement Test score.

0.5 credit.

Each semester. Vallverdu.

### FREN 012. Introduction aux études littéraires et culturelles françaises et francophones
This course offers students the opportunity to develop skills in textual and cultural analysis through the study of literary works (including prose, poetry, and theater), films, and other documents (articles, essays, and images) from France and the Francophone World.

Prerequisite: FREN 004, the equivalent Placement Test score, 5 on the AP examination, or the equivalent with permission.

***Note:*** FREN 012 is required to take any other French literature or culture courses.

Writing course.

1 credit.

Fall 2012. Gueydan. Spring 2013. Rice-Maximin.

### FREN 020. Panorama de la Littérature française
This course is designed to provide students with a broad knowledge of French literature, from the Renaissance to the present. Among the authors included on the syllabus are: Corneille, Graffigny, Balzac, Proust and Genet. Students will read works in their entirety, discuss their significance in class, and listen to short lectures to situate the readings in a historical and cultural context.

1 credit.

Fall 2012. Bornschein. Spring 2013. Staff.

### FREN 024. Foreign Language Teaching and Pedagogy
(Cross-listed as EDUC 072)

This course has two elements that are developed together throughout the course of the semester. Students can serve the Swarthmore community by teaching a foreign language to local elementary school students in an after-school program that meets two times/week. Students must teach for the entire 6-week session, two days per week. During the evening pedagogy sessions held on campus, we will discuss writing weekly lesson plans, foreign

# MLL: French and Francophone Studies

language acquisition in children, teaching methodologies and approaches. We use a common goal-oriented curriculum among all the languages. Students must register for the language or educational studies course that they will be teaching and for a service time (A) M/W or (B) T/Th.

0.5 credit.

Fall 2012 and spring 2013. Staff.

### FREN 045B. Le monde francophone : France and the Maghreb : Postcolonial Writing in a Transnational Context#

This course examines the relationship between France and the Maghreb, two cultural spaces that are simultaneously united and divided by their common violent colonial history. Through the study of novels, films, art work and theoretical texts, we will trace the evolution of this conflicted relationship from the 1950's to present times. We will focus, in particular, on the folowwing topics: (post) colonialism and nationalism, diglossia and Francophonie, gendered representation, immigration and exile, transculturation and globalization.

Eligible for ISLM credit.

1 credit.

Spring 2014. Gueydan.

### FREN 045D. Le monde francophone : African Cinema#

This course is an introduction to the history of Francophone West African cinemas. Students will study the colonial and postcolonial history and culture of this region, be introduced to key film concepts, and develop their ability to do in-depth film analysis. Student must attend weekly screenings.

Eligible for BLST credit.

1 credit.

Spring 2013. Yervasi.

### FREN 053. Littérature et cinéma: La pensée géographique

We will explore the central ideas of Bakhtin's "chronotopes"; Bidima's "constellations" and "crossings"; Deleuze and Guattari's "nomadic thought"; Glissant's "relationality"; and Rajchman's "geography of living" in conjunction with the study of French and Francophone literature and film.

1 credit.

Fall 2012. Yervasi.

### FREN 055. Révolutions, Romantisme, Réalisme

One often forgets that the period follwing the great revolution of 1789 was marked by many other uprisings. The goal of this course is to understand literary movements in the context of historical upheaval from 1789 to the commune

of Paris in 1871. Works from Balzac, Flaubert, Zola.

1 credit.

Fall 2013. Blanchard.

### FREN 056. Ces femmes qui écrivent…/Reading French Women#

A study of the work of women from Africa, the Caribbean, France, and Vietnam. Material will be drawn from diverse historical periods and genres.

Eligible for BLST or GSST credit.

1 credit.

Spring 2013. Rice-Maximin.

### FREN 076. Contemporary Arab Women Writers

(Cross-listed as LITR 076AF and ARAB 076) This course examines the literary production by Arab women in the context of nationalism, and political struggles against neo-colonialism and imperialism. We will move beyond the gendered terms that often frame the interest regarding Arab women, and lead to a discourse of victimization, to focus on how women writers articulate their subjectivities and agency through innovative aesthetics. How have specific Arab women writers successfully challenged societal roles? Can their aesthetics disrupt narratives of violence of the civil wars? How do they negotiate with imperialist gendered fantasies and the trafficking in exotic images? And how does Arab feminism differ from Western feminist discourse on Arab women? Sources include short stories, novels, memoirs and polemical essays spanning from North Africa to the Middle East. Taught in English.

Eligible for ISLM and GSST credit.

1 credit.

Fall 2012. Attieh, Gueydan.

### FREN 077. Littérature du XX$^e$ siècle
Spring 2014. Staff.

### FREN 091. Senior Colloquium:

This course will be dedicated to discussions of the various topics chosen by majors and minors for their senior thesis. Although this course is required of French/Francophone majors and minors, it is open to other advanced students.

Writing course. Offered each fall.

1 credit.

Fall 2012. Rice-Maximin. Fall 2013. Blanchard.

### FREN 093. Directed Reading

### FREN 096. Thesis

# MLL: German Studies

## Seminars

**FREN 111. Le Désir colonial: représentations de la différence dans l'imaginaire français#**
This course addresses how the colonial encounter has shaped modern perceptions of race, ethnicity, gender, and sexuality through the production, circulation and consumption of deformed images of its colonial subjects. From noble savages and whimpering slaves to hideous monsters and seductive harem girls, we will examine the dynamics of representation embedded in colonial narrations and visual constructions of the "Other," focusing on conceptualizations of power as they relate to race, sexual politics and the gendering of the colonial subject. Primary texts include literature of the slave trade, orientalist fictions and photographs, colonial films, museum exhibitions and world's fairs, and contemporary works of fiction that deal with the legacy and sometimes continue the colonial desire.

Eligible for BLST or GSST credit.

2 credits.

Spring 2013. Gueydan.

**FREN 114. Théâtre d'écritures francophones**
Spring 2014. Rice-Maximin.

**FREN 180. Honors Thesis**

**FREN 199. Senior Honors Study**

*Courses with a Francophone component are marked with a #.*

## French Courses Not Currently Offered

FREN 022. Panorama du cinéma français et francophone#

FREN 043. Fictions d'enfance#

FREN 044. Tyrants and Revolutionaries

FREN 045A. Le monde francophone: Postcolonial cities in the Francophone World#

FREN 045C. Le Monde francophone: Carricean literatures and culture#

FREN 046. Poésies d'écritures françaises#

FREN 054. Cínema Française: Jeunesse et Résistance

FREN 058. The Representation of Alterity in French Literature and Cinema#

FREN 104. Le Roman du XIXe siècle

FREN 106. La Modernité

FREN 108. Littérature et cínema moderne et contemporains: La question de représentation

FREN 110. Histoires d'îles#

FREN 112. Écritures Francophones

FREN 115. Paroles de femmes#

LITR 061FJ. Manga, Bande Dessinée, and the Graphic Novel: A Transnational Study of Graphic Fiction

LITR 071F. French Cultural and Critical Theory

LITR 073F. Postwar France: The French New Wave (French and Francophone Literature and Film in Translation)

LITR 075F. Caribbean literature and culture in Translation

LITR 078F. Francophone Cinema

LITR 059FG. Re-invisioning Diasporas

LITR 071F. French Culture and Critical Theory

## German Studies

### Core Faculty
Hansjakob Werlen, Professor, Coordinator
Sunka Simon, Associate Professor
Christopher Schnader, Lecturer

### Affiliated Faculty
Peter Baumann, Professor (Philosophy) [3]
Richard Eldridge, Professor (Philosophy)
Pieter Judson, Professor (History)
Tamsin Lorraine, Professor (Philosophy) [2]
Michael Marissen, Professor (Music) [3]
Braulio Muñoz, Professor (Sociology and Anthropology)
Robert Weinberg, Professor (History)
Thomas Whitman, Associate Professor (Music)

[2] Absent on leave, spring 2013.
[3] Absent on leave, 2012–2013.

The German Studies Program offers students a wide variety of courses in language, literature, film, and culture taught in German, as well as classes in anthropology and sociology, history, music, philosophy, and political science. Stressing the interrelatedness of linguistic competency and broad cultural literacy, German studies classes cover a wide range of literary periods, intellectual history, and film and visual culture. The diverse approaches to German culture(s) prepare students for graduate work in several academic disciplines, as well as for a variety of international careers. German studies can be pursued as course major or minor or as a major and minor in the Honors Program.

Students are expected to be sufficiently proficient in German to do written and oral work in German. To this end, we strongly advise students to spend an academic semester—preferably spring semester—in a German-speaking country before their senior year.

# MLL: German Studies

## The Academic Program

Not all advanced courses or seminars are offered every year. Students wishing to major or minor in German studies should plan their program in consultation with the program coordinator. All German courses numbered 50 and above are open to students after GMST 008 or 020. Seminars in German are taught in fall semesters only and are open to students with advanced skills in reading and writing German. For seminar enrollment in our affiliated departments, please consult the guidelines and German studies adviser of those departments (art, history, music, philosophy, political science, religion, sociology and anthropology).

## Course Major: Options, Requirements, and Acceptance Criteria

• Completion of a minimum of 8 credits in courses numbered 003 and above.

• Majors in course are required to take GMST 091: Special Topics, and enroll in at least one seminar taught in German in their junior or senior year. (See the note on enrolling in seminars)

• Three of the 8 credits may be taken in English from among the courses relevant to German studies listed in the catalog under literature in translation (e.g., LITR 054G or LITR 066G) or from courses listed as eligible for German studies (see list below).

• Comprehensive requirement: Seniors in course are required to submit a bibliography of 20 works to form the basis of a discussion and an extended, integrative paper (approximately 15 double-spaced pages in length) on a topic agreed to by the program coordinator. This paper, due before the date for the comprehensive examination, is complemented by a discussion of the paper with members of the program, in German.

• Students are strongly encouraged to spend a semester in Germany or at least participate in a summer program in a German-speaking country. Of the classes taken abroad, a maximum of 2 credits will normally count toward the major. In cases of double majors, this number might be increased in consultation with the German studies chair. After studying abroad, majors must take two additional German studies classes.

**Typical Course of Study:**
Minimum of 5 credits in German above GMST 001 and 002:

GMST 003

GMST 008

GMST 020

GMST 091

GMST Seminar (104 and above, 2 credits)
Maximum of 3 credits taught in English from LITR, such as:

LITR 020: Expressions of Infinite Longing. German Romanticism and its Discontents

LITR 051G: European Cinema

LITR 054G: German Cinema

LITR 066G: History of German Drama

Or the equivalent, taught in English, and from List of Courses eligible for German Studies (taught in English in other departments, e.g. HIST 035 and PHL 049 or SOAN 101)

## Course Minor: Options, Requirements, and Acceptance Criteria

• Students must complete a minimum of 5 credits in courses and seminars, at least 3 of which are taught in German and numbered 003 or above. Of these courses, GMST 008, 020 and GMST 091: Special Topics are required.

• Up to two credits can come from courses eligible for German studies numbered 008 or above.

• Students are strongly encouraged to spend a semester in Germany or at least participate in a summer program in a German-speaking country. Of the classes taken abroad, a maximum of 2 credits will normally count toward the minor. In case of double majors, this number can be increased in consultation with the German Studies chair.

**Typical Course of Study:**

GMST 003

GMST 008

GMST 020

GMST 091

1-2 advanced courses or 1 seminar taught in English from the list of courses eligible for German studies (from LITR or from an affiliated department, e.g. HIST 036 and MUSI 035 or PHL 137)

## Honors Major and Minor in German Studies

Majors and minors in the Honors Program are expected to fulfill the minimum requirements for course majors above and be sufficiently proficient in spoken and written German to complete all their work in the language. All majors and minors in honors are strongly advised to spend at least one semester of study in a German-speaking country. Candidates are expected to have a B average in coursework both in the department and at the College.

## Preparations

**Honors Major:** The honors major requirements are identical to the course major requirements.

# MLL: German Studies

All honors majors must include GMST 020 and GMST 091 in their course of study. In addition:

1. Honors majors in German studies take three seminars, two taught in German and one taught in English from an affiliated program. In consultation with the German studies chair, two advanced courses in German studies (such as GMST 054 and a second special topics course, GMST 091) may be taken in lieu of one seminar.

2. Honors majors participate in the external examination process required of all Swarthmore honors students and the Senior Honors Study process explained below. (Total: Minimum of 8 credits, 6 credits for seminars + 1 credit for GMST 091 + 1 credit for GMST 020)

**Honors Minor:** The honors minor prepares for the examination in German studies by following the minimum course minor requirements. All honors minors must take one seminar taught in German for their honors preparation and complete Senior Honors Study (described below). (Total: 5 credits)

## Senior Honors Study (SHS) and Mode of Examination

For SHS, students are required to present an annotated bibliography of criticism—articles or books—concerning at least five of the texts in each seminar offered for external examination. Students are required to meet with the respective instructor(s) of the seminars being examined by Feb. 15 to discuss their planned bibliography and to meet with the instructors for a second time when the approved bibliography is handed in by May 1. The annotated bibliography, which carries no credit, will be added to course syllabi in the honors portfolio. The honors examination will take the form of a 3-hour written examination based on each seminar and its SHS preparation as well as a 1-hour oral panel examination based on the three written examinations for majors or a 30- to 45-minute oral examination for minors.

## Off-Campus Study

Students of German are strongly encouraged to spend at least a semester in a German-speaking country. There are several excellent opportunities to participate in an approved program, such as the Columbia Consortium Program in Berlin, Duke University in Berlin, the Macalester College German Study Program in Berlin/Vienna, or the Dickinson College Program in Bremen. Students should consider going abroad in the spring semester. This will enable them to participate fully in the semester schedule of German and Austrian Universities.

## Eligible Courses in German Studies

ARTH 005. Modern Art

ARTH 019. Contemporary Art

ARTH 077. Exhibiting the Modern

ARTH 166. Avant-Gardes

GMST 008. Texts in Content: Topics in German Culture and Society from the Reformation Until Today

GMST 020. Introduction to German Studies

GMST 024. German: Teaching and Pedagogy

GMST 052. The Gender of Modernity

GMST 054. German Cinema (Cross-listed LITR054G and FMST 054)

GMST 091. Special Topics: TBA

GMST 104. Goethe und seine Zeit

GMST 108. Wien und Berlin

GMST 111. Genres

HIST 028. Nations & Nationalism–E. Europe

HIST 029. Sexuality and Society in Modern Europe

HIST 035. From Emancipation to Extermination: European Jewry's Encounter with Modernity

HIST 036. Modern Germany

HIST 037. History and Memory; Perspectives on the Holocaust

HIST 125. Fascist Europe

LITR 016. First-Year Seminar: Transcultural Mediations: How Texts Travel

LITR 020. Expressions of Infinite Longing: German Romanticism and its Discontent

LITR 051. European Cinema (Cross-listed as FMST 051)

LITR 066G. History of German Drama

MUSI 003A. Jazz Today: USA, Europe & the African Heritage

MUSI 006B. Music of Holocaust & WW II Era

MUSI 007A. W.A. Mozart

MUSI 007B. Beethoven and the Romantic Spirit

MUSI 022. 19th Century European Music

MUSI 034. J.S. Bach

MUSI 101. J.S. Bach

MUSI 103. Mahler and Britten

MUSI 105. Beethoven

PHIL 029. Philosophy of Modern Music

PHIL 039. Existentialism

PHIL 048. German Romanticism

PHIL 049. Marx, Nietzsche, Freud

PHIL 114. 19th Century Philosophy

PHIL 139. Phenomenology, Existentialism, and Poststructuralism

# MLL: German Studies

POLS 053. The Politics of Eastern Europe: Polities in Transition

POLS 059. Contemporary Euro Politics

POLS 073A. Migration, Immigration and Globalization in Europe

POLS 107. Comparative Politics: Greater Europe

SOAN 044D. Colloquium: Critical Social Theory

SOAN 044E. Colloq: Modern Social Theory

## Courses

Not all advanced courses or seminars are offered every year. Students wishing to major or minor in German should plan their program in consultation with the section. All courses numbered 050 and above are open to students after GMST 020. (See note on enrolling in seminars.)

### GMST 001–002, 003. Intensive German
*Students who start in the 001–002 sequence must complete 002 to receive credit for 001.*

For students who begin German in college. Designed to impart an active command of the language. Combines the study of grammar with intensive oral practice, writing, and readings in expository and literary prose. See the explanatory note on language courses earlier. Normally followed by 008, or 020.

1.5 credits.

### GMST 001. Intensive Elementary German
Fall 2012. Werlen, Schnader.

### GMST 002. Intensive Elementary German
Spring 2013. Werlen, Schnader.

### GMST 003. Intensive Intermediate German
Fall 2012. Simon, Schnader.

### GMST 005. German Conversation
A 0.5-credit conversation course, concentrating on the development of the students' speaking skills.

Prerequisite: GMST 008 in a current or a previous semester or the equivalent placement test score.

0.5 credit.

Fall 2012. Schnader.

### GMST 006. German Conversation
A 0.5-credit conversation course, concentrating on the development of the students' speaking skills.

Prerequisite: GMST 008 in a current or a previous semester or the equivalent placement test score.

0.5 credit.

Spring 2013. Schnader.

### GMST 008. Texts in Contexts: Topics in German Culture and Society from the Reformation until Today
GMST 008 is a 4th semester course integrating the continued work on advancing the students' linguistic skills with the acquisition of cultural, historical, and literary content about German-speaking countries. This course is the gateway to all upper level courses in the German studies curriculum. Topics alternate every year.

Prerequisite: placement test score or GMST 003.

### Topic for Spring 2013: Deutsche Popmusik – Von *Gassenhauer* bis Hip Hop
In this course, we will trace the development of German popular music from Weimar era street and vaudeville hits, musical films of the Third Reich and the postwar decades, to post-1968 protest songs, German *Schlager*, New German Wave, and Hip Hop. While fine-tuning your knowledge of German cultural history, advancing your stylistic, lexical and grammatical competency in German will be the overall goal.

1 credit.

Spring 2013. Simon.

### GMST 020. Introduction to German Studies: Topics in German Literature and Culture
This course serves as the introduction to the interdisciplinary field of German studies. What is German "culture," how has it been defined, which narratives, theories, and events have shaped the national imaginary from the 18th century to today? Students will develop speaking and writing skills through short assignments and presentations intended to familiarize them with the vocabulary of literary and cultural analysis in German. Topics change every year.

Prerequisite: placement test score or GMST 008.

### Topic for Fall 2012: The German Literary Canon
Poems by Johann Wolfgang Goethe, stories by Heinrich Kleist, E.T.A. Hoffmann and Gottfried Keller, plays by Büchner and Brecht—these are some of the texts read and analyzed in this introduction to the critical and cultural context of the German literary canon.

1 credit.

Fall 2012. Werlen.

# MLL: German Studies

## GMST 024. Foreign Language Teaching and Pedagogy

(Cross-listed as EDUC 072)

This course has two elements that are developed together throughout the course of the semester. Students can serve the Swarthmore community by teaching a foreign language to local elementary school students in an after-school program that meets two times/week. Students must teach for the entire 6-week session, two days per week. During the evening pedagogy sessions held on campus, we will discuss writing weekly lesson plans, foreign language acquisition in children, teaching methodologies and approaches. We use a common goal-oriented curriculum among all the languages. Students must register for the language or educational studies course that they will be teaching and for a service time (A) M/W or (B) T/Th.

0.5 credit.

Fall 2012, spring 2013. Staff.

## GMST 054. German Cinema

(Cross-listed as LITR 054G/FMST 054)

This course is an introduction to German cinema from its inception in the 1890s until the present. It includes an examination of early exhibition forms, expressionist and avant-garde films from the classic German cinema of the Weimar era, fascist cinema, postwar rubble films, DEFA films from East Germany, New German Cinema from the 1970s, and post 1989 heritage films. We will analyze a cross-match of popular and avant-garde films while discussing mass culture, education, propaganda, and entertainment as identity- and nation-building practices.

Eligible for FMST credit, fulfills national cinema requirement.

Writing course.

1 credit.

Not offered 2012–2013.

## GMST 091. Special Topics

Advanced literature and culture course in German required for all German majors and minors. For honor students, this class together with an attachment counts as an honors preparation.

Topics change each year and include (partial list):

- Der neue deutsche Krimi
- Die Romantik
- Die deutsche Postmoderne
- Gegenwartsliteratur
- Heinrich von Kleist and E.T.A. Hoffmann
- Populärliteratur

### Topic for Spring 2013: German Literary Modernisms

The severe economic and political crises and the subsequent unraveling of social relations in early twentieth-century Germany find expression in various aesthetic movements that mark a radical break with nineteenth-century culture. In literature, differing modernist visions—fascist, leftist and bourgeois individualist—respond to this profound sense of social disorientation with competing aesthetic and political visions. The texts read in our course will exemplify these divergent answers to the crisis of the modern subject and include (among others): Rilke: *Die Aufzeichnungen des Malte Laurids Brigge*; Musil: *Die Verwirrungen des Zöglings Törless*; Hesse: *Steppenwolf*; Graf: *Bolwieser: Roman einer Ehe*; Jünger: *In Stahlgewittern*; T. Mann: *Mario und der Zauberer*; Berman: *The Rise of the Modern German Novel*.

1 credit.

Spring 2013. Werlen.

## GMST 093. Directed Reading

# Seminars

Five German seminars are normally scheduled on a rotating basis. Preparation of topics for honors may be done by particular courses plus attachments only when seminars are not available.

*Note.* Students enrolling in a seminar are expected to have done the equivalent of at least one course beyond the GMST 020 level.

## GMST 104. Goethe und seine Zeit

This seminar familiarizes students with arguably the greatest German writer whose literary works revolutionized German poetry, drama, and the novel. Often regarded as the founder of German classicism, Goethe's literary writings, spanning over six decades, defy easy categorization. Texts read in the seminar include the early drama *Götz von Berlichingen* and the influential epistolary novel *The Sorrows of Young Werther*, the classical drama *Iphigenie auf Tauris*, the novels *Wilhelm Meisters Lehrjahre* and *Die Wahlverwandtschaften*, early essays on Shakespeare and Gothic architecture, poetry from all periods of his life, and, of course, *Faust*. We will also look at Goethe's scientific ideas (morphology of plants and theory of optics) in his philosophical and economic worldview.

2 credits.

Fall 2012. Werlen.

## GMST 105. Die deutsche Romantik

Romanticism as the dominant movement in German literature, thought, and the arts from

# MLL: Japanese

the 1790s through the first third of the 19th century. Focus on Romantic aesthetics and poetics, including the influence of German Idealism.

2 credits.

Not offered 2012–2013.

## GMST 108. Wien und Berlin

Between 1871 and 1933, Vienna and Berlin were two cultural magnets drawing such diverse figures as Sigmund Freud, Ludwig Wittgenstein, Gustav Klimt, Gustav Mahler, Leon Trotsky, Gerhard Hauptman, Käthe Kollwitz, Rainer Maria Rilke, Bertolt Brecht, Kurt Tucholsky, Else Lasker-Schüler, Richard Strauss, Arnold Schönberg, and Adolf Hitler. This course will examine the multiple tensions that characterized "fin-de-siècle" Vienna and Berlin, such as the connection between gender and the urban landscape, the pursuit of pleasure and the attempt to scientifically explore human sexuality, and the conflict between avant-garde experimentation and the disintegration of political liberalism.

2 credits.

Not offered 2012–2013.

## GMST 110. German Literature After World War II

The aim of the seminar is to acquaint students with literary developments in the German-speaking countries after the end of World War II. The survey of texts will address questions of "Vergangenheitsbewältigung" and social critique in the 1950s, the politicization of literature in the 1960s, the "Neue Innerlichkeit" of the 1970s, and literary postmodernity of the 1980s. We will also study the literature of the German Democratic Republic and texts dealing with post-wall, unified Germany. Authors included are Böll, Eich, Grass, Frisch, Bachmann, Handke, Bernhard, Jelinek, Strauss, Wolf, Delius, Plenzdorf, Süskind, and Menasse.

2 credits.

Not offered 2012–2013.

## GMST 111. Genres

This seminar will explore in depth a particular genre of literary and media production.

Scheduled topics include the following:

- Deutsche Lyrik
- Populärliteratur
- Der deutsche Film
- Das deutsche Drama
- Der deutsche Roman

## GMST 199. Senior Honors Study

# Japanese

## The Academic Program

Courses in Japanese language, literature, and culture may be combined with courses taken at Haverford, Bryn Mawr and with study abroad toward a special major or a minor in Japanese or may be counted toward a major or minor in Asian studies (see Asian studies). Interested students should consult with the section head of Japanese or with the chair of Asian studies.

## Special Majoring and Minoring in Japanese

Students may construct a special major in Japanese, featuring intensive study in Japanese language, literature, and culture. Japanese special majors will complete their coursework through a combination of study at Swarthmore, courses at Haverford or Bryn Mawr, and study abroad. Students interested in a Japanese special major or minor should consult with the section head of Japanese as soon as possible.

Students seeking a broader exposure to East Asian society and culture may consider a Japanese concentration within the Asian studies major. Students who wish to concentrate on linguistics rather than Japanese literature and culture may construct a special major in Japanese Language and Linguistics, with a combination of advanced language study at Haverford and Bryn Mawr, study abroad and courses and seminars in the Linguistics department at Swarthmore College. Students wishing to pursue this possibility should consult with the Japanese section head.

## Special Major in Japanese Language, Literature and Culture

At least 10 total credits starting with 001, including at least one credit outside the department, are required for a special major in Japanese. Special majors should complete the following sequence of language courses JPNS 001, 002, 003, 004, 012, 012A, 013, 013A or their equivalent. Japanese special majors are strongly encouraged to study abroad in a program approved by the section; transfer credits normally may be counted toward the special major.

Special majors should complete at least two courses on Japanese culture of level 015 and higher and at least two additional courses of level 30 and higher or their equivalent in coursework outside the department. Students are encouraged to combine their study of Japanese literature and culture with coursework in Japanese history, anthropology and sociology, religion, art, music, economics, political science, education, comparative

# MLL: Japanese

literature, and other related fields within the tri-college consortium. At least two courses on Japanese literature and culture should normally be taken within the department.

All special majors will complete a culminating project.

## Minor in Japanese Language, Literature and Culture

A minimum of 5 credits numbered 004 and above is required for the course minor. At least one credit must be taken in Japanese literature, film or culture in translation, either in coursework offered by the Japanese section or its equivalent in coursework outside of Swarthmore, with the approval of the section. A minimum of 3 credits should be taken at Swarthmore.

The section strongly encourages study abroad in a section-approved program; transferred credits normally may be counted toward the minor. One credit may be earned from another department on a Japan-related subject with the approval of the section.

## Honors Special Majors and Minors in Japanese

Honors study for qualified students may be substituted for the culminating project in the major. Students are encouraged to consult with the Japanese section head to discuss Honors special majors and honors minors.

## Courses

### JPNS 001–002. Introduction to Japanese
*Students who start in the 001–002 sequence must complete 002 to receive credit for 001.*

This intensive introduction to Japanese develops the four language skills of speaking, writing, listening, and reading. The spoken component will cover both formal and casual forms of speech; the written component will introduce the hiragana and katakana syllabaries; and about 200 kanji characters.

1.5 credits.

### JPNS 001.
Fall 2012. Suda, Jo.

### JPNS 002.
Spring 2013. Suda, Jo.

### JPNS 003–004. Second-Year Japanese
Combines intensive oral practice with writing and reading in the modern language. The course attempts to increase students' expressive ability through the introduction of more advanced grammatical patterns and idiomatic expressions. The course will introduce approximately 300

new kanji characters in addition to the 200 covered in JPNS 001–002.

1.5 credits.

### JPNS 003.
Fall 2012. Gardner, Suda.

### JPNS 004.
Spring 2013. Gardner, Suda.

### JPNS 012–013. Third-Year Japanese
These courses aim to lead Japanese students into the intermediate-advanced level, deepening students' exposure to Japanese culture through the study of authentic materials and the application of language skills in diverse linguistic contexts. They will combine oral practice with reading, viewing, and discussion of authentic materials including newspaper articles, video clips, and literary selections. Students will continue to develop their expressive ability through use of more advanced grammatical patterns and idiomatic expressions, and will gain practice in composition and letter writing. These courses will introduce approximately 300 new kanji characters in addition to approximately 500 covered in first- and second-year Japanese.

Prerequisite: Completion of JPNS 004 or demonstration of equivalent language skills.

These courses are recommended to be taken together with JPNS 012A in the fall semester and JPNS 013A in the spring semester, which will provide additional opportunities for application and extension of newly acquired skills.

1 credit.

Fall 2012, spring 2013. Jo.

### JPNS 012A. Japanese Conversation
This course aims to improve students' command of spoken Japanese at the intermediate level. It meets for 90 minutes each week. Can be repeated for credit. Prerequisite: completion of JPNS 004, or instructor's permission.

0.5 credit.

Fall 2012. Jo.

### JPNS 013A. Readings in Japanese
This course aims to improve students' intermediate-advanced reading skills, while introducing them to the world of Japanese literature in the original. We will examine texts in various genres, such as personal essays, short stories, folk tales, *manga*, *haiku*, and free-verse poetry, and discuss the distinctive features of each genre as well as the cultural context for each work. Readings and discussion will be in Japanese. The course may be repeated for credit. Prerequisite: completion of JPNS 012, or instructor's permission.

# MLL: Japanese

0.5 credits.

Spring 2013. Gardner.

## JPNS 014A. Foreign Language Teaching and Pedagogy
(Cross-listed as EDUC 072)

This course has two elements that are developed together throughout the course of the semester. Students can serve the Swarthmore community by teaching a foreign language to local elementary school students in an after-school program that meets two times/week. Students must teach for the entire 6-week session, two days per week. During the evening pedagogy sessions held on campus, we will discuss writing weekly lesson plans, foreign language acquisition in children, teaching methodologies and approaches. We use a common goal-oriented curriculum among all the languages. Students must register for the language or educational studies course that they will be teaching and for a service time (A) M/W or (B) T/Th.

0.5 credit.

Fall 2012, spring 2013. Staff.

## JPNS 017. First-Year Seminar: The World of Japanese Drama
(Cross-listed as LITR 017J/THEA 017)

This first-year seminar will explore the unique dramatic traditions of Japan from diverse angles, including a study of dramatic texts, videos of performance, and films based on famous dramatic works. Our seminar will focus on the three great dramatic traditions of Noh masked drama, Bunraku puppet theater, and Kabuki. We will also examine the cultural background of these dramatic forms, including the influence of Buddhism, Shintô, and shamanism, as well as the philosophical background and methodology of training and performance.

1 credit.

Not offered 2012–2013.

## JPNS 019. Topics in Japanese

This fourth-year level advanced Japanese course aims to develop students' language proficiency in reading, writing, listening, and speaking, through examination and discussion of a variety of authentic materials on selected topics such as literature, language, history, education, and society. Readings and discussion will be in Japanese.

Prerequisite: completion of JPNS 013 or equivalent.

1 credit.

Not offered 2012–2013.

## JPNS 021. Modern Japanese Literature
(Cross-listed as LITR 021J)

An introduction to Japanese fiction from the Meiji Restoration (1868) to the present day, focusing on how literature has been used to express the personal voice and to shape and critique the concept of the modern individual. We will discuss the development of the mode of personal narrative known as the "I novel" as well as those authors and works that challenge this literary mode. In addition, we will explore how the personal voice in literature is interwoven with the great intellectual and historical movements of modern times, including Japan's encounter with the West and rapid modernization, the rise of Japanese imperialism and militarism, World War II and its aftermath, the emergence of an affluent consumer society in the postwar period, and the impact of global popular culture and the horizon of new transnational identities in the 21st century. All readings and discussions will be in English.

1 credit.

Not offered 2012–2013.

## JPNS 024. Japanese Film and Animation
(Cross-listed as LITR 024J/FMST 057)

This course offers a historical and thematic introduction to Japanese cinema, one of the world's great film traditions. Our discussions will center on the historical context of Japanese film, including how films address issues of modernity, gender, and national identity. Through our readings, discussion, and writing, we will explore various approaches to film analysis, with the goal of developing a deeper understanding of formal and thematic issues. A separate unit will consider the postwar development of Japanese animation (anime) and its special characteristics. Screenings will include films by Ozu, Mizoguchi, Kurosawa, Imamura, Kitano, and Miyazaki.

1 credit.

Not offered 2012–2013.

## JPNS 041. Fantastic Spaces in Modern Japanese Literature
(Cross-listed as LITR 041J)

As Japanese society has transformed rapidly in the 20th century and beyond, a number of authors have turned to the fantastic to explore the pathways of cultural memory, the vicissitudes of interpersonal relationships, the limits of mind and body, and the nature of storytelling itself. In this course, we will consider the use of anti-realistic writing genres in Japanese literature from 1900 to the present, combining readings of novels and short stories with related critical and theoretical texts.

# MLL: Russian

Fictional works examined will include novels, supernatural tales, science fiction, and mysteries by authors such as Tanizaki Junichirō, Edogawa Rampo, Kurahashi Yumiko, and Murakami Haruki. Readings will be in English; no previous experience in Japanese studies is required.

Writing course.

1 credit.

Fall 2012. Gardner.

### JPNS 051. Japanese Poetry and Politics
(Cross-listed as LITR 051J)

Japanese poetic forms such as haiku, renga, and tanka have had a great impact on modern poetry across the world, and have played a central role in the development of Japanese literature and aesthetics. This course will examine Japanese poetry from its roots in ancient oral tradition though the internet age. Topics include the role of poetry in courtship, communication, religion, and ritual; orality and the graphic tradition; the influence of poetic models from China and the West; social networks and game aesthetics in renga linked poetry; and haiku as a worldwide poetic form. Course projects will include translation and composition in addition to analytical writing. Readings will be in English, and there are no language requirements or other prerequisites; however, the course will include a close examination of Japanese poetic sound, syntax, meter, and diction, or how the poems "work" in the original language.

1 credit.

Not offered 2012–2013.

### JPNS 061. Manga, Bande Dessinée, and the Graphic Novel: A Transnational Study of Graphic Fiction
(Cross-listed as LITR 061FJ)

1 credit.

Not offered 2012–2013.

### JPNS 074. Japanese Popular Culture and Contemporary Media
(Cross-listed as LITR 074J)

Japanese popular culture products such as *manga* (comics), *anime* (animation), television, film, and popular music are an increasingly vital element of 21st-century global culture, attracting ardent fans around the world. In this course, we will critically examine the postwar development of Japanese popular culture, together with the proliferation of new media that have accelerated the global diffusion of popular cultural forms. Engaging with theoretical ideas and debates regarding popular culture and media, we will discuss the significance of fan cultures, including the "otaku" phenomenon in Japan and the United States, and consider how national identity and ethnicity impact the production and consumption of popular cultural products. We will also explore representations of technology in creative works, and consider the global and the local aspects of technological innovations, including the internet, mobile phones, and other portable technology. Readings and discussion will be in English. The course will be conducted in a seminar format with student research and presentations comprising an important element of the class. Previous coursework in Japanese studies or media studies is recommended but not required.

1 credit.

Not offered 2012–2013.

### JPNS 083. War and Postwar in Japanese Culture
(Cross-listed as LITR 083J)

What was the Japanese experience of World War II and the Allied Occupation? We will examine literary works, films, and graphic materials (photographs, prints, advertisements, etc.), together with oral histories and historical studies, to seek a better understanding of the prevailing ideologies and intellectual struggles of wartime and postwar Japan as well the experiences of individuals living through the cataclysmic events of midcentury. Issues to be investigated include Japanese nationalism and imperialism; women's experiences of the war and home front; changing representations and ideologies of the body; war writing and censorship; the atomic bombings of Hiroshima and Nagasaki; Japanese responses to the Occupation; and the war in postwar memory. The course readings and discussions will be in English.

1 credit.

Spring 2013. Gardner.

### JPNS 094. Independent Study

### JPNS 096. Japanese Thesis
Writing course.

# Russian

## The Academic Program

The major in Russian language and literature covers the rise and development of Russian literature and culture up to the present. Students will encounter critical theory and develop skill in critical analysis, approaching Russian and Soviet literature and culture in relationship to historical and social forces. The emphasis in our courses is on culture as well as literature: indeed, understanding Russian literature and other arts is impossible without some background in the history and culture. Because Russian is a small program, we are very responsive to student demand and can develop

# MLL: Russian

courses almost to order, if there is sufficient interest. Students interested in a combined Russian language and linguistics major may develop a program with advanced courses and seminars in the language offered at Bryn Mawr or the University of Pennsylvania and the Linguistics Department at Swarthmore College.

## Russian in Combination with Other Programs

In the Course Program, Russian can contribute toward majors in comparative literature, film and media studies, linguistics, and theater, and to the concentrations in interpretation studies and gender and sexuality studies. Thematic courses in Russian culture can support majors or minors in history, music, philosophy, and political science and concentrations in Asian studies, environmental studies, and Islamic studies. A Russian honors minor fits well into an honors major in the humanities or social sciences, and nicely rounds out majors in engineering or the natural sciences. In the Honors Program, Russian contributes toward the major or minor in comparative literature. By including coursework in second language acquisition at Bryn Mawr College, Russian can be part of a special major in educational studies for teacher certification.

There is no distinction between qualification for the Russian Course Program and for the Honors Program. We recommend a minimum of one semester or summer of study in Russia. Majors and minors are urged to build and maintain fluency by taking Russian Conversation (RUSS 006A) and Russian Phonetics (RUSS 008A), and to support their work in the field with courses in anthropology, art, cognitive science, film and media studies, history, music, philosophy, political science, religion, sociology, theater, and other literatures.

RUSS 091, the seminar attachment, may be added to any course numbered 020 or above to convert it to a seminar, for a total of two credits. The additional work is done in the original language and supported by regular meetings with the professor, readings, discussions, and significant writing assignments in Russian. We anticipate that most seminar work will be done in this format. If there is sufficient student demand, we can offer advanced seminars in any of the following areas:

### Seminar Topics:
RUSS 101. Tolstoy
RUSS 102. Russian Short Story
RUSS 103. Pushkin and Lermontov
RUSS 104. Dostoevsky
RUSS 105. Literature of the Soviet Period
RUSS 106. Russian Drama
RUSS 107. Russian Lyrical Poetry
RUSS 108. Russian Modernism
RUSS 109. Chekhov
RUSS 110. Bulgakov
RUSS 111. Tsvetaeva and Mayakovsky
RUSS 112. Akhmatova and Mandelshtam
RUSS 113. Russian and Soviet Cinema
RUSS 114. Folklore in Russian Literature
RUSS 115. The Many Faces of the Russian Literary Anecdote
RUSS 116. The Petersburg Myth in Russian Literature
RUSS 117. Post-Soviet Russian Literature
RUSS 118. Russian Jewish Writers
RUSS 119. Russian Women Writers
RUSS 120. Russian Science Fiction and Fantasy

The Russian section webpage includes descriptions of the possible seminar topics listed above.

The Russian Program offers a course major or minor and an honors major and minor. Courses in Russian literature and culture (and courses in allied subjects, such as East European Prose or the Translation Workshop) may also be part of a special major.

## Course Major

### Requirements
A minimum of eight credits, which must include:
1. RUSS 004 (or placement above 004)
2. RUSS 011 (or equivalent course in Russia)
3. RUSS 013
4. RUSS 091 (Special Topics)
5. Another course in translation
6. Two seminars in Russian literature and culture, or the equivalent of two seminars (see note on Seminars in the summary of the academic program). Students who study abroad in Russia may use one seminar or spetskurs per semester of study in lieu of a Swarthmore seminar.

### Acceptance Criteria
To be accepted as a major or minor, you must have earned a minimum grade of "B" in Russian language and literature courses taken at Swarthmore and present linguistic ability and clear potential for sophisticated study in the original literature, criticism, and cultural history of imperial Russia, the Soviet Union, and Post-Soviet Russia.

## Thesis / Culminating Exercise

The culminating exercise for a course major in Russian is one three-hour written examination (answering two questions in Russian, one in

English), scheduled after the end of regular exams in the spring semester of senior year.

## Course Minor

### Requirements for a minor in course in Russian

Five or 5.5 credits, which must include:

1. RUSS 004 (or placement above 004);

2. RUSS 011 or RUSS 013, or an equivalent course taken in Russia;

3. One of the following: RUSS 013 (if not used to fulfill #2 above), another literature/culture course in translation, or a comparable course in Russia or at Bryn Mawr or University of Pennsylvania;

4. One seminar in Russian or the equivalent.

Only one of these courses may overlap with a second minor or the student's major. Study abroad in Russia is strongly encouraged.

## Honors Major

### Prerequisites for Majors:

1. RUSS 004

2. RUSS 011 (or a comparable course)

3. RUSS 013 plus one other literature course in translation, or one advanced literature course in another language or literature

4. At least two seminars or courses with the seminar attachment in Russian

5. Seminars may be replaced by a course on Russian literature in translation plus an attachment with work in the original language after consultation with the section.

6. The minimum grade for acceptance into the Honors Program is "B" level work in Russian language courses taken at Swarthmore and in RUSS 011 or its equivalent.

At least one semester of study in Russia is strongly encouraged.

### Senior Honors Study

Please see the information on seminars and seminar attachments, above.

At the beginning of final semester, seniors will meet with the Russian section head.

1. Honors majors write three 3,000–3,500 word papers in Russian, one for each honors preparation, or else one 6,000-word paper which integrates the three honors preparations. These three papers (or one long paper) become part of the portfolio presented to the external examiners, along with the syllabi of the three (2-credit) honors preparations and any other relevant material.

2. Minors will be expected to write one 3,000–3,500-word paper in Russian. This paper will become part of the portfolio presented to the examiner along with the syllabus of the one (2-credit) honors preparation and any other relevant material.

3. Majors will take three three-hour written examinations prepared by external examiners, plus one half-hour oral exam for each, based on the contents of the written examination and materials submitted in the portfolio. Minors will take one three-hour written examination prepared by an external examiner and one half-hour oral examination based on the written examination and materials submitted in the portfolio.

## Honors Minor

### Prerequisites for Minors:

1. RUSS 004

2. RUSS 011 (or a comparable course)

3. RUSS 013 plus another course in translation

4. At least one seminar in Russian

5. The minimum grade for acceptance into the Honors Program is "B" level work in language courses taken at Swarthmore and in RUSS 011 or it's equivalent.

At least one semester of study in Russia is strongly encouraged.

## Special Major

Courses in Russian language, literature, and culture may be integrated into special majors of a variety of kinds, for example: Russian area studies, Russian cinema in history, or Russian and East European literature and/or culture.

## Off-Campus Study

Study abroad is strongly encouraged for students of Russian. We recommend four programs (ACTR, CIEE, Middlebury, and the Smolny Institute) for semester and academic-year study in Russia. Credit may also be available for study through other programs, with appropriate documentation. Consult your professor for more information on programs and sources of funding support.

## Research and Service-Learning Opportunities

Russian participates in the Service-Teaching Pedagogy course and can offer support in various ways to students teaching Russian in the elementary school.

### Summer Opportunities

Besides summer abroad study or internships, and the possibility of arranging for summer humanities research under the supervision of Russian program faculty, students interested in summer language study in Russia or in summer programs in the U.S. may apply for financial support from the Olga Lamkert Fund.

# MLL: Russian

Russian is certified as a critical language by U.S. government agencies, meaning that for both summer study and study abroad there is funding available to support students working in Russian, especially if they are working to reach a high level of proficiency. Ask us for information on this financial assistance and support in applying.

## Life After Swarthmore

A major or minor in Russian can enhance a variety of career choices: strong language skills enhance any other program of work, research or study, while knowledge of literature and culture offers subtle or obvious advantages in business, politics, science and medicine. Like other less commonly taught languages, Russian on your college transcript suggests to potential employers or graduate school admissions committees that you are smart and adventurous, willing to try a challenging new subject of study—and able to master it by completing a major or a minor.

### Graduate School and Other Study

Several recent Russian majors and minors have completed area studies M.A. degrees at Harvard University; others have entered the Flagship Program, which aims to bring students to the highest levels of language fluency for subsequent work in politics, scholarship, or NGOs. Students with majors in Russian Literature have gone on to doctoral work in Political Science. Others have done graduate study in Linguistics, English Literature, and Comparative Literature. The systematic nature of Russian grammar makes it no surprise that some of our majors and minors have gone on to medical school or to graduate work in Physics and Astronomy. One graduate received a Fulbright fellowship to study Russian authors who covered the Spanish Civil War as journalists, and how their writing influenced the later development of Soviet literature as well; another received a Fulbright to study plant genetics in southern Russia and Kazakhstan. One of our former students left the Swarthmore area to dance with the Boston Ballet.

### Career Options/Opportunities

As the paths of study above suggest, Russian can be combined with almost any field to enhance the possibilities available. Whether immediately after graduation or later, our alumni have found work as editors or English teachers in Russia. Some have gone into the State Department and have become medical doctors. Graduate study may lead to careers as college and university professors or directors of university Title VI centers.

Whatever your career choice, chances are we can put you in touch with alumni of Swarthmore's Russian program who will be able to offer you advice, support, and connections in the field.

## Courses

Not all advanced courses or seminars are offered every year. Students wishing to major or minor in Russian should plan their program in consultation with the department faculty. Course majors are required to take Special Topics (RUSS 091).

Seminars in Russian are only offered when there is sufficient demand. Otherwise students who wish to take a literature course in translation for seminar credit must register for a Seminar Attachment (1 additional credit), adding an A to the course number: 21A, 33A, 41A, etc. Courses numbered under 20 cannot be taken as seminars.

### RUSS 001–002, 003. Intensive Russian

*Students who start in the 001–002 sequence must complete and pass 002 in order to receive credit for 001.*

For students who wish to begin Russian in college or who did not move beyond an introduction in high school. Designed to impart an active command of the language. Combines the study of grammar with intensive oral practice, work on phonetics, writing, web materials, and readings in literary and expository prose. Conducted primarily in Russian; normally followed by RUSS 004, RUSS 011 and ideally by RUSS 010, and RUSS 008A. See the explanatory note on language courses in the first section of modern languages and literatures.

1.5 credits.

### RUSS 001.

Fall 2012. Johnson, Moskala-Gallaher.

### RUSS 002.

Spring 2013. Johnson, Moskala-Gallaher.

### RUSS 003.

Fall 2012. Forrester, Moskala-Gallaher.

### RUSS 004. Intermediate Intensive Russian

For majors and those interested in reaching advanced levels of proficiency in the language. Advanced conversation, composition, translation, and stylistics. Considerable attention to writing skills, phonetics, and spontaneous speaking. Readings include short stories, poetry, newspapers, and the Russian web.

1.5 credits.

Spring 2013. Forrester, Moskala-Gallaher.

# MLL: Russian

### RUSS 006A. Russian Conversation

This course meets once a week for 1.5 hours. Students will read newspapers, explore the Internet, and watch videos to prepare for conversation and discussion. Each student will design and complete an individual project based on his or her own interests and goals. This course may be repeated once for credit.

Prerequisite: 004 in current or a previous semester or permission of the instructor.

0.5 credit.

Spring 2013. Moskala-Gallaher.

### RUSS 008A. Russian Phonetics
(Cross-listed as LING 008A)

This course will enable Russian speakers and non-speakers alike to learn to pronounce Russian fluently. Focused work on individual phonemes and the Russian "articulation foundation" will accompany the study of phonetic rules and intonational constructions. We will devote practical attention to issues in both Russian language acquisition and linguistics; individual assignments will reflect each student's experience, interests, and goals.

0.5 credit.

Offered on demand.

### RUSS 009. Cross-Cultural Pragmatics

Students in this course will explore how American and Russian speakers perceive politeness, and how sociocultural values underlying both cultures affect the performance and perception of speech acts, such as greetings, requests, apologies, compliments, complaints, and gratitude. This course will focus on language and culture-specific features of speech acts. This class will help American learners of Russian to improve their pragmatic competence so that they can successfully interact with Russian native speakers in everyday-life situtations. Students will read primarily in English and analyze Russian and English examples in various sociocultural contexts. Russian 001 required.

0.5 credit.

Fall 2012. Moskala-Gallaher.

### RUSS 010. Advanced Russian

The course includes practice in speaking, understanding, reading and writing Russian through the use of authentic Russian language materials, including film. Students will consolidate previous knowledge of Russian grammar, and will significantly increase their vocabulary and improve their level of coherent language and writing.  Students will acquire conscious knowledge of the meanings of the grammatical forms applied to discourse, i.e. to specific verbal situations, based not only on the underlying linguistic phenomena, but also on the content of lingua-cultural situations.

1 credit.

Offered on demand.

### RUSS 011. Introduction to Russian Culture

This advanced intensive writing course will reinforce previous stages of work in Russian and will focus on composition rather than translation from English. Students will develop advanced skills in comprehension and active use of the written language through the use of authentic Russian language materials. The course will concentrate on contemporary Russian culture and also on changes in the Russian language—with a wide variety of materials from fiction, newspapers, journals and other media sources.

Conducted in Russian.

Prerequisite: RUSS 004 or permission from the instructor.

Writing course.

1 credit.

Not offered 2012–2013.

### RUSS 012A. Foreign Language Teaching and Pedagogy
(Cross-listed as EDUC 072)

This course has two elements that are developed together throughout the course of the semester. Students can serve the Swarthmore community by teaching a foreign language to local elementary school students in an after-school program that meets two times/week. Students must teach for the entire 6-week session, two days per week. During the evening pedagogy sessions held on campus, we will discuss writing weekly lesson plans, foreign language acquisition in children, teaching methodologies and approaches. We use a common goal-oriented curriculum among all the languages. Students must register for the language or educational studies course that they will be teaching and for a service time (A) M/W or (B) T/Th.

0.5 credit.

Fall 2012, spring 2013. Staff.

### RUSS 013. The Russian Novel
(Cross-listed as LITR 013R)

The Russian novel represents one of Russia's most fundamental and enduring contributions to world culture. This course surveys the development of the Russian novel from the early 19th century to the Soviet period by examining seminal works, including novels by Dostoevsky, Tolstoy and Bulgakov. The course examines these works in terms of their literary, social and political context, highlighting issues such as sexism, racism, Orientalism, terrorism, and imperialism, as well as Russia's national identity.

# MLL: Russian

Writing course.

1 credit.

Fall 2012. Johnson.

### RUSS 015. First-Year Seminar: East European Prose in Translation
(Cross-listed as LITR 015R)

Novels and stories by the most prominent 20th-century writers of this multifaceted and turbulent region. Analysis of individual works and writers to appreciate the religious, linguistic, and historical diversity of Eastern Europe in an era of war, revolution, political dissent, and outstanding cultural and intellectual achievement. Readings, lectures, writing, and discussion in English; students who are able may do some readings in the original languages.

Writing course.

1 credit.

Fall 2013. Forrester.

### RUSS 017. First-Year Seminar: Love and Sex in Russian Literature
(Cross-listed as LITR 017R)

Best known for political priorities and philosophical depth, Russian literature has also devoted many works to the eternal concern of love and sex. We will read significant and provocative works from traditional folk tales through the 20th century to discuss their construction of these most "natural" impulses —and how they imagine the relationship of human attraction to art, politics and philosophy.

Writing course.

1 credit.

Spring 2014. Forrester.

### RUSS 021. Dostoevsky (in Translation)
(Cross-listed as LITR 021R)

Writer, gambler, publicist, and visionary Fedor Dostoevsky is one of the great writers of the modern age. His work influenced Nietzsche, Freud, Woolf, and others and continues to exert a profound influence on thought in our own society to the present. Dostoevsky confronts the "accursed questions" of truth, justice, and free will set against the darkest examples of human suffering: murder, suicide, poverty, addiction, and obsession. Students will consider artistic, philosophical, and social questions through texts from throughout Dostoevsky's career. Students with knowledge of Russian may read some or all of the works in the original.

1 credit.

Spring 2014. Johnson.

### RUSS 023. The Muslim in Russia
(Cross-listed as LITR 023R)

The long and strong relationship of Russia and Islam has been neglected in scholarship until recently. This course will examine texts (and films) spanning more than a thousand years, to introduce actual interactions of Russians and Muslims, images of Muslims in Russian literature (and a few Muslim images of Russia), the place of Muslim writers in Soviet literature, and the current position of Muslims in Russia and in Russian discourse.

1 credit.

Fall 2012. Forrester.

### RUSS 026. Russian and East European Science Fiction
(Cross-listed as LITR 026R)

Science fiction enjoyed surprisingly high status in Russia and Eastern Europe, attracting such prominent mainstream writers as Karel Čapek, Mikhail Bulgakov, and Evgenii Zamiatin. In the post-Stalinist years of stagnation, science fiction provided a refuge from stultifying official Socialist Realism for authors like Stanisław Lem and the Strugatsky brothers. This course will concentrate on 20th-century science fiction (translated from Czech, Polish, Russian and Serbian) with a glance at earlier influences and attention to more recent works, as well as to Western parallels and contrasts.

1 credit.

Spring 2013. Forrester.

### RUSS 028. Tolstoy
(Cross-listed as LITR 028R)

Novelist, Christian philosopher, pacifist, and educator, Leo Tolstoy's monumental thought inspired communities of "Tolstoyans" and influenced Gandhi, Martin Luther King, Jr., and Nelson Mandela. Tolstoy's treatment of moral and historical issues in literature continues to inspire and provoke readers today. This course will examine Tolstoy's major novels (*War and Peace*, *Anna Karenina*), along with earlier and later works, and explore his context in the culture, literature, and history of the time.

1 credit.

Not offered 2012–2013.

### RUSS 040. Revolutions in Theater: Chekhov, Bulgakov, and the Moscow Art Theater.
(Cross-listed as LITR 040R)

This course covers two revolutions in Russian theater: the revolutionary innovations of Stanislavsky and the Moscow Art Theater and the Soviet revolution's affect on artistic freedom. First we will examine the history of the Moscow Art Theater, focusing in particular on the central role played by Anton Chekhov's full-length plays. Then we will look at Mikhail Bulgakov's tortured and tempestuous relationship with the theater and his struggle to maintain his artistic integrity in the face of

# MLL: Spanish

Soviet ideology and censorship. Class projects may include public performance.

1 credit.

Spring 2013. Johnson.

### RUSS 045. Poetry in Translation/Translating Poetry
(Cross-listed as LITR 045R)

This course will study the history, practice, and politics of poetic translation from antiquity to the present, including work from Arabic, Chinese, French, German, Greek, Hebrew, Irish, Japanese, Latin, Polish, Russian, Sanskrit, and Spanish. The course has a strong practical component: All students will work on translations of their own throughout the semester (from languages they know or by working with native speakers or literal versions), and the final project may include a portfolio of translations. Especially suitable for students interested in comparative literature or creative writing.

1 credit.

Not offered 2012–2013.

### RUSS 047. Russian Fairy Tales
(Cross-listed as LITR 047R)

Folk beliefs are a colorful and enduring part of Russian culture. This course introduces a wide selection of Russian fairy tales in their aesthetic, historical, social, and psychological context. We will trace the continuing influence of fairy tales and folk beliefs in literature, music, visual arts, and film. The course also provides a general introduction to study and interpretation of folklore and fairy tales, approaching Russian tales against the background of the Western fairy-tale tradition (the Grimms, Perrault, Disney, etc.). No fluency in Russian is required, though students with adequate language preparation may do some reading, or a course attachment, in the original.

1 credit.

Spring 2014. Johnson.

### RUSS 070. Translation Workshop
(Cross-listed as LING 070 and LITR 070R)

This workshop in literary translation will concentrate on both theory and practice, working in poetry, prose, and drama as well as editing. Students will participate in an associated series of bilingual readings and will produce a substantial portfolio of work. Students taking the course for linguistics credit will write a final paper supported by a smaller portfolio of translations. No prerequisites exist, but excellent knowledge of a language other than English (equivalent to a 004 course at Swarthmore or higher) is highly recommended or, failing that, access to at least one very patient speaker of a foreign language.

1 credit.

Fall 2012. Forrester.

### RUSS 091. Special Topics

For senior course majors. Study of individual authors, selected themes, or critical problems.

1 credit.

Offered on demand.

### RUSS 093. Directed Reading

### RUSS 094. Independent Study

## Seminars

Seminars in Russian are offered when there is sufficient demand. See the summary of the academic program for a list of seminar topics. The Russian section webpage includes descriptions of possible seminar topics.

## Russian Courses Not Currently Offered

RUSS 016. History of the Russian Language

RUSS 024. Russian and East European Cinema

RUSS 025. The Poet and Power

RUSS 033. Terror in Russia: Method, Madness, and Murder

RUSS 041. War and Peace in Russian Literature and Culture

RUSS 067. Jews in Russia: Culture, Film, Literature

RUSS 075. Comedy, Satire, Humor

## Spanish

Spanish, the second national language of the United States, is the official language of twenty countries—spoken by close to 500 million people in the world. A living and migrating language with a long history, Spanish is the gateway to one of the most vital and heterogeneous literatures and cultures in the world.

## The Academic Program

Our program incorporates a wide range of themes, texts and geographic areas. While we pay close attention to canonical texts that have shaped a certain understanding of Iberian and Latin American literatures, we also explore the marginal voices and texts that challenge our preconceived notions. We cross the boundaries of literature, incorporating films and documentaries, as we consider new critical methods and reading practices.

The Spanish Program provides a strong foundation for graduate studies in Spanish and Latin American literatures, and our students pursue careers in a wide range of disciplines. Whether you plan to be an engineer, biologist,

## MLL: Spanish

historian, or political scientist, the study of Spanish language and its cultures will open your mind to unexplored worlds.

## Course Major

The Spanish major consists of eight courses and a culminating senior exercise. The Spanish major seeks to provide training in literary and cultural analysis, as it enables students to acquire linguistic proficiency.

### Requirements

1. Students majoring in Spanish must spend one semester in a Spanish-speaking country enrolled in a program approved by the Section. Only two courses taken abroad that pertain to the curriculum of the section may count toward fulfillment of the major. For full immersion, all courses taken abroad must be taken in Spanish. Language courses taken abroad may receive Spanish credit but will not count toward the major.

2. Upon returning from abroad, students must enroll in a one-credit advanced course in the Section.

3. Students must complete a minimum of eight credits of work in courses numbered 008 and above. One of these courses must be SPAN 022 or 023, except in special cases when the section waives this requirement or approves a similar course taken abroad.

4. Students may count only one of these courses toward the major: 008, 010 or 011. SPAN 006A and SPAN 024 will not count toward fulfillment of the major. Note that neither AP nor IB credits will count towards the major.

5. One of the eight credits of advanced work may be taken in English from the courses listed in the catalog under "Literatures in Translation" (LITR) provided it is pertinent to the student's Spanish major.

6. All majors are encouraged to take at least one seminar in the section. Students can take a seminar after one advanced course (numbered 050 to 089) or with permission of the instructor. Only one seminar in the major will count for two credits.

7. A minimum of four of the eight courses must be taken at Swarthmore College. Only two courses taken abroad may count toward the major.

8. Majors are strongly encouraged to maintain a balance in their overall program, taking advanced work in different historical periods from Spain and Latin America.

### Acceptance Criteria

For admission to the course major, the student needs a minimum of B level work in courses taken at Swarthmore taught in Spanish or the required introductory-level literature course (SPAN 022 or 023), demonstrated ability and interest in language and literature, and a minimum C average in course work outside the department.

Prerequisite: SPAN 004 or its equivalent is the language prerequisite for entering the Spanish major. It does not count as one of the 8 credits required for the major.

## Thesis / Culminating Exercise

Along with development of analytical literary and cultural abilities, majors are expected to reach an advanced level of linguistic proficiency. The Spanish comprehensive exam has oral and written components, both entirely in Spanish.

In their senior year, majors will re-write one of the best term papers they wrote for courses in the section. The new research paper will: a) deepen the original analysis; b) enhance the critical work on which it is based to include ample documentation; and c) increase the paper's length to at least 25 pages, plus bibliography. This first draft of this paper will be turned in to Spanish faculty in the last week of November. The final version will be turned one week after spring break, in March. The oral examination is based on the content of the written essay and on overall course preparation. This essay—and the student's overall course preparation—will provide the basis for the oral examination in May, conducted exclusively in Spanish. The Spanish language ability of majors, revealed in this paper and the oral examination, will be part of the final evaluation.

## Course Minor

### Requirements

1. Completion of at least one semester of study abroad in a Spanish-speaking country in a program approved by the Spanish section. Only two courses taken abroad that pertain to the curriculum of the section may count towards fulfillment of the minor. To ensure full immersion, all courses taken abroad must be taken in Spanish. In special cases, depending on the student's language proficiency, this requirement may be fulfilled with a summer-long study abroad program identified and approved by the section. For summer programs, only one relevant course taken abroad may count towards fulfillment of the minor. Language courses taken abroad may receive Spanish credit but will not count toward the minor.

2. Upon returning from study abroad, students are expected to register in a one-credit advanced course in the section.

# MLL: Spanish

3. All minors must take a total of five courses and/or seminar offerings numbered 008 and above. Only one of these may overlap with the student's major or other minor. Note that neither AP nor IB credits will not count towards the minor.

4. Students may count only one of the following towards their minor: 008, 010 and 011. SPAN 006A, SPAN 024 and courses in English translation will not count toward fulfillment of the minor.

5. All minors must take either SPAN 022 or 023, except in special cases when the section waives this requirement or approves a similar course taken abroad.

6. All minors are strongly encouraged to take seminars offered by the section. Seminars count as one credit toward the minor.

7. To graduate with a minor in Spanish, a student must maintain a minimum grade of B in the discipline, and a C average in course work outside the department. Candidates to the minor must prove their ability and interest in the language, cultures and literatures of the Spanish-speaking world.

Prerequisite: SPAN 004 or its equivalent is the language prerequisite for entering the Spanish minor. It does not count as one of the 5 credits required for the minor.

## Honors Major and Minor

### Requirements
Candidates for the major or minor in Spanish must meet these requirements to be accepted into Honors:

1. A "B" average in Spanish coursework at the College.

2. Completion at Swarthmore of either SPAN 022 or 023 (except in cases when the section waives this requirement or approves a similar course taken abroad) and one course numbered 050 to 089.

3. Completion of one semester of study in a Spanish-speaking country in a program approved by the Spanish Section. In special cases, depending on the student's language proficiency, honors minors may fulfill this with a summer-long study abroad program identified and approved by the Spanish section.

4. Demonstrated linguistic ability in the language.

5. Present fields for external examination based on either two-credit seminars offered by the section, or the combination of two advanced courses numbered between 050–089 that form a logical pairing.

6. All majors in the Honors Program must do three (3) preparations for a total of six units of credit while all minors must complete one (1) preparation consisting of two units of credit.

**The Honors Exam for Majors and Minors**
Majors will take three (3) three-hour written examinations prepared by external examiners, as well as three (3) half-hour oral exams based on the contents of each field of preparation.

Minors will take one (1) three-hour written examination prepared by the external examiner, as well as one (1) half-hour oral exam based on the contents of the written examination and their overall preparation in the field presented.

All Honors exams will be conducted exclusively in Spanish.

## Special Majors

Students have the possibility of designing a special major, such as Spanish and Latin American Studies; Spanish within comparative literature; Spanish and linguistics; etc.

### Special Major in Spanish and Educational Studies
The Spanish Program prepares students who wish to pursue a special major in Spanish and educational studies, and also those who are seeking certification to teach Spanish in primary and secondary schools in the Commonwealth of Pennsylvania or the 45 states with which Pennsylvania certification is reciprocal.

### Requirements for the Special Major in Spanish and Educational Studies
1. Complete six courses in Spanish. None of those courses may be taught in English.

2. A student may only count one of these courses for the major: 008, 010 or 011.

3. Complete a minimum of five courses in Educational Studies.

4. In consultation with the Spanish adviser, as a culminating exercise, develop a set of original teaching materials with the following criteria:
   • Focus on a grammar topic and a specific aspect of language acquisition, such as listening comprehension, speaking skills, discrete reading or writing.
   • Incorporate a variety of class exercises or activities.
   • Take into account different learning styles.
   • The total volume of this portfolio may be the equivalent of a 15–20 page paper.

*Note:* The special major itself does not constitute preparation toward certification.

# MLL: Spanish

### Requirements for the Special Major in Spanish and Educational Studies with Teacher Certification

In addition to the requirements of the Educational Studies Department (Introduction to Education; Educational Psychology; Adolescence; one additional course in educational studies; and Curriculum and Methods/Practice Teaching), including LING 001, students must meet the following requirements:

1. Complete the requirements for the Spanish major. No course taught in English, however, may be included among their 8-credit total.

2. By the middle of the fall semester of the senior year, complete 10 hours of observation of language classes in the Spanish Program in consultation with the Spanish adviser.

3. Under the guidance of the Spanish adviser, write a short paper on the relevance of observed pedagogical approaches to a K-12 Spanish classroom.

4. In consultation with the Spanish adviser, as a culminating exercise, develop a set of original teaching materials with the following criteria:

   • Focus on a grammar topic and a specific aspect of language acquisition, such as listening comprehension, speaking skills, discrete reading or writing.

   • Incorporate a variety of class exercises or activities.

   • Take into account different learning styles.

   • The total volume of this portfolio may be the equivalent of a 15–20 page paper.

### Application Process Notes for the Major or the Minor

In addition to the process described by the Dean's Office and the Registrar's Office for how to apply for a major/minor, we recommend you to meet with the Spanish faculty to discuss your plans.

If after applying you are denied admission to the major/minor, you may apply again once you have addressed the recommendations made by the Spanish section. If your application is deferred, the Spanish section will make a decision immediately after you have taken the necessary steps to address the reasons for being deferred.

### Off-Campus Study

Study abroad is an enriching intellectual experience when it is fully integrated into the student's overall academic experience at Swarthmore. Since the principal educational advantages of study abroad are in-depth cross-cultural exposure and language learning, the best study abroad programs are those that maximize these benefits by fully immersing students in the host country's culture and society. This goal can only be effectively achieved by choosing full immersion study abroad programs. Pursuing academic coursework in English in a Spanish-speaking country does not comply with the academic goals and mission of the Spanish section.

The Spanish section encourages students to choose programs that build on previous language study. In order to be better prepared for academic work in Spanish, we recommend that students take a writing course in Spanish (010, 011, 022, 023) at Swarthmore prior to going abroad.

Upon returning from abroad, majors or minors must enroll in an advanced literature course in the section.

## Courses

Students wishing to major in Spanish should plan their program in consultation with the department. Spanish is the only language used in class discussions, readings, and assignments in all courses, except in LITR courses. Students must have taken SPAN 022 or 023 before they can take an advanced literature or film course in Spanish unless they receive special permission from the instructor. Courses numbered 50 to 89 belong to the same level of complexity, requiring the same level of preparation. The numbering does not imply a sequence.

### SPAN 001–002. Intensive First Year of Spanish
*Students who start in the SPAN 001/002 sequence must complete SPAN 002 to receive credit for SPAN 001.*

*Note:* SPAN 001 is offered in the fall semester only. Students must take SPAN 001 before proceeding to SPAN 002. This course is intended for students who begin Spanish in college. The first year of Spanish is designed to encourage the development of communicative proficiency through an integrated approach to the teaching of all four language skills—listening and understanding, reading, writing, and speaking. It also fosters awareness of the Spanish-speaking world through authentic cultural materials (films, music, news) and information, thus deepening the student's living understanding of the multi-faceted Spanish-speaking world.

1.5 credits.

### SPAN 001.
Offered each fall.

1.5 credits.

Fall 2012. Camacho de Schmidt, Chindemi Vila.

## MLL: Spanish

**SPAN 002.**
Offered each spring.

1.5 credits.

Spring 2013. Sendra Ferrer, Chindemi Vila.

### SPAN 002B. Intensive Spanish for Advanced Beginners

SPAN 002B is intended for those students who have had at least a year of Spanish but have not yet attained the level of SPAN 003. This intensive, accelerated course covers the materials of SPAN 001 / SPAN 002 in one semester, allowing for the review of basic concepts learned in the past. It encourages development of communicative proficiency through an interactive task-based approach, and provides students with an active and rewarding learning experience as they strengthen their language skills and develop their cultural competency. Engaging, award-winning short-subject films from various Spanish-speaking countries are integrated into the lessons, serving as springboards for the vocabulary, grammar, and cultural topics presented. After completing this course, students will be prepared to take SPAN 003 and further advanced courses.

Offered each fall.

1.5 credits.

Fall 2012. Sendra Ferrer, Vargas.

### SPAN 003. Intensive Intermediate Spanish

SPAN 003 is an intensive third semester Spanish course for students who seek to develop fluency and accuracy in order to express, interpret, and negotiate meaning in context. The course presents a functionally sequenced grammar review and expansion that builds on basic concepts. Special emphasis will be placed on the basic skills—listening, speaking, reading, and writing—as building blocks toward proficiency and communication.

Offered each semester.

1.5 credits.

Fall 2012. Sendra Ferrer, Chindemi Vila, Vargas.

Spring 2013. Guardiola, Vargas.

### SPAN 004. Intensive Advanced Spanish

This course is designed for students who have already learned the basic aspects of Spanish grammar. Through careful attention given to literary texts, films, and cultural media, the students develop further their writing and oral skills in Spanish. The course focuses on providing myriad opportunities for students to integrate an advanced understanding of grammar with communication-oriented activities, therefore allowing for the expression of advanced concepts and ideas in speech and writing that will enable students to take upper-level Spanish courses in literature and culture.

Offered each semester.

1.5 credits.

Fall 2012. Martínez, Vargas.

Spring 2013. Martínez, Vargas.

### SPAN 006A. Spanish Communication Workshop

An exciting course that effectively stimulates lively conversational Spanish. This course meets once a week for 1.5 hours; the class will be divided into small groups to facilitate discussion. The aim of the course is for the student to acquire well-rounded communication skills and socio-cultural competence. The selected materials (newspapers, movies, music, literature, etc.) seek to stimulate students' curiosity and engagement with the ultimate goal of awakening a strong desire to express themselves in the language.

Note: Upon returning from abroad, Spanish majors and minors must enroll in a one-credit Spanish course. This course is not appropriate for native speakers. SPAN 006A can be taken only once.

Prerequisite: SPAN 004 or the equivalent or permission of the instructor.

Offered each semester.

0.5 credit.

Fall 2012, spring 2013. Vargas.

### SPAN 007. Spanish for Heritage Speakers

This course intends to give a grammatical underpinning to the Spanish of students who learned the language at home but have not studied it systematically. The course's secondary objectives include acquiring strategies for vocabulary expansion and identifying English patterns transposed to Spanish structures. Work includes readings, original writing, grammatical exercises, listening to radio, and viewing TV programs and films. Students engage in class discussions, frequent oral presentations, and other creative tasks, while conducting a thorough review of Spanish grammar.

1 credit.

Spring 2013. Valdez.

### SPAN 008. Spanish Composition

Recommended for students who have finished SPAN 004, have received a 5 in the AP/IB exam or want to improve their Spanish written expression at any point during the course of their studies. This is a practical course for writing and rewriting in a variety of contexts, and it will prepare you to be able to begin to write at an academic level of Spanish. Some of the required assignments and writing tasks are

# MLL: Spanish

those that reflect the kind of writing assignments that students of Spanish are asked to write as minors and majors. It includes a review of grammar and spelling, methods for vocabulary expansion, and attention to common errors of students of Spanish living in an English-speaking society.

Prerequisite: SPAN 004 or the equivalent or permission of the instructor.

Writing course.

1 credit.

Fall 2012, spring 2013. Valdez.

## SPAN 010. En busca de Latinoamérica

This course seeks to provide students with a critical understanding of Latin America and to introduce its cultural history. Through a multidisciplinary perspective, we will study the interaction of social, political, ethnic, and gender dynamics and its resulting transformations in Latin America. After a study of pre-European contact and Amerindian civilizations, we will examine critically the moment of contact between the Old and the New World and the ensuing conflicts that characterized the three centuries of colonial rule in Latin America. Later, we will focus on the nation building process and the cultural campaigns of turn-of-the-century elites, the causes and consequences of U.S. interventions, the dilemmas of economic development, the rise of state terror, and the lives of transnational migrants today. Lectures and textbook readings provide a panoramic analysis of complex cultural processes (colonialism, transculturation, modernization, globalization, etc.); documentaries and films provide other points of entry as we think through the processes that have shaped Latin America.

Eligible for LASC credit.

Prerequisite: SPAN 004 or the equivalent or permission of the instructor.

Writing course. Offered each fall.

1 credit.

Fall 2012. Valdez.

## SPAN 011. Culturas de España

Embark on a cultural journey through Spain! Focusing primarily on transcultural and interdisciplinary perspectives, we will explore topics pertaining to all periods of Spanish history, society, culture, literature, politics, art, music, and film. We will devote special attention to contemporary Spanish film and current events. We will study these aspects in relation to different regions (Cataluña, Andalucía, Galicia, País Vasco, and Castilla) and particular cities (Madrid, Barcelona, and Sevilla). We will examine how the medieval concept of Spain ("las Españas") may still apply today with respect to the linguistic,

cultural, ethnic, social, and political diversity within the Iberian Peninsula. Other topics for exploration include migration and the emergence of hybrid identities, including those pertaining to culture, gender, and sexuality. Students will develop advanced skills in speaking, writing, and reading in Spanish.

Prerequisite: SPAN 004 or the equivalent or permission of the instructor.

Writing course. Offered each spring.

1 credit.

Spring 2013. Sendra Ferrer.

## SPAN 022. Introducción a la literatura española

This course covers representative Spanish works from medieval times to the present. Works in all literary genres will be read to observe times of political and civic upheaval, of soaring ideologies and crushing defeats that depict the changing social, economic, and political conditions in Spain throughout the centuries. Each reading represents a particular literary period: middle ages, renaissance, baroque, neo-classicism, romanticism, realism, naturalism, surrealism, postmodernism, etc. Emphasis on literary analysis to introduce students to further work in Spanish literature.

Prerequisite: SPAN 004 or the equivalent or permission of the instructor.

Writing course. Offered each fall.

1 credit.

Fall 2012. Guardiola.

## SPAN 023. Introducción a la literatura latinoamericana

At a time when critics question the concept of national literatures, is it possible to speak of the literary production of an entire continent as a unit? This course is built on the presupposition that Latin American countries, despite their differences, share a common experience in their birth through conquest and colonization; the chaos of their post-independence periods; the stratification of their societies along lines of race, class, and gender; their struggle for democracy, modernization, and equality; and their complex relationship with the United States, especially during the Cold War. Literature reflects this history and has been part of its making. In this course, we read a selection of poetry, narratives, and essays among the many texts that give meaning to the Latin American experience. Throughout the semester, we remain engaged in mastering the Spanish language, especially in writing.

Eligible for LASC credit.

Prerequisite: SPAN 004 or the equivalent or permission of the instructor.

Writing course. Offered each spring.

# MLL: Spanish

1 credit.

Spring 2013. Camacho de Schmidt.

## SPAN 024A. Foreign Language Teaching and Pedagogy

(Cross-listed as EDUC 072)

This course has two elements that are developed together throughout the course of the semester. Students can serve the Swarthmore community by teaching a foreign language to local elementary school students in an after-school program that meets two times/week. Students must teach for the entire 6-week session, two days per week (M/W or T/Th). During the evening pedagogy sessions held on campus, we will discuss writing weekly lesson plans, foreign language acquisition in children, teaching methodologies and approaches. We use a common goal-oriented curriculum among all the languages. Students must register for the language or educational studies course that they will be teaching and for a service time (A) M/W or (B) T/Th.

Offered each semester.

0.5 credit.

Fall 2012, spring 2013. Staff.

## SPAN 055. La comida, los deportes y la música en el Caribe hispánico

This course will explore the Hispanic Caribbean experience through food, sports, and music. Their artistic and literary representations offer vital insights into the political, economic, and cultural history of Cuba, Puerto Rico and the Dominican Republic, as into the experiences of Spanish-Caribbean diasporic communities. This thematic approach will offer rich material for reflection on representations of patriarchy, gender roles, sexuality, race, and class in the popular culture of these island societies.

1 credit.

Spring 2014. Valdez.

## SPAN 060. Memoria e identidad

This course will focus on memory making as an identity-building agent. We will study literary texts, films and other cultural artifacts to commemorate the silenced voices of the past. We will study the work of several Spanish authors, film directors and intellectuals of the last decades, who try to recover the silenced voices of the past in an effort to contest the "rhetoric of amnesia," so persistent in the early transition to democracy in Spain. Special emphasis will be placed on the role of memory in literary, film and cultural narratives to build national identity.

1 credit.

Fall 2013. Guardiola.

## SPAN 061. El "otro" en la literatura y la cultura

An examination of the various manifestations of the "other" in works of Gómez de Avellaneda, Pardo Bazán, Pérez Galdós, Unamuno, Lorca, Matute, Riera and other Spanish writers and artists of the last two centuries. We will study different aspects of history, culture, religion, gender, and language. Separate materials will cover theoretical and critical aspects of the works.

1 credit.

Spring 2013. Guardiola.

## SPAN 063. Cine contemporáneo español

This course will examine Spanish film from the 1930's until recent trends. Class, gender, race, sexuality, regional and national identity representations will be analyzed to question and revise the traditional notion of an hegemonic, centralist 'Spanish/Castilian' culture. The films of the transition period (1976–82), basically concerned with recuperating a historical past, denied or distorted during the dictatorship, release the radical transformation of contemporary Spanish cinema regarding questions of national identity, sexuality and gender relations. Films will be read as manifestations of movements such as surrealism, social realism, etc. in connection with different historical moments (Civil War, Postwar, transition to democracy, postmodernism). Eligible for FMST credit.

1 credit.

Fall 2012. Guardiola.

## SPAN 064. Barcelona Noir: policías y detectives en la narrativa peninsular del siglo XIX y XX

Today the noir genre enjoys undeniable success in popular culture: TV shows, novels, movies… But why such an irresistible attraction? This course seeks to understand the seductiveness of the noir while analyzing its characteristics and exploring Spanish culture in the city of Barcelona. We will work through different mediums: novels, movies, photography, architecture, and comics, to understand its cultural intersections, gendered practices and urban representations.

1 credit.

Fall 2013. Sendra Ferrer.

## SPAN 068. Erase una vez…Cuentos para siempre

This course will focus on short stories by Spanish writers. By close readings and theoretical support we will study different texts from a myriad of styles and themes that include gender relations, love, children, the work setting, literature, the human being, and many more. The focus in text selection will be

# MLL: Spanish

diversity, technique and style. Short stories by Emilia Pardo Bazán, Leopoldo Alas "Clarín," Caterina Albert, Mercé Rodoreda, Rosa Chacel, Ignacio Aldecoa, Lourdes Ortíz amongst others.

1 credit.

Spring 2014. Guardiola.

### SPAN 076. La novela latinoamericana

This course will trace the development of the Latin American novel through the works of canonical and non-canonical writers. Authors will include: Gabriel García Márquez (Colombia), Alejo Carpentier (Cuba), Mario Vargas Llosa (Perú), Manuel Puig (Argentina), Luis Zapata (México), Mayra Santos-Febres (Puerto Rico) and Julia Álvarez (República Dominicana), among others. Special attention will be given to the presentation of the readings within their socio-historical contexts. Therefore, political and cultural issues will be of primary interest.

Eligible for LASC credit.

1 credit.

Spring 2013. Martínez.

### SPAN 081. Movimientos sociales, literatura y migración en México

The 1910 Revolution defined Mexico's 20th century, and produced an artistic and literary explosion. The revolutionary pact between government and people, however, was seriously eroded in moments like 1968, with the violent repression of the student movement; in 1985, with the authorities' failure to respond to the effects of a major earthquake; and in 1994, with the Indigenous Zapatista insurrection. In the 1990s a historical record-breaking level of out-migration led many to question the viability of the Mexican State. Mexican literature does more than merely reflect the social movements that accompany these large-scale events. In this course we read novels, poetry and essays (chronicles), analyzing the way in which these texts interrogate history and express the aspirations of popular struggles. Authors may include Anzaldúa, Azuela, Garro, Castellanos, Castillo, Fuentes, Revueltas, Leñero, Poniatowska, Monsiváis, Pacheco, and the Subcomandante Insurgente Marcos.

Eligible for LASC credit.

1 credit.

Fall 2012. Camacho de Schmidt.

### LITR 069S. Building Barcelona

This course seeks to examine the physical and cultural construction of Barcelona through the ways it has been understood across artistic mediums, social and historical periods, and political spectrums, especially along its margins. Taking the approach of Cultural Studies, a concept that we will also try to define, this course explores some of the tensions between modernization projects and cultural production during the twentieth and twenty-first centuries, examining representations of the city in literature (poetry and prose), maps, film, and photography.

1 credit.

Spring 2013. Sendra Ferrer.

### LITR 075S. Borges: Aesthetics & Theory

Jorge Luis Borges is one of the most influential writers of the twentieth century. He devoted his entire life to literature, as a writer but also as an irreverent reader. Hated or held dear, Borges is incessantly quoted. In his texts Borges not only anticipated but also discussed the major topics of contemporary literary theory: the theory of intertextuality, the limits of the referential illusion, the relationship between knowledge and language, and the dilemmas of representation and of narration.

We will explore how Borges fictionalized these theoretical problems without ever allowing the development of the tale to lose its aesthetic brilliance. We will also read Borges as a universal writer working inside all the cultural traditions, and also as a writer who seeks to reinvent the history and the traditions of his own country.

1 credit.

Fall 2012. Martínez.

## Seminars

Students wishing to take seminars must have completed at least one course in Spanish numbered 030 or above. Students are admitted to seminars on a case-by-case basis by the instructor according to their overall preparation.

### SPAN 108. Jorge Luis Borges

This seminar focuses on Jorge Luis Borges, one of the most influential writers of the 20th century. He devoted his entire life to literature, as a writer but also as an irreverent and subversive reader. None of his lines, none of his declarations happened inadvertently. Hated or held dear, Borges is incessantly quoted. The objective of this course is to read Borges from the double perspective required by his worldwide fame: as a universal writer who transcends national borders, and as a writer to seek to reinvent the history and the traditions of his own country.

Eligible for LASC credit.

2 credits.

Fall 2013. Martínez.

### SPAN 109. Elena Poniatowska, la hija de México

This feminist woman of aristocratic origin is Mexico's daughter. She arrived in her mother's country from the South of France as a nine-year

# MLL: Spanish

old, fleeing World War II. There, she listened deeply to the myriad voices of Mexico City and set out to give them literary expression. In her novels, short stories, testimonies, chronicles, and essays Elena Poniatowska witnesses 50 years of Mexican life. Her signature trait is the fascination and respect she has for her subjects, whether they are celebrities, peasants, prisoners, artists, servants, or street children. Her alliance with the poor has placed her in controversial political positions. The power of her prose—humorous, tender, passionate, sober, always luminous—may present a suffering Mexico to the world, but also one in love with images, color, words, struggle, and life.

Eligible for LASC credit.

2 credits.

Spring 2013. Camacho de Schmidt.

## Spanish Courses Not Currently Offered

SPAN 057. El Caribe hispánico a través de la literatura, la música y el cine

SPAN 066. Escritoras españolas. Una voz propia

SPAN 067. La guerra civil en la literatura y el cine

SPAN 070. Género y sexualidad en Latinoamérica

SPAN 072. Seducciones literarias-traiciones fílmicas

SPAN 073. El cuento latinoamericano

SPAN 082. Un siglo de canto: poesía latinoamericana contemporánea

SPAN 083. El tirano latinoamericano en la literatura

SPAN 084. Los niños en la literatura latinoamericana

SPAN 085. La edad del tiempo: Carlos Fuentes y su obra

SPAN 104. La voz de la mujer a tráves de los siglos

SPAN 105. Federico García Lorca

SPAN 106. Visiones narrativas de Carlos Fuentes

SPAN 107. Héroes y villanos: el siglo XIX español y la democratización literaria

SPAN 110. Política y poética: los mundos de Pablo Neruda, Octavio Paz y Ernesto Cardenal

LITR 070SA. The Persistent Power of Central American Literature

LITR 071S. Latin American Society Through Its Novel (Cross-listed as SOAN 024C)

LITR 072S. Women's Testimonial Literature of Latin America

LITR 073S. La Frontera: The Many Voices of the U.S.-Mexico Border

LITR 076S. Latino and Latin American Sexualities

# Music and Dance

**Music**
GERALD LEVINSON, Professor of Music
MICHAEL MARISSEN, Professor of Music [3]
JOHN ALSTON, Associate Professor of Music
BARBARA MILEWSKI, Associate Professor of Music and Chair
THOMAS WHITMAN, Associate Professor of Music
JONATHAN KOCHAVI, Assistant Professor of Music (part time)
JANICE HAMER, Visiting Associate Professor of Music (part time)
ANDREW HAUZE, Associate in Performance
ANDREW SHANEFIELD, Associate in Performance (part time)
MARCANTONIO BARONE, Associate in Performance (part time)
I NYOMAN SUADIN, Associate in Music and Dance Performance
BERNADETTE DUNNING, Administrative Coordinator
SUSAN GROSSI, Administrative Assistant

**Dance**
SHARON E. FRIEDLER, Professor of Dance, Director of the Dance Program [3]
KIM D. ARROW, Associate Professor of Dance (part time)
PALLABI CHAKRAVORTY, Associate Professor of Dance, Acting Director
JUMATATU POE, Assistant Professor of Dance (part time)
JON SHERMAN, Associate in Dance Performance (part time)
C. KEMAL NANCE, Associate in Dance Performance (part time)
LADEVA DAVIS, Associate in Dance Performance (part time)
NI LUH KADEK KUSUMA DEWI, Associate in Dance Performance (part time)
DOLORES LUIS GMITTER, Associate in Dance Performance (part time)
LEAH STEIN, Associate in Dance Performance (part time)
KUMUDINI LAKHAI, Julien and Virginia Cornell Visiting Professor
MICHELE TANTOCO, Visiting Associate in Dance Performance (part time)
JENNIFER CHIPMAN BLOOM, Visiting Associate in Dance Performance (part time)
HANS BOMAN, Dance Accompanist
BERNADETTE DUNNING, Administrative Coordinator
SUSAN GROSSI, Administrative Assistant
TARA WEBB, Costume Shop Supervisor and Arts Administration Intern

---

[3] Absent on leave, 2012–2013.

---

## Music

The study of music as a liberal art requires an integrated approach to theory, history, and performance, experience in all three fields being essential to the understanding of music as an artistic and intellectual achievement. Theory courses train students to understand and hear how compositions are organized. History courses introduce students to methods of studying the development of musical styles and genres and the relationship of music to other arts and areas of thought. The department encourages students to develop performing skills through private study and through participation in the chorus, gamelan, jazz ensemble, orchestra, wind ensemble, and the Fetter Chamber Music Program, which it staffs and administers.

The department assists instrumentalists and singers to finance the cost of private instruction. (See "Individual Instruction" under the heading "Credit for Performance.")

## The Academic Program

### Course Major

The music major curriculum normally includes the following components. However, we welcome individualized proposals, which will be evaluated and approved on the basis of consultations with the music faculty. We continue to emphasize the importance of depth and mastery of musical skills and understanding, and we also recognize the value of studying the diversity of musical cultures.

A. ***Required.*** 5 courses in harmony and counterpoint plus musicianship sections (MUSI 040). MUSI 040 may be taken for 0.0 or 0.5 credit at the student's option.

- MUSI 011 and 040A
- MUSI 012 and 040B
- MUSI 013 and 040C
- MUSI 014 and 040D
- MUSI 115

# Music and Dance

**B. *Required.*** 4.5 courses in Music History and Literature:

- MUSI 020 (Medieval and Renaissance)
- MUSI 094 (Senior Research Topics in Music)

**plus at least three of the following:**

- MUSI 021 (Baroque and Classical)
- MUSI 022 (19th-Century Europe)
- MUSI 023 (20th Century)
- Any other history course numbered above 023
- Courses with lower course numbers in areas such as Jazz or World Music, including extra or higher-level work, with approval of the instructor.

***Course Majors are strongly advised to take 5 history courses if possible.***

**C. *World Traditions Component.*** This requirement may be fulfilled in either of two ways:

- One of the 4.5 course listed in category B, above, in Music History and Literature is to be a course in non-Western traditions numbered above 023; OR
- Two semesters of participation in the Gamelan, Taiko, or Dance/Drum ensembles. (This also helps fulfill the ensemble requirement in category D, below).

**D. *Additional Requirements for Course Majors:***

- Keyboard skills
- Score reading or MUSI 018: Conducting and Orchestration
- Department ensemble for at least four semesters
- Senior comprehensive examination (MUSI 094, 0.5-credit course)

**The following is a description of these additional requirements:**

***Keyboard skills.*** This program is designed to develop keyboard proficiency to a point where a student can use the piano effectively as a tool for studying music. Students learn to perform repertoire and, in addition, play standard harmonic progressions in all keys. The department offers a free weekly private lesson to any student enrolled in a Harmony and Counterpoint numbered 011 or higher who needs work in this area and requires it of all students in MUSI 012. Music majors and minors who have completed the theory sequence but who need further instruction are still eligible. No academic credit is given for these lessons. All music majors are expected to be able to perform a two-part Invention of J. S. Bach (or another work of similar difficulty) by their senior year.

***Score reading.*** By the end of their senior year, all majors are expected to be able to read an orchestral score that includes c-clefs and some transposing instruments. Students may take MUSI 018 (Conducting and Orchestration) to satisfy this requirement.

***Department ensemble.*** The department requires majors and minors to participate in any of the departmental ensembles (Orchestra, Chorus, Wind Ensemble, Jazz Ensemble, and Gamelan). We also recommend that students participate in other activities, such as playing in Chamber Music ensembles or seeking out service-learning experiences that incorporate music.

***Comprehensive examination.*** During their senior year, majors in the Course Program will take the departmental comprehensive examination, which normally consists of the study of a single musical work (selected in advance by the student, subject to the approval of the department) which demonstrates skills in the three areas of analysis, historical research, and performance. Majors in course will enroll in MUSI 094 (Senior Research Topics in Music) in the spring semester of their senior year to help them prepare for their senior comprehensive examination.

## Course Minor

***Required.*** At least two courses in harmony and counterpoint plus musicianship sections (MUSI 040):

- MUSI 011 and 040A
- MUSI 012 and 040B

***Required.*** At least two courses in music history and literature:

- MUSI 020 (Medieval and Renaissance)
- MUSI 021 (Baroque and Classical)
- MUSI 022 (19th-Century Europe)
- MUSI 023 (20th Century)
- Another history course numbered above 023 (or a lower-level history course, with approval of the faculty)

***Required.*** At least one of the following:

- Harmony and counterpoint (MUSI 013 or higher)
- Upper-level history course
- MUSI 019 (Composition)

***Additional Requirements***

- Department ensemble for at least two semesters; and at least one of the following, subject to departmental approval of a written proposal:
- Keyboard skills
- Service-learning project in music
- Senior recital
- Special project in music

# Music and Dance

## Honors Major

***Summary:*** The music major in honors is identical to the music major in course in its prerequisites, required coursework, and requirements for keyboard skills, score reading, and Department Ensemble membership. The honors major differs in that there is no senior comprehensive exam. Instead, honors majors do three honors preparations in music.

### Three Honors Preparations

- **Music theory.** A 2-credit honors preparation in music theory is normally based on MUSI 015 in combination with one lower-level harmony and counterpoint course.

- **Music history.** A 2-credit honors preparation in music history may be based on any music seminar numbered 100 or higher or on any other music history course when augmented by concurrent or subsequent additional research, directed reading, or tutorial, with faculty approval.

- **Elective** (may be based on any of the following):

- At least two semesters of MUSI 019 (Composition)

- An additional preparation in another area of music history

- A senior honors recital

A 2-credit senior honors recital preparation is available to only students who have distinguished themselves as performers. It is, therefore, limited to those who have won full scholarships through MUSI 048. Students who wish to pursue this option must follow all of the steps listed in the departmental guidelines for senior recitals (see department website) and obtain approval of their program from the music faculty during the semester preceding the proposed recital. They should register for MUSI 099: Senior Honors Recital. This full credit, together with at least another full credit of relevant coursework in music, will constitute the 2-credit honors preparation. One faculty member will act as head adviser on all aspects of the honors recital. As part of the honors recital, the student will write incisive program notes on all of the works to be performed. This work will be based on substantive research—including analytical as well as historical work—and will be overseen by one or more members of the music faculty.

Students are encouraged to propose honors preparations in any areas that are of particular interest, whether or not formal seminars are offered in those areas. The music faculty will assist in planning the most appropriate format for these interests.

### Thesis / Culminating Exercise

Oral examinations are given for all honors preparations in music. Written examinations, in addition to oral examinations, are given only for those preparations based on courses or seminars.

## Honors Minor

***Required.*** Four courses in harmony and counterpoint plus musicianship sections (MUSI 040):

- MUSI 011 and 040A
- MUSI 012 and 040B
- MUSI 013 and 040C
- MUSI 014 and 040D

***Required.*** Two courses in music history and literature:

- MUSI 020 (Medieval and Renaissance)
- MUSI 021 (Baroque and Classical)
- MUSI 022 (19th-Century Europe)
- MUSI 023 (20th Century)
- Another history course numbered above 023

One honors preparation

- Music theory, music history, or elective

**The possibilities for preparations are the same as those listed above for major in the Honors Program.**

***Additional Requirements, same as for course minors.***

- Departmental ensemble for at least two semesters and at least one of the following, subject to departmental approval:
- Keyboard skills
- Service-learning project in music
- Senior recital
- Special project in music

## Special Major

The department welcomes proposals for special majors involving music and other disciplines. Recent examples include the following:

- Special major in music and education
- Special major in enthnomusicology

Other special majors are possible. For more information, contact the department chair.

## Application Process Notes for the Major or the Minor

We do not have a minimum grade-point average (GPA) for admission as a major or minor. In its place is a consensus of music faculty that the student can do good work in the discipline. The situation is perhaps more complex in music than in other fields because we think that a major (or minor) should have basic musical as well as purely intellectual abilities, not all of which can be measured by a GPA. We do consider the likelihood of a student's passing the Comprehensive

# Music and Dance

Examination. Students applying for admission as majors in the Honors Program should have done exceptionally high-quality work in the department and should have shown strong self-motivation.

**Prerequisites for acceptance into the program: MUSI 011/040A _and_ one Music History course numbered 020 or above.** These courses are strongly recommended for first-year students and should be completed before the junior year. If a student has not completed all of these prerequisites at the time of an application for a major/minor, but has done good work in one or more courses in the department, he or she may be accepted on a provisional basis.

## Off Campus Study/Language Study

Students are encouraged to seek possibilities for off campus study, in accordance with their particular interests, in consultation with the music faculty and the off-campus study adviser.

Students are advised that many graduate programs in music require a reading knowledge of French and German.

## Additional Resources

A unique resource of the department is its ensemble in residence, Orchestra 2001, directed by Professor Emeritus James Freeman. This nationally renowned ensemble offers an annual concert series at the College, focusing on contemporary music. The series features distinguished soloists and often includes advanced Swarthmore students in its concerts.

_Special scholarships and awards in music include the following (see Distinctions, Awards, and Fellowships):_

    The Renee Gaddie Award

    Music 048 Special Awards

    The Boyd Barnard Prize

    The Peter Gram Swing Prize

    The Melvin B. Troy Prize in Music and Dance

## Credit for Performance

_Note: All performance courses are for half-course credit per semester. No retroactive credit is given for performance courses._

### Individual Instruction (MUSI 048)
Academic credit and subsidies for private instruction in music are available to students at intermediate and advanced levels. Subsidies for students at the beginning level, without academic credit, are also available. For further details, consult the MUSI 048 guidelines on the Music Program website.

## Orchestra, Chorus, Wind Ensemble, Gamelan, Chamber Music, Jazz Ensemble

Students may take Performance Chorus (MUSI 043), Performance Orchestra (MUSI 044), Performance Jazz Ensemble (MUSI 041), Performance Wind Ensemble (MUSI 046), Performance Chamber Music (MUSI 047), or Performance Gamelan (MUSI 049A) for credit with the permission of the department member who has the responsibility for that performance group. The amount of credit received will be a half-course in any one semester. Students applying for credit will fulfill requirements established for each activity (i.e., regular attendance at rehearsals and performances and participation in any supplementary rehearsals held in connection with the activity). Students are graded on a credit/no credit basis.

Students wishing to take Chamber Music (MUSI 047) for credit must submit to the chamber music coordinator at the beginning of the semester a proposal detailing the repertory of works to be rehearsed, coached, and performed during the semester. It should include the names of all student performers and the proposed performance dates, if different from the Elizabeth Pollard Fetter Chamber Music Program performance dates. One semester in a Department Ensemble is a prerequisite or co-requisite for each semester of MUSI 047. This applies to all students in each Fetter Chamber group. It is expected that Fetter students in Department Ensembles will play the same instrument/voice in both activities.

A student taking MUSI 047 for credit will rehearse with his or her group or groups at least 2 hours every week and will meet with a coach (provided by the department) at least every other week. All members of the group should be capable of working well both independently and under the guidance of a coach. It is not necessary for every person in the group to be taking MUSI 047 for credit, but the department expects that those taking the course for credit will adopt a leadership role in organizing rehearsals and performances. Note: MUSI 047 ensembles do not fulfill the ensemble requirement for lessons under MUSI 048.

## Courses and Seminars

### Introductory Courses without Prerequisite

### MUSI 001. Introduction to Music
This course is designed to teach intelligent listening to music by a conceptual rather than historical approach. Although it draws on examples from popular music and various non-Western repertories, the course focuses primarily on the art music of Europe and the United States. Prior musical training is not

# Music and Dance

required. It is assumed that MUSI 001 students will not know how to read music. This course is taught with little or no use of musical notation.

1 credit.

Not offered 2012–2013.

## MUSI 002B. How to Read Music

An introduction to the elements of music notation, theory (clefs, pitch, and rhythmic notation, scales, keys, and chords), sight singing, and general musicianship. Recommended for students who need additional preparation for MUSI 011 or to join the College chorus.

1 credit.

Fall 2012. Whitman.

## MUSI 003. Jazz History

This course traces the development of jazz from its roots in West Africa to the free styles of the 1960s. The delineation of the various styles and detailed analysis of seminal figures are included. Emphasis is on developing the student's ability to identify both style and significant musicians.

1 credit.

Not offered 2012–2013.

## MUSI 003A. Jazz Today: USA, Europe & the African Heritage

An overview of current streams of Jazz from 1980 until today. The course will include listening to, discussing and experiencing the music "live" through Hans Lüdemann and special guests. Jazz has evolved from its Afro-American origins into a universal art form, practiced by musicians around the globe. How Jazz has managed to continually develop by incorporating elements from all cultures is one of the secrets to explore; another is the art of improvisation. We will look at a wide and colorful range of music from Hiphop to Free Jazz—including relating back to Africa.

1 credit.

Not offered 2012–2013.

## MUSI 004A. Opera

Combine great singing with the vivid colors of an orchestra, with acting and theater, with poetry, dance, painting, spectacle, magic, love, death, history, mythology, and social commentary, and you have opera: an art of endless fascination. This course will survey the history of opera (from Monteverdi through Mozart, Wagner, and Verdi to Gershwin and Stravinsky), with special emphasis on and study of scenes from selected works.

1 credit.

Fall 2012. Milewski.

## MUSI 004B. The Symphony

This course will examine the history of the symphony from its beginnings in music of the late Baroque period to the end of the 20th century. We will examine a number of important symphonic works by such composers as Haydn, Mozart, Beethoven, Berlioz, Brahms, Chaikovsky, Mahler, Shostakovich, and Gorecki in order to discuss issues of genre, form, and performance forces in the context of shifting historical and social trends.

1 credit.

Not offered 2012–2013.

## MUSI 005A. Introduction to the Study of World Music

This course will introduce students to the study of "world music" (which has most recently come to mean "any and all music") through the lens of ethnomusicology. The course will survey the history and methods of ethnomusicology, and will introduce students to important musical traditions from Africa, Asia, the Middle East, the Americas and elsewhere. Course work will include lectures; discussions; reading, listening, and writing assignments; in-class, hands-on lecture-demonstrations given by the instructor and various guest artists. Readings will draw from textbooks, ethnographies, and journals, touching on both older and more recent work in the field.

Through consultation with the instructor, music majors may count this course toward their music history requirement.

1 credit.

Not offered 2012–2013.

## MUSI 006. The Arts as Social Change

(Cross-listed as DANC 004)

This course aims to bring together students with an interest in investigating and investing in social change work through the arts. Our seminar community will engage in discussion of readings and video viewings, will host and visit local leaders from the arts and social change movement, and will engage in fieldwork opportunities as required parts of the course. Papers, journals, and hands-on projects will all be included.

This course fulfills a prerequisite requirement for dance major and minors.

Eligible for PEAC credit.

1 credit.

Not offered 2012–2013.

## MUSI 006B. Music of the Holocaust and World War II Era

This course will explore the various contexts and motivations for music making during the Holocaust and World War II era. In the

# Music and Dance

universe of the Nazi ghettos and concentration camps, music was a vehicle for transmitting political rumors, controversies, stories, and everyday events as well as a form of spiritual resistance. In the broader context of war, it was used for political and nationalist agendas. This course will draw on a wide range of music, from folk songs and popular hit tunes to art music intended for the concert stage.

1 credit.

Not offered 2012–2013.

### MUSI 007A. W.A. Mozart

Study of Mozart's compositions in various genres and of interpretive problems in Mozart biography. Prior musical training is not required. It is assumed that MUSI 007A students will not know how to read music. This course is taught with little or no use of musical notation. Students with a musical background may nonetheless find the class interesting.

1 credit.

Not offered 2012–2013.

### MUSI 007B. Beethoven and the Romantic Spirit

An introduction to Beethoven's compositions in various genres. We will consider the artistic, political, and social context in which he lived and examine his legacy among composers later in the 19th century (Berlioz, Chopin, the Schumanns, Brahms, Wagner, and Mahler).

Writing course.

1 credit.

Spring 2013. Whitman.

### MUSI 008B. Anatomy for Performers: Bones, Muscles, Movement

(See DANC 008)

0.5 credit.

Not offered 2012–2013.

### MUSI 009A. Music and Mathematics

This course will explore the basic elements of musical language from a scientific and mathematical perspective. We will work collaboratively to uncover relationships and features that are fundamental to the way that music is constructed. Although intended for science, mathematics, engineering, and other mathematically minded students, the course will introduce all necessary mathematics; no specific background is required. Some knowledge of musical notation is helpful but not required. This course provides the necessary background to enable students to enroll in MUSI 011.

1 credit.

Not offered 2012–2013.

### MUSI 077. Rhythm, Drumming, Cultures

(See DANC 077)

1 credit.

Not offered 2012–2013.

## Theory and Composition

Students who anticipate taking further courses in the department or majoring in music are urged to take MUSI 011 and 012 as early as possible. Advanced placement is assigned on a case-by-case basis, after consultation with the theory and musicianship faculty. Majors will normally take MUSI 011 to 015.

### MUSI 011.01. Harmony, Counterpoint, and Form 1

This course will provide an introduction to tonal harmony and counterpoint, largely as practiced in 18th- and 19th-century Europe. Topics include simple counterpoint in 2 parts, harmonization of soprano and bass lines in four-part textures, systematic study of common diatonic harmonies, features of melody and phrase, and the Blues.

Prerequisites: Knowledge of traditional notation and major and minor scales; ability to play or sing at sight simple lines in treble and bass clef.

All MUSI 011 students must register for an appropriate level of MUSI 040A for 0 or 0.5 credit.

Keyboard skills lessons may also be required for some students.

1 credit.

Fall 2012. Whitman.

### MUSI 011.02. First-Year Seminar: Harmony, Counterpoint, and Form 1

This seminar will provide an introduction to tonal harmony and counterpoint, largely as practiced in 18th- and 19th-century Europe. Topics include simple counterpoint in 2 parts, harmonization of soprano and bass lines in four-part textures, systematic study of common diatonic harmonies, features of melody and phrase, the Blues, and classical theme and variation techniques. Certain examples for analysis will be drawn from current repertoire of the College Orchestra, Chorus, and Jazz Ensemble.

Prerequisites: Knowledge of traditional notation and major and minor scales; ability to play or sing at sight simple lines in both treble and bass clef.

All MUSI 011 students must register for an appropriate level of MUSI 040A for 0 or 0.5 credit.

Keyboard skills lessons may also be required for some students.

1 credit.

Not offered 2012–2013.

# Music and Dance

## MUSI 012. Harmony, Counterpoint, and Form 2

This course will provide continued work on tonal harmony and counterpoint, largely as practiced in 18th- and 19th-century Europe. Topics include two-voice counterpoint, harmonization of soprano and bass lines in four-part textures, phrase structure, small and large scale forms, modulation and tonicization, and analysis using prolongational reductions. We will also study minuet form in detail, culminating in a final composition project.

All MUSI 012 students must register for an appropriate level of MUSI 040B for 0 or 0.5 credit.

Keyboard skills lessons are required for all students in MUSI 012.

1 credit.

Spring 2013. Whitman.

## MUSI 013. Harmony, Counterpoint, and Form 3

Continues and extends the work of Music 12 to encompass an expanded vocabulary of chromatic tonal harmony, based on Western art music of the 18th and 19th centuries. The course includes analysis of smaller and larger works by such composers as Bach, Mozart, Beethoven, Schubert, Chopin, Liszt, Brahms, and Wagner; in-depth study of such large-scale topics as sonata form; and written musical exercises ranging from harmonizations of bass and melody lines to original compositions in chorale style.

All MUSI 013 students must register for an appropriate level of MUSI 040C for 0 or 0.5 credit.

Keyboard skills lessons may also be required for some students.

1 credit.

Fall 2012. Levinson.

## MUSI 014. Harmony, Counterpoint, and Form 4

This course provides continued work in chromatic harmony and 18th-century counterpoint, largely as practiced in Europe. It will primarily take the form of a literature survey. For the first half of the semester, our focus will be on short pieces; during the second of the semester we will study keyboard fugues and other larger-scale works. This course includes a service-learning project.

All MUSI 014 students must register for an appropriate level of MUSI 040D for 0 or 0.5 credit.

Keyboard skills lessons may also be required for some students.

1 credit.

Spring 2013. Levinson.

## MUSI 017. Jazz Theory

A course designed for the analysis of the harmonic structures of jazz repertoire. This is neither an improvisation nor a performance course.

Prerequisites: MUSI 012 or instructor approval. Basic keyboard skills and fluency on an instrument are required.

1 credit.

Not offered 2012–2013.

## MUSI 018. Conducting and Orchestration

This course approaches the understanding of orchestral scores from a variety of perspectives. We will study techniques of orchestration and instrumentation, both in analysis of selected works, and in practice, through written exercises. The history, and philosophy of conducting will be examined, and we will work to develop practical conducting technique. Score reading, both at the piano and through other methods, will be practiced throughout the semester.

Prerequisite: MUSI 012, or permission of the instructor.

1 credit.

Spring 2013. Hauze.

## MUSI 019. Composition

Repeatable Course.

Prerequisite: permission of the instructor.

1 credit.

Fall 2012 and spring 2013. Levinson.

## MUSI 061. Jazz Improvisation

A systematic approach that develops the ability to improvise coherently, emphasizing the Bebop and Hard Bop styles exemplified in the music of Charlie Parker and Clifford Brown.

Prerequisite: Ability to read music and fluency on an instrument.

1 credit.

Not offered 2012–2013.

# History of Music

## MUSI 020. Medieval and Renaissance Music

A survey of European art music from the late Middle Ages to the 16th century. Relevant extramusical contexts will be considered.

Prerequisite: MUSI 011 or the equivalent.

1 credit.

Not offered 2012–2013.

## MUSI 021. Baroque and Classical Music

This course will survey European art music from the 16th-century Italian madrigal to

# Music and Dance

Haydn's Creation. Relevant extramusical contexts will be considered.

Prerequisite: MUSI 011 or the equivalent.

1 credit.

Not offered 2012–2013.

### MUSI 022. 19th-Century European Music

This survey considers European art music against the background of 19th-century Romanticism and nationalism. Composers to be studied include Beethoven, Schubert, Chopin, Berlioz, Robert and Clara Schumann, Wagner, Verdi, Brahms, Dvorak, Musorgsky, and Chaikovsky.

Prerequisite: MUSI 011 or the equivalent.

1 credit.

Fall 2012. Milewski.

### MUSI 023. 20th-Century Music

A study of the various stylistic directions in music of the 20th century. Representative works by composers from Debussy, Stravinsky, and Schoenberg through Copland, Messiaen, and postwar composers such as Boulez and Crumb, to the younger generation will be examined in detail.

Prerequisite: MUSI 011 or the equivalent.

Writing course.

1 credit.

Spring 2013. Levinson.

### MUSI 030. Music of Asia

An introduction to selected musical traditions from the vast diversity of Asian cultures. Principal areas will include classical music of India, Indonesian gamelan from Bali and Java, ritual music of Tibet, ancient Japanese court music, Turkish classical music and others. These music will be studied in terms of their technical and theoretical aspects as well as their cultural/philosophical backgrounds. Western musical notation and terminology, including scale types and intervals, will be used. This course fulfills the World Traditions component of the music major.

Eligible for ASIA credit.

1 credit.

Not offered 2012–2013.

### MUSI 031. Music of Latin America

This course will introduce students to selected musical genres from Central and South America, and the Caribbean, which will be studied for their sound characteristics, as well as their cultural origins and histories. In some cases, musics of the respective immigrant populations in the U.S. will also be discussed. The class will feature some hands-on demonstrations by guest artists and the instructor. Materials and assignments will include audio recordings, videos, journal articles, book chapters, and other writings, mostly drawn from the field of ethnomusicology.

Prerequisite: Knowledge of traditional music notation and major and minor scales.

Recommended, but not required: Knowledge of Spanish.

1 credit.

Not offered 2012–2013.

### MUSI 032. History of the String Quartet

A history of the string quartet from its origins to its development into one of the most prestigious genres of Western classical music. The course will focus on the quartets of Haydn, Mozart, and early Beethoven.

Prerequisite: MUSI 011 or the equivalent.

1 credit.

Not offered 2012–2013.

### MUSI 033. Music of Cuba and Brazil

This course will focus on the collective genius of the folk, traditional, and popular musics of Cuba and Brazil, such as Afro-Cuban and Afro-Brazilian religious music, changüí, son, danzón charanga, son montuno, timba, samba enredo, samba reggae, afoxé, bossa nova, capoeira, maracatú, mangue beat, pagode, and many others. Selected musical genres will be studied for their sounds and formal characteristics, as well as their cultural origins and histories, and occasionally, comparisons will be drawn with musical styles from the U.S., and musics of the respective immigrant populations in the U.S. will be discussed. The class will feature some hands-on demonstrations by guest artists and the instructor. Materials and assignments will include audio recordings, videos, journal articles, textbook chapters, and other writings, mostly drawn from the field of ethnomusicology.

Prerequisite: Knowledge of traditional music notation and major and minor scales.

Recommended, but not required: Knowledge of Spanish or Portuguese.

This course fulfills the world traditions component requirement for the music major.

1 credit.

Not offered 2012–2013.

### MUSI 034. J.S. Bach

Study of Bach's compositions in various genres. For the instrumental music, this involves close consideration of style and signification. For the vocal music, it also involves study of ways Bach's music interprets, not merely expresses, his texts.

This is a lecture and discussion course; see also MUSI 101 (Bach), whose format and content are quite different.

Prerequisite: MUSI 011 or the equivalent.

# Music and Dance

1 credit.

Not offered 2012–2013.

### MUSI 037. Contemporary American Composers

A study of the works and thought of six important American composers. The course will stress intensive listening and will include discussion meetings with each of the composers.

1 credit.

Not offered 2012–2013.

### MUSI 038. Color and Spirit: Music of Debussy, Stravinsky, and Messiaen

A study of 20th-century music focusing on the great renewal of musical expressions, diverging from the Austro-German classic-Romantic tradition, found in the works of these three very individual composers, as well as the connections among them, and the resonance of their music in the work of their contemporaries and successors.

Prerequisite: MUSI 011 or the equivalent.

1 credit.

Not offered 2012–2013.

### MUSI 075. Special Topics in Music Theater

Available to students participating in the study abroad programs coordinated through Swarthmore in France, Ghana, India, Japan, or Poland.

Prerequisites: Consent of the dance program director and the faculty adviser for off-campus study.

1 credit.

Not offered 2012–2013.

### MUSI 091. Introduction to Performing Arts Education: Music

(Cross-listed as EDUC 071)

How do we learn in the performing arts? This course explores a range of performing arts issues confronting educators in theory and practice. While the focus is music, we will also consider dance and theater with the help of guest lecturers. We will look at primary education in the United States, and we will also touch upon some of the ways music is taught to older students, as well as in other cultures. Students will draw upon their own experiences as teachers and learners. The course will culminate in a collaborative teaching project in which our class as a whole will develop and implement a program of performing arts instruction for children in partnership with an urban public school.

While some prior study of music might be helpful, it is not a prerequisite. This course is open to any student who has taken at least one course in either education or music.

Writing course.

1 credit.

Spring 2013. Whitman.

### MUSI 091C. Special Topics (Music Education)

(Cross-listed as EDUC 091C)

With permission of the instructor, qualified students may choose to pursue a topic of special interest in music education through a field project involving classroom or school practice.

Open to any student who has taken at least one course in music.

Available as a credit/no credit course only.

0.5 credit.

Not offered 2012–2013.

### MUSI 092. Independent Study

1 credit.

### MUSI 093. Directed Reading

1 credit.

### MUSI 094. Senior Research Topics in Music

Required of all senior majors as preparation for the senior comprehensive in music.

0.5 credit.

Spring semester.

### MUSI 095. Tutorial

Special work in composition, theory, or history.

1 or 2 credits.

### MUSI 096. Senior Thesis

1 or 2 credits.

### MUSI 099. Senior Honors Recital

Honors music majors who wish to present a senior recital as one of their honors preparations must register for MUSI 099, after consultation with the music faculty. See Honors Program guidelines.

1 credit.

## Seminars

### MUSI 101. J.S. Bach

(Compare with MUSI 034, which is a different offering with a different format, content, and prerequisites.)

Study of Bach's compositions in various genres, examining music both as a reflection of and formative contribution to cultural history.

Prerequisites: MUSI 011 and 012. GMST 001B and RELG 004 or 005B are strongly recommended.

1 credit.

Not offered 2012–2013.

# Music and Dance

## MUSI 102. Color and Spirit: Music of Debussy, Stravinsky, and Messiaen
(See MUSI 038)

Prerequisite: MUSI 013 (concurrent enrollment possible by permission of the instructor).

1 credit.

Not offered 2012–2013.

## MUSI 103. Mahler and Britten
This course is an intensive study of the music of two seminal 20th-century composers. We will consider song cycles by both composers and their connections to larger genres: Mahler's symphonies and Britten's operatic works as well as the *War Requiem*.

Prerequisites: MUSI 011 to 014; a knowledge of German is recommended.

1 credit.

Not offered 2012–2013.

## MUSI 104. Chopin
This course will provide an in-depth historical study of Chopin's music. We will examine the full generic range of Chopin's compositions, taking into account the various socio-cultural, biographical and historical-political issues that have attached to specific genres. Throughout the semester we will also consider such broader questions as: why did Chopin restrict himself almost entirely to piano composition? How might we locate Chopin's work within the larger category of 19th-century musical romanticism? What does Chopin's music mean to us today?

Prerequisites: MUSI 011.

1 credit.

Not offered 2012–2013.

## MUSI 115. Harmony, Counterpoint, and Form 5
Exploration of a number of advanced concepts in music theory including: the study and analytical application of post-tonal theory (including set theory and neo-Riemannian theory), the structure of the diatonic system, applications of theoretical models to rhythm and meter, and geometric models of musical progression.

Prerequisite: MUSI 014.

1 credit.

Fall 2012. Kochavi.

## Performance

*Note:* The following performance courses are for 0.5-course credit per semester.

## MUSI 040. Elements of Musicianship
Sight singing and rhythmic and melodic dictation.

Required for all MUSI 011 to 014 students, with or without 0.5 credit. Also open to other students. The instructor will place students at appropriate levels.

0.5 credit.

Fall 2012 and spring 2013. Hamer.

## MUSI 041. Performance (Jazz Ensemble)
0.5 credit.

Fall 2012 and spring 2013. Shanefield.

## MUSI 043. Performance (Chorus)
0.5 credit.

Fall 2012 and spring 2013. Alston.

## MUSI 044. Performance (Orchestra)
0.5 credit.

Fall 2012 and spring 2013. Hauze.

## MUSI 046. Performance (Wind Ensemble)
0.5 credit.

Fall 2012 and spring 2013. Hauze.

## MUSI 047. Performance (Chamber Music)
(See guidelines for this course earlier.)

0.5 credit.

Fall 2012 and spring 2013. Johns.

## MUSI 048. Performance (Individual Instruction)
Please consult the MUSI 048 guidelines on the Music Program website.

0.5 credit.

Each semester.

## MUSI 049A. Performance (Balinese Gamelan)
Performance of traditional and modern compositions for Balinese Gamelan (Indonesian percussion orchestra). Students will learn to play without musical notation. No prior experience in Western or non-Western music is required. The course is open to all students. Two (2) semesters of this course fulfills the World Traditions Component requirement for the music major.

0.5 credit.

Fall 2012 and spring 2013. Whitman.

## MUSI 049B. Performance (African Dance Repertory Music Ensemble)
Performance of traditional and modern compositions as accompaniment for and collaboration with the development of a dance piece for concert performance.

0.5 credit.

Not offered 2012–2013.

# Music and Dance

**MUSI 050. Performance (Chamber Choir)**
Students in MUSI 050 must also be in MUSI
043: Performance (Chorus).

0.5 credit.

Not offered 2012–2013.

**MUSI 071. Salsa Dance/Drumming**
(See DANC 071)

0.5 credit.

Not offered 2012–2013.

**MUSI 078. Dance/Drum Ensemble**
(See DANC 078)

0.5 credit.

Fall 2012. Osayande and guest artists.

## Dance

At Swarthmore, dance is a global discourse.
Our program focuses on cross-cultural study of
Africa/African Diaspora, Asia (both South and
East), Europe, North America, and Latin
America. The dance and music programs share
an integrated approach to composition, history,
and theory and believe this is central to the
understanding of dance as an artistic and
intellectual inquiry within a liberal arts context.

## The Academic Program

The mission of the program is to offer students
dance experiences that privilege a merging of
embodied practice and history/theory in relation
to more than one situated perspective (those
listed above). Some courses concentrate on one
cultural context only (this is true generally in
history, repertory, and technique). Others put a
variety of perspectives in conversation (first
level composition, some history, some
repertory, and all theory). The role of dance as a
social change agent is also present in
Swarthmore dance offerings. All dance studies
courses engage students in an investigation of
the relationship of dance to other arts and areas
of thought.

Given the program's emphasis on developing
an awareness of the global nature of dance,
study abroad opportunities are seen as a very
useful aspect of a student's undergraduate
dance experience. Such study is especially
encouraged for dance major and minors. Study
abroad dance programs developed by members
of the dance faculty are available in France,
Ghana, India, Japan, Poland, and Northern
Ireland. Dance components are also available in
programs in Spain and Argentina. Social
change engagement is available as an aspect of
study abroad experiences in Ghana, India,
Northern Ireland, and Poland. Additional
information regarding study abroad experiences

is listed below and can also be found on both
the Dance Program and Off-Campus Study
websites.

## Course Major

These prerequisites are strongly recommended
for first and second year students and must be
completed before the junior year. If a student
has not completed all of these prerequisites at
the time of an application for a major, but has
done good work in one or more courses in the
program, the student may be accepted on a
provisional basis.

1. DANC 001, 003, 003A or 004
2. DANC 011. Dance Lab I: Making Dance
3. One dance technique class (in any style) for
academic credit

**Prerequisite credits for majors:**          **2.5**

The program offers three possible areas of
focus for majors; composition, history/theory,
or an individual focus. Students in each area are
required to take Dance 008. Anatomy: Bones,
Muscles, and Movement. Additional course
requirements for each focus are as follows:

*Composition*

DANC 012. Dance Lab II: Making Dance

DANC 013. or 014. Dance Composition
Tutorial or Videography

DANC 20–29 - one course

DANC 30–39 or 70, 75, 76, 77, 77b. or 79 - one
course

DANC 049, 71, 78, one Western and one non-
Western course

DANC 50, 51, 53, 58, 60, or 61 - one or two
courses

*DANC 94 or 95 - one course

**Total credits in focus:**          **6.5–7.5**

*History/Theory*

DANC 20–29 - two courses

DANC 30–39 or 70, 75, 76, 77, 77b. or 79 - two
courses

DANC technique and repertory courses - one
Western and one non-Western course

*DANC 94/95 - one course

**Total credits in focus:**          **6.5–7**

*Individually created focus*

DANC 20–29 - one course

DANC 30–39 or 70, 75, 76, 77, 77b. or 79 - one
course

*DANC 94/95 - one course

Additional courses proposed by the student and
approved on an individual basis by the faculty
from a combination of composition, history,

# Music and Dance

repertory, technique, and theory courses - three to four credits

**Total credits in focus:** 6.5–7.5

**Total prerequisites and credits required for majors:** 9.0–10.0

*The senior project/thesis is required of all majors.

The dance faculty encourages students to pursue a senior project/thesis that incorporates a comparison or integration of dance with some other creative or performing art (creative writing, music, theater, or visual art), with a community-based learning component, or with another academic discipline of the student's interest.

## Requirements

For majors, regular participation in technique classes throughout a student's time at Swarthmore and participation in repertory courses for at least four semesters. Students may choose any style of repertory experience as long as they adhere to the distribution guidelines to participate in both Western and non-Western styles. They are also encouraged to seek out service-learning/ community-based learning experiences that incorporate dance. These may substitute for repertory experiences (especially those with a composition focus). Majors are also strongly encouraged to enroll in THEA 003. Fundamentals of Design for Theater Performance and THEA 004B. Lighting Design.

Colloquia and/or individualized meetings with guest artists and lecturers will also be held during the student's final year. These meetings will address current issues and debates in dance theory and practice as well as individual student interests and one intended to support students' senior project/thesis work.

## Course Minor

The goal of the course minor in dance is to expose a student to the broad scope of the field. The distribution of required courses for the minor provides students with an introduction to composition, history, technique, and theory and allows them to direct their final credit(s) in the minor toward a specific area of interest. It is also possible for students to align required courses within the minor to reflect that specific interest, if any. Minors will participate in the senior colloquia or individualized meetings with guest artist and instructors and will be encouraged, but not required, to develop an extended paper or a significant dance performance piece as part of their program. Whether they enroll for credit or audit, all dance majors and minors are strongly encouraged to participate in technique and repertory classes each term.

These prerequisites are strongly recommended for first and second year students and must be completed before the junior year. If a student has not completed all of these prerequisites at the time of an application for a minor, but has done good work in one or more courses in the program, the student may be accepted on a provisional basis.

1. DANC 001, 003, 003A or 004
2. One technique or repertory course for academic credit

**Prerequisite credits for minor:** 1.5

*Course requirements for minor:*

1. DANC 011. Dance Lab I: Making Dance
2. DANC 20–29 - one course
3. DANC 30–39 or 70, 75, 76, 77, 77b. or 79 - one course
4. DANC 008. Anatomy: Bones, Muscles, and Movement
5. Additional courses proposed by the student and approved on an individual basis by the faculty from a combination of composition, history, repertory, technique, and theory courses - 1.5 credits

**Total credits in minor:** 5

**Total prerequisites and credits required for minor:** 6.5

## Requirements

For minors, regular participation in technique classes throughout a student's time at Swarthmore and participation in repertory courses for at least two semesters is required. Students may choose any style of repertory experience. They are also encouraged to seek out service-learning/community-based learning experiences that incorporate dance. These may substitute for repertory experiences.

Colloquia and/or individualized meetings with guest artists and lecturers will also be held during the student's final year. These meetings will address current issues and debates in dance theory and practice as well as individual student interests.

## Honors Major

The minimum requirement for admission to the honors major is at least the following 4 courses (3 credits) in dance; an introductory history/theory course (001, 003, 003A, or 004), DANC Lab I: Making Dance (DANC 011), one dance technique class (DANC 40–48, 50–58, or 60–61) and DANC 008. Majors in the Honors Program must also have an overall B grade average before admission. In addition to the guidelines noted later, each honors major will be responsible for the material designated on the reading and video lists for senior honors study available from the department office.

# Music and Dance

All dance majors in the Honors Program must do three preparations in the department and one outside (in a related or unrelated minor). Two of the departmental preparations will be based on course combinations (one in history or theory and one in composition beyond the introductory-level course DANC 011). The third will take the form of either a senior project (DANC 094) or a senior thesis (DANC 095, 096). The portfolio submitted by each student will include both written materials and a DVD that provides examples of the student's choreographic and/or performance work at Swarthmore (a maximum of 20 minutes in length).

Each student's program will include the following:

1. *History and theory.* One area of emphasis linking a course from DANC 021 to 025 or 028 with a course from DANC 035 to 039, or 077B. Each student will demonstrate this integration via a paper written as an attachment. This paper, along with appropriate papers from each history and theory class submitted for preparation, will be sent to the examiner. The written and oral exam for this preparation will consist of a response to three questions set by the examiner.

2. *Composition.* Each student may submit a combination of Dance Lab I: Making Dance (DANC 011) plus either Dance Lab II: Making Dance (DANC 012), Special Topics in Composition (DANC 014), and Composition Tutorial (DANC 013) or two of DANC 013 or 014. The syllabi (where appropriate), a DVD of the final work, and a paper concerning the choreographic process from each class will be submitted to the examiner.

3. *Senior project/thesis.* These projects/theses will be individually determined. Each student will be assigned a faculty adviser who will assist the student in the creation of an initial bibliography or videography or both as well as an outline for the project or thesis. It will then be the student's responsibility to proceed with the work independently.

## Requirements

Regular participation in technique classes throughout a student's time at Swarthmore and participation in repertory courses for at least two semesters. Students may choose any style of repertory experience. They are also encouraged to seek out service-learning/community-based learning experiences that incorporate dance. These may substitute for repertory experiences.

Colloquia and/or individualized meetings with guest artists and lecturers will also be held during the student's final year. These meetings will address current issues and debates in dance theory and practice as well as individual student interests and one intended to support students' senior honors work.

## Honors Minor

Students in the Honors Program who are presenting a major in another discipline and a minor in dance must do one preparation in dance. This preparation will take the form of either composition or history and theory described earlier in the text concerning honors majors in dance. The choice regarding focus for a student's minor will be determined in consultation with an adviser from the dance faculty.

These prerequisites are strongly recommended for first and second year students and must be completed before the junior year. If a student has not completed all of these prerequisites at the time of an application for an Honors minor, but has done good work in one or more courses in the program, the student may be accepted on a provisional basis.

1. DANC 001, 003, 003A or 004

2. One technique or repertory course for academic credit

Minors in the Honors Program must also have an overall B grade average before admission. In addition to the guidelines noted below, each honors minor will be responsible for the material designated on a reading and video list for senior honors study available from the department office.

### Requirements

For minors, regular participation in technique classes throughout a student's time at Swarthmore and participation in repertory courses for at least two semesters is required. Students may choose any style of repertory experience. They are also encouraged to seek out service-learning/community-based learning experiences that incorporate dance. These may substitute for repertory experiences.

Colloquia and/or individualized meetings with guest artists and lecturers will also be held during the student's final year. These meetings will address current issues and debates in dance theory and practice as well as individual student interests.

## Special Major

The program for a special major in dance comprises 12 units of coursework: 6 in dance and 6 in another discipline. The two disciplines in this major may be philosophically linked or may represent separate areas of the student's interest.

Whether they enroll for credit or audit, special majors are required to participate in technique and repertory classes for at least two semesters.

# Music and Dance

**Prerequisites for the Special Course Major in Dance and a Second Discipline**

1. DANC 001, 003, 003A or 004

2. DANC 011. Dance Lab I: Making Dance

3. One dance technique class (in any style) for academic credit

**Prerequisite credits for special majors:    2.5**

**Requirements**

The core program (totaling 5.5 credits) includes the following courses:

1. DANC 008. Anatomy: Bones, Muscles, and Movement

2. Two composition/repertory (DANC 012 [1 credit] or 014 [0.5 credit] and/or DANC 013 [0.5 credit] and DANC 049 [0.5 credit])

3. Two history/theory (one from DANC 021–025 or 028 [1 credit] and one from DANC 035–039 or 077B [1 credit])

4. Two or three in dance technique (DANC 050 [0.5 credit] and one other technique at the 050 level or above [0.5 credit]). One 0.5 credit in a Western technique and one 0.5 credit in a non-Western technique.

5. One senior project or thesis (DANC 094, 095, or 096 [1 credit])

**Total credits in special major:        5.5**

**Total prerequisites and credits in special major:        8.5**

The student's chosen six courses from the core program will be joined by 6 credits from another discipline or disciplines. Courses for the program must be approved both by the faculty of the other departments and by the dance faculty. The senior project or thesis must also be approved and monitored by those departments involved.

Regular participation in technique classes throughout a student's time at Swarthmore and participation in repertory courses for at least two semesters. Students may choose any style of repertory experience. They are also encouraged to seek out service-learning/community-based learning experiences that incorporate dance. These may substitute for repertory experiences.

Colloquia and/or individualized meetings with guest artists and lecturers will also be held during the student's final year. These meetings will address current issues and debates in dance theory and practice as well as individual student interests.

## Additional Information Regarding the Dance Program

**Dance Technique Courses**

In a typical semester, more than 30 hours of dance technique classes are offered on graded levels presenting a variety of movement styles. Technique courses, numbered 040 through 048, 050 to 058, and 060 or 061, may be taken for academic credit or may be taken to fulfill physical education requirements. Advanced dancers are encouraged to consult with instructors regarding placement in level III technique classes. A total of not more than 8 full credits (16 0.5-credit courses) in performance dance technique classes and in music performance classes may be counted toward the degrees of bachelor of arts and bachelor of science. No retroactive credit is given for performance classes.

**Dance Program Performance Opportunities**

All interested students are encouraged to enroll in repertory classes (DANC 049, 071 or 078) and/or to audition for student and faculty works. These auditions occur several times each semester; dates are announced in classes and in postings outside the dance studios. Formal concerts take place toward the end of each semester; informal studio concerts are scheduled throughout the year.

The Dance Program regularly sponsors guest artist teaching and performance residencies. In addition, the program regularly hosts guest choreographers who work with student ensembles in technique and repertory classes.

## Off-Campus Study

### *Ghana Program*

The Dance Program has an ongoing relationship with the International Centre for African Music and Dance and the School of Performing Arts at the University of Ghana in Legon, a suburb of the capital city, Accra. Students choosing to study in Ghana can anticipate opportunities that include a composite of classroom learning, tutorials, some organized travel, and independent study and travel. Beyond credits in dance, music, theater, African studies, and intensive Twi (an Akan language widely spoken in Ghana), a menu of courses at the University of Ghana is also available. Students participating are able to enroll for the equivalent of a full semester's credit (4 to 5 credits). Community-based learning internships, in dance and other subjects, are also an option. Interested students should contact the director of dance as early as possible for advising purposes and for updated information.

### *Poland Program*

The program in Dance offers a semester-abroad program based at the Silesian Dance Theatre (Slaski Teatr Tanca) in Bytom in conjunction with other institutions in the vicinity. The program provides participating students with a combination of study abroad and the experience of working in various capacities (dance

# Music and Dance

performance, arts administration, etc.) within the environment of a professional dance theater company for credit. Intensive study of Polish while in the country will be required of all participating students. Students participating are able to enroll for the equivalent of a full semester's credit (4 to 5 credits). Community-based learning dance internships are also an option. Participation in the Annual International Dance Conference and Performance Festival hosted by Silesian Dance Theatre in late June and early July is highly recommended for certain types of credit. Interested students should contact the director of dance as early as possible for advising purposes and updated information on the status of the program.

### Additional Opportunities

Additional dance study abroad initiatives of a more independent nature are under way in France, India, Japan and Northern Ireland. The program in Northern Ireland can incorporate a strong focus on the arts and social change. Tamagawa University in Machida, near Tokyo, offers course study in classical Japanese and folk dance, taiko drumming, contemporary dance and ballet, and Japanese language. Students are encouraged to discuss these programs with the director of dance.

## Introductory Courses

### DANC 001. Global Approaches to Dance Studies: Continuity and Change

This course is framed as a global journey for analyzing culture, history, identity, and social change through dance and the dancing body. Students will be introduced to different movement systems through studio-based and theory/history classes in order to explore how cultural meanings are embodied, legitimized, contested, and reinvented through dance. All members of the regular dance faculty will participate by teaching various sessions. We will specifically focus on practices from Africa, Asia, Europe, Latin America and North America. This course will also introduce students to various methods in dance research. Students will formulate their own final research topic.

This is a reading and writing intensive course open to all students.

This course fulfills a prerequisite requirement for dance major and minors.

Writing course.

1 credit.

Not offered 2012–2013.

### DANC 003. First-Year Seminar: "Shall We Dance?" Dance in the Movies

A first-year seminar focused on dance in the movies. We will look at how dance has served

as a catalyst and a vehicle for investigating class, gender, race, romance, and technology in films from the early 20th century through the present. Documentaries, feature-length and short films, produced in the United States and abroad by small independent and major motion picture industry companies, will be included. One video viewing/screening session per week in addition to class meetings.

This is a reading and writing intensive course open to all students.

This course fulfills a prerequisite requirement for dance major and minors.

Writing course.

1 credit.

Not offered 2012–2013.

### DANC 003A. Hollywood, Bollywood, and Beyond: Dance and Global Cinema

Dance serves as a catalyst and a vehicle for investigating art, entertainment, sexuality, nation-building, and commodity production in film, video and electronic media globally. This interdisciplinary seminar course will introduce students to various approaches for examining representations of dance in local, national, and transnational contexts. Students will learn to analyze dance in various genres ranging from ethnographic, commercial and independent films and videos to internet sources. One required screening meeting per week will augment class sessions.

This is a reading and writing intensive course open to all students.

This course fulfills a prerequisite requirement for dance major and minors.

Eligible for FMST or GSST credit.

Writing course.

1 credit.

Not offered 2012–2013.

### DANC 004. The Arts as Social Change
(Cross-listed as MUSI 006)

This course aims to bring together students with an interest in investigating and investing in social change work through the arts. Our seminar community will engage in discussion of readings and video viewings, will host and visit local leaders from the arts and social change movement, and will engage in fieldwork opportunities as required parts of the course. Papers, journals, and hands-on projects will all be included.

This course is open to all students.

This course fulfills a prerequisite requirement for dance major and minors.

Eligible for PEAC credit.

1 credit.

Not offered 2012–2013.

# Music and Dance

### DANC 007. Creativity and Performance

This course taught by visiting Cornell Professor Kumudini Lakhia from India will explore the relationship between creativity, performance, and improvisation. Based on pedagogical and choreographic experiences with the classical Indian Kathak dance for six decades, the course will engage how traditional knowledge can be the spring board for innovation in thought and action. The course will situate performance at the intersection of interdisciplinary studies on religion, Asian studies, dance, theater, and music.

Eligible for ASIA credit.

1 credit.

Fall 2012. Lakhai.

### DANC 008. Anatomy: Bones, Muscles, and Movement

(Cross-listed as MUSI 008B)

An introduction to the musculoskeletal system through the exploration of the body in stability (topography) and in motion (kinematics), within the range of dance, music, yoga poses, and daily life. Reading and video viewing, in-class presentations, and a final paper required.

This course fulfills a prerequisite requirement for dance major and minors.

0.5 credit.

Not offered 2012–2013.

## Composition, History, and Theory Courses

### DANC 011. Dance Lab I: Making Dance

A study of various basic principles of dance composition and choreography. We will explore/invent movement through experimentations with time, space, and energy qualities, often using improvisation and generative movement "games." Explorations will be geared toward honing the student's individual voice through movement, and challenging preconceived ideas of what that voice sounds/looks/feels like. All previous dance/movement experience is welcome; this class is not exclusive to any one genre of movement. Reading, video and live concert viewing, short dance studies, journals, and a final piece for public performance in the Troy dance lab are required.

Prerequisite: Any dance course or permission of the instructor. A course in dance technique must be taken concurrently.

1 credit.

Fall 2012. Poe.

### DANC 011A. Dance Production Practicum

By individual arrangement with the dance faculty for rehearsal and performance work in conjunction with dance program courses; 011, 012, 013, 014, 092 or 094.

0.5 credit.

Fall 2012. Poe.

### DANC 012. Dance Lab: Making Dance II

An elaboration and extension of the material studied in DANC 011. Stylistically varying approaches to making work are explored in compositions for soloists and groups. Coursework emphasizes using various approaches and methods (e.g., theme and variation, motif and development, structured improvisation, and others). Reading, video and live concert viewing, movement studies, journals, and a final piece for public performance that may include a production lab component are required.

Prerequisites: DANC 011 or its equivalent. A course in dance technique must be taken concurrently.

1 credit.

Spring 2013. Arrow.

### DANC 013. Dance Composition: Tutorial

The student enrolling for a tutorial will enter the semester having identified a choreographic project and will be prepared to present material weekly. Projects in any dance style are encouraged. All students proposing tutorials are advised to discuss their ideas with a member of the dance faculty before enrollment. Choreography of a final piece for public performance is required, as are weekly meetings with the instructor and directed readings and video and concert viewings. A journal or research paper may also be required.

Prerequisites: DANC 011 or its equivalent. A course in dance technique must be taken concurrently.

0.5 credit.

Fall 2012 and spring 2013. Arrow.

### DANC 014. Special Topics in Dance Composition

A course that focuses on intensive study of specific compositional techniques and subjects. Topics may include autobiography, dance and text, partnering, interdisciplinary collaboration, reconstruction, and technology, including videography. Choreography of a final piece for performance is required. Weekly meetings with the instructor, directed readings, video and concert viewing, and a journal will be required.

Prerequisite: DANC 011. A course in dance technique must be taken concurrently.

0.5 credit.

Not offered 2012–2013.

# Music and Dance

### DANC 016. First-Year Seminar: Dancing Desire in Bollywood Films
This course will explore the shifts in sexuality and gender constructions of Indian women from national to transnational symbols through the dance sequences in Bollywood. We will examine the place of erotic in reconstructing gender and sexuality from past notions of romantic love to desires for commodity. The primary focus will be centered on approaches to the body from anthropology and sociology to performance, dance, and film and media studies.

Eligible for ASIA or GSST credit.

1 credit.

Fall 2012. Chakravorty.

### DANC 021. History of Dance: Africa and Asia
This course will move through an exploration of dance forms from Africa and Asia as well as from African and Asian diasporic cultures. Areas of focus will include styles, underlying aesthetics, resonances in general cultural traits, and developmental history. Coursework will occasionally focus on one dance style for close examination. Study will be facilitated by guest lecturers, specialists in particular dance forms from these cultures. Two lectures and a 1-hour video viewing session per week.

Prerequisite: DANC 001, 003, 003A or 004.

Eligible for ASIA or BLST credit.

1 credit.

Not offered 2012–2013.

### DANC 023. History of Dance: 20th and 21st Centuries
This course is designed to present an overview of 20th- and 21st-century social and theatrical dance forms in the context of Western societies with an emphasis on North America. Focusing on major stylistic traditions, influential choreographers, dancers, and theorists will be discussed. Through readings, video and concert viewings, research projects, and class discussions, students will develop an understanding of these forms in relation to their own dance practice. Two lectures and 1-hour video viewing per week.

Prerequisite: DANC 001, 003, 003A or 004 strongly recommended.

1 credit.

Not offered 2012–2013.

### DANC 025A. Dance and Diaspora
(Cross-listed as SOAN 020J)
Dance is as unconventional but powerful device for studying migration and social mobility. This course will explore the interrelated themes of performance, gender, personhood, and migration in the context of diasporic

experiences. By focusing on specific dance forms from Asia, Africa and Latin America, we will examine the competing claims of place-ness, globalization, and hybridization on cultural identity and difference.

This is a reading and writing intensive course.

Eligible for ASIA or GSST credit.

Writing course.

1 credit.

Fall 2012. Chakravorty.

### DANC 036. Dancing Identities
This course explores ways that age, class, gender, and race have informed dance, particularly performance dance, since 1960. The impact of various cultural and social contexts will be considered. Lectures, readings, and video and concert viewings will be included. Students will be expected to design and participate in dance and movement studies as well as submit written research papers.

Prerequisite: DANC 001, 003, 003A, or 004 or permission of the instructor.

Eligible for GSST credit.

1 credit.

Not offered 2012–2013.

### DANC 037. Current Trends in Dance Performance
Course Objective: To look at contemporary dance performances as a social construct which embodies change and relationships in production to the other art forms and global discourse. We will seek answers to questions such as: How are issues of human agency, embodiment, and creativity changing with the filmed dance/body image? What are American, European, and Asian dance practices today? What is the relationship between performance and social activism? What are the influences of Globalism on dance production?

1 credit.

Spring 2013. Arrow.

### DANC 038. Dance and the Sacred
Through readings, discussion, video viewing, and our own sacred dances, we will examine the role of movement in performance, ritual, and contemplative practices. We will explore several sacred dance and movement traditions from the ancient (India) to the contemporary (American modern/concert dance). Students will be expected to design and participate in dance studies, give an in-class presentation, and write a final paper.

Prerequisite: Some dance experience in any technique.

1 credit.

Spring 2013. Chakravorty.

# Music and Dance

## Dance Technique and Repertory Courses

*Note:* Technique courses (040–048, 050–058, 060, and 061) and Repertory courses (049 [all sections], 071 and 078) may be taken for 0.5 academic credit or may be taken for physical education credit. All dance technique courses numbered 040 to 048 are open to all students without prerequisite. Courses numbered 050 to 058 and 060 to 061 have a prerequisite of either successful completion of the introductory course in that style or permission of the instructor.

### DANC 040. Dance Technique: Modern I
An introduction to basic principles of dance movement: body alignment, coordination, strength and flexibility, movement vocabulary, dance sequences, and musicality. Improvisation exercises and short composition studies will be included. Especially recommended for theater-interested students. If taken for academic credit, concert attendance and two short papers are required.

0.5 credit.

Fall 2012 and spring 2013. Poe.

### DANC 041. Dance Technique: Ballet I
An introduction to the fundamentals of classical ballet vocabulary: correct body placement; positions of the feet, head, and arms; and basic locomotion in the form. If taken for academic credit, concert attendance and two short papers are required.

0.5 credit.

Fall 2012 and spring 2013. Sherman.

### DANC 043. Dance Technique: African I
African Dance I introduces students to *Umfundalai*. In a contemporary context, the *Umfundalai* dance tradition surveys dance styles of African people who reside on the continent of Africa and in the Diaspora. Upon completion of the course, students will gain a beginning understanding of how to approach African dance and the aesthetic principles implicit in African-oriented movement. Students enrolled in DANC 043 for academic credit are required to keep a weekly journal and write two short papers.

Eligible for BLST credit.

0.5 credit.

Fall 2012 and spring 2013. Nance.

### DANC 044. Dance Technique: Tap
This course is available to all tappers, from beginning to advanced. Such forms as soft-shoe, waltz-clog, stage tap, and "hoofin" will be explored. If taken for academic credit, concert attendance and two short papers are required.

0.5 credit or P.E. credit.

Spring 2013. Davis.

### DANC 045. Dance Technique: Yoga
Vinyasa Flow/Power Yoga course with a focus on asanas (physical postures) and pranayama (breath control) and relaxation techniques. While this is a vigorous class, the practice is intended to be joyful and energizing with a goal of producing calm in mind and body, a practical knowledge of body alignment, injury prevention, and muscle and skeletal usage. The course will consist of a mix of styles incorporating elements of Ashtanga, Vinyasa Power Yoga, and Byron (AU) Yoga Centre Purna. If taken for academic credit, three short papers are required.

0.5 credit or P.E. credit.

Fall 2012 and spring 2013. Arrow.

### DANC 046. Dance Technique: Kathak
The class introduces the hot rhythms (/talas/) and the cool emotions (/rasa/s) of the Indian classical dance art: Kathak. The dancing involves high energy, rapid turns, and fast footwork as well as movement of eyes, hands, neck, and fingers. This syncretic dance style from north India draws on Hindu and Muslim cultural traditions (Bhakti and Sufi) and forms the raw material for the global-pop Bollywood dance. Students who are enrolled for academic credit will be required to write papers and/or create performance texts or choreographies.

Eligible for ISLM credit.

0.5 credit or P.E. credit.

Fall 2012. Chakravorty.

### DANC 047. Dance Technique: Flamenco
This course will introduce the basic principles of performance technique in the Spanish dance form, flamenco. Focus will be on studying both footwork (*zapateado*) and armwork (*braceo*). A variety of rhythmic groupings and styles within flamenco will be explored. Students who are enrolled for academic credit will be required to write papers and/or create performance texts or choreographies. Some Saturday meetings are required.

0.5 credit or P.E. credit.

Fall 2012. Luis-Gmitter.

### DANC 048. Dance Technique: Special Topics in Technique
Intensive study of special topics falling outside the regular dance technique offerings. Topics may include Alexander technique, contact improvisation, jazz, Pilates, and musical theater

# Music and Dance

dance. If taken for academic credit, concert attendance and one or two short papers are required.

### Section 1: Contact Improvisation

This improvisational dance practice is based on moving in contact with others through touching, leaning on, lifting, balancing, and supporting. The resulting duets and ensembles are propelled by the momentum of the dancers' weight. Students who enroll for academic credit will be required to write papers and/or create performance texts or choreographies.

0.5 credit or P.E. credit.

Not offered 2012–2013.

**DANC 049. Performance Dance: Repertory**

The various sections of this course offer opportunities for study of repertory and performance practice. Students are required to perform in at least one scheduled dance concert during the semester. Three hours per week.

Prerequisite: Placement for all sections is by audition or permission of the instructor unless otherwise stated. A course in dance technique should be taken concurrently.

### Fall Sections

### Section 1: Tap

Open to students with some tap experience, this class draws on the tradition of rhythm tap known as "hoofin'." A new dance is made each semester, working with the varying levels of skill present in the student ensemble. Students will be expected to attend additional ensemble rehearsals.

0.5 credit or P.E. credit.

Fall 2012. Davis.

### Section 4: Taiko

The class will offer experience in traditional or traditionally based Japanese drumming repertory. The relationship between the drumming and its concomitant movement will be emphasized. Open to the general student with performances in December.

Two (2) semesters of this course fulfills the World Traditions Component requirement for the music major.

0.5 credit or P.E. credit.

Fall 2012. Arrow.

### Section 5: Ballet

This class will offer students experience with learning and performing classical ballet, while also being part of the creative process of new choreography. Choreography will be performed in December. Open to advanced students from Ballet III, or with permission of instructor. Auditions will be held at the first class.

0.5 credit or P.E. credit.

Fall 2012. Chipman-Bloom.

### Spring Sections

### Section 1: Modern

This repertory class will explore the physicality and psychology of performing movement. Movement sources will range form modern dance to hip-hop to contact improvisation. Students need not specialize in any one type of dance to take this course, though it is recommended for intermediate/advances dancers. Students will be expected to attend additional ensemble rehearsals.

A technique class should be taken concurrently, and Modern III is highly recommended.

0.5 credit or P.E. credit.

Spring 2013. Arrow.

### Section 3: African

Auditions for admission to this course will be held at the first class meeting. Additional information regarding the course is available from the instructor. Resulting choreography will be performed in the spring student concert. Students will be expected to attend additional ensemble rehearsals.

Prerequisite: DANC 043, 078, or permission of the instructor.

Eligible for BLST credit.

0.5 credit or P.E. credit.

Spring 2013. Nance.

### Section 7: Flamenco

The class will offer experience in a variety of traditional flamenco techniques. Resulting choreography will be performed in the spring student concert. Students will be expected to attend additional ensemble rehearsals.

0.5 credit or P.E. credit.

Spring 2013. Luis-Gmitter.

### Section 6: Movement Theater Workshop

(See THEA 008)

Prerequisites: THEA 001 or 002, any dance course 040 to 044, or consent of the instructor.

1 credit.

Spring 2013. Bauriedel.

**DANC 050. Dance Technique: Modern II**

An elaboration and extension of the principles addressed in DANC 040. If taken for academic credit, concert attendance and two short papers are required.

Prerequisite: DANC 040 or its equivalent.

0.5 credit or P.E. credit.

Fall 2012 and spring 2013. Poe.

**DANC 051. Dance Technique: Ballet II**

An elaboration and extension of the principles addressed in DANC 041. If taken for academic credit, concert attendance and two short papers are required.

Prerequisite: DANC 041 or its equivalent.

# Music and Dance

0.5 credit or P.E. credit.

Fall 2012 and spring 2013. Sherman.

**DANC 053. Dance Technique: African II**
African dance for experienced learners aims to strengthen students' African dance technique. The course will use the *Umfundalai* technique allied with neo-traditional West African Dance vocabularies to enhance students' visceral and intellectual understanding of African dance. Students who take African Dance II for academic credit should be prepared to explore and access their own choreographic voice through movement studies.

Prerequisite: DANC 043.

Eligible for BLST credit.

0.5 credit or P.E. credit.

Fall 2012 and spring 2013. Nance.

**DANC 060. Dance Technique: Modern III**
Continued practice in technical movement skills in the modern idiom, including approaches to various styles. If taken for academic credit, concert attendance and two short papers are required.

0.5 credit or P.E. credit.

Fall 2012 and spring 2013. Tantoco.

**DANC 061. Dance Technique: Ballet III**
Continued practice in technical movement skills in the ballet idiom with an emphasis on advanced vocabulary and musicality. If taken for academic credit, concert attendance and two short papers are required.

0.5 credit or P.E. credit.

Fall 2012 and spring 2013. Sherman.

## Upper-Level Cross-Listed Courses

**DANC 071. Salsa Dance/Drumming**
(Cross-listed as MUSI 071)

This course provides an opportunity to learn both the dance and basis for drumming of Cuban salsa, Dominican merengue and Brazilian samba with an emphasis on salsa. Students will gain an understanding and practice of pulse, meter and the polyrhythmic structure underlying Afro/Caribbean music generally; hand techniques for conga; and improvisation and composition for both the dance and drumming. We will use a form of "street" notation in order to write/read/remember the various rhythms.

No prerequisite required and no experience in dance or music necessary.

0.5 credit or P.E. credit.

Not offered 2012–2013.

**DANC 073. Arts Administration for Performance**
This course is available to students participating in various dance study abroad programs.

By arrangement with the director of dance.

1 credit.

Not offered 2012–2013.

**DANC 074. Scenography for Dance Theater Performance**
Available to students participating in the study abroad programs coordinated by Swarthmore in Ghana, India, Japan, or Poland. In Poland, enrollment in this course will require students to extend their stay through early July.

Prerequisites: THEA 004B and THEA 014.

1 credit.

Not offered 2012–2013.

**DANC 075. Special Topics in Dance Theater**
Available to students participating in the study abroad programs coordinated through Swarthmore in France, Ghana , India, Japan, or Poland.

By arrangement with the Director of Dance.

Prerequisites: DANC 001, 003, 003A, 004, 011, or consent of the Dance Program director.

1 credit.

Fall 2012 and spring 2013. Chakravorty.

**DANC 076. Movement and Cognition**
English, Scottish, and Italian folk dance are analyzed, using group theory, graph theory, morphological theory, and syntactic theory, in an effort to understand the temporal and spatial symmetries of the dances. One focus will be a comparison of the insights offered by the mathematical and linguistic approaches.

Prerequisites: One course in linguistics and a willingness to move your body and learn some basic math.

1 credit.

Not offered 2012–2013.

**DANC 077. Rhythm, Drumming, Cultures**
(Cross-listed as MUSI 077)

Although it is not always emphasized in Western art music education, rhythm is an essential and complex element in many world musics. Using approaches based in the field of ethnomusicology, this course will introduce students to a variety of world drumming styles. Musics from West Africa, North India, Bali, Japan, Cuba, and others will be considered for their sounds and formal musical structures as well as their histories and cultural meanings. Students will also spend a portion of each class learning basic drum technique in Afro-Cuban

# Music and Dance

percussion as a practical introduction to themes discussed in the course.

1 credit.

Not offered 2012–2013.

## DANC 077B. The Visual Anthropology of Performance
(Cross-listed as SOAN 077B)

This course will introduce various approaches to the study of visual anthropology as it relates to movement, body, culture, and power. It will examine theoretical approaches ranging from semiotics of the body, communication theory, and phenomenology to the more recent approaches drawing on performance, postcolonial, post-structural, and feminist theories. It will also examine how anthropological issues in dance or performance are closely tied to issues of modernity, regional and national identity, gender, and politics. Various ethnographies and literature from dance studies, media and film studies, and feminist studies will be included in the course material. It will also require students to view videos to engage in visual analysis.

1 credit.

Not offered 2012–2013. Chakravorty.

## DANC 078. Dance/Drum Ensemble
(Cross-listed as MUSI 078)

A repertory class in which students will learn, rehearse and perform traditional Ghanaian dances and drumming, and a contemporary movement/rhythm piece consisting of both 'found' percussion 'discovered' movement. Participants will be encouraged to both play the rhythms and learn the dance/movement. Students will be expected to attend additional ensemble rehearsals.

Performance: LPAC main stage, first week of December as part of the fall student dance concert.

Jeannine Osayande (dance) and Wesley Rast and Alex Shaw (drumming) are guest artists.

Eligible for BLST credit.

0.5 academic credit or P.E. credit.

Fall 2012. Osayande and guest artists.

## DANC 079. Dancing Desire in Bollywood Films

This course will explore the shifts in sexuality and gender constructions of Indian women from national to transnational symbols through the dance sequences in Bollywood. We will examine the place of erotic in reconstructing gender and sexuality from past notions of romantic love to desires for commodity. The primary focus will be centered on approaches to the body from anthropology and sociology to performance, dance, and film and media studies.

Eligible for ASIA or GSST credit.

1 credit.

Not offered 2012–2013.

## DANC 092. Independent Study

Available on an individual or group basis, this course offers students an opportunity to do special work with performance or compositional emphasis in areas not covered by the regular curriculum. Students will present performances and/or written reports to the faculty supervisor, as appropriate. Permission must be obtained from the program director and from the supervising faculty.

1 credit.

Each semester. Staff.

## DANC 093. Directed Reading

Available on an individual or group basis, this course offers students an opportunity to do special work with theoretical or historical emphasis in areas not covered by the regular curriculum. Students will present written reports to the faculty supervisor. Permission must be obtained from the program director and from the supervising faculty.

1 credit.

Each semester. Staff.

## DANC 094. Senior Project

Intended for seniors pursuing the special major or the major in course or honors, this project is designed by the student in consultation with a dance faculty adviser. The major part of the semester is spent conducting independent rehearsals in conjunction with weekly meetings under an adviser's supervision. The project culminates in a public presentation and the student's written documentation of the process and the result. An oral response to the performance and to the documentation follows in which the student, the adviser, and several other members of the faculty participate. In the case of honors majors, this also involves external examiners. Proposals for such projects must be submitted to the dance faculty for approval during the semester preceding enrollment.

Prerequisite: Previous or concurrent enrollment in an advanced-level technique course or demonstration of advanced-level technique.

1 credit.

Each semester. Chakravorty.

## DANC 095, 096. Senior Thesis

Intended for senior majors, the thesis is designed by the student in consultation with a dance faculty adviser. The major part of the semester is spent conducting independent research in conjunction with weekly tutorial meetings under an adviser's supervision. The final paper is read by a committee of faculty

## Music and Dance

members or, in the case of honors majors, by external examiners who then meet with the student for evaluation of its contents. Proposals for a thesis must be submitted to the dance faculty for approval during the semester preceding enrollment.

1 or 2 credits.

Each semester. Chakravorty.

# Peace and Conflict Studies

Coordinator: LEE A. SMITHEY (Sociology and Anthropology/Peace and Conflict Studies)
Anna Everetts (Administrative Assistant)

Committee: Wendy E. Chmielewski (Peace Collection)
Ellen Ross (Religion)
Krista Thomason (Philosophy)
Dominic Tierney (Political Science) [3]
Andrew Ward (Psychology) [3]

[3] Absent on leave, 2012–2013.

The Peace and Conflict Studies Program at Swarthmore College provides students with the opportunity to examine conflict in various forms and at levels stretching from the interpersonal to the global. The multidisciplinary curriculum explores the causes, practice, and consequences of collective violence as well as peaceful or nonviolent methods of conducting or dealing with conflict.

Students who minor in peace and conflict studies at Swarthmore will:

1. understand factors shaping human conflict, including psychological, social, cultural, political, economic, biological, religious, and historical ones;

2. analyze specific cases of conflict, including interpersonal, inter-group, inter-state, and international disputes;

3. examine theories and models of peace-building and reconciliation and evaluate attempts to manage, resolve, or transform conflict nonviolently;

4. investigate forms of oppression and injustice, and their relationship to conflict, locally and globally; and

5. explore opportunities to study topics relevant to peace and conflict through fieldwork, internships, or other experiences outside the classroom.

## The Academic Program

Students with any major, whether in Course or in the Honors Program, may add a course minor in peace and conflict studies. Students in the Honors Program may choose to complete an honors minor in peace and conflict studies.

## Course Minor

A minor in peace and conflict studies consists of six credits, of which no more than two may be taken in the student's major department. Introduction to Peace and Conflict Studies (PEAC 015) is required and should be taken before the junior year, if possible. It is preferable (but not always possible) for students to have taken two courses in the minor, including Introduction to Peace and Conflict Studies, when applying to join the program.

## Honors Minor

Students in the Honors Program who choose an honors minor in peace and conflict studies must complete one preparation for external examination. A standard two-credit preparation can consist of a seminar, a combination of two courses in different departments, a two-credit thesis, or a combination of a thesis and a course. According to the Honors handbook: "When the preparation for the interdisciplinary minor is an interdisciplinary thesis, the rule is that at least half of the work of the thesis should be in a subject outside the student's major". Each student should propose a standard preparation unless he or she has obtained the approval of a sponsoring faculty member to undertake an honors attachment or thesis. The proposed preparation must be approved by the Peace and Conflict Studies Committee.

Students whose honors minor in peace and conflict studies can be incorporated into the final requirements for Senior Honors Study in the major should do so. The Peace and Conflict Studies Committee will work out the guidelines for the integration exercise with the student and the major department.

## Applying for the Minor

Students who intend to minor in peace and conflict studies should submit a copy of their Sophomore Plan to the coordinator of the program during the spring of the sophomore year, after consultation with program faculty members. The paper should present a plan of study that satisfies the requirements stated below, specify the courses to count toward the minor, share the student's interest in peace and conflict studies, and identify how the program complements the student's academic goals.

Honors students' sophomore papers should describe and justify their proposed honors preparation in terms of its suitability for examination and its contribution to the student's interests in peace and conflict studies. Students should obtain advance approval from faculty members who teach the courses that are to be included in an honors preparation. A form for this purpose is available from the Programs Office or may be downloaded from the peace and conflict studies website at

# Peace and Conflict Studies

www.swarthmore.edu/peacestudies. The form should be submitted to the Programs Office, preferably with the Sophomore Plan. If the preparation involves a thesis, the student should specify a thesis topic and a thesis adviser.

All applications must be approved by the Peace and Conflict Studies Committee.

## Special Major

Applications for special majors are considered on a case-by-case basis. Students who wish to propose a special major should consult with the program coordinator (normally in the sophomore year) and should identify a sponsoring faculty member in the early stages of developing the major. Special majors consist of at least 10 credits and normally no more than 12 credits.

## Off-Campus Study

Off-campus study is encouraged for both special majors and minors of peace and conflict studies. In particular, the Northern Ireland Semester, based in Derry/Londonderry and Belfast, focuses on ongoing efforts to understand the legacy of the Troubles and build peace. A unique feature of the semester involves placements in local community groups, which contribute in a variety of ways to the development of a shared and sustainable democratic future in Northern Ireland.

Swarthmore students attend this program under the College's Semester/Year Abroad Program for one semester. One credit is awarded for community placement, one credit for a required course on peace and conflict in Northern Ireland, and two credits for peace and conflict studies courses taken in Belfast at the Irish School of Ecumenics (Trinity College). Normally, no more than three courses taken outside of Swarthmore College may be counted toward the major or minor, subject to the approval of the peace and conflict studies coordinator. In the case of the Northern Ireland semester, all four courses may be applied, subject to the approval of the peace and conflict studies coordinator. Further information is available at: www.swarthmore.edu/academics/northern-ireland-program.xml

Possibilities exist for summer research and/or service work in Northern Ireland arising from participation in the program.

## Research and Service-Learning

### Internships
Student programs can include an internship or fieldwork component, and an internship is highly recommended. Fieldwork and internships normally do not receive credit.

However, students can earn up to one credit for special projects that are developed with an instructor and approved in advance by the Peace and Conflict Studies Committee.

### Summer Opportunities
Peace and conflict studies minors and honors minors are encouraged to apply for funding from the Julia and Frank Lyman Student Summer Research Fellowship, the Joanna Rudge Long '56 Award in Conflict Resolution, the Simon Preisler Student Research and Internship award and/or the Howard G. Kurtz, Jr. and Harriet B. Kurtz Memorial Fund. Applications are due in February, and information can be obtained from the program's website.

Additional information on funding, internships, training, and career opportunities are also available on the Peace and Conflict Studies Program website at www.swarthmore.edu/peacestudies.

## Life After Swarthmore

Peace and conflict studies alumni often develop or work in organizations that promote peace and justice locally and globally. Many pursue graduate work in fields directly or closely related to peace and conflict studies. You may find a growing digest of student and alumni activities on the program's website at www.swarthmore.edu/peacestudies.

## Courses

The following courses may be applied toward a minor in peace and conflict studies. Each of the courses designated as PEAC is open to all students unless otherwise specified. In the event of an oversubscribed course, preference in enrollment will be given to declared peace and conflict studies minors. Courses that are eligible to count toward a concentration or minor in Peace, Justice, and Human Rights at Haverford College or Peace, Conflict, and Social Justice at Bryn Mawr College may also be applied toward a course minor in peace and conflict studies at Swarthmore. Student programs may, subject to prior approval by the committee, also include independent study; special attachments to courses that are not listed here; courses offered at the University of Pennsylvania; and courses taken abroad.

Courses noted with an asterisk * are eligible for a peace and conflict studies minor by obtaining written approval of the instructor and the program coordinator before the drop/add period ends. Course materials may be requested for confirmation after course completion. Course approval forms may be downloaded from the Peace and Conflict Studies Program website.

# Peace and Conflict Studies

### PEAC 015. Introduction to Peace and Conflict Studies

Introduction to peace and conflict studies addresses not only the proliferation of coercive and violent means of conducting conflict but especially the growth of nonviolent alternatives, both institutional and grassroots, global and local. These include nonviolent collective action, diplomacy, mediation, peacekeeping, community relations work, and aid and development work. Several theoretical and philosophical lenses will be used to explore human dispositions, conflict in human societies, and conceptualizations of peace. The course will take an interdisciplinary approach with significant contributions from the social sciences.

1 credit.

Fall 2012. Smithey.

### PEAC 025. Peace and Conflict Journalism

This course will address the dynamic relationship between journalism and conflict and the theory and practice of peace journalism as an alternative to the conventions and biases of traditional war reporting. Students will examine the state of the media ecosystem and independent media practices. Practical instruction will introduce the principles of journalism, reporting and distribution techniques, content analysis, and multimedia production techniques.

Students will produce stories for War News Radio with in-depth reporting, historical perspective, and direct coverage of people living in conflict zones.

1 credit.

Fall 2012. MacMillan.

### PEAC 070. Research Internship/Fieldwork
*Credit hours to be arranged with the coordinator.*

### PEAC 071B. Research Seminar: Strategy and Nonviolent Struggle
(Cross-listed as SOAN 071B)

The focus of this research seminar will be the development of a web-based database that will contain crucial information on campaigns for human rights, democracy, environmental sustainability, economic justice, national and ethnic identity, and peace. The Global Nonviolent Action Database will serve activists and scholars worldwide. The seminar will include research/writing methods and theories of the field. Of interest will be strategic implications for today drawn both from theory as well as what the group learns from documented cases of wins and losses experienced by people's struggles.

Writing course.

1 credit.

Fall 2012, spring 2013. Lakey.

### PEAC 077. Peace Studies and Action

Nothing is more predictable for today's young people than conflict. It can be destructive or it can be creative; it can be revolting or it can be revolutionary; it can shut you down or it can transform you. This course will prepare students to engage in conflict, both intellectually and practically, providing them with the necessary skills. It will include texts from political science, sociology, ethnography, and psychology. It will include field experiences that nurture the courage and humility useful in conflicts. It will draw from the rapidly-growing field of nonviolent direct action.

1 credit.

Spring 2013. Smithey.

### PEAC 090. Thesis
*Credit hours to be arranged with the coordinator.*

Each semester. Staff.

### PEAC 093. Directed Reading
1 credit.

Each semester. Staff.

### PEAC 180. Senior Honors Thesis
2 credits.

Each semester. Staff.

### Dance
DANC 004. The Arts as Social Change

### Economics
ECON 012. Game Theory and Strategic Behaviors

ECON 051. The International Economy*

ECON 081. Economic Development*

ECON 082. Political Economy of Africa

ECON 151. International Economics: Seminar*

### History
HIST 028. Nations and Nationalism in Eastern Europe: 1848–1998

HIST 034. Antisemetism Through the Ages

HIST 037. History and Memory: Perspectives on the Holocaust

HIST 049. Race and Foreign Affairs

HIST 055. Social Movements in the 20th Century*

HIST 134. U.S. Political and Diplomatic History

### Linguistics
LING 005. Linguistic Underpinnings of Racism and Bias

# Peace and Conflict Studies

**Literatures**
LITR 070S. Persistent Power of Central American Literature
LITR 083J. War and Postwar in Japanese Culture

**Philosophy**
PHIL 101. Moral Philosophy

**Political Science**
POLS 004. International Politics
POLS 013. Political Psychology and Moral Engagement
POLS 019. Democratic Theory and Practice
POLS 061. American Foreign Policy
POLS 066. Transitional Justice
POLS 067. Great Power Rivalry in the 21st Century
POLS 069. Globalization: Politics, Economics, Culture, and the Environment
POLS 074. Special Topics: Nationalism and International Relations
POLS 075. The Causes of War
POLS 079. Comparative Politics: Special Topics Democracy and Ethnic Conflict
POLS 110. Comparative Politics: Identity and Conflict*
POLS 112. Democratic Theory and Civic Engagement in America
POLS 113. International Politics: War, Peace, and Security

**Psychology**
PSYC 035. Social Psychology*

**Religion**
RELG 001C. Religion and Terror in an Age of Hope and Fear
RELG 005. World Religions*
RELG 023. Living in the Light: Quakers Past/Present*
RELG 028B. Religious Radicals: Religious Socialism of Martin Luther King
RELG 100. Holy War, Martyrdom, and Suicide in Christianity, Judaism, and Islam

**Sociology and Anthropology**
SOAN 010J. War, Sport, and the Construction of Masculine Identity
SOAN 025B. Transforming Intractable Conflict
SOAN 035C. Social Movements and Nonviolent Power
SOAN 071B. Research Seminar: Strategy and Nonviolent Struggle (W)

Please consult the program's course listings at www.swarthmore.edu/peacestudies for updates, descriptions, and scheduling.

# Philosophy

PETER BAUMANN, Professor [3]
RICHARD ELDRIDGE, Professor
TAMSIN LORRAINE, Professor [2]
HANS F. OBERDIEK, Professor
CHARLES RAFF, Professor
ALAN R. BAKER, Associate Professor and Acting Chair
GRACE M. LEDBETTER, Associate Professor
KRISTA THOMASON, Visiting Assistant Professor
DONNA MUCHA, Administrative Assistant

[2] Absent on leave, spring 2013.
[3] Absent on leave, 2012–2013.

Philosophy analyzes and comments critically on concepts that are presupposed and used in other disciplines and in daily life: the natures of knowledge, meaning, reasoning, morality, the character of the world, God, freedom, human nature, justice and history. Philosophy is thus significant for everyone who wishes to live and act in a reflective and critical manner.

## The Academic Program

The Philosophy Department offers several kinds of courses, all designed to engage students in philosophical practices.

A. There are courses and seminars to introduce students to the major systematic works of the history of Western philosophy: works by Plato and Aristotle (Ancient Philosophy); Descartes, Hume and Kant (Modern Philosophy); Hegel and Marx (19th-Century Philosophy); Kierkegaard, Nietzsche, Sartre, Heidegger, de Beauvoir (Existentialism); Russell and Wittgenstein (Contemporary Philosophy).

B. There are courses and seminars that consider arguments and conclusions in specific areas of Philosophy: Theory of Knowledge, Logic, Moral Philosophy, Metaphysics, Aesthetics, and Social and Political Philosophy.

C. There are courses and seminars concerned with the conceptual foundations of various other disciplines: Philosophy of Science, Philosophy of Language, Philosophy of Law, Philosophy of the Social Sciences, Philosophy of Psychology, and Philosophy of Religion.

D. There are courses and seminars on meaning, freedom, and value in various domains of contemporary life: Values and Ethics in Science and Technology, Feminist Theory, and Post-Modernism.

Members of the Philosophy Department emphasize the engagement of philosophy with other disciplines and recognize that philosophical inquiry is naturally related to concerns in other areas of study. They attempt to make these relations explicit, and so course and seminars are designed to be accessible to a broad range of students, not just those who intend to major in philosophy. Various courses and seminars in philosophy appear in concentrations in gender and sexuality studies, German studies, medieval studies, interpretation theory, and environmental studies.

### Prerequisites

Satisfactory completion of either any section of PHIL 001 Introduction to Philosophy, or PHIL 012 Logic, or any First-Year Seminar (numbered 002–010) is a prerequisite for taking any further course in philosophy. Sections of Introduction to Philosophy and First-Year Seminars are intended to present introductions to philosophical problems and techniques of analysis. There are no prerequisites for these entry-level courses. Students may not take more than one introductory level course (First-Year Seminar or Introduction to Philosophy), with one exception: students may take Logic either before or after taking any other introductory course.

Juniors and seniors may enter intermediate courses in philosophy without having taken an introductory level course in philosophy.

## Course Major

One can major in philosophy in either the Course Program or the Honors Program. Internal distribution requirements are the same for both programs. Only students who will have satisfactorily completed two philosophy courses by the end of their sophomore year will be considered for acceptance as majors. Normally, applications to complete a major in philosophy will not be accepted after the add/drop period in the fall term of a student's senior year.

Philosophy students changing their program from course to honors (or honors to course) must do so by the end of the add/drop period of the fall term of senior year.

### Acceptance Criteria

In addition to having completed two courses, majors must meet the general requirements for remaining in good standing at the College and have the ability to satisfy the department's comprehensive requirements. They must further normally have at least a B- average in all

# Philosophy

philosophy courses taken at Swarthmore. For double majors, the standard is somewhat higher, and the philosophy faculty determines whether the student has the ability to complete the comprehensive requirements of two departments satisfactorily.

### Requirements
Students majoring in philosophy must earn a total of eight credits, exclusive of senior work and complete at least

A. One course or seminar in logic and

B. Two credits in history: of these 2 credits, at least 1 must be in either ancient or modern (17th and 18th century) philosophy and

C. Two credits in at least one course covering one or more of the following areas: Advanced Logic, Philosophy of Science, Epistemology, Metaphysics, Philosophy of Language, Philosophy of Mind and

D. Two credits in at least one course covering one or more of the following areas: Moral Philosophy, Social and Political Philosophy, Philosophy of Law, Feminism, Aesthetics.

Note: With the exception of Logic (PHIL 012) – introductory level courses and First Year Seminars (PHIL 001–010) do not count toward the distribution requirements.

In addition, students majoring in philosophy are urged to take courses and seminars in diverse fields of philosophy. Prospective majors should complete the logic requirements as early as possible. Course majors are encouraged to enroll in seminars. Mastery of at least one foreign language is recommended.

### Senior Course Study work
A student will complete a course major in philosophy by registering for a single credit of Senior Course Study in the spring term of the senior year. Senior Course Study does not count toward fulfilling the eight credit requirement for the major. Under this heading, the student will produce two independent essays, each of no more than 4,000 words, based on problems or texts considered in seminars or courses that they have already completed, and in response to questions set by the department faculty. These two independent essays must fall in two different areas of philosophy from the following list:

A. History of Philosophy: Ancient Philosophy; Modern Philosophy; 19th-Century Philosophy; Existentialism and Phenomenology; and Contemporary Philosophy;

B. Value Theory: Moral Philosophy; Social and Political Philosophy; Aesthetics; Feminist Theory; Philosophy of Law

C. Logic, Metaphysics, and Epistemology: Logic, Theory of Knowledge, Philosophy of

Science, Philosophy of Psychology, Philosophy of Language

Students should inform the chair about the general areas in which they wish to write their essays by the 10th week of the fall term. The faculty of the Philosophy Department will then set questions and specify additional readings (1-3 articles or book chapters) for each area. These questions will be available to students by the end of the fall term.

It is expected that these essays will demonstrate initiative in engaging with problems and texts and that they will develop lines of argumentation beyond what is normally expected of course or seminar papers. Conversation among students who are preparing these essays is encouraged, but each student must produce an independent, original essay. After completing these essays, each course major will be examined orally on both essays by two members of the department.

## Course Minor
Students may complete a minor in philosophy by earning any 5 credits in philosophy courses. There is no distribution requirement for the minor.

## Honors Major

### Acceptance Criteria
Students undertaking to pursue honors in philosophy should have B+ grades in philosophy courses and a B+ average overall. The opinions of the philosophy faculty concerning the philosophical ability of students weigh heavily in borderline cases.

Only students who have already completed two philosophy courses will be considered for admission to the Honors Program.

Philosophy students changing their program from honors to course (or course to honors) must do so by the end of the add/drop period of the fall term of senior year.

### Preparations
Students will normally prepare for external examination in a given field in philosophy by completing a double-credit seminar at Swarthmore. With the approval of the department, it is possible to combine one-credit courses or attachments, taken either at Swarthmore or elsewhere, to form a preparation. With the approval of the department, a double-credit thesis may be counted as one preparation and submitted to an examiner.

### Requirements
Honors majors will register for one-credit of Seniors Honors Study in philosophy during the spring term of their senior year. Senior Honors

# Philosophy

Study does not count toward fulfilling the eight credit requirement for the major. External examiners will set questions and specify additional readings (3-4 articles or book chapters) for each preparation that is to be examined. These questions will be available to students by the end of the fall term. Honors majors will choose one question for each preparation.

### Senior Honors Study

Honors majors will then produce for each preparation an independent essay of no more than 4,000 words in response to the question they have chosen.

It is expected that these essays will demonstrate initiative in engaging with problems and texts and that they will develop lines of argumentation beyond what is normally expected of papers produced for seminar discussion. The preparation of the essays will not be supervised by members of the faculty. Conversation among students who are preparing these essays is encouraged, but each student must produce an independent, original essay. The essays must be submitted to the department to be sent to the external examiners by the beginning of the written examination period. There will be no further written examination of preparations beyond these independent essays. An examiner will conduct a 60 minute oral examination for each preparation on both the independent essay and the materials considered in the preparation (typically all the materials listed on the syllabus for the related seminar).

## Honors Minor

### Requirements

Honors minors must complete six credits of work in philosophy. In special cases, with approval of the department, one or two of these credits may be closely related topics taught outside the philosophy department that are well-integrated with their work in philosophy. Minors in philosophy will register for 0.5 credit of Senior Honor Study in the spring term of their senior year. Senior Honors Study does not count toward satisfying the six credit requirement for the minor.

### Senior Honors Study

Students will prepare one independent, original essay of no more than 4,000 words in response to a question set by an external examiner (as above with majors). An external examiner will conduct a 60 minute oral examination on both the independent essay and the materials considered in the preparation (typically all the materials listed on the syllabus for the related seminar).

## Application Process Notes for the Major or the Minor

Follow the process described by the Dean's Office and the Registrar's Office for how to apply for a major. Submit application, with transcript, plan of study, and if applicable, honors application.

Transfer students will be deferred until they have obtained at least 1 philosophy credit from Swarthmore.

Students who are deferred may apply again after addressing the reason(s) for being deferred.

## Off-Campus Study

With prior approval from the Chair, a student may take philosophy courses abroad for a semester or year and have them count both toward a major and as part of an Honors Program. Courses abroad do not, however, always fit neatly into a philosophy major and are not always suitable for full course credit. Full consultation with the Chair about study abroad is essential for constructing a viable program.

## Deadlines

Students wishing to add a major or minor in Philosophy must do so by the end of the add/drop period of the fall term of the senior year.

Philosophy students changing their program from course to honors (or honors to course) must do so by the end of the add/drop period of the fall term of the senior year.

Philosophy honors students must declare their honors preparations by the end of the add/drop period of the fall term of senior year.

Philosophy students wishing to drop an honors major or minor must do so by the end of the add/drop period of the fall term of the senior year.

Philosophy students wishing to drop a course major or minor after the add/drop period of the fall term of the senior year should speak to the chair of the department.

## Courses

### PHIL 001. Introduction to Philosophy

Philosophy addresses fundamental questions that arise in various practices and inquiries. Each section addresses a few of these questions to introduce a range of sharply contrasting positions. Readings are typically drawn from the works of both traditional and contemporary thinkers with distinctive, carefully argued, and influential views regarding knowledge, morality, mind, and meaning. Close attention is paid to formulating questions precisely and to

# Philosophy

the technique of analyzing arguments through careful consideration of texts.

1 credit.

Each semester. Staff.

### Section 1: Knowledge and Agency

What shall I do? What are the demands of morality? What is their basis (if there is one)? What is freedom of the will and do we enjoy it? Why is death bad? What is the meaning of life? (does it have a meaning?) What can we know? What is knowledge? Are we just material beings or do we possess an immaterial (and, perhaps immortal) soul? These are and have always been fundamental philosophical questions. We will deal with them by reading and discussing classical as well as contemporary philosophical texts.

Writing course.

1 credit.

Not offered 2012–2013.

### Section 2: Philosophy, Criticism, and Culture

This course will consider philosophy as a form of argumentative reflection on and criticism of some central cultural practices: political organization, natural science, and morality. In addition, philosophy as itself a cultural practice will be compared and contrasted with art and literature, history, and natural and social science. We will study Plato, Descartes, Marx, and Marcuse as well as a few films and poems.

Writing course.

1 credit.

Not offered 2012–2013.

### Section 3: Truth and Desire

This course is designed to develop your natural ability to think philosophically by heightening your sense of wonder and honing your critical skills. We will take a historical approach, starting with Plato and then reading Descartes and Nietzsche before turning to two more contemporary theorists, Frantz Fanon and Sandra Bartky. Throughout the course, we will pursue questions about truth (What is it? How does it relate to knowledge? When do we know that we know?) as well as questions about desire (What do we want? How does that relate to what we should want, our ideas of the good life, and the kind of life we should lead?) and the relationship between the two.

Writing course.

1 credit.

Not offered 2012–2013.

### Section 4: Knowledge and the World

"Men fear thought as they fear nothing else on earth—more than ruin, more than even death." Bertrand Russell believed that education's primary goal should be to instill in students not only the ability to seek knowledge, but also the desire for it, the joy of it, and the appreciation of its power. For Russell, this was also an essential component of philosophy. In this course, we will investigate the quest for knowledge itself: what are we looking for and how should we be looking for it? We will read some of the canonical answers to these questions as well as some answers that are not so canonical. We will ask what knowledge is, what kinds of knowledge we can have, and what it is exactly that we can know.

Writing course.

1 credit.

Fall 2012 and spring 2013. Thomason.

### PHIL 003. First-Year Seminar: The Meaning of Life

What is the meaning of life? Isn't this question too big for us? Do we even understand the question? This course will engage critically with several philosophical attempts to make sense of this fundamental question; we will discuss different answers to it. More specifically, we will deal with questions like the following: Can life have a meaning only if there is a God? Isn't life just absurd? Is there anything that really matters? Is death a problem for the attempt to lead a meaningful life? (and wouldn't immortality be a good alternative?) What is the role of purpose, purposes and plans in our lives? Is a meaningful life a happy life? What role do values and goals play in a meaningful life? And, finally: What is a good life?

Writing course.

1 credit.

Not offered 2012–2013.

### PHIL 005. First-Year Seminar: Human Nature

Who are we? Who are we becoming? Who could we become? Are we masters of the universe, co-participants in a larger whole, or instigators of an out-of-control path to destruction? What makes us distinct? How do we compare with other animals or machines? What part does our technology play in who we are? We will read classic conceptions of human nature drawn from the Western tradition of philosophy like Plato, Descartes, Rousseau, Kant, and Nietzsche. And we will consider interdisciplinary material drawn from evolutionary theory, animal studies, robotics, and neuroscience in order to consider how we might revise or rethink some of these earlier conceptions.

Writing course.

1 credit.

Fall 2012. Lorraine.

# Philosophy

### PHIL 006. First-Year Seminar: Life, Mind, and Consciousness

Classical problems of the nature and extent of life, the modern problems of mind and body, and contemporary issues that center on consciousness and thought serve as a chronological introduction to central philosophical issues. Individual writing conferences supplement plenary discussion sessions.

Writing course.

1 credit.

Spring 2013. Raff.

### PHIL 007. Paradox and Rationality

People claim to know lots of things—that the Earth is round, that 2 + 2 = 4, that God exists. But what distinguishes genuine knowledge from mere belief? This course will examine the ways in which the use of a systematic method can help in the generation of knowledge. Using the work of Descartes as our starting point, we shall focus, in particular, on the interaction between philosophical and scientific methods.

1 credit.

Not offered 2012–2013.

### PHIL 007B. First-Year Seminar: Plato and Socrates

This seminar will provide an in depth introduction to the thought of Socrates and Plato through close readings and analysis of selected Platonic dialogues considered as philosophical works of art. We will also examine the cultural context in which these dialogues emerged, their philosophical and literary precedents (e.g. Presocratics, Greek Tragedy), and the influence that they have had on subsequent philosophers (e.g. Nietzsche, Rorty).

Writing course.

1 credit.

Fall 2012. Ledbetter.

### PHIL 008. First-Year Seminar: Philosophy and Film

Following the work of Stanley Cavell (*Cities of Words*) we will follow and assess how some major philosophers (Plato, Aristotle, Locke, Kant, Mill, Nietzsche) and some major filmmakers (Capra, Hawks, Sturges, McCarey) engage the topic of moral perfection: the wish or longing for fuller lived meaningfulness in bearing cares and commitments.

Writing course.

1 credit.

Fall 2012. Eldridge.

### PHIL 010. First-Year Seminar: Questions of Inquiry

Classical and contemporary philosophical readings on questions of the nature and rationale for inquiry in science, morality, religion, and in philosophy itself.

1 credit.

Fall 2012. Raff.

### PHIL 011. Moral Philosophy

*What should I do?* This question is as old as philosophy itself. Just as it is one of the oldest and most complex philosophical puzzles, it also frequently occupies the minds of individuals in their day-to-day lives. In this course, we will focus on both ways of approaching this question. From the philosophical direction, we will discuss the ways in which philosophers have attempted to understand and describe our moral beliefs and commitments. From the practical direction, we will ask ourselves what it means to ascribe to these moral theories and how we might be able to actually live them.

1 credit.

Not offered 2012–2013.

### PHIL 012. Logic

An introduction to the principles of deductive logic with equal emphasis on the syntactic and semantic aspects of logical systems. The place of logic in philosophy will also be examined.

No prerequisite. Required of all philosophy majors.

1 credit.

Fall 2012. Baker.

### PHIL 013. Modern Philosophy

Seventeenth- and 18th-century theories of knowledge, morals, and metaphysics studied in philosophical masterpieces by Descartes, Spinoza, Leibniz, Locke, Berkeley, Hume, and Kant.

1 credit.

Spring 2013. Raff.

### PHIL 016. Philosophy of Religion

(See RELG 015B)

For PHIL credit see prerequisite information.

1 credit.

Not offered 2012–2013.

### PHIL 017. Aesthetics

On the nature of art and its roles in human life, considering problems of interpretation and evaluation and some specific medium of art: Who should care about art? Why? How?

1 credit.

Not offered 2012–2013.

# Philosophy

### PHIL 018. Philosophy of Science
(See PHIL 119)

1 credit.

Not offered 2012–2013.

### PHIL 019. Philosophy and Literature and Film
This course will focus 1) the nature of literature as a medium of art and its value for human life, and 2) the nature of film as a medium of art and its value for human life.

1 credit.

Not offered 2012–2013.

### PHIL 020. Plato and His Modern Readers
(Cross-listed as CLAS 020)

Modern thinkers have ascribed to Plato some of the fundamental good and ills of modern thought. It has been claimed, for example, that Socrates and Plato distorted the entire course of Western philosophy, that Plato was the greatest political idealist, that Plato was the first totalitarian, that Plato was a feminist, and that Plato betrayed his teacher, Socrates. In this course, we will view Plato through the lens of various modern and postmodern interpretations (e.g., Nietzsche, Heidegger, Foucault, Irigaray, Rorty, Murdoch, Nussbaum, Vlastos) alongside a close analysis of ethical, metaphysical, and epistemological issues as they arise in the dialogues themselves.

Writing course.

1 credit.

Spring 2013. Ledbetter.

### PHIL 021. Social and Political Philosophy
This course will serve as an introduction to social and political philosophy, though some attention will be paid to historical figures such as Mill, Hobbes, and Locke, the focus will be on contemporary debates regarding justice, freedom, equality, and community. The principal theories in political philosophy—utilitarianism, liberal egalitarianism, libertarianism, Marxism, and communitarianism—will be considered as well as some of the challenges raised by feminism and multiculturalism.

1 credit.

Spring 2013. Thomason.

### PHIL 023. Metaphysics
Traditional issues of reality and appearance, and traditional topics of God, Freedom, and Immortality are background for contemporary questions of being.

1 credit.

Not offered 2012–2013.

### PHIL 024. Theory of Knowledge
To raise questions of whether we have knowledge of morality and religion, this course considers classical and contemporary treatments of knowledge, its nature and limits.

1 credit.

Not offered 2012–2013.

### PHIL 025. Philosophy of Mathematics
Topics will include the nature of mathematical objects and mathematical knowledge, proof and truth, mathematics as discovery or creation, the character of applied mathematics, and the geometry of physical space. A considerable range of 20th-century views on these topics will be investigated including logicism (Frege and Russell), formalism (Hilbet), intuitionism (Brouwer and Dummett), platonism (Gödel), and empiricism (Kitcher). Important mathematical results pertaining to these topics, their proofs, and their philosophical implications will be studied in depth (e.g., the paradoxes of set theory, Gödel's incompleteness theorems, and relative consistency proofs for non-Euclidean geometries).

Prerequisites: Logic, acceptance as a major in mathematics, or approval of instructor.

1 credit.

Not offered 2012–2013.

### PHIL 026. Language and Meaning
(Cross-listed as LING 026)

Language is an excellent tool for expressing and communicating thoughts. You can let your friend know that there will probably be fewer than 25 trains from Elwyn to Gladstone next Wednesday—but could you do this without using language? (have you tried?) Even more interesting is the question how you can do this using language. How can the sounds I produce or the marks that I leave on this sheet of paper be about the dog outside chasing the squirrel? How can words refer to things and how can sentences be true or false? Where does meaning come from? Philosophy has dealt with such questions for a long time but it was only a bit more than 100 years ago that these questions have taken center stage in philosophy. We will read and discuss such more recent authors, starting with Frege, Russell and Wittgenstein and leading up to authors like Austin, Quine, Kripke and Putnam.

1 credit.

Not offered 2012–2013.

# Philosophy

## PHIL 029. Philosophy of Modern Music
This course will survey the rise and evolution of so-called absolute music as a significant form of cultural expression from 1750 to the present.

1 credit.

Not offered 2012–2013.

## PHIL 031. Advanced Logic
A survey of various technical and philosophical issues arising from the study of deductive logical systems. Topics are likely to include extensions of classical logic (e.g., the logic of necessity and possibility [modal logic], the logic of time [tense logic], etc.); alternatives to classical logic (e.g., intuitionistic logic, paraconsistent logic); metatheory (e.g., soundness, compactness, Gödel's incompleteness theorem); philosophical questions (e.g., What distinguishes logic from non-logic? Could logical principles ever be revised in the light of empirical evidence?).

Prerequisite: PHIL 012.

1 credit.

Spring 2013. Baker.

## PHIL 035. Environmental Ethics
Environmental ethics is normative moral and political philosophy as it pertains to environmental questions, concerns and issues. Here are some of the questions we'll examine: Who counts in environmental ethics: animals, plants, ecosystems? E.g., culling deer in the Crum woods is bad for the deer killed but good for the flora and other fauna of the Crum; Does nature possess intrinsic value or only instrumental value?; Are values merely subjective e.g., expressions of personal preference or taste, or can they be, in some sense, objective?; Is there one sound environmental ethic or several?; Should we accept the claims of so-called "deep ecology" or is a more pragmatic approach better?; Should we be more concerned with sustaining, restoring, or preserving the environment e.g., with respect to wilderness?; How do we resolve a conflict between feeding people and saving nature?; Can we integrate human rights with environmentalism? Democratic decision making? This course is open to all, though it would be desirable if students had at least one philosophy course.

Eligible for ENVS credit.

1 credit.

Spring 2013. Oberdiek.

## PHIL 039. Existentialism
In this course, we will examine existentialist thinkers such as Nietzsche, Kierkegaard, Heidegger, Sartre, Beauvoir, and Camus to explore themes of contemporary European philosophy, including the self, responsibility and authenticity, and the relationships between body and mind, fantasy and reality, and literature and philosophy.

1 credit.

Not offered 2012–2013.

## PHIL 040. Semantics
(See LING 040)

For PHIL credit see prerequisite information.

Note: This is not a writing course for PHIL.

1 credit.

Fall 2012 and spring 2013. Fernald.

## PHIL 045. Futures in Feminism
In this course, we will investigate the future directions feminist theory in the 21st century could or should take by looking at recent feminist theory and asking where we can go from here. Areas we will investigate include transnational theory, poststructuralist feminist theory, cultural theory, third-wave theory, critical race theory, and queer theory as well as theories that may not easily fit into any prevailing category of feminist thought.

Eligible for GSST credit.

1 credit.

Not offered 2012–2013.

## PHIL 049. Marx, Nietzsche, and Freud
This course will examine the work of three 19th-century "philosophers of suspicion" who challenged the self-presence of consciousness by considering consciousness as an effect of other forces. Their investigations into one's understanding of truth as the effect of will-to-power (Nietzsche), one's understanding of reality as the effect of class position (Marx), and consciousness as the effect of unconscious forces (Freud) provide an important background to contemporary questions about the nature of reality, human identity, and social power.

1 credit.

Not offered 2012–2013.

## PHIL 051. Human Rights and Atrocity
Are there such things as human rights? If so, where do they come from and how are they best conceived? What should we do when they are violated? This course examines the theoretical underpinnings of human rights. To try to understand and answer these questions, we will read traditional philosophical arguments and accounts of human rights in addition to philosophical examinations of atrocities like genocide. We will then use the philosophical works to examine specific historical examples of human rights violations such as genocide, war rape, and apartheid.

Eligible for PEAC credit.

1 credit.

Not offered 2012–2013.

# Philosophy

## PHIL 052. Bioethics

Advances in medicine and biological research have no doubt contributed both to the body of human knowledge and to the advances of modern life. But these great strides are accompanied by serious ethical questions and those questions are the topic of this course. We will approach issues in bioethics from two perspectives. First, we will grapple with the ethical issues themselves, such as the use of human subjects in experimentation, physician-assisted suicide, and the rights of reproduction (among many others). Second, we will examine these issues at the level of policy: what can doctors, patients, researchers, and lawmakers actually do about any of these issues and how do we go about making those hard choices?

1 credit.

Fall 2012. Thomason.

## PHIL 055. Philosophy of Law

An inquiry into major theories of law, with emphasis on implications for the relation between law and morality, principles of criminal and tort law, civil disobedience, punishment and excuses, and freedom of expression.

1 credit.

Fall 2012. Oberdiek.

## PHIL 059. Humans, Animals, and Robots

The philosophical tradition of phenomenology takes lived experience as its starting point and insists upon the embodied nature of human minds. Once we take our embodiment seriously, how different are we from other animals? And what would it take for computer circuits to replicate something like human sentience? What can phenomenological descriptions of lived experience add to our understanding of who we are? This course will take a phenomenological perspective on what it is to be human and explore questions about embodiment, consciousness, rationality, affect, and identity, as well as the boundaries between the human and other forms of sentience.

1 credit.

Not offered 2012–2013.

## PHIL 061. Philosophy of Race and Gender

Philosophers have long been interested in questions of identity, but that topic has largely been approached from the perspective of an abstract self. Female and LBGTQ philosophers and philosophers of color explore identity from within particular perspectives that are informed by gender and race. The authors we will read explore philosophical questions about race and gender through a mix of personal narratives and conceptual analysis. We will be primarily concerned with three broad issues of identity:

(1) how race and gender have been historically understood and (2) how race and gender are experienced by individuals, and (3) how race and gender ought to be conceived.

Eligible for BLST and GSST credit.

Writing course.

1 credit.

Not offered 2012–2013.

## PHIL 069. Phenomenology—Then & Now

In this course we will take a phenomenological perspective on lived experience in order to investigate questions about subjectivity, perception, temporality, and the roots of knowledge in being-in-the-world. How does abstract thought emerge from pre-reflective immersion in the world and what kind of light might a closer look at lived experience shed on questions about who we are, what we know, and how we ought to live? In addition to close readings of classic figures in phenomenology like Edmund Husserl, Martin Heidegger, and Maurice Merleau-Ponty, we will read work that manifests phenomenology's continued relevance to questions we face in the 21st century about what it means to be human, embodied cognition, and environmental change.

1 credit.

Not offered 2012–2013.

## PHIL 079. Poststructuralism

This course will examine poststructuralist thinkers such as Foucault, Derrida, Kristeva, and Deleuze in light of contemporary questions about identity, embodiment, the relationship between self and other, and ethics.

1 credit.

Not offered 2012–2013.

## PHIL 086. Philosophy of Mind

(See PHIL 118)

1 credit.

Fall 2012. Baker.

## PHIL 093. Directed Reading

Each semester. Staff.

## PHIL 096. Senior Course Thesis

Each semester. Staff.

## PHIL 099. Senior Course Study

Spring semester. Staff.

# Seminars

## PHIL 101. Moral Philosophy

An examination of the principal theories of value, virtue, and moral obligation—and their justification. The focus will be primarily on contemporary treatments of moral philosophy. A central question of seminar will be the possibility and desirability of moral theory.

# Philosophy

2 credits.

Spring 2013. Thomason.

## PHIL 102. Ancient Philosophy

Ancient Greek philosophy transforms traditional Greek religion through rational critique; yet, in contrast to contemporary philosophy, it continues to share many of the most prominent features of religion. This seminar will study how theology develops through the Presocratics, Socrates, Plato, Aristotle, the Epicureans, and Stoics and how theology relates to the philosophers' views on morality and the good life.

2 credits.

Not offered 2012–2013.

## PHIL 103. Selected Modern Philosophers

One or more 17th- or 18th-century philosophers selected for systematic or comparative study.

2 credits.

Spring 2013. Raff.

## PHIL 104. Topics in Metaphysics

One or more central topics in contemporary metaphysics selected for sustained study: include: freedom, causation, universals, categories, necessity, identity of things and people, fiction, God.

2 credits.

 Not offered 2012–2013.

## PHIL 106. Aesthetics and Theory of Criticism

On the nature of art and its roles in human life, considering problems of interpretation and evaluation and some specific medium of art.

2 credits.

Spring 2013. Eldridge.

## PHIL 113. Topics in Epistemology

What is knowledge? Can we have it? If not, why not? If yes, how? What does it mean to have evidence, justification or reasons for ones beliefs? How rational or irrational are we? Can we have a priori, "armchair" knowledge? Is cognition essentially social? We will discuss classic and contemporary answers to such questions.

2 credits.

Not offered 2012–2013.

## PHIL 114. 19th-Century Philosophy

The historical treatment of such topics as knowledge, morality, God's existence, and freedom in Kant, Fichte, Hegel, Feuerbach, Marx, and Nietzsche.

2 credits.

Fall 2012. Eldridge.

## PHIL 116. Language and Meaning

(Cross-listed as LING 116)

Behaviorist theories of meaning, cognitivist theories of meaning, and conceptions of language as a social practice will be surveyed and criticized.

2 credits.

Not offered 2012–2013.

## PHIL 118. Philosophy of Mind

The course is divided into three principal sections, focusing on philosophy of mind, artificial intelligence, and cognitive science. Section 1 covers four core positions in the philosophy of mind "dualism, behaviorism, materialism, and functionalism," and it serves as an overview of traditional philosophy of mind. Section 2 explores how the philosophical ideas developed above connect to ongoing research in artificial intelligence. Section 3 concerns the philosophy of cognitive science, a field that investigates the biological and neurophysiological underpinnings of human mentality. Part of the aim is to clarify the goals and methods of cognitive science and to investigate ways in which advances in cognitive science may yield philosophical insights into the nature of mind.

2 credits.

Not offered 2012–2013.

## PHIL 119. Philosophy of Science

A study of philosophical problems arising out of the presuppositions, methods, and results of the natural sciences, focusing particularly on the effectiveness of science as a means for obtaining knowledge. Topics include the difference between science and pseudoscience; the idea that we can "prove" or "confirm" scientific theories; explanation and prediction; the status of scientific methodology as rational, objective, and value free; and the notion that science aims to give us (and succeeds in giving us) knowledge of the underlying unobservable structure of the world.

2 credits.

Spring 2013. Baker.

## PHIL 121. Social and Political Philosophy

This seminar will concentrate on late 20th-century liberalism (Rawls, Dworkin, Raz) and its critics—especially communitarians (Sandel, Taylor) civic republicans (Petit, Skinner, Honohan) and "strong" perfectionists (Sher). We will finish by reading Estlund's "Democratic Authority."

2 credits.

Fall 2012. Oberdiek.

# Philosophy

**PHIL 125. Philosophy of Mathematics**
Mathematics is a discipline whose elegance, rigor, and stunning usefulness across a huge variety of applications has made it a central part of every school and college curriculum. But what exactly is mathematics about? At one level, the answer seems obvious: Mathematics is about numbers, functions, sets, geometrical figures, and so on. But what are these things? Do they exist? If so, where? And how do we come to know anything about them? If they do not exist, what makes mathematics true? This seminar will tackle these issues and look at what some of the great philosophers such as Plato, Descartes, Kant, and Wittgenstein have had to say about mathematics.

2 credits.

Not offered 2012–2013.

**PHIL 139. Phenomenology, Existentialism, and Poststructuralism**
In this course, we will examine the themes of reality, truth, alienation, authenticity, death, desire, and human subjectivity as they emerge in contemporary European philosophy. We will consider thinkers such as Nietzsche, Husserl, Heidegger, Derrida, and Irigaray to place contemporary themes of poststructuralist thought in the context of the phenomenological, existential, and structuralist thought out of which they emerge.

2 credits.

Not offered 2012–2013.

**PHIL 180. Senior Honors Thesis**
A thesis may be submitted by majors in the department in place of one honors paper, on application by the student and at the discretion of the department.

**PHIL 199. Senior Honors Study**
Spring semester.

# Physical Education

ADAM HERTZ, Director of Physical Education and Athletics
KAREN BORBEE, Professor
SUSAN P. DAVIS, Professor
MICHAEL L. MULLAN, Professor
TODD ANCKAITIS, Head Coach/Instructor
PETER CARROLL, Head Coach/Instructor
HARLEIGH CHWASTYK, Head Coach/Instructor
RENEE CLARKE, Head Coach/Instructor
RENEE L. DEVARNEY, Head Coach/Instructor
STAN EXETER, Head Coach/Instructor
LAUREN FUCHS, Head Coach/Instructor
PAT GRESS, Head Coach/Instructor
LANDRY KOSMALSKI, Head Coach/Instructor
JEREMY LOOMIS, Head Coach/Instructor
ERIC WAGNER, Head Coach/Instructor
JIM HELLER, Head Coach (part time)
BHAVIN PARIKH, Head Coach (part time)
MARIAN FAHY, Administrative Assistant
SHARON GREEN, Administrative Assistant

The aim of the department is to contribute to the total education of all students through the medium of physical activity. We believe this contribution can best be achieved through encouraging participation in a broad program of individual and team sports, aquatics, physical fitness, and wellness. The program provides an opportunity for instruction and experience in a variety of activities on all levels. It is our hope that participation in this program will foster an understanding of movement and the pleasure of exercise and will enhance, by practice, qualities of good sportsmanship, leadership, and cooperation in team play. Students are also encouraged to develop skill and interest in a variety of activities that can be enjoyed after graduation.

The Intercollegiate Athletics Program is comprehensive, including varsity with teams in 22 different sports: 10 for men and 12 for women.

Ample opportunities exist for large numbers of students to engage in intercollegiate competition, and those who qualify may be encouraged to participate in regional and national championship contests. Several club teams in various sports are also organized, and a program of intramural activities is sponsored.

## Requirements and Recommendations

Students are encouraged to enjoy the instructional and recreational opportunities offered by the department throughout their college careers. As a requirement for graduation, all nonveteran students, not excused for medical reasons, are required to complete 4 units of physical education by the end of their sophomore year. In addition, all students must pass a survival swim test or complete one-quarter of aquatics instruction.

Students who enter Swarthmore as transfer students can either apply transfer PE units toward the 4-unit physical education requirement or opt for a reduction in the PE requirement based on the student's transfer status, but transfer students cannot both transfer PE units and receive a reduction in the requirement. The optional reduction in PE units depends on the transfer class of the student. Transfer students who enter Swarthmore as sophomores can opt to complete 3 units of physical education and pass a survival swim test (a reduction of 1 PE unit). Transfer students who enter Swarthmore as juniors can opt to complete 2 units of physical education and pass a survival swim test (a reduction of 2 PE units).

Courses offered by the department are listed subsequently. Credit toward completion of the physical education requirement will also be given for participation in intercollegiate athletics, as well as PE Dance Courses, which are semester-long courses. Credit will also be given for participation in approved club sports and club activities programs. Those approved club sports and activities clubs are as follows: capoeira, fencing, folk dance, men's badminton, men's volleyball, squash, swing/tango dance, Ultimate Frisbee, and rugby.

Independent study for physical education is not permitted.

# Physical Education

## Courses

**Fall**
Aerobics
Aquatics II/III
Badminton
Beginning Aquatics
Bowling
Core Ball Training
Fencing
Fitness Training
Golf
Gym Class Hero
Orienteering
Pilates
Squash
Table Tennis
Tennis
Volleyball
Walk, Jog, Run

**Spring**
Aerobics
Aquatics for Fitness
Badminton
Basketball
Beginning Aquatics
Core Ball Training
Fencing
Fitness Training
Gym Class Hero
Pilates
Racketlon
Squash
Table Tennis
Tennis
Walk, Jog, Run

**PE Dance Courses**
These courses are offered through the Dance
Department. See the Music and Dance section
of the course catalog and the Swarthmore
College Schedule of Courses and Seminars for
fall and spring PE dance course offerings.

## Intercollegiate Athletics

**Fall**
Men's Cross Country
Women's Cross Country
Field Hockey
Men's Soccer
Women's Soccer
Women's Volleyball

**Winter**
Badminton
Men's Basketball
Women's Basketball
Men's Swimming
Women's Swimming
Men's Indoor Track
Women's Indoor Track

**Spring**
Baseball
Golf
Men's Lacrosse
Women's Lacrosse
Softball
Men's Tennis
Women's Tennis
Men's Outdoor Track
Women's Outdoor Track

# Physics and Astronomy

JOHN R. BOCCIO, Professor of Physics [1]
MICHAEL R. BROWN, Professor of Physics and Chair
AMY LISA GRAVES, Professor of Physics [1]
PETER J. COLLINGS, Professor of Physics [3]
FRANK A. MOSCATELLI, Professor of Physics
DAVID H. COHEN, Associate Professor of Astronomy
CATHERINE H. CROUCH, Associate Professor of Physics
CARL H. GROSSMAN, Associate Professor of Physics
ERIC L.N. JENSEN, Professor of Astronomy [3]
ANA MATKOVIĆ, Visiting Assistant Professor of Astronomy
MATTHEW MEWES, Visiting Assistant Professor of Physics
TIMOTHY GRAY, Post-Doctoral Research Scientist
MARY ANN KLASSEN, Lecturer
ADAM NEAT, Lecturer
PAUL JACOBS, Instrumentation/Computer Technician
STEVEN PALMER, Machine Shop Supervisor
CAROLYN R. WARFEL, Administrative Assistant

[1] Absent on leave, fall 2012.
[3] Absent on leave, 2012–2013.
[1] Formerly Amy L.R. Bug.

The Physics and Astronomy Department teaches the concepts and methods that lead to an understanding of the fundamental laws governing the physical universe.

Emphasis is placed on quantitative, analytical reasoning, as distinct from the mere acquisition of facts. Particular importance is also attached to laboratory work because physics and astronomy are primarily experimental and observational sciences.

With the awareness that involvement in research is a major component in the education of scientists, the department offers a number of opportunities for students to participate in original research projects, conducted by members of the faculty, on campus.

Several research laboratories are maintained by the department to support faculty interests in the areas of laser physics, high-resolution atomic spectroscopy, plasma physics, nano physics, computer simulation, liquid crystals, quantum mechanics foundations, and observational and theoretical astrophysics.

The department operates the Peter van de Kamp Observatory for student and faculty research, plus several small telescopes for instructional use. The observatory is equipped with a 61-cm reflecting telescope, a high-resolution spectograph, and a CCD camera for imaging and photometry. A monthly visitors' night at the observatory is announced on the department website. Swarthmore College is also home to the historic Sproul 61-cm refracting telescope.

Two calculus-based introductory sequences are offered. PHYS 003 and 004 cover both classical and modern physics and is an appropriate introductory physics sequence for those students majoring in engineering, chemistry,

and biology. PHYS 007 and 008, on the other hand, which are normally preceded by PHYS 005/ASTR 005 (these are cross-listed), are at a higher level. They are aimed toward students planning to do further work in physics or astronomy and are also appropriate for engineering and chemistry majors. The sequence of courses from PHYS 005 to PHYS 018 is designed to provide a comprehensive introduction to the major topics and mathematical tools of physics.

Additional information is available at the department website at www.swarthmore.edu/physics.

## The Academic Program

In order to receive a degree from Swarthmore as a physics, astrophysics, or astronomy major, a student must have taken and satisfactorily passed one of the programs described below. In the Physics and Astronomy Department, the seminar is the standard format for most junior and senior level work. All prospective majors and minors in the department should realize this when planning programs. The seminars are open to all students, both honors and course majors.

### Core Programs

In the spirit of a liberal arts education, we note that one need not be considering a career in physical science to find a physics, astrophysics, or astronomy major beneficial and stimulating. The physics core curriculum and the astronomy core curriculum listed below both provide excellent training in quantitative reasoning and independent problem solving, skills that are applicable in a wide variety of arenas (finance, law, medicine, science journalism, public

# Physics and Astronomy

policy). Since all of the fundamental areas are covered, the physics core curriculum is also excellent preparation for a career in a scientific field related to physics, such as engineering or teaching physics in high school. The astronomy curriculum is excellent preparation for teaching astronomy in high school, or working as a telescope operator or data analyst. These curricula are ideal for double majors.

While the physics core curriculum is adequate preparation for graduate study in physics, students considering graduate school are encouraged to take additional seminars, especially those listed below under "Enhanced Programs." Most graduate programs in astronomy expect somewhat more physics preparation than the minimum listed in the astronomy curriculum. Those considering graduate school in astronomy are encouraged to take as much additional physics as scheduling permits, and ideally, to choose the astrophysics major listed below under "Enhanced Programs."

*Note: The Mathematics and Statistics Department offers many sets of courses covering similar material at different levels of sophistication. In each case noted, the most elementary version from each set has been listed. Students should always take the most advanced version for which they qualify, e.g. MATH 034 or 035 rather than MATH 033, if possible.*

**Physics Core Curriculum**

PHYS/ASTR 005

PHYS 007, 008, 013, 015, 017, 018

PHYS 111, 112, 113, 114

PHYS 063, 081, 082[†]

MATH* 015, 025, 027, 033

**Astronomy Core Curriculum**

PHYS/ASTR 005

PHYS 007, 008, ASTR 016, ASTR 061

4 Astronomy seminars (can include upper-level astronomy courses at Haverford)

MATH* 015, 025, 027, 033

*Under some circumstances, PHYS 003, 004 can be substituted for PHYS 007, 008.*

*[†]Students who have taken ENGR 072 may substitute PHYS 083 instead of PHYS 081, 082.*

## Enhanced Programs

These programs provide strong preparation for graduate study in physics, astrophysics, or astronomy.

**Physics Enhanced Curriculum**

In addition to the physics core requirements listed above, any two advanced seminars

**Astrophysics Curriculum**

PHYS/ASTR 005

PHYS 007, 008, 013, 015, 017, 018, ASTR 016

Two Astronomy Seminars

PHYS 111, 112, 113, 114

MATH* 015, 025, 027, 033

**Other Requirements**

Seniors not in the Honors Program must complete a comprehensive exercise, which is intended both to encourage review and synthesis and to allow students to demonstrate mastery of fundamentals studied during all four years. In addition, all students must satisfy the College distribution requirements and the 20-course rule (except for special majors such as astrophysics or chemical physics, for whom the 20-course rule is waived).

## Course Major

A student applying to become either a physics major in the core program or an astronomy major should have completed or be completing PHYS/ASTR 005 and either PHYS 004 or PHYS 007. Otherwise it will be impossible to fulfill all program requirements. To be accepted as a major, the applicant must have received grades of C+ or better in Physics, Astronomy, and Math courses.

A student applying to become a physics major in either the enhanced program in course or the Honors Program should have completed or be completing courses through PHYS 008, PHYS 013, PHYS 015, PHYS 017, PHYS 018. In addition, to be accepted into the course major, these courses must be completed with an average grade of C+ or better. To be accepted into the Honors Program with a physics major, the average grade should be a B or better. Grades in math courses should be at a similar level.

A student applying to become an astrophysics major in course or in honors should have completed or be completing PHYS 008, PHYS 013, PHYS 015, PHYS 017, PHYS 018, and ASTR 016. To be accepted into the Honors Program with an astronomy major, the applicant should have completed or be completing ASTR 016. In addition, applicants for the Honors Program in either astrophysics or astronomy must normally have an average grade in physics and astronomy courses of B or better.

Since almost all advanced work in physics and astronomy at Swarthmore is taught in seminars where the student participants share the pedagogical responsibility, an additional consideration in accepting (retaining) majors is the presumed (demonstrated) ability of the students not only to benefit from this mode of instruction but also to contribute positively to the seminars. Grades in prior courses are the best criteria in admitting majors, since they tend

# Physics and Astronomy

to indicate reliably whether or not the student can handle advanced work at Swarthmore levels without being overwhelmed. However, constructive participation in classes and laboratories is also considered.

## Program for the Last Two Years

The following one-credit physics seminars are offered on a regular basis (regardless of faculty leaves):

Prerequisites: PHYS 005, 007, 008, 013, 015, 017, and 018

PHYS 111. Classical Mechanics

PHYS 112. Electrodynamics

PHYS 113. Quantum Theory

PHYS 114. Statistical Physics

Additional prerequisite: ASTR 016

ASTR 121. Research Techniques in Observational Astronomy (offered in alternate years)

ASTR 123. Stars and Stellar Structure (offered in alternate years)

ASTR 126. The Interstellar Medium (offered in alternate years)

In addition, one or two one-credit advanced physics seminars are offered each year. Typical topics are:

PHYS 130. General Relativity

PHYS 131. Particle Physics

PHYS 132. Non-Linear Dynamics and Chaos

PHYS 133. Atomic Physics and Spectroscopy

PHYS 134. Advanced Quantum Physics

PHYS 135. Solid State Physics

PHYS 136. Quantum Optics and Lasers

PHYS 137. Computational Physics

PHYS 138. Plasma Physics

PHYS 139. Biophysics

## Course Minor

The Physics and Astronomy Department offers two types of course minor, one in physics and one in astronomy.

## Physics Minor Curriculum

PHYS/ASTR 005

PHYS 007

PHYS 008

PHYS 013

PHYS 015

PHYS 017

PHYS 018

PHYS 111 and 113[†]

MATH* 015, 025, 033

*Under some circumstances, PHYS 003 and/or PHYS 004 may be substituted for PHYS 007 and/or PHYS 008.*

*[†]We prefer that minors have two advanced seminars, one in "classical" and one in "quantum" physics. PHYS 111 is a prerequisite for future seminars and fulfills the "classical" requirement. While we recommend PHYS 113 as the second advanced seminar, a different seminar may be substituted upon consultation with the Chair.*

## Astronomy Minor Curriculum

PHYS/ASTR 005

PHYS 007 *or* PHYS 003

PHYS 008 *or* PHYS 004

ASTR 016

One Astronomy seminar numbered 100 or above

One semester of ASTR 061 (0.5 credits)

MATH* 015, 025, 033

* Note: The Mathematics and Statistics Department offers many sets of courses covering similar material at different levels of sophistication. In each case noted, the most elementary version from each set has been listed. Students should always take the most advanced version for which they qualify.

## Honors Major

Honors majors must meet the requirements for the major as described on the first page, and select three of the following preparations, plus their prerequisites.

### Honors Major Programs

Physics: Electrodynamics (PHYS 112), Quantum Physics (PHYS 113), Statistical Physics (PHYS 114), Honors Thesis (PHYS/ASTR 180)

Astrophysics: Any of the seminars from the astronomy program, plus: Electrodynamics (PHYS 112), Quantum Theory (PHYS 113), Statistical Physics (PHYS 114), Honors Thesis (PHYS/ASTR 180)

*Note:* must include at least one seminar each from the astronomy and physics side of the program.

Astronomy: Research Techniques in Observational Astronomy (ASTR 121), Stars and Stellar Structure (ASTR 123), The Interstellar Medium (ASTR 126), Honors Thesis (ASTR 180)

*Note:* External examination for honors major programs includes two or three 3-hour written examinations on the chosen preparations, plus two or three 30-45 minute oral examinations on the chosen preparations, plus one 45-60 minute oral examination on the honors thesis (for thesis writers).

# Physics and Astronomy

## Honors Minor

Physics: One of the following seminars PHYS 112, PHYS 113, PHYS 114

Astrophysics: One of the following seminars PHYS 112, PHYS 113, PHYS 114, ASTR 121, ASTR 123, ASTR 126

Astronomy: One of the following seminars (ASTR 121, ASTR 123, ASTR 126)

*Note:* External examination for honors minor programs includes one three-hour written examination on the chosen preparations, plus one 30-45 minute oral examination on the chosen preparations.

## Research Opportunities

### Advanced Laboratory Program

In the junior and senior years, all physics majors must take PHYS 081 and PHYS 082. Students enrolled in PHYS 081 and PHYS 082 must arrange their programs so that they can schedule an afternoon for the laboratory each week free of conflicts with other classes. Enrollment in each of these laboratories will appear on the student's transcript with a letter grade for 0.5 credit for each semester. PHYS 081, 082 together count as a "writing course" for collegiate graduation requirements. Students with credit for ENGR 072 may replace PHYS 081, 082 with PHYS 083, which is an advanced lab experience without an electronics component.

### Independent Work

Physics, astrophysics, and astronomy majors are encouraged to undertake independent research projects, especially in the senior year, either in conjunction with one of the senior seminars, or as a special project for separate credit (PHYS/ASTR 094). Members of the physics or astronomy faculty are willing to suggest possible projects and to supervise one of these if the student chooses to pursue it. Students completing work under PHYS/ASTR 094 are required to submit final written and oral reports of their work to the department. In preparation for independent experimental work, prospective physics majors are strongly urged to take the required 0.5 credit course PHYS 063, Procedures in Experimental Physics, during their fall semester of their sophomore year, which will qualify them to work in the departmental shops. There are usually many opportunities for students to receive financial support to work with faculty members on research projects during the summer.

### Thesis

Students may do a theoretical or experimental research thesis representing the results of independent work done under the supervision of a faculty member. This thesis will usually cover work begun in the summer after the junior year and completed during the senior year. A thesis is recommended of all students in the Honors Program.

## Off-Campus Study

With proper planning, study away from Swarthmore for one or two semesters is possible while majoring in physics, astronomy, or astrophysics. However, the many prerequisites in the Physics and Astronomy Department make careful planning for study abroad a necessity. Spring of junior year is often the easiest time to make this work. The important point is to begin planning at an early stage. This allows students (1) to make sure courses not available abroad are taken at Swarthmore, and (2) to find out well in advance what physics and astronomy courses are available in the various study abroad programs. While it is completely feasible to complete a physics major without taking physics abroad (e.g. if one is studying in a non-English-speaking country), students should note when planning their programs that PHYS 111 must be taken before PHYS 113 or PHYS 114.

## Teacher Certification

We offer teacher certification in physics through a program approved by the state of Pennsylvania. For further information about the relevant set of requirements, contact the Educational Studies Department chair, the Physics Department chair, or visit the Educational Studies Department website at www.swarthmore.edu/educationalstudies.xml.

## Physics Courses

### PHYS 002B. First-Year Seminar: Quantum Theory in Search of Reality

This seminar will attempt to answer the question "What is reality?" The search for a picture of "the way the world really is" is an enterprise that transcends the narrow interests of theoretical physics. Students will be introduced to culture of theoretical physics and its language, namely, mathematics. Students will explore how contemporary quantum physics views the world we live in, and why physicists believe the view is correct.

Prerequisites: High school algebra and geometry.

1 credit.

Not offered 2012–2013.

### PHYS 002E. First-Year Seminar: Energy

This seminar will cover both the physics and policy of energy in all its forms. Topics include the physical basis for energy; thermodynamics and engines; energy sources (fossil fuels, solar,

# Physics and Astronomy

photovoltaics, nuclear); transportation; the electric grid; and climate change.

Prerequisite: High school algebra.

1 credit.

Not offered 2012–2013.

## PHYS 002M. First-Year Seminar: Physics in Modern Medicine

The impact that physics has had on the practice of clinical medicine in the past decade has been nothing short of staggering. This seminar introduces nonscientists to the physics behind many of the diagnostic and therapeutic techniques of modern medicine as well as the basic physics behind many physiological systems in the human body. In addition to the scientific basis of the subject, covered in a modern text, the societal, ethical and economic implications will be treated through readings from other sources and through medical site visits. Topics will include: laser surgery, photodynamic therapy, ultrasound imaging, x-ray and radionuclide imaging, computer tomography (CAT or CT scans), positron emission tomography (PET scans), radiation therapy, magnetic resonance (MRI) and recent advances in optical imaging methods.

Prerequisites: None. Mathematical level: only algebra and some basic trigonometry.

1 credit.

Fall 2012. Moscatelli.

## PHYS 003. General Physics I

Topics include vectors, kinematics, Newton's laws and dynamics, conservation laws, work and energy, oscillatory motion, systems of particles, and rigid body rotation. Possible additional topics are special relativity and thermodynamics. Includes one laboratory weekly.

Natural sciences and engineering practicum.

Prerequisite: MATH 015 (can be taken concurrently).

1 credit.

Fall 2012. Graves.

## PHYS 004. General Physics II

Topics include wave phenomena, geometrical and physical optics, electricity and magnetism, and direct and alternating current circuits. Possible additional topics may be added. Includes one laboratory weekly.

Natural sciences and engineering practicum.

Prerequisites: PHYS 003 or the permission of the instructor, MATH 025 (can be taken concurrently).

1 credit.

Spring 2013. Moscatelli.

## PHYS 004L. General Physics II: Electricity, Magnetism, and Optics with Biological and Medical Applications

PHYS 004L will cover the same topics as PHYS 004 but will emphasize biological, biochemical, and medical applications of those topics. The course will meet medical school requirements (in conjunction with PHYS 003) and will include a weekly laboratory. Students who wish to take PHYS 004L before PHYS 003 must have some high school physics background and obtain permission from the instructor.

Natural sciences and engineering practicum.

Prerequisites: MATH 015 or a more advanced calculus course; PHYS 003 or permission of the instructor.

1 credit.

Spring 2013. Crouch.

## PHYS 005. Spacetime, Quanta, and Cosmology

(Cross-listed as ASTR 005)

This introductory course emphasizes three major areas of modern physics and astrophysics: special relativity, cosmology, and quantum theory. Students will explore the counterintuitive consequences of special relativity for our notions of absolute time; the birth, expansion, and fate of the universe; and the nature of the subatomic quantum world, where our notions of absolutes such as position or speed of a particle are replaced by probabilities, so that a particle can exist in many states at once. The course focuses on how scientists ask and answer questions about such topics, including the development of the mathematical tools necessary to understand the physical world in depth. This course is suitable for non-majors and also serves as the entry point to majoring or minoring in astronomy, astrophysics, or physics. Includes six afternoon labs and some evening telescope observing.

Natural sciences and engineering practicum.

1 credit.

Fall 2012. Cohen, Crouch.

## PHYS 007. Introductory Mechanics

An introduction to classical mechanics. This course is suitable for potential majors, as well as students in other sciences or engineering who would like a course with more mathematical rigor and depth than PHYS 003. Includes the study of kinematics and dynamics of point particles; conservation principles involving energy, momentum and angular momentum; rotational motion of rigid bodies, and oscillatory motion. Includes one laboratory weekly: used for hands-on experimentation and occasionally for workshops that expand on lecture material.

# Physics and Astronomy

Natural sciences and engineering practicum.

Prerequisites: MATH 025 (can be taken concurrently), PHYS 005/ASTR 005 or permission of the instructor.

1 credit.

Not offered 2012–2013. Next offered fall 2013.

## PHYS 008. Electricity, Magnetism, and Waves

A sophisticated introductory treatment of wave and electric and magnetic phenomena, such as oscillatory motion, forced vibrations, coupled oscillators, Fourier analysis of progressive waves, boundary effects and interference, the electrostatic field and potential, electrical work and energy, D.C. and A.C. circuits, the relativistic basis of magnetism, Maxwell's equations, and geometrical optics. Includes one laboratory weekly.

Natural sciences and engineering practicum.

Prerequisites: PHYS 007 (or permission of instructor); MATH 033 (can be taken concurrently).

1 credit.

Fall 2012. Brown.

## PHYS 013. Thermodynamics / Statistical Mechanics

A half-semester introductory course in thermal and statistical physics. Topics include energy, heat, work, entropy, temperature (the First, Second and "Third" Laws of Thermodynamics), heat capacity, ideal gases, paramagnetism, phase transitions, and the chemical potential. This course serves as a prerequisite for PHYS 114 and for PHYS 135. This class has a weekly laboratory requirement.

Prerequisite: single-variable calculus (MATH 025 or 026); may be taken as a corequisite with permission of the instructor.

First half of the semester.

0.5 credit.

Spring 2013. Grossman.

## PHYS 015. Optics

A half-semester introduction to geometric and wave optics, including ray diagrams, matrix optics, polarization, Jones matrices, interference, and diffraction. This class has a weekly laboratory requirement.

Prerequisite: single-variable calculus (MATH 025 or 026); may be taken as a corequisite with permission of the instructor.

Second half of the semester.

0.5 credit.

Spring 2013. Mewes.

## PHYS 017. Mathematical Methods of Physics

A half-semester survey of mathematical techniques useful in physics. Topics include eigenvalue problems, Fourier analysis, solutions to ordinary and partial differential equations, special functions, the theory of residues, and numerical methods. Includes a weekly numerical laboratory. Prerequisite: linear algebra (MATH 027, 028, or 028S); corequisite: multivariable calculus (MATH 033, 034, or 035).

First half of the semester.

0.5 credit.

Spring 2013. Mewes.

## PHYS 018. Quantum Mechanics

A half-semester introductory course in quantum mechanics. Topics include waves, photons, the Schrodinger equation, Dirac notation, one-dimensional potentials, quantized angular momentum, and central potentials. This course serves as a prerequisite for PHYS 113. This class has a weekly laboratory requirement.

Prerequisites: PHYS/ASTR 005, PHYS 017; corequisite: multivariable calculus (MATH 033, 034, or 035).

Second half of the semester.

0.5 credit.

Spring 2013. Grossman.

## PHYS 020. Principles of the Earth Sciences

An analysis of the forces shaping our physical environment, drawing on the fields of geology, geophysics, meteorology, and oceanography. Includes some laboratory and fieldwork.

Natural sciences and engineering practicum.

1 credit.

Not offered 2012–2013.

## PHYS 021. Light and Color

The fundamentals of light from the classical and quantum physical viewpoint. Extensive use of examples from art, nature, and technology will be made. Two or three lectures per week plus a special project/laboratory.

1 credit.

Not offered 2012–2013.

## PHYS 022. Physics of Musical Sounds

An introduction to the science and technology of musical sounds and the instruments that make them. Particular attention is paid to electronic music and instruments. Topics include complex waveforms, scales and temperament, basic electronic sound devices, and digital sound technology. The course has a weekly laboratory requirement.

1 credit.

Not offered 2012–2013.

# Physics and Astronomy

### PHYS 023. Relativity
A nonmathematical introduction to the special and general theories of relativity as developed by Einstein and others during the 20th century.
1 credit.
Not offered 2012–2013.

### PHYS 024. The Earth's Climate and Global Warming
A study of the complex interplay of factors influencing conditions on the surface of the Earth. Basic concepts from geology, oceanography, and atmospheric science lead to an examination of how the Earth's climate has varied in the past, what changes are occurring now, and what the future may hold. Besides environmental effects, the economic, political, and ethical implications of global warming are explored, including possible ways to reduce climate change. Includes one laboratory every other week.
Natural sciences and engineering practicum.
1 credit.
Not offered 2012–2013.

### PHYS 025. In Search of Reality
By investigating the assumptions, theories, and experiments associated with the study of reality in quantum physics, we will attempt to decide whether the question of the existence of an intelligible external reality has any meaning.
1 credit.
Not offered 2012–2013.

### PHYS 026. Chaos, Fractals, Complexity, Self-Organization, and Emergence
A study of chaos, fractals, scaling and self-similarity, percolation, cellular automata, iterated function systems, pattern formation, self-organized networks, complex adaptive systems, self-organized criticality, and emergence with applications in the natural sciences, social sciences, and humanities.
1 credit.
Not offered 2012–2013.

### PHYS 029. Seminar on Gender and (Physical) Science
This seminar will take a multifaceted approach to the question: "What are the connections between a person's gender, race, or class and their practice of science?" The history of science, the education of women and feminist pedagogy, and philosophy of science will be addressed. Physical science will be the principal focus. Includes some laboratory work.
1 credit.
Spring 2013. Graves.

### PHYS 093. Directed Reading
This course provides an opportunity for an individual student to do special study, with either theoretical or experimental emphasis, in fields not covered by the regular courses and seminars. The student will present oral and written reports to the instructor.
0.5, 1, or 2 credits.
Each semester. Staff.

### PHYS 094. Research Project
Initiative for a research project may come from the student, or the work may involve collaboration with ongoing faculty research. The student will present a written and an oral report to the department.
0.5, 1, or 2 credits.
Each semester. Staff.

## Physics Advanced Seminars

### PHYS 111. Analytical Dynamics
Intermediate classical mechanics. Motion of a particle in one, two, and three dimensions; Kepler's laws and planetary motion; phase space; oscillatory motion; Lagrange equations and variational principles; systems of particles; collisions and cross sections; motion of a rigid body; Euler's equations; rotating frames of reference; small oscillations; normal modes; and wave phenomena.
Prerequisites: PHYS 005, 007, 008, and 017.
1 credit.
Fall 2012. Mewes.

### PHYS 112. Electrodynamics
Electricity and magnetism using vector calculus, electric and magnetic fields, dielectric and magnetic materials, electromagnetic induction, Maxwell's field equations in differential form, displacement current, Poynting theorem and electromagnetic waves, boundary-value problems, radiation and four-vector formulation of relativistic electrodynamics.
Prerequisites: PHYS 111.
1 credit.
Fall 2012. Moscatelli.

### PHYS 113. Quantum Theory
Postulates of quantum mechanics, operators, eigenfunctions, and eigenvalues, function spaces and hermitian operators; bra-ket notation, superposition and observables, fermions and bosons, time development, conservation theorems, and parity; angular momentum, three-dimensional systems, matrix mechanics and spin, coupled angular momenta, time-independent and time-dependent perturbation theory.
Prerequisites: PHYS 018, 111; PHYS 112 strongly recommended.
1 credit.
Spring 2013. Boccio.

# Physics and Astronomy

## PHYS 114. Statistical Physics
The statistical behavior of classical and quantum systems; temperature and entropy; equations of state; engines and refrigerators; statistical basis of thermodynamics; microcanonical, canonical, and grand canonical distributions; phase transitions; statistics of bosons and fermions; black body radiation; electronic and thermal properties of quantum liquids and solids.
Prerequisites: PHYS 013, 111.
1 credit.
Spring 2013. Brown.

## PHYS 115. Modern and Quantum Optics
A modern treatment of matrix optics, interference, polarization, diffraction, Fourier optics, coherence, Gaussian beams, resonant cavities, optical instruments. The quantization of the electromagnetic field, single mode coherent and quadrature squeezed states. The interaction of light with atoms using second quantization and dressed states. Spontaneous emission.
Prerequisites: PHYS 015, 111, 112 (or concurrently with instructor's permission), and 113.
1 credit.
Fall 2012. Grossman.

## PHYS 130. General Relativity
Newton's gravitational theory, special relativity, linear field theory, gravitational waves, measurement of space-time, Riemannian geometry, geometrodynamics and Einstein's equations, the Schwarzschild solution, black holes and gravitational collapse, and cosmology.
Prerequisites: PHYS 111 and 112.
1 credit.
Spring 2013. Boccio.

## PHYS 131. Particle Physics
A study of the ultimate constituents of matter and the nature of the interactions between them. Topics include relativistic wave equations, symmetries and group theory, Feynman calculus, quantum electrodynamics, quarks, gluons, and quantum chromodynamics, weak interactions, gauge theories, the Higgs particle, and some of the ideas behind lattice gauge calculations.
Prerequisites: PHYS 113 (may be taken concurrently).
1 credit.
Not offered 2012–2013.

## PHYS 132. Nonlinear Dynamics and Chaos
Nonlinear mappings, stability, bifurcations and catastrophe, conservative and dissipative systems, fractals, and self-similarity in chaos theory.
Prerequisite: PHYS 111.
1 credit.
Not offered 2012–2013.

## PHYS 133. Atomic Physics and Spectroscopy
Review of quantum theory, hydrogen atom, multielectron atoms, atoms in external fields, optical transitions and selection rules, hyperfine structure, lasers, atomic spectroscopic techniques: atomic beams methods, Doppler-free spectroscopy, time-resolved spectroscopy, and level crossing spectroscopy.
Prerequisite: PHYS 113.
1 credit.
Not offered 2012–2013.

## PHYS 134. Quantum Mechanics: Mathematical and Physical Foundations
What is measurement? Repeatable, maximal and consecutive tests, Bayesian probability, infinite dimensions, projection operators, Spectral Theory for self-adjoint operators, logical structure of classical physics, rules of Quantum Theory, mixed states and density matrices, time development, uncertainty relations, quantum correlations, Schmidt Decomposition, meaning of probability, reduction of State Vector, quantum entanglement, measurement problem, Kochen-Specker Theorem, logic of Quantum propositions, nonlocality, EPR and Bell Inequalities, nonlocality versus Contextuality, Gleason's Theorem, and logical aspects of inseparability are explored.
Prerequisite: PHYS 113.
1 credit.
Not offered 2012–2013.

## PHYS 135. Solid-State Physics
Crystal structure and diffraction, the reciprocal lattice and Brillouin zones, lattice vibrations and normal modes, phonon dispersion, Einstein and Debye models for specific heat, free electrons and the Fermi surface, electrons in periodic structures, the Bloch Theorem, band structure, semiclassical electron dynamics, semiconductors, magnetic and optical properties of solids, and superconductivity.
Prerequisites: PHYS 113 and PHYS 114.
1 credit.
Not offered 2012–2013.

## PHYS 136. Quantum Optics and Lasers
Atom-field interactions, stimulated emission, cavities, transverse and longitudinal mode structure, gain and gain saturation, nonlinear effects, coherent transients and squeezed states, pulsed lasers, and super-radiance.

# Physics and Astronomy

Prerequisite: PHYS 113.

1 credit.

Not offered 2012–2013.

### PHYS 137. Computational Physics

Along with theory and experiment, computation is a third way to understand physics and do research. We will study concepts of scientific computing and apply these within techniques like Monte Carlo, Molecular Dynamics, Finite-Difference, and Fourier Transform methods. We will explore object-oriented strategies for scientific problem solving. Simulations relevant to classical mechanics, electromagnetism, quantum mechanics, and statistical physics will be written. Students will do an independent project of their choice.

Prerequisites: PHYS 111 and, taken previously or concurrently, PHYS 113 and 114, or special permission of the instructor.

1 credit.

Not offered 2012–2013.

### PHYS 138. Plasma Physics

An introduction to the principles of plasma physics. Treatment will include the kinetic approach (orbits of charged particles in electric and magnetic fields, statistical mechanics of charged particles) and the fluid approach (single fluid magnetohydrodynamics, two fluid theory). Topics may include transport processes in plasmas (conductivity and diffusion), waves and oscillations, controlled nuclear fusion, and plasma astrophysics.

Prerequisite: PHYS 112.

1 credit.

Not offered 2012–2013.

### PHYS 180. Honors Thesis

Theoretical or experiment work culminating in a written honors thesis. Also includes an oral presentation to the department. This course must be completed by the end of, and is normally taken in, the fall semester of the student's final year.

1 or 2 credits.

Each semester. Staff.

## Physics Laboratory Program

### PHYS 063. Procedures in Experimental Physics

Techniques, materials, and the design of experimental apparatus; shop practice; printed circuit design and construction. This is a 0.5-credit course open only to majors in physics, astrophysics, or astronomy.

0.5 credit.

Fall 2012. Technical staff.

### PHYS 081. Advanced Laboratory I

This is the first of a two-semester sequence designed to fulfill the physics major advanced laboratory requirement. Students will perform projects in digital electronics. They will also perform experiments chosen from among the areas of thermal and statistical physics, solid state, atomic, plasma, nuclear, biophysics, condensed matter physics, and advanced optics.

Writing course.

0.5 credit.

Each semester. Staff.

### PHYS 082. Advanced Laboratory II

This is the second of a two-semester sequence designed to fulfill the physics major advanced laboratory requirement. Students will perform projects in digital electronics. They will also perform experiments chosen from among the areas of thermal and statistical physics, solid state, atomic, plasma, nuclear, biophysics, condensed matter physics, and advanced optics. When both PHYS 081 and 082 are taken, students will receive credit for having completed a writing (W) course.

Writing course.

0.5 credit.

Each semester. Staff.

### PHYS 083. Advanced Laboratory I and II

This course is designed to fulfill the physics major advanced laboratory requirement for students who have already had sufficient experience with digital electronics (ENGR 072 or the equivalent). Students will perform experiments chosen from among the areas of thermal and statistical physics, solid state, atomic, plasma, nuclear, biophysics, condensed matter physics, and advanced optics.

Writing course.

0.5 credit.

Each semester. Staff.

## Astronomy Courses

### ASTR 001. Introductory Astronomy

The scientific investigation of the universe by observation and theory, including the basic notions of physics as needed in astronomical applications. Topics may include the appearance and motions of the sky; history of astronomy; astronomical instruments and radiation; the sun and planets; properties, structure, and evolution of stars; the galaxy and extragalactic systems; the origin and evolution of the universe; and prospects for life beyond Earth. Includes six evening labs.

Natural sciences and engineering practicum.

1 credit.

Fall 2012 and spring 2013. Matković.

# Physics and Astronomy

## ASTR 005. Spacetime, Quanta, and Cosmology
(Cross-listed as PHYS 005)

This introductory course emphasizes three major areas of modern physics and astrophysics: special relativity, cosmology, and quantum theory. Students will explore the counterintuitive consequences of special relativity for our notions of absolute time; the birth, expansion, and fate of the universe; and the nature of the subatomic quantum world, where our notions of absolutes such as position or speed of a particle are replaced by probabilities, so that a particle can exist in many states at once. The course focuses on how scientists ask and answer questions about such topics, including the development of the mathematical tools necessary to understand the physical world in depth. This course is suitable for non-majors, and also serves as the entry point to majoring or minoring in astronomy, astrophysics, or physics. Includes six afternoon labs and some evening telescope observing.

Natural sciences and engineering practicum.

1 credit.

Fall 2012. Cohen, Crouch.

## ASTR 016. Modern Astrophysics
This is a one-semester calculus- and physics-based introduction to astrophysics as applied to stars, the interstellar medium, galaxies, and the large-scale structure of the universe. The course includes four evening laboratories and observing sessions.

Prerequisites: MATH 015 and 025, and some prior work in calculus-based physics (which could include high school physics). *Recommended* (but not required) pre- or co-requisites are PHYS 013; PHYS 015; and/or PHYS 007 or PHYS 003. Interested students should consult with the instructor.

1 credit.

Fall 2012. Cohen.

## ASTR 061. Current Problems in Astronomy and Astrophysics
Reading and discussion of selected research papers from the astronomical literature. Techniques of journal reading, use of abstract services, and other aids for the efficient maintenance of awareness in a technical field. May be repeated for credit. Credit/No Credit only.

Prerequisite: ASTR 016.

0.5 credit.

Spring 2013. Cohen.

## ASTR 093. Directed Reading
(See PHYS 093)

## ASTR 094. Research Project
(See PHYS 094)

## Astronomy Seminars
*Students interested in upper-level work in astronomy are encouraged to also consult Haverford's course schedule, since the two astronomy programs actively work to offer complementary topics.*

## ASTR 121. Research Techniques in Observational Astronomy
This course covers many of the research tools used by astronomers. These include instruments used to observe at wavelengths across the electromagnetic spectrum; techniques for photometry, spectroscopy, and interferometry; and various methods by which images are processed and data are analyzed; and use of online resources including data archives and bibliographic databases. Students will perform observational and data analysis projects during the semester, culminating in a group research paper using new data to address an open scientific question.

Prerequisite: PHYS 015; ASTR 016.

1 credit.

Not offered 2012–2013.

## ASTR 123. Stellar Astrophysics
An overview of physics of the stars, both atmospheres and interiors. Topics may include hydrostatic and thermal equilibrium, radiative and convective transfer nuclear energy generation, degenerate matter, calculation of stellar models, interpretation of spectra, stellar evolution, white dwarfs and neutron stars, nucleosynthesis, supernovae, and star formation.

Prerequisites: PHYS 013; ASTR 016. PHYS 017 and 018 recommended.

1 credit.

Not offered 2012–2013.

## ASTR 126. The Interstellar Medium
Study of the material between the stars and radiative processes in space, including both observational and theoretical perspectives on heating and cooling mechanisms, physics of interstellar dust, chemistry of interstellar molecules, magnetic fields, emission nebulae, hydrodynamics and shock waves, supernova remnants, star-forming regions, the multiphase picture of the interstellar medium.

Prerequisites: PHYS 013; ASTR 016. PHYS 017 and 018 recommended.

1 credit.

Spring 2013. Cohen.

## ASTR 180. Honors Thesis
(See PHYS 180)

1 or 2 credits.

Each semester. Staff.

# Political Science

JAMES R. KURTH, Professor Emeritus
CAROL NACKENOFF, Professor
KENNETH E. SHARPE, Professor
RICHARD VALELLY, Professor [3]
TYRENE WHITE, Professor
GIOVANNA DI CHIRO, Lang Visiting Professor for Issues of Social Change
BENJAMIN BERGER, Associate Professor
CYNTHIA HALPERN, Associate Professor and Chair
KEITH REEVES, Associate Professor
DOMINIC TIERNEY, Associate Professor [3]
AYSE KAYA, Assistant Professor [1]
SHERVIN MALEKZADEH, Assistant Professor
MEGAN L. HECKERT, Visiting Assistant Professor
LAUREN FARMER, Visiting Instructor
GINA INGIOSI, Administrative Assistant
DEBORAH SLOMAN, Administrative Assistant

[1] Absent on leave, fall 2012.

[3] Absent on leave, 2012–2013.

## The Academic Program

To graduate with the major in political science, a student must complete the equivalent of at least eight courses in the department, plus 0.5 credits requirement for completing the senior comprehensive exercise. The department expects that at least five of these eight courses be taken at Swarthmore, including the political theory requirement, and that two must be taken at the introductory level (POLS 001, 002, 003, 004, 010). No more than one course may be an Advanced Placement credit.

### Distribution of courses within the department

Political science majors are required to take one course or seminar in each of the three subfield areas: 1) American politics; 2) comparative or international politics; and 3) political theory.

Courses in American politics include: Environmental Politics, Constitutional Law, Political Parties and Elections, Congress and the American Political System, Polling, Public Opinion and Public Policy, Urban Underclass, and others.

Courses in comparative and international politics include: Latin American Politics, China and the World, Defense Policy, American Foreign Policy, The Causes of War, Globalization, International Political Economy, and others.

Courses in political theory include: Practical Wisdom, Ancient Political Theory, Modern Political Theory, Democratic Theory and Practice, Ethics and Public Policy, and others.

### Political theory requirement

At least one course in ancient or modern political theory is required of all majors. This requirement can be met by enrollment in either one course or one honors seminar, listed below.

It is strongly recommended that all majors complete this requirement no later than their junior year.

Eligible courses are:

POLS 011. Ancient Political Theory

POLS 012. Modern Political Theory

POLS 100. Ancient Political Theory

POLS 101. Modern Political Theory

There are many other political theory courses taught in the department. However, only ancient or modern political theory, either the course or the seminar, actually count as fulfilling the political theory requirement. Courses taken abroad or outside of Swarthmore are not considered the equivalent of these courses. This requirement must be met at Swarthmore, in the Political Science Department.

### Lotteries

Sometimes courses have to be lotteried. If a student is lotteried for a course one semester, their name will go on a list and they will not be lotteried for that same course the next semester. That is to say, no one will be lotteried more than once.

## Course Major

1. *Course prerequisites.* Students must have completed two introductory courses (POLS 001, 002, 003, 004, 010) by the end of their first semester of sophomore year. This is the prerequisite for further work in the department and acceptance into the major.

2. *Grade requirements.* We consider student applications to join the department individually, taking into account each student's background and college performance to date. Normally, the following expectations apply:

# Political Science

a. For acceptance as a course major, the department expects performance at the C level in all college courses and at the C+ level in courses in political science (including courses graded Credit/No Credit).

b. For acceptance as a double major, the department expects performance at the B level in all college courses and at the B+ level in courses in political science (including courses graded Credit/No Credit).

3. *Prerequisites for individual courses.* Students should note that certain courses and seminars have specific prerequisites.

4. *The senior comprehensive requirement.* To graduate from Swarthmore, all majors in the Course Program need to fulfill the senior comprehensive requirement in the Political Science Department. This can be done in one of two ways. The preferred option is POLS 092: the Senior Comprehensive Exam, which is a 0.5 credit exercise. Working with a faculty adviser, students will produce a short paper in the spring semester of their senior year, which connects work they have done in two different sub-fields of political science (political theory, American politics, comparative politics, and international relations). Students will then present their work at a department conference. Option two, POLS 095 is a one-credit written thesis, which may be chosen by students who meet the eligibility requirements and get the approval of a faculty adviser and the chair.

5. *Recommended courses in other departments.* Supporting courses strongly recommended for all majors are Statistical Thinking or Statistical Methods (STAT 001 or 011) and Introduction to Economics (ECON 001).

## Honors Major

1. Political science honors majors must meet all current distributional requirements for majors, including the political theory requirement, preferably with the honors versions of ancient or modern political theory.

2. They must have a minimum of ten credits inside the Political Science Department.

3. Six of these credits will be met with three (3) two-unit honors preparations which will help prepare honors majors for outside examinations, both written and oral. These two-unit preparations will normally be either a two-credit honors seminar or a "course-plus" option.

Of these three (3) two-unit preparations, no more than two may be in a single field in the department, and no more than one may be a course-plus option.

The "course-plus" option will normally consist of two one-unit courses that have been designated to count as an honors preparation, or in some cases a one-unit course and a one-unit seminar that have been so designated. It is up to the student to arrange a course-plus option with a specific faculty member and to have this approved by the chair.

4. To fulfill the senior honors study requirement, students will revise a paper written for one of their department seminars. This paper will be submitted to the appropriate external examiner as part of the honors evaluation process.

5. To be accepted into the Honors Program students should normally have at least an average of 3.5 inside and 3.0 (B) outside the department, and should have given evidence to the departmental faculty of their ability to work independently and constructively in a seminar setting. Seminars will normally be limited to eight students and admission priority will go to honors majors, first seniors and then juniors, including special majors.

## Admission to Seminars

Placement in honors seminars is normally limited to honors students. Occasionally, there is room in a seminar for non-honors students, but this is rare and at the discretion of the teacher. Honors seminars in the Political Science Department are normally full. Students should request placement in scheduled honors seminars by including the seminar in the Sophomore Plan or by including it in the application for participation in the Honors Program. All honors students in the department must get the approval of the Chair of the department for their Honors Program by meeting with the chair. The department maintains priority lists for enrollment in every seminar we anticipate offering in the next two academic years. We add the names of qualified students to these lists in the order their requests for seminar placement are received, with honors majors always receiving priority over non-honors majors. Seniors, including special majors, are given priority over juniors and non-honors majors. If a seminar is full, the names of students who wish to be placed in that seminar are added to a waiting list.

To be fair to everyone, we ask each student not to request placement in more than two seminars in any one semester. In addition, there is an overall limit of three seminars for majors and one seminar for others.

We make every effort to offer the seminars we announce. But inclusion on a priority list is not a guarantee that the seminar will be offered, or that you will get in. Sometimes seminars are lotteried. It is best to discuss your participation in a seminar with the faculty member who is teaching it.

# Political Science

## Honors Minor

1. Honors minors in political science will be required to have at least five credits in political science. Among these credits there must be one introductory course, one course in political theory, and a course in one other subfield. The political theory requirement can be met by enrolling in one of the following: Introduction to Political Theory (POLS 001), Ancient Political Theory (POLS 011), Modern Political Theory (POLS 012), Ancient Political Theory (POLS 100), Modern Political Theory (POLS 101). Only honors minors are allowed to count POLS 001, Introduction to Political Theory, for fulfillment of their theory requirement. This also means that honors minors can satisfy both the introductory course requirement and the theory requirement by taking POLS 001.

2. Minors must also take one (1) of the two-unit honors preparations offered by the department.

## Honors Exams

The honors exams will normally consist of a three hour written exam in each of the student's seminars, and an oral exam in each seminar, conducted by an external honors examiner.

## Special Major

All special majors must have a designated faculty adviser and consult with the chair to receive approval for the proposed program. Within that approved program, six credits must be taken in the department and the distribution requirements must be met (see Distribution of Courses within the department section.) All special majors are required to participate in the department's Senior Comprehensive exercise.

## Application for the Honors or Course Major

All applicants to the major are required to have completed two introductory courses before applying to the major or their application will be deferred.

## Application for the Honors Minor

All applicants to the minor are required to have completed one introductory course before applying to the minor or their application will be deferred.

## Advanced Placement/International Baccalaureate Credit

No more than one Advanced Placement credit will be accepted for course credit.

## Transfer Credit

Transfer credit is offered on the same basis as study abroad credit. Students taking classes elsewhere should consult the chair in advance on the amount of credit likely to be available. As with study abroad, students should retain all written assignments and present copies to the chair for assessment.

## Off-Campus Study

The department supports student interest in study abroad. Students are reminded that no more than three of their eight credits (ten credits if in the Honors Program) may be taken outside the Swarthmore department. Expectations about off-campus study should be incorporated in the Sophomore Plan. Students planning to study abroad should consult the chair and obtain approval prior to making final course selection. Any change in course selection must ultimately be approved as well. Upon return from a study abroad program, political science syllabi, papers, and other course materials should be submitted to the chair, or faculty member designated by the chair, for credit evaluation. Pre-estimated credits do not guarantee any particular transfer of credit. The actual transfer of credit depends on the assessment of work done abroad by the department.

## The Engaging Democracy Project

The Engaging Democracy Project incorporates academic theory and political practice to promote a richer understanding of American democracy. As program director, Professor Ben Berger practices "community-based learning" (or CBL) techniques to involve students with local communities; works with other professors offering CBL courses (including the political science department's Keith Reeves and Carol Nackenoff) to share resources and expertise and to improve pedagogy; and works with student groups to bring a wide range of speakers and activists to the Swarthmore campus.

## Courses

### POLS 001. Political Theory

This course is an introduction to political theory by way of an introduction to some of its most important themes, problems, and texts. It seeks to elicit an understanding of theory as a way of thinking about the world; theory as related to political practices and institutions; and theory as a form of politics. We will look at three central issues of politics— 1) Justice; 2) Freedom; 3) Power, Knowledge and Values—over the course of the semester. The course proceeds topically as well as chronologically, and we will return to certain primary classic theory texts

# Political Science

more than once. Primary texts will include Plato, Aristotle, Hobbes, Locke, Mill, Marx and Foucault, as well as texts that present a contemporary perspective on each issue. Writing course.

1 credit.

Fall 2012. Halpern.

This course examines a range of arguments about the principles of justice—including rights, duties, utility, individual dignity, equality, and autonomy— that should govern our everyday behavior and our political experience. Authors include canonical theorists such as Plato, Xenophon, Kant, Bentham, Mill, Marx and Nietzsche, as well as more recent theorists such as Nozick, Rawls, Sandel and Nussbaum. Students will draw upon five modern movies (*Scarface, Crimes & Misdemeanors, Minority Report, It's a Wonderful Life,* and *Casablanca*) as a means of grounding the questions in a contemporary sensibility. This section is not a writing course.

1 credit.

Spring 2013. Berger.

## POLS 002. American Politics

How do American institutions and political processes work? To what extent do they produce democratic, egalitarian, or rational outcomes? The course examines the exercise and distribution of political power. Topics include presidential leadership and elections; legislative politics; the role of the Supreme Court; federalism; parties, interest groups, and movements; public policy; the politics of class, race, and gender; voting; mass media; and public discontent with government.

1 credit.

Fall 2012. Reeves. Fall 2012, writing intensive. Nackenoff.

## POLS 003. Introduction to Comparative Political Systems

Why do some elected governments perform better than others? Does democracy undermine equality? Can Islam be reconciled with democracy? Is America politically unique? Is the European Union a harbinger of a "post-national" world, or is it a "noble project" that has run its course? What's the story with the whole "Eurovision" competition anyways? This course focuses on these and other topics with an exploration of several different political systems drawn from the Middle East, South America, and post-Communist regimes. The conceptual focus of the class is to identify and analyze patterns of domination, both violent and non-violent, as well as when and why those patterns change in different countries and regions.

1 credit.

Fall 2012. Malekzadeh.

## POLS 004. International Politics

In this course, we will explore the fundamental concepts of the field of international relations. Students will learn the basic facts about international conflict, the international economy, international law, development, and the world environment, among other things. Furthermore, we will study the fundamental theoretical concepts and theories of international relations. Using these theories, students will be able to sort through arguments about various topics in international relations and make judgment calls for yourself. Finally, students will learn how these concepts have evolved over time and how we can use them to hypothesize what lies ahead for international relations.

1 credit.

Fall 2012 and spring 2013. Farmer.

## POLS 010. First-Year Seminar: Reason, Power, and Happiness

This seminar will look at what classical theorists—particularly Plato, Aristotle, and Hobbes—can teach us about the relationship between reason, power, and happiness. Among the questions we will explore are the following: What, if anything, is the difference between happiness and pleasure? Do we need to be powerful in order to be happy, and, if so, what kind of power do we need? What do we mean by reason? Is it a neutral capacity—silent about ends or values? Is it simply a tool to help us find the best means to our ends, to break down complex problems into understandable parts? Or is reason always the servant of powerful interests (our own or those of others) and thus inevitably a tool of the powerful to manipulate the weak? In this sense, are policy analysts, skilled at using reason to do cost-benefit calculations, simply hired guns, serving the interest of the powerful? Or is reason actually an integral part of the daily moral choices we make, as Aristotle argued when he wrote about practical wisdom (*phronesis*)?

1 credit.

Fall 2012. Sharpe.

## POLS 010C. First-Year Seminar: Mass Media, Politics, and Public Policy

This seminar will explore important conceptual, empirical, normative, and public policy questions surrounding media institutions as they wrestle with new and increasingly controversial challenges created by the Internet's new technologies such as Web-based communities of like-minded individuals. Moreover, we will critically examine the important and intricate role of public opinion, such that we might gain

# Political Science

a finer appreciation of media influences on the workings of contemporary American government. Finally, we conclude with an examination of the economic, demographic, political, and technological forces that are propelling the present transformations surrounding mass media institutions—and ascertain their implications for American electoral politics and governance.

1 credit.

Not offered 2012–2013.

## POLS 010F. First-Year Seminar: When Disaster Strikes

When a natural or man-made disaster strikes, what are the political repercussions? Using a variety of cases from a different historical periods, different regions of the world, different levels of politics (national, regional, and local), this course will examine both the causes and consequences of disaster. How does the trauma of disaster influence political processes, institutions, and leaders? Is the impact fleeting or enduring? A different case will be examined each week. In the final weeks of the semester, the class will choose several cases of interest to them that we will then investigate together.

1 credit.

Spring 2013. White.

## POLS 010G. First-Year Seminar: The U.S. Presidency

What's it like being President of the United States? How different is the experience today from other periods in American history? It's very hard to know the answers to these questions since the experience of being President has been restricted to 44 men over the course of American history. The rest of us can hardly know. But political science has always focused on power, leadership, and their institutional context. So there is a rich body of rigorous analysis to consider—the bottom line of which is that skill at being president is at best a minor factor in presidential success. Particular topics include the presidency past, present, and future, macroeconomic management, the national security presidency, the impact of mid-term elections, and the extent of presidential leadership of public opinion.

1 credit.

Not offered 2012–2013.

## POLS 010H. First-Year Seminar: Disaster

This seminar will use a combination of reading materials and video footage to explore the links between politics and major disasters around the world. Looking at a series of major disasters in different parts of the world, and at different historical moments, we will examine both the origins and outcomes of these events, and the role of political forces, actors, or institutions in the causes or the aftermath of these events. We will also consider the extent to which any political lessons were learned from the events, and whether they were the right lessons. Both natural and man-made disasters will be examined.

1 credit.

Not offered 2012–2013.

## POLS 011. Ancient Political Theory: Pagans, Jews, and Christians

This course covers the two great traditions that feed into the Modern Age. We begin with the Greeks, with tragedy and philosophy. We read Nietzsche's *The Birth of Tragedy*, Sohocles, Plato, and Aristotle. We contrast Greek philosophy with the biblical traditions that gave us history and salvation. We read from the Hebrew Bible, Genesis, Exodus, and the great prophets of the exile, the New Testament, and the Gnostic Gospels and culminate in the grand transformation of both traditions into one foundation with Augustine's *City of God*.

1 credit.

Fall 2012. Halpern.

## POLS 012. Introduction to Modern Political Thought

This course introduces some of the major concepts and themes of modern political thought through a close reading of texts from the 16th to the early 20th century. The starting point of the course is Machiavelli's novel "science" of statecraft, which identified the state as the focal point of political activity, and announced that a good politician must be prepared to act immorally, or even love his city more than his soul. In other words, we begin with the thought of politics as a distinct sphere of activity, centered around the state, and separable from other spheres such as morality and religion. The problem of the modern state and the relationship of the political to other domains of life will guide our exploration of the fundamental concepts and debates of modern political thought. Other themes we will discuss include secularism and toleration, absolutist and popular sovereignty, constitutionalism and individual rights, theories of war and colonialism, and the relationship between social and political forms of domination. Authors include Niccolò Machiavelli, Thomas Hobbes, John Locke, Jean-Jacques Rousseau, Immanuel Kant, Alexis de Tocqueville, John Stuart Mill, Mary Wollstonecraft, Karl Marx, Max Weber and W.E.B. Dubois.

1 credit.

Spring 2013. Berger.

# Political Science

## POLS 013. Political Psychology and Moral Engagement

This course combines readings from the fields of political psychology, social psychology and political theory for the purposes of understanding ourselves as citizens and moral agents. Students will canvas theories as well as empirical studies that describe the processes of political and moral decision-making. We will also ask whether the same processes that usually lead to normal political and moral decision-making might occasionally produce disastrous consequences, and we will investigate means of avoiding the worst outcomes.

1 credit.

Not offered 2012–2013.

## POLS 015. Ethics and Public Policy

This course will examine the nature and validity of ethical arguments about moral and political issues in public policy. Specific topics and cases will include ethics and politics, violence and war, public deception, privacy, discrimination and affirmative action, environmental risk, health care, education, abortion, surrogate motherhood, world hunger, and the responsibilities of public officials.

Eligible for PPOL credit.

1 credit.

Not offered 2012–2013.

## POLS 019. Democratic Theory and Practice

What is democracy, and what does it require? Widespread political participation? Social connectedness? Economic equality? Civic virtue? Excellent education? How well does the contemporary U.S. meet those ideal standards? POLS 019 students read classic and recent texts in normative political theory and empirical political science—addressing what democracy should do and how well the U.S. is doing it augmented by a participatory component that requires several hours per week outside of class. Students engage with civic leaders and activists in the strikingly different communities of Swarthmore and Chester, and participate in a variety of community projects. The goal is to understand better the ways in which social, economic, educational and political resources can affect how citizens experience democracy.

1 credit.

Fall 2012. Berger.

## POLS 021. American Political Parties and Elections

Considers how national parties organize presidential and congressional elections. Topics may include parties in democratic theory, presidential candidacies, presidential party-building, presidential campaigns during the general presidential election, presidential mandates, why parties remain persistently competitive, party polarization and income inequality, the development of partisan bases, and issue evolution and coalition maintenance in party politics. Prior course work in American politics not required but is helpful for comprehension.

1 credit.

Not offered 2012–2013.

## POLS 022. American Elections: Ritual, Myth, and Substance

An examination of the role of policy issues, candidates images, campaign advertisements, media, polling, marketing, and political parties in the American electoral process. We will consider the role of race, gender, class, and other variables in voting behavior and look for evidence concerning the increasing polarization of American politics. We will examine the impact of recent laws and practices that seek to encourage or depress voting in the aftermath of the 2008 election, and will explore the impact of felony disenfranchisement. What are some of the most important recent changes affecting American electoral politics? Historical trends will provide the basis for analyzing upcoming elections. Do elections matter, and, if so, how?

1 credit.

Fall 2012. Nackenoff.

## POLS 024. American Constitutional Law

The Supreme Court in American political life, with emphasis on civil rights, civil liberties, and constitutional development. The class examines the court's role in political agenda-setting in arenas including economic policy, property rights, separation of powers, federalism, presidential powers and war powers, and interpreting the equal protection and due process clauses as they bear on race and gender equality. Judicial review, judicial activism and restraint, and theories of constitutional interpretation will be explored.

1 credit.

Not offered 2012–2013.

## POLS 029. Polling, Public Opinion, and Public Policy

Public opinion polling has become an essential tool in election campaigning, public policy decision making, and media reporting of poll results. As such, this course focuses on helping students interested in these areas learn the fundamental skills required to design, empirically analyze, use, and critically interpret surveys measuring public opinion. Because the course emphasizes the application of polling data about public policy issues and the political process, we will examine the following topics: abortion, affirmative action, September 11th,

# Political Science

the 2008 and 2012 presidential elections and presidential leadership.

Prerequisite: POLS 002 or permission of the instructor.

Eligible for PPOL credit.

1 credit.

Not offered 2012–2013.

### POLS 031. Difference, Dominance, and the Struggle for Equality

This course examines how unequal power relations are maintained and legitimated and explores different strategies and routes for achieving equality. Struggles involving gender, race, ethnicity, religion, class, and colonial and postcolonial relationships are compared.

1 credit.

Not offered 2012–2013.

### POLS 032. Gender, Politics, and Policy in America

Gender issues in contemporary American politics, policy, and law. Policy issues include the feminization of poverty, employment discrimination, pornography, surrogate parentage, privacy rights and sexual practices, workplace hazards, and fetal protection.

1 credit.

Not offered 2012–2013.

### POLS 037. Introduction to GIS for Social and Environmental Analysis

This course is designed to introduce the foundations of GIS with emphasis on applications for social and environmental analysis. It deals with basic principles of GIS and its use in spatial analysis and information management. Students learn not only the theory and concepts of GIS but also how to use GIS software, ArcGIS10, with hands-on activities based on real world data sets. Students will learn to work with a variety of spatial databases including data sets pertaining to land use/land cover, parcel records, census demographics, environmental issues, water, transportation, local government, community development, and businesses. Technical topics to be covered include finding and understanding sources of information for spatial databases, integration of data from a variety of sources, database structure and design issues, spatial analysis capabilities, data quality and data documentation. Ultimately, students will design and carry out research projects on topics of their own choosing.

1 credit.

Fall 2012. Heckert.

### POLS 038. Public Service, Community Organizing, and Social Change

Through community-based learning, this seminar explores democratic citizenship in a multicultural society. Semester-long public service and community organizing internships, dialogue with local activists, and popular education pedagogy allow students to integrate reflection and experience.

1 credit.

Not offered 2012–2013.

### POLS 042. Congress in the American Political System

Institutional evolution, the congressional career, the participation in congressional politics by members of Congress themselves, parties in Congress, and House-Senate differences are the primary topics. Other issues may include the committee system, how congressional elections shape the institution, lobbying and interest groups in congressional process and politics, ethics and earmarks, congressional influence on the bureaucracy, presidential influence on the legislative process, congressional interaction with the federal judiciary, the relative difficulty of conceptualizing and measuring representation, and deficit politics. Prior course work in or detailed knowledge of American politics is essential.

1 credit.

Not offered 2012–2013.

### POLS 043. Environmental Policy and Politics

Topics in environmental politics, policy, and law. In the United States, we focus on national regulation and proposals for more flexible responses to achieve environmental goals; environmental movements and environmental justice; the role of science in democratic policy-making; courts and the impact of federalism, the commerce clause, and rights on regulation. The course also considers the role and efficacy of supranational institutions and NGOs and controversies between more and less developed nations. Topics include most of the following: air and water pollution, common-pool resource problems, toxic and radioactive waste, sustainable development, food, natural resource management, wilderness, environmental racism, effects of climate change.

Eligible for ENVS credit.

1 credit.

Spring 2013. Nackenoff.

### POLS 043B. Environmental Justice: Theory and Action

Examines historical, political, and activist roots of the field of environmental justice. Using interdisciplinary approaches from political ecology, environmental science, history, geography, cultural studies, and social movement theory, we analyze diverse environmental justice struggles and community activism in contemporary environmental issues

# Political Science

such as: air quality and health, toxic contamination and reproductive issues, sustainable agriculture and food security, fossil energy—coal, oil, hydro-fracking—and livelihoods, climate change and climate justice. Course incorporates a community-based learning component.

1 credit.

Fall 2012. Di Chiro.

### POLS 046. Lesbians and Gays in American Politics

Considers the struggle for gay rights historically, with an emphasis on both the political and social construction of homophobic stigma over the course of the 20th century and the expansion of gay rights activism during and after the civil rights and feminist surge of the 1950s, 1960s and 1970s to challenge homophobia explicitly. The ensuing linkage between gay rights struggle and major party competition in turn illuminates the complex mix of success and anti-gay backlash of the 1990s and of the past decade—and the expansion of the original civil rights coalition to include sexual minorities generally. Besides considering the role of state courts and the Supreme Court, the course treats major national legislative outcomes (the Defense of Marriage Act and Don't Ask, Don't Tell and their repeal) and thus brings the Presidency and Congress into the discussion. Public opinion and federalism are central elements of the story as well.

1 credit.

Not offered 2012–2013.

### POLS 047. Democracy, Autocracy, and Regime Change

Why do some dictatorships fall, while others survive? Why are some democracies successful and vibrant, while other democracies struggle to survive? This class will introduce students to the study of political regimes and the core concepts of democracy, autocracy, and the politics and processes of regime change. We will explore the ideal types of democracy and dictatorship, and learn about the many factors that contribute to regime stability, and why some regimes become so unstable that they can be swept away. Finally, we will examine various types of regime changes, from the early waves of democratization to the recent events of the Arab Spring.

1 credit.

Spring 2013. Farmer.

### POLS 048. The Politics of Population

The role of population and demographic trends in local, national, and global politics will be examined. Topics include the relationship between population and development, causes of

fertility decline, the impact and ethics of global and national family planning programs, and contemporary issues such as population aging and the AIDS pandemic.

Eligible for ENVS or PPOL credit.

1 credit.

Spring 2013. White.

### POLS 049. The U.S. Presidency

The presidency is widely considered an enormously powerful office, but political scientists have instead been struck by how difficult and relatively impotent the office actually is. The course explores this contradiction and clarifies exactly how, why, and when presidents have been influential. Other topics may include whether and how presidents control the presidency and the executive branch, veto bargaining with and influence on Congress, presidential influence on the macroeconomy, presidential influence on the Supreme Court and the federal judiciary, the politics of executive orders, presidential acquisition of the war power, and the development of the national security state and its implications for political democracy.

1 credit.

Not offered 2012–2013.

### POLS 055. China and the World

Examines the rise of China in the late 20th and early 21st centuries. Topics include China's reform and development strategy, the social and political consequences of reform, the prospects for regime liberalization and democratization, and patterns of governance. The course will also examine patterns of political resistance and China's changing role in regional and global affairs.

Eligible for ASIA or PPOL credit.

1 credit.

Not offered 2012–2013.

### POLS 056. Patterns of Asian Development

Patterns of political, social, and economic development in Asia will be traced, with special focus on China, Japan, North and South Korea, Taiwan, Vietnam, and India. Topics include the role of authoritarianism and democracy in the development processes, the legacies of colonialism and revolution and their influences on contemporary politics, sources of state strength or weakness, nationalism and ethnic conflict, gender and politics, and patterns of political resistance.

Eligible for ASIA or PPOL credit.

1 credit.

Fall 2012. White.

# Political Science

## POLS 057. Latin American Politics

A comparative study of the political economy of Mexico, Chile, Guatemala, Nicaragua, Colombia, and Cuba. Topics include the tensions between representative democracy, popular democracy, and market economies; the conditions for democracy and authoritarianism; the sources and impact of revolution; the political impact of neo-liberal economic policies and the economic impact of state intervention; and the role of the United States in the region.

1 credit.

Spring 2013. Sharpe.

## POLS 058. Contemporary Chinese Politics

Just how strong is China? Is it on the path to great power status? This course considers those questions by examining the rise of China in recent decades, along with the political, economic and social backdrop to this historic development. Topics will include China's political and economic development, urban and rural unrest, regionalism and nationalism, music and the arts as forms of political expression, environmental politics, law, justice, and human rights, and the role of the military in Chinese politics. Literature, music, online media and video chat with experts will supplement traditional written materials.

1 credit.

Not offered 2012–2013.

## POLS 061. American Foreign Policy

This course analyzes the formation and conduct of foreign policy in the United States. The course combines three elements: a study of the history of American foreign relations since 1865; an analysis of the causes of American foreign policy such as the international system, public opinion, and the media; and a discussion of the major policy issues in contemporary U.S. foreign policy, including terrorism, civil wars, and economic policy.

Prerequisite: POLS 004 or the equivalent.

1 credit.

Not offered 2012–2013.

## POLS 063. Who's the Boss? Identity, Ideology, and Power

Why do we obey? How do we learn the rules that govern our daily lives? This course explores efforts by modern states to regulate social and political behavior through the inculcation of national identity and ideology, and the ways in which ordinary citizens interpret, misinterpret, negotiate, ignore, internalize, and resist those efforts. The course focuses on non-coercive, non-violent forms of power, and pays special attention to the ways in which the application of state power facilitates both the domination and emancipation of ordinary members of society.

1 credit.

Spring 2013. Malekzadeh.

## POLS 064. American-East Asian Relations

This course examines international relations across the Pacific and regional affairs within East Asia (including China, Japan, North and South Korea, Taiwan, Vietnam and the United States). Topics include the impact of Sept. 11 and its aftermath on regional and cross-Pacific relationships, the significance of growing Chinese power, tensions on the Korean peninsula and between China and Taiwan, and the impact of globalization on cross-Pacific interactions.

Eligible for AISA credit.

1 credit.

Not offered 2012–2013.

## POLS 067. Great Power Rivalry in the 21st Century

Since the end of the great rivalry that marked the bipolar Cold War, commentators have debated whether we live in a unipolar or multipolar world. Celebrations, condemnations, as well as obituaries of U.S. hegemony have repeatedly been written. At the same time, nuclear weapons and the economic interdependence have radically reduced the prospects for war between great powers. Does the U.S.A. stand as the sole great power? Is the European Union simply an enormous market with a soft spot for multilateralism, or does the worldviews it puts forward and the international relations it fosters rival the U.S. way? To what extent does the Chinese agenda at multilateral institutions conflict with that of the U.S.A.'s and the E.U.'s? In answering these questions and others, some of the issues that the course addresses are: changing meanings of "great power" and "rivalry"; historical overview of rivalry; trade disputes between the U.S.A., E.U., and China at the World Trade Organization; relations between these three powers at other international institutions, particularly the United Nations and the International Monetary Fund; foreign aid policies of the U.S.A., the E.U., and China; the implications of the rise of Brazil, Russia, and India for world politics.

Prerequisite: POLS 004.

1 credit.

Not offered 2012–2013.

## POLS 069. Globalization: Politics, Economics, Culture and the Environment

This course examines globalization along its diverse but inter-related dimensions, including

# Political Science

economic, cultural, and political globalization. Topics include: historical overview of globalization; economic globalization and its governance with a focus on the major international organizations involved in the governance of international trade and financial flows, the World Trade Organization, the World Bank, and the International Monetary Fund; global inequality and poverty; cultural globalization; political globalization and the state; environmental globalization; regional organizations, particularly the EU; and prospects for global democracy. The course will also examine topical issues, such as the recent financial crisis.

1 credit.

Not offered 2012–2013.

## POLS 070. Political Psychology
Examines the psychological dimensions of politics. Topics include: the role of perception and cognition in different political contexts, from crisis management to routine political decision-making; the dynamic relationship between leaders and their followers, including the impact of charismatic leaders and the psychology of group dynamics; the impact of political beliefs and values on political behavior, and the role of ideology in the mobilization of revolutionary movements; the formation of group identity, and the forces that provoke the breakdown of cooperation and the eruption of violence between groups. Examples used to illustrate these issues will be drawn from a wide range of locations around the world and a variety of historical eras.

1 credit.

Not offered 2012–2013.

## POLS 070B. Politics of Punishment
The question of why the United States has become a vastly more punitive society—some 2.3 million Americans are held in jails and prisons throughout this country, at last count—is the subject of this upper-level division seminar. The aim of the seminar is to provide both a critical and in-depth exploration of the interplay among American electoral politics, public concerns regarding crime, and criminal justice policy. Among the central questions we will examine are: How is it that so many Americans are either locked up behind bars or under the supervision of the criminal justice system? And where did the idea of using "jails" and "prisons" as instruments of social and crime control come from? What explains the racial and class differences in criminal behavior and incarceration rates? What does it mean to be poor, a person of color—and in "jail" or "prison?" How and why does criminal justice policy in this country have its roots in both the media culture and political campaigns? And

how might "politics" underpin what is known as "felon disenfranchisement" or "prison-based gerrymandering?" What are the implications of such political practices for broader questions of racial, economic, and social justice? And importantly, what are the prospects for reform of America's incarceration complex?

Eligible for BLST or PPOL credit.

1.5 credit. Enrollment only by permission of the instructor.

Spring 2013. Reeves.

## POLS 072. Constitutional Law: Special Topics
Students will explore in depth several recent issues and controversies, most likely drawn from First-, Fourth-, Fifth-, Sixth-, and/or 14th-Amendment jurisprudence. Attention will also be given to theories of interpretation. Designed for students who want to deepen their work in constitutional law.

Prerequisites: POLS 024 and permission of the instructor.

1 credit.

Not offered 2012–2013.

## POLS 073. Comparative Politics: Special Topics: Comparative Capitalism
A large proportion of all political conflict concerns the relationship between states and economies through regulation, management, and provision of social services. This course explores comparative political economy, or the study of different ways these questions have been resolved across the world, with varying degrees of success and stability. It complements courses such as International Political Economy, regional Comparative Politics courses, American Politics, and Public Policy. It covers topics such as the development and crisis of welfare states, the organization of business-government relations, the impact of globalization on domestic politics and economic management, and the multiple successive models of capitalism within advanced industrial societies.

1 credit.

Not offered 2012–2013.

## POLS 075. International Politics: Special Topics: The Causes of War
The causes of war is arguably one of the most important issues in the field of international politics. In each week of the course, a candidate theory will be examined, and a specific war will be analyzed in depth to test the validity of the theory. Topics will include revolution and war, capitalism and war, misperception and war, and resource scarcity and war. The course will conclude with a discussion of the future of war, particularly the likelihood of conflict among the great powers.

# Political Science

Prerequisite: POLS 004 or equivalent.

1 credit.

Not offered 2012–2013.

## POLS 077. Practical Wisdom

What is practical wisdom (what Aristotle called "phronesis")? Is it necessary to enable people to flourish in their friendships, loving relations, education, work, community activities, and political life? What is the relevance of this Aristotelian concept for the choices people make in everyday life, and how does it contrast with contemporary Kantian, utilitarian, and emotivist theories of moral judgment and decision making? What does psychology tell us about the experience and character development necessary for practical wisdom and moral reasoning? And how do contemporary economic and political factors influence the development of practical wisdom?

Prerequisites: Some background in philosophy or political theory.

Enrollment is limited and by permission of the instructor. (Applications available from department office.)

1 credit.

Spring 2013. Sharpe.

## POLS 078. Iran, Modernity, and the Last Great Revolution

Described as the site of the last great revolution of the Modern Era, this course explores Iran's recent political history as the expression of an "authentic" modernity, conceived by Iranians and articulated in local terms, both Islamic and pre-Islamic. Rather than treat the postrevolutionary politics of the Islamic Republic as a break with modernity or "a force spinning Iran back thirteen centuries in time," the course examines continuities between the policies of the current regime and more than 200 years of effort in Iran, stretching back to the Qajar and Pahlavi monarchies, to reconcile European (and later, North American) modernity to Iranian culture and history. Special attention is given to ideology and political Islam, nationalism, the educational system, and the concepts of post-Islamism and social non-movements, particularly since the Green Movement and Arab Spring. The course places Iranian encounters with modernity into comparative perspective by looking at similar processes taking place in countries like Egypt and Turkey, and in Latin America.

1 credit.

Spring 2013. Malekzadeh.

## POLS 079. Comparative Politics Special Topics: Democracy and Ethnic Conflict

An investigation of the relationship between democracy and one of the most important political problems in the contemporary world—ethnic conflict. What are ethnic groups, what is ethnic conflict, and what causes it to become violent? What impact does ethnic conflict have on the emergency, survival, and quality of democracy? And what effect do democratic political systems have on the likelihood and severity of ethnic conflict? Does democracy exacerbate the problem, or can it be a "solution" to ethnic conflict? If so, how? The course will use examples from a wide range of countries around the world.

1 credit.

Not offered 2012–2013.

## POLS 079B. Comparative Politics: Special Topic

Inspired by the recent events of the Arab Spring, this course is a theoretical and historical examination of revolutions. We will study the different definition, causes, and effects of revolutions, as well as the distinction between revolutions and other forms of social movements. Students will be challenged to explain how we know when a revolution is complete—what happens after the storming of the palace?—as well as the reasons why certain revolutions fail while others succeed. Although the course considers a broad scope of political uprisings, ranging from the "colored revolutions" of the post-Communist to the Occupy Wall Street movement, special attention will be paid to the French, Russian, Mexican, Chinese, Cuban, and Iranian revolutions.

1 credit.

Fall 2012. Malekzadeh.

## POLS 088. Governance and Environmental Issues in China
(Cross-listed as CHIN 088)

This course examines China's environmental challenges and the range of governmental policies and institutions that have an impact on those challenges. Topics include air pollution, food supply, energy consumption, urbanization, and environmental activism. Students will be guided through an examination of China's historical approach to environmental issues, its contemporary pattern of environmental governance, and its engagement with global institutions and environmental diplomacy. Special attention will be given to the transformation of Beijing and other major cities, to China's policy-making process, and the role of environmental NGOS and global institutions in shaping domestic policy outcomes. Literary works (Chinese novels and short stories) and feature films/documentary films reflecting environmental issues will be combined with readings from social science and environmental science to provide an

# Political Science

interdisciplinary perspective. All required readings/screenings are in English or English translation/subtitled. Chinese language ability is preferred, but not required.

1 credit.

Spring 2013. White, Kong.

### POLS 088A. Governance and Environmental Issues in China
(Cross-listed as CHIN 088A)

This is an attachment to POLS 088. Students who complete the course have the option of adding a 0.5 credit field work component. Field work will be conducted in China under the supervision of Professors Kong and White, and will include specific Chinese language training in the vocabulary used in the field of environmental studies.

0.5 credit.

Summer 2013. Kong, White.

### POLS 090. Directed Readings in Political Science

Available on an individual or group basis, subject to the approval of the instructor.

1 credit.

Staff.

### POLS 092. Senior Comprehensives

Open only to senior majors completing the comprehensive requirement.

0.5 credit.

Spring 2013. Berger.

### POLS 095. Thesis

A 1-credit thesis, normally written in the fall of the senior year. Students need the permission of the department chair and a supervising instructor.

1 credit.

## Seminars

The following seminars prepare for examination for a degree with honors:

### POLS 100. Ancient Political Theory: Plato to Hobbes

This course will consider the development of political thought in the ancient and medieval periods and the emergence of a distinctively modern political outlook. Special attention will be paid to the differences between the way the ancients and the moderns thought about ethics, reason, wisdom, politics, democracy, law, power, justice, the individual, and the community. Key philosophers include Plato, Aristotle, and Hobbes.

2 credits.

Fall 2012. Sharpe.

### POLS 101. Modern Political Theory

In this seminar, we will study the construction of the modern liberal state and capitalism through the works of Hobbes, Locke, and Rousseau, and then, in more detail, we will examine the greatest critics of the modern age—Marx, Nietzsche, Jung, and Foucault. Marx demands that we take history and class conflict seriously in political theory. Nietzsche connects the evolution of human instinct to the politics of good and evil for the sake of political transformation. Jung establishes psychology and mythology as foundations for politics, and Foucault uses all three of these critics to question the modern subject and the disciplines of power and knowledge that construct selves and politics in a postmodern age.

2 credits.

Spring 2013. Halpern.

### POLS 102. Comparative Politics: China

Examines contemporary Chinese politics against the backdrop of its revolutionary past. Topics include pathways of political and economic development, the legacy of the Maoist era, the origins and evolution of the modernization and reform program implemented over the last several decades, and the dynamics of political, economic and social change. Also examine issues of political unrest and instability, demographic change and migration, religion and nationalism, institutions and governance, law and human rights, and civil-military relations.

2 credits.

Not offered 2012–2013.

### POLS 104. American Political System

An intensive survey of the best political science literature on national institutions, democratic processes, citizens' attitudes and their attention to and knowledge of politics, the behavior of voters and politicians, federalism, income inequality's political origins, and the questions that political scientists have asked and currently ask about these topics. Previous background in American politics and history is essential. The seminar mixes the latest research with enduring contributions in order to capture the vitality and excitement of studying American politics and its constituent elements.

Prerequisite: POLS 002 or an intermediate American politics course.

2 credits.

Not offered 2012–2013.

### POLS 105. Constitutional Law in the American Polity

This seminar examines the Supreme Court in American political life, with emphasis on civil rights, civil liberties, and constitutional development. The seminar explores the court's

# Political Science

role in political agenda setting in arenas including economic policy, property rights, separation of powers, federalism, presidential powers and war powers, and interpreting the equal protection and due-process clauses as they bear on race and gender equality. Judicial review, judicial activism and restraint, and theories of constitutional interpretation will be included.

2 credits.

Spring 2013. Nackenoff.

## POLS 106. The Urban Underclass and Public Policy

This seminar is a critical examination of some of the most pressing (and contentious) issues surrounding the nation's inner cities today and the urban underclass: the nature, origins, and persistence of ghetto poverty; racial residential segregation and affordable public housing; social organization, civic life, and political participation; crime and incarceration rates; family structure; adolescent street culture and its impact on urban schooling and social mobility; and labor force participation and dislocation. We conclude by examining how these issues impact distressed urban communities, such as the neighboring city of Chester.

Eligible for BLST or PPOL credit.

2 credits.

Spring 2013. Reeves.

## POLS 107. Identity, Order, and Conflict in Modern Europe

This seminar will investigate fundamental concepts in comparative politics: collective identities, political and economic regime types, radical and extremist movements, and violent conflict. What demands and problems are generated by nationalist, class, and ethnic conflict? How have multinational and multicultural solutions to these problems succeeded and failed, and how are immigration and cultural conflict challenging these solutions? What explains dictatorship and democracy in the 20th century, and are nationalism and authoritarianism experiencing a resurgence in the 21st? What varieties of capitalism and social welfare remain viable after the collapse of communism and the growth of globalization? How do current radical right wing and terrorist movements compare to those in the past, and what impacts do such movements have on political and economic organization? Why can some conflicts be contained within political procedures, yet others spill over into violence? The focus will be on comparisons across Europe, between European and outside cases, and within the European Union.

2 credits.

Not offered 2012–2013.

## POLS 108. Comparative Politics: East Asia

This course examines the politics of China, Japan, the two Koreas, Vietnam and Taiwan. It compares pathways to development, the role of authoritarianism and democracy in the development process, the conditions that promote or impede transitions to democracy, and the impact of regional and global forces on domestic politics and regime legitimacy. It also explores the ideas and cultural patterns that influence society and politics, and the role of social change and protest in regime transformation.

Eligible for ASIA or PPOL credit.

2 credits.

Fall 2012. White.

## POLS 109. Comparative Politics: Latin America

A comparative study of the political economy of Mexico, Chile, Guatemala, Nicaragua, Colombia, El Salvador, and Cuba. Topics include the tensions between representative democracy, popular democracy, and market economies; the conditions for democracy and authoritarianism; the sources and impact of revolution; the political impact of neo-liberal economic policies and the economic impact of state intervention; and the role of the United States in the region.

2 credits.

Spring 2013. Sharpe.

## POLS 110. Comparative Politics: Identity and Conflict

An exploration of the role of identities in political conflict. Does diversity in its many forms (national, ethnic, cultural, religious, gender, etc.) cause violent conflict such as riots, ethnic cleansing, or genocide? What about non-violent conflict such as discrimination, party/electoral competition, and political protest? How do categories of identity differ from one another, and which ones are the most important? Using cases from around the world we will investigate the origins, evolution, and representation of politicized identities, their effects on violence, peace, and stability in democratic and authoritarian regimes, and the reciprocal impact of political systems on identities and identity conflict. We will evaluate strategies intended to moderate identity conflict, such as multiculturalism and separation, power-sharing and repression, preferential treatment and assimilation. Finally we will consider changes brought about by immigration, demographic shifts, new patterns of identification, and new political models.

# Political Science

2 credits.

Not offered 2012–2013.

### POLS 112. Democratic Theory and Civic Engagement in America

This course begins with the questions: What is democracy, and what does it require? Widespread political participation? Economic equality? Good education? Civic virtue? If any of these conditions or characteristics are necessary, how might they be promoted? In addition to theoretical questions, we will investigate one of the hottest debates in contemporary political science: whether political participation, social connectedness, and general cooperation have declined in the United States over the past half-century. If so, why? What might be done? We will consider the potential civic impact of economic and social marginalization in inner-city areas, the role of education in promoting civic engagement, the problem of civic and political disengagement among America's youth, and the potential for the Internet and other communications technology to resuscitate democratic engagement among the citizenry. We will close by considering some lessons from successful community activists, politicians, and political mobilizers.

2 credits.

Fall 2012. Berger.

### POLS 113. International Politics: War, Peace, and Security

This seminar will investigate in depth the issues of conflict, security, and the use of force in contemporary international politics. The course will begin by considering the changing meaning of "security" and by analyzing the major theoretical approaches including realism, liberalism, and constructivism. The course will then tackle some of the great puzzles of international security including the clash of civilizations hypothesis, the role of nuclear weapons, civil wars and intervention, terrorism, and human rights.

2 credits.

Not offered 2012–2013.

### POLS 116. International Political Economy

The course studies the main historical and contemporary approaches in international political economy, and focuses on the primary contemporary issues in political-economic relations among states as well as between states and non-state actors. Topics include: domestic-international level interaction in the politics of international economic relations, economic globalization, the international financial and monetary systems, the international trading system, development and aid, economic crises, multinational corporations, interlinkages between economic and security relations, multilateral platforms to address international political economic issues, including relatively new forums such as the G20.

Prerequisites: POLS 004 and ECON 001 (Introduction to Economics).

2 credits.

Spring 2013. Kaya.

### POLS 180. Thesis

With the permission of the department, honors candidates may write a thesis for double course credit.

2 credits.

# Psychology

FRANK H. DURGIN, Professor
ALLEN M. SCHNEIDER, Professor
BARRY SCHWARTZ, Professor and Acting Chair
ANDREW WARD, Professor and Chair [3]
JANE E. GILLHAM, Associate Professor
JODIE A. BAIRD, Assistant Professor (part time)
STELLA CHRISTIE, Assistant Professor
DANIEL J. GRODNER, Assistant Professor
MICHELE REIMER, Assistant Professor (part time) [2]
RYAN E. B. MRUCZEK, Visiting Assistant Professor
ZHI LI, Post-Doctoral Research Fellow
LES SIKOS, Post-Doctoral Research Fellow
CLORINDA VÉLEZ, Post-Doctoral Research Fellow
JULIA L. WELBON, Academic Coordinator
KATHRYN TIMMONS, Administrative Coordinator

[2] Absent on leave, spring 2013.

[3] Absent on leave, 2012–2013.

Psychology is concerned with the systematic study of human behavior and experience. Psychologists use diverse approaches to understand human relationships, mental and emotional life, and decision-making, as well as the relationships between language, perception, the mind, and the brain. Topics also include the influence of other people on the individual and the origins and treatment of mental illness.

## The Academic Program

The courses and seminars of the department are designed to provide a sound understanding of the principles and methods of psychology. Students learn the nature of psychological inquiry and psychological approaches to various problems encountered in the humanities, the social sciences, and the life sciences.

The Psychology Department offers a course major and minor, honors major and minor, and regularized special majors in neuroscience and in psychology and education. Students may, with approval, develop other individualized special majors, such as psychology and economics.

### Prerequisites

The most common way to fulfill the prerequisite for further work in psychology is to take PSYC 001 Introduction to Psychology. A second entry point is a psychology first-year seminar PSYC 006 First-Year Seminar: Happiness.

### Advanced Placement

Alternatively, a student may meet the prerequisite for psychology courses with a grade of AP 5 on the psychology Advanced Placement test or a grade of 6 or 7 for psychology in the International Baccalaureate Program, but this practice is not encouraged. In either case, an entering student should seek guidance from the department chair or academic coordinator about selection of a first psychology course. Students electing the AP or IB placement option are not permitted to take a core course (numbered in the 30s) in their first semester. (Swarthmore credit is not granted for AP or IB work in psychology.)

## Course Major

A course major must include at least 8 credits in psychology.  One additional credit is required in statistics as a prerequisite for PSYC 025.

Normally, one credit of the 8 credits in psychology may be accepted from a semester abroad. The minimum requirement excludes courses cross-listed in psychology that are taught solely by members of other departments, such as EDUC 021/PSYC 021, EDUC 023/PSYC 023, EDUC 025/PSYC 022 and EDUC 026/PSYC 026. COGS 001 Introduction to Cognitive Science may be counted in the minimum courses required for the major when taught by a member of the psychology department.

A typical sequence of courses toward a major begins with PSYC 001 Introduction to Psychology (or equivalent), followed by a core course (those with numbers in the 30s) or PSYC 025 Research Design and Analysis.

### Requirements

1. PSYC 001 Introduction to Psychology (or equivalent) is normally a prerequisite for all courses in psychology (see the note about prerequisites above).

2. PSYC 025 Research Design and Analysis is a requirement for the major. Note that STAT 011 Statistical Methods (or equivalent, e.g., ECON 031) is a prerequisite for PSYC 025, or may be taken concurrently.

3. At least four core courses in psychology are required (those with numbers in the 30s): 030

# Psychology

Physiological Psychology; 031 Cognitive Neuroscience; 032 Perception; 033 Cognitive Psychology; 034 Psychology of Language; 035 Social Psychology; 036 Thinking, Judgment and Decision Making; 037 Cultural Psychology; 038 Clinical Psychology; 039 Developmental Psychology.

4. Finally, to graduate with a major in psychology, students must also complete a culminating research experience, described below.

## Comprehensive Requirement: Culminating Research Experience

Students in the Course Program must satisfy the College's comprehensive requirement in their majors. In psychology, this can be done in one of the following four ways:

1. Complete a research practicum in psychology in the senior year: PSYC 102 Research Practicum in Cognition and Perception; PSYC 104 Research Practicum in Language and Mind; PSYC 106 Research Practicum in Cognitive Development; PSYC 107 Research Practicum in Social Psychology; 108 Research Practicum in School-Based Interventions; 109 Research Practicum in Clinical Psychology; 110 Research Practicum in Cognitive Neuroscience. Students may enroll in these practica to conduct original empirical research for one-half or one credit, and may take these courses before the senior year without meeting the comprehensive requirement. When taking these courses to meet the comprehensive requirement, the student will normally enroll for one credit and participate in the Senior Research Poster Session.

2. Complete PSYC 098 Senior Research Project. With the approval of the faculty, students may select a topic of their choice in psychology and write a substantial paper on the topic based on library research–and possibly some original empirical research. The paper may constitute a significant expansion and extension of a paper or papers written by the student previously for psychology courses, or it may address a topic on which the student has not written before. Students are encouraged, but not required, to select topics that span more than one content area in psychology. In addition to submitting their written reports, students participate in the Senior Research Poster Session. Students receive one-half course credit for satisfactory work on the Senior Research Project, and a letter grade is assigned. Students should enroll in the course in the fall semester.

3. Complete PSYC 096097 Senior Thesis. Admission to the senior thesis program is by application only. Enrollment in 2 credits of senior thesis, one each semester of the senior year, is required. We require that students wishing to prepare a senior thesis have averages

at the high B level in psychology and overall. Application to the senior thesis program is usually made by the end of the junior year. The list of faculty research interests on the department's website will help students identify the appropriate faculty member to consult when developing thesis plans.

4. Complete a clinical practicum (PSYC 090) in the spring semester of the senior year. Extensive planning in advance is necessary. See the PSYC 090 description.

## Acceptance Criteria

To be accepted as a course major, students must have successfully completed two courses in psychology and be in good standing at the College.

## Course Minor

A course minor in psychology requires a minimum of 5 credits taken with psychology faculty at Swarthmore. There is no comprehensive requirement.

### Requirements

PSYC 001 Introduction to Psychology (or equivalent) is normally a prerequisite for all courses in Psychology (see the note about pre-requisites above).

A minimum of two core courses in psychology (those with numbers in the 30s) is required: 030 Physiological Psychology; 031 Cognitive Neuroscience; 032 Perception; 033 Cognitive Psychology; 034 Psychology of Language; 035 Social Psychology; 036 Thinking, Judgment and Decision Making; 037 Cultural Psychology; 038 Clinical Psychology; 039 Developmental Psychology.

### Acceptance Criteria

To be accepted as a course minor, students must have successfully completed one course in psychology and be in good standing at the College.

## Honors Major

An honors major in psychology requires completing all the requirements for the course major while incorporating three honors preparations in psychology, of which one is a 2-credit senior honors thesis. The other two honors preparations in psychology are composed of two core courses (a course numbered in the 30s) along with their corresponding one-credit seminars (numbered in the 130s).

The Psychology Department currently offers examination in honors in the following fields:

    Clinical Psychology

    Cognitive Neuroscience

    Cognitive Psychology/Perception

# Psychology

Developmental Psychology
Physiological Psychology
Psycholinguistics
Social Psychology
Thinking, Judgment and Decision Making

## Requirements

PSYC 001 Introduction to Psychology (or equivalent) is normally a prerequisite for all courses in psychology (see the note about prerequisites above).

PSYC 025 Research Design and Analysis is required of honors majors, as it is for course majors. Note that STAT 011 Statistical Methods (or equivalent, e.g., ECON 031) is a prerequisite for PSYC 025 (or may be taken concurrently).

Two seminar-based honors preparations, as described above, must be completed, each consisting of a core course and its corresponding seminar.

In all, a minimum of four core courses in psychology (those with numbers in the 30s) must be completed: 030 Physiological Psychology; 031 Cognitive Neuroscience; 032 Perception; 033 Cognitive Psychology; 034 Psychology of Language; 035 Social Psychology; 036 Thinking, Judgment and Decision Making; 037 Cultural Psychology; 038 Clinical Psychology; 039 Developmental Psychology.

A two-credit honors thesis (PSYC 180), spread over both semesters of the senior year, is the third honors preparation and fulfills the comprehensive requirement in psychology.

## The Honors Examination for Majors

In psychology, the usual form of evaluation is a three-hour written examination prepared by the external examiner and administered during the honors examination period in the senior year. This is followed, during the subsequent examiners' weekend, by an oral examination with the examiner for each of a student's preparations. An honors thesis stands in place of one written examination.

## Acceptance Criteria

Approval of an application to participate in the Honors Program as a major depends upon successfully completing two psychology courses at Swarthmore, normally PSYC 001, Introduction to Psychology, or a psychology first-year seminar, and one core course. Admission to the Honors Program usually takes place in the spring semester of the sophomore year, but students may apply for honors even in the junior year. To be accepted, students must have high B averages in psychology and overall. Moreover, to continue in honors, students must have attained a B+ average in psychology at the end of the junior year.

## Honors Minor

Completing an honors minor in psychology requires fulfilling the requirements for the course minor while incorporating a single honors preparation in psychology, composed of a core course (a course numbered in the 30s) and its corresponding one-credit seminar (numbered in the 130s). A complete list of available preparations is given above in the section on honor majors.

## Requirements

A minimum of five credits taken with psychology faculty at Swarthmore, including the honors preparation, are required for the honors minor. PSYC 001 Introduction to Psychology (or equivalent) is normally a prerequisite for all courses in psychology (see the note about prerequisites above).

Two of the five credits must be core courses in psychology (those with numbers in the 30s): 030 Physiological Psychology; 031 Cognitive Neuroscience; 032 Perception; 033 Cognitive Psychology; 034 Psychology of Language; 035 Social Psychology; 036 Thinking, Judgment and Decision Making; 037 Cultural Psychology; 038 Clinical Psychology; 039 Developmental Psychology.

The honors preparation is completed by taking the seminar corresponding to one of the aforementioned core courses. PSYC 025 Research Design and Analysis is strongly recommended for honors minors.

## The Honors Examination for Minors

The usual form of evaluation is a three-hour written examination prepared by the external examiner and administered during the honors examination period in the senior year. This is followed, during the subsequent examiners' weekend, by an oral examination with the examiner.

## Acceptance Criteria

Approval of an application to participate in the Honors Program as a minor depends upon successfully completing two psychology courses at Swarthmore, normally PSYC 001, Introduction to Psychology, or a psychology first-year seminar, and one core course. Admission to the Honors Program usually takes place in the spring semester of the sophomore year, but students may apply for honors even in the junior year. To be accepted, students must have high B averages in psychology and overall. Moreover, to continue in honors, students must have attained a B+ average in psychology at the end of the junior year.

# Special Major in Neuroscience

The psychology and biology departments have defined a regularized special major in

# Psychology

neuroscience that combines work in the two departments. Students interested in developing a special major in Neuroscience are encouraged to consult faculty in both departments. The neuroscience special major is a revision of the special major in psychobiology. Students in the classes of 2012 and 2013 may elect either a neuroscience or a psychobiology special major. The transition to the special major in neuroscience will be complete for students in the class of 2014.

## Entry Requirements

The study of neuroscience involves advanced coursework with the following prerequisites. For admission to the Neuroscience special major, students must

a. complete (or otherwise satisfy) the required courses listed below (up to two credits of these taken at Swarthmore may be counted as Group B electives for the special major), and

b. obtain a minimum GPA of 3.0 for these courses overall, as well as within all biology courses and within all psychology courses.

**Biology**
BIOL 001. Cellular and Molecular Biology
BIOL 002. Organismal and Population Biology
**Chemistry**
CHEM 010. General Chemistry
CHEM 022. Organic Chemistry I
**Math/Stat**
MATH 015. Elementary Single-Variable Calculus
STAT 011. Statistical Methods
**Psychology**
PSYC 001. Introduction to Psychology
PSYC 025. Research Design and Analysis

• The requirement for BIOL 001 and/or BIOL 002 may be satisfied by credit from the Biology AP exam (score of 5) if at least one credit in Biology has been completed at Swarthmore.

• The requirement for CHEM 010 will be satisfied if the student has placed out of it and completed CHEM 022.

• The requirements for MATH 015 and STAT 011 may be satisfied by placement out of these courses, as determined by the Mathematics and Statistics Department.

• The requirement for PSYC 001 may be satisfied with a Psychology AP exam score of 5.

• Provisional admission to the special major will normally be granted based on substantial progress in satisfying these entry requirements at the time of application.

## Course Major Requirements

A Neuroscience major will include two (2) Foundation Courses and eight (8) Elective

credits from the lists below, as well as fulfilling the comprehensive requirement. Up to twelve credits may be included in the major.

**1. Neuroscience Foundation Courses:** Majors will complete both courses.
PSYC 030. Physiological Psychology
BIOL 022. Neurobiology

**2. Electives**
Majors will complete at least eight (8) elective credits from the elective lists, to include at least one seminar. At least four elective credits must be from Group A. The others can be from either Group A, Group B (including up to two of the Entry Requirement courses taken at Swarthmore), or Group C (see restrictions below). It is possible to substitute or add electives from other universities (e.g., Systems Neuroscience at the University of Pennsylvania), including abroad, but students should seek Swarthmore faculty approval for such courses in advance.

**Group A: Neuroscience Electives**
BIOL 030. Animal Behavior
BIOL 123. Learning and Memory seminar (1 or 2 credits)
BIOL 124. Hormones and Behavior seminar (1 or 2 credits)
BIOL 131. Animal Communication seminar (2 credits)
PSYC 031. Cognitive Neuroscience
PSYC 032. Perception
PSYC 043. Developmental Cognitive Neuroscience
PSYC 091. Advanced Topics in Behavioral Neuroscience
PSYC 130. Physiological Psychology seminar (1 credit)
PSYC 131. Cognitive Neuroscience seminar (1 credit)

**Group B: Course Electives in Related/Overlapping Scientific Areas**
BIOL 010. Genetics
BIOL 014. Cell Biology
BIOL 020. Animal Physiology
BIOL 021. Comparative Vertebrate Anatomy
BIOL 024. Developmental Biology
BIOL 026. Invertebrate Biology
BIOL 034. Evolution
BIOL 110. Human Genetics seminar (2 credits)
BIOL 111. Developmental Genetics seminar (2 credits)
BIOL 119. Genomics and Systems Biology seminar (2 credits)
BIOL 130. Behavioral Ecology seminar (2 credits)
CHEM 038. Biological Chemistry

# Psychology

COGS 001. Introduction to Cognitive Science

CPSC 021. Introduction to Computer Science

PSYC 033. Cognitive Psychology

PSYC 034. Psychology of Language

PSYC 036. Thinking, Judgment and Decision Making

PSYC 038. Clinical Psychology

PSYC 039. Developmental Psychology

PSYC 132. Perception, Cognition, and Embodiment seminar (1 credit)

PSYC 133. Metaphor and Mind seminar (1 credit)

PSYC 134. Psycholinguistics seminar (1 credit)

PSYC 138. Clinical Psychology seminar (1 credit)

PSYC 139. Developmental Psychology seminar (1 credit)

**Group C: Research Electives in Related/Overlapping Areas of Science**

One unit of research (of up to 2 credits) in neuroscience from the following may be counted toward the minimum required 10 credits of the major (additional research units may be counted for optional credits up to 12). Note that research electives are one way of fulfilling the comprehensive requirement (see below) for the Neuroscience major.

BIOL 094. Research Project (1 credit)

PSYC 094. Independent Research (up to 1 credit)

PSYC 096/097. Senior Thesis (2 credits)

PSYC 102. Research Practicum in Perception and Cognition

PSYC 104. Research Practicum in Mind and Language

PSYC 110. Research Practicum in Cognitive Neuroscience

**3. Comprehensive Requirement**

The comprehensive requirement is a Neuroscience Research Thesis, a complete scientific paper based on a research project conducted in Biology or Psychology or some other area related to neuroscience. The Research Thesis may either (1) be a research paper from a Group C elective completed (or substantially revised) during the senior year or (2) be based on a separate research project, such as might occur during a summer (whether at Swarthmore or at another institution) or as part of a laboratory course in a Neuroscience Elective (e.g., a Biology seminar taken in the junior or senior year)*.

In either case, a proposal will be submitted no later than the beginning of the senior year that explains the student's plan for conducting or completing the comprehensive requirement. If option 2 is selected, the proposal must be detailed. Upon approval of an option 2 proposal, students will register for a 0.5 credit unit of Neuroscience Thesis during either semester (but not both) of the senior year. The thesis will be evaluated by two faculty members, typically from two different departments.

*Students in Biology seminars, for example, often work on group projects and sometimes produce multi-authored research papers. Such projects may serve as the basis of a Neuroscience Research Thesis, but the paper must be a unique product of the student who submits it as his/her thesis.

## Special Major in Psychology and Educational Studies

A student wishing to undertake a special major in psychology and educational studies will propose and justify an integrated program that includes 10–12 credits in the two disciplines, as described below.

### Requirements

The special major will include 5 credits in courses or seminars taught by members of the department of psychology, including at least 3 core areas (courses numbered in the 30s) and PSYC 025 Research Design and Analysis. It will include at least 5 credits taught by members of the department of educational studies. One of these courses must be EDUC/PSYC 021 Educational Psychology. Practice Teaching (EDUC 016) and the Curriculum and Methods Seminar (EDUC 017) may not be included in the program.

### Culminating Exercise/Comprehensive Examination

Either a two-semester, two-credit interdisciplinary senior thesis, a research practicum (0.5 or 1 credit), a practicum in clinical psychology (PSYC 090, 1 credit) or an integrated comprehensive project (PSYC 098 or EDUC 098, 0.5 credit) suitable to the special major serves to satisfy the comprehensive requirement. Theses and comprehensive projects are supervised by one member of each department. Students wishing to prepare a senior thesis must have averages at the high B level in psychology, educational studies, and overall. Application to the senior thesis program is usually made by the end of the junior year. Because special majors may not undertake work on a thesis in a semester in which they are student teaching, such students must be sure to apply early and to begin thesis work as second semester juniors.

### Honors special major in psychology and education

The requirements for honors require that four honors preparations be included in the special major, including the senior honors thesis. For

# Psychology

special majors involving educational studies, theses are supervised by both departments. Normally, the remaining three honors preparations consist of two two-credit seminars in educational studies and one preparation in psychology composed of a core course (a course numbered in the 30s) and its corresponding one-credit seminar (numbered in the 130s), but a program could be proposed involving two preparations in psychology and one in educational studies.

### Acceptance Criteria

To be accepted as a special major in psychology and educational studies, a student must have successfully completed two courses in psychology, EDUC 014 Introduction to Education, and be in good standing at the College.

## Other Special Majors Involving Psychology

Other individualized special majors including psychology may be designed. A special major in cognitive science, which may involve psychology, is administered through the program coordinator of cognitive science. A special major in psychology and economics is also an option.

## Transfer Credit

Transfer credit is handled on an individual basis. Whenever possible, prior approval is recommended.

## Off-Campus Study

The Psychology Department recognizes that international study may have an important place in the educational programs of students, and we support those who wish to include such an experience. We usually advise students to complete their time abroad by the middle of the junior year so that it does not interfere with applications for summer research or with the development of thesis proposals and senior research projects proposals, but students may wish to consult with an adviser in the department about their specific plan because of the absence of international standards in psychology. In most cases, we encourage students to emphasize work in areas other than psychology while away. However, the department may permit a student to transfer a single psychology course from a study abroad program to count toward the minimum major requirements, but normally not in fulfillment of a core course requirement nor as a prerequisite for an advanced seminar. Additional work may be considered for transfer beyond the minimum major requirements. Prior completion of introductory psychology or its equivalent is an

important component of approval for transfer credit.

## Research and Service-Learning Opportunities

Students are encouraged to get involved with research at any point in their time at Swarthmore, and many seniors also do field placements through the clinical practicum.

### Academic Year Opportunities

There are many opportunities for research with the faculty of the department during the academic year either for academic credit (PSYC 094: Independent Research, PSYC 102: Research Practicum in Perception and Cognition, PSYC 104: Research Practicum in Language and Mind, PSYC 106: Research Practicum in Developmental Psychology, PSYC 108: Research Practicum in School Based Interventions, PSYC 109: Research Practicum in Clinical Psychology) or as a paid assistant. Students may participate in the design, conduct and analysis of projects at any stage in their program. In the senior year, such experiences, in the form of a thesis or research practicum, may constitute the culminating comprehensive experience. The list of faculty research interests on the department's website will help students identify the appropriate faculty member to consult about developing research plans.

The clinical practicum (PSYC 090) provides field experience for students who are considering careers in clinical psychology, psychiatry, social work, and counseling. Some advanced students undertake practica to gain experience in clinical settings such as a shelter for battered women, a program for children with autism, or a residential treatment facility. Enrollment is often limited to seniors and requires at least a B average in Psychology as well as appropriate course preparation. The clinical practicum is a Community-based Learning course.

### Service-Learning Opportunities

Several psychology courses are designated as Community-Based Learning courses. They are PSYC 090 Practicum in Clinical Psychology; PSYC 108 Research Practicum in School-Based Interventions; and PSYC 109 Research Practicum in Clinical Psychology.

### Summer Research Opportunities

Students may apply for summer funding to conduct research in psychology either through the Social Sciences Division or through the Division of Natural Sciences and Engineering, depending on the nature of the research project. Students should seek the sponsorship of a faculty member who is willing to provide guidance in developing and submitting an

# Psychology

application. Funding may be obtained to work with faculty members on campus or, in some cases, at another campus or setting. Students planning to prepare a thesis are especially encouraged to consider ways of integrating a summer of research into their thesis work, but all interested students should feel free to explore their options. The list of faculty research interests on the department's website will help students identify the appropriate faculty member to consult.

## Teacher Certification

Students who wish to qualify for certification at the secondary school level should consult faculty in the educational studies department. Psychology majors can complete the requirements for teacher certification in social science, through a program approved by the Commonwealth of Pennsylvania. For further information about the relevant set of requirements, please refer to the Educational Studies section of the Bulletin.

## Life After Swarthmore

Psychology majors have followed a variety of paths after graduation, including into medicine, law, business, information technology, marketing, counseling, finance, theater, and education, as well as into traditional psychology programs leading to clinical practice and/or academic research in psychology, neuroscience and related fields.

## Courses

### PSYC 001. Introduction to Psychology
An introduction to the basic processes underlying human and animal behavior—studied in experimental, social, and clinical contexts. Analysis centers on the extent to which normal and abnormal behaviors are determined by learning, motivation, neural, cognitive, and social processes.

In addition to the course lectures, students are required to participate in a mini-seminar for several weeks during the semester. Each meeting is 1 hour and 15 minutes, typically during the Monday or Wednesday (1:15–4 p.m.), or Friday (2:15–5 p.m.) class periods. Students will be assigned to a group after classes begin but should keep at least one period open.

Students also act as participants in Psychology Department student and faculty research projects.

PSYC 001 is a prerequisite for further work in the department.

Social sciences.

1 credit.

Each semester. Staff.

### COGS 001. Introduction to Cognitive Science
(See COGS 001)
COGS 001 is offered in the Cognitive Science Program. It can count toward the minimum required credits in a psychology major when taught by a member of the Psychology Department.

1 credit.

Spring 2013. Grodner.

### PSYC 006. First-Year Seminar: Happiness
What is happiness? How important is it to people? How important should it be to people? Do people know what makes them happy? If they do know, are they able to make decisions that promote happiness? This course asks all of these questions and tries to answer at least some of them by examining current psychological research. This course serves as an alternate prerequisite for further work in the department.

Social Sciences.

1 credit.

Not offered 2012–2013. Schwartz.

### PSYC 009. First-Year Seminar: Real-World Issues in Developmental Psychology
One of the fundamental responsibilities held by scientists in any discipline is to conduct research that will inform the public on issues of everyday significance, with the ultimate goal of promoting and protecting public welfare. The aim of this course is to examine specific topics in the field of developmental psychology that are significant for parenting, education, and public policy. We will also examine issues in developmental psychology that have been the source of popular debate or controversy, with the goal of separating evidence-based knowledge from myth and hype.

Social Sciences.

1 credit.

Fall 2012. Baird.

### PSYC 021. Educational Psychology
(See EDUC 021)
*Note: The Educational Studies Department offers this course. It does not count toward the minimum required credits for a psychology major or minor.*

Fall 2012. Renninger.

# Psychology

### PSYC 023. Adolescence
(See EDUC 023)

*Note: The Educational Studies Department offers this course. It does not count toward the minimum required credits for a psychology major or minor.*

Spring 2013. Ford.

### PSYC 025. Research Design and Analysis

How can one answer psychological questions? What counts as evidence for a theory? This course addresses questions about the formulation and evaluation of theories in psychology. The scientific model of psychological hypothesis testing is emphasized, including the critical evaluation of various research designs and methodology, understanding basic data analysis and statistical issues, and the application of those critical thinking skills to social science findings reported in the media.

Students also learn to design and conduct psychology studies, analyze data generated from those studies, and write up their findings in the format of a psychology journal article.

This course is required for the major prior to the student's senior year. Statistics 011 must be taken prior to or concurrently with the course.

Prerequisite: PSYC 001.

Social sciences.

Writing course.

1 credit.

Fall 2012. Baird, Pelham.

Spring 2013. Baird, Mruczek.

### PSYC 026. Special Education: Issues and Practice
(See EDUC 026)

*Note: The Educational Studies Department offers this course. It does not count toward the minimum required credits for a psychology major or minor.*

Fall 2012. Linn.

### PSYC 029. Practical Wisdom
(Cross-listed as POLS 077)

What is practical wisdom (what Aristotle called "phronesis")? Is it necessary to enable people to flourish in their friendships, loving relations, education, work, community activities, and political life? What is the relevance of this Aristotelian concept for the choices people make in everyday life, and how does it contrast with contemporary Kantian, utilitarian, and emotivist theories of moral judgment and decision making? What does psychology tell us about the experience and character development necessary for practical wisdom and moral reasoning? And how do contemporary

economic and political factors influence the development of practical wisdom?

Prerequisites: Some background in psychology, philosophy or political theory.

Enrollment is limited and by permission of the instructors. (Applications available from either department office.)

1 credit.

Not offered 2012–2013. Schwartz and Sharpe.

### PSYC 030. Physiological Psychology

A survey of the neural and biochemical bases of behavior with special emphasis on sensory processing, motivation, emotion, learning, and memory. Both experimental analyses and clinical implications are considered.

Prerequisite: PSYC 001.

Social sciences.

1 credit.

Spring 2013. Schneider.

### PSYC 031. Cognitive Neuroscience

What neural systems underlie human perception, attention, memory, motor behavior and executive control? What deficits arise from damage to these systems? This course introduces a variety of cognitive neuroscience and neuropsychological methods and what they tell us about human cognition.

Prerequisite: PSYC 001.

Social sciences.

1 credit.

Fall 2012. Mruczek.

### PSYC 032. Perception

Perception is fundamental to both cognition and action. How does perception work? This course covers a variety of scientific theories of perception including biological analyses of comparative functional anatomy of sensory systems and the informational "ecology" in which they have evolved, as well as functionalist information processing theories including computational, statistical and inferential approaches. An integrated series of laboratories and demonstrations provides students with experience testing theories of perception empirically. Required weekly laboratory.

Prerequisite: PSYC 001 and PSYC 025: Research Design and Analysis or permission of instructor.

Natural sciences and engineering practicum.

1 credit.

Spring 2013. Durgin.

### PSYC 033. Cognitive Psychology

Cognitive psychology is one of the intellectual foundations on which modern psychological science is built. This course has two principal

# Psychology

goals. On the one hand, it provides an integrated overview of a variety of subfields of cognitive psychology including perception, attention, memory, language, concepts, imagery, thinking, decision-making, and problem solving. On the other hand, it develops a coherent conceptual framework for understanding how behavioral experiments can illuminate the workings of the human mind.

Prerequisite: PSYC 001.

Social sciences.

1 credit.

Fall 2012. Durgin.

### PSYC 034. Psychology of Language
(Cross-listed as LING 034)

The capacity for language sets the human mind apart from all other minds, both natural and artificial, and so contributes critically to making us who we are. In this course, we ask several fundamental questions about the psychology of language: How do children acquire it so quickly and accurately? How do we understand and produce it, seemingly without effort? What are its biological underpinnings? What is the relationship between language and thought? How did language evolve? And to what extent is the capacity for language "built in" (genetically) versus "built up" (by experience)?

Prerequisite: PSYC 001 or permission of the instructor.

Social sciences.

1 credit.

Fall 2012. Grodner.

### PSYC 035. Social Psychology

Social psychology argues that social context is central to human experience and behavior. This course provides a review of the field with special attention to relevant theory and research. The dynamics of cooperation and conflict, the self, group identity, conformity, social influence, prosocial behavior, aggression, prejudice, attribution, and attitudes are discussed.

Prerequisite: PSYC 001.

Social sciences.

1 credit.

Spring 2013. Staff.

### PSYC 036. Thinking, Judgment, and Decision Making

People in the modern world are flooded with major and minor decisions on a daily basis. The available information is overwhelming, and there is little certainty about the outcomes of any of the decisions people face. This course explores how people *should* go about making decisions in a complex, uncertain world; how

people *do* go about making decisions in a complex, uncertain world; and how the gap between the two can be closed.

Prerequisite: PSYC 001.

Social sciences.

1 credit.

Fall 2012. Schwartz.

### PSYC 037. Cultural Psychology

Prerequisite: PSYC 001.

Social sciences.

1 credit.

Not offered 2012–2013.

### PSYC 038. Clinical Psychology

A consideration of major forms of psychological disorder in adults and children. Cognitive, behavioral, psychodynamic, sociocultural, and biological theories of abnormality are examined, along with their corresponding modes of treatment.

Prerequisite: PSYC 001.

Social sciences.

1 credit.

Fall 2012. Reimer. Spring 2013. Gillham.

### PSYC 039. Developmental Psychology

Do infants have concepts? How do children learn language? These questions and others are addressed in this survey course of cognitive, social, and emotional development from infancy to adolescence. The course examines theoretical perspectives on the nature of developmental change in addition to empirical and applied issues in the study of children. Topics include the formation of social attachments; the foundations and growth of perceptual, cognitive, and social skills; language acquisition; and the impact of family and peers on the development of the child.

Prerequisite: PSYC 001.

Social sciences.

1 credit.

Fall 2012. Christie.

### PSYC 041. Children at Risk

Violence, educational inequality, war, and chronic poverty are key contexts for many children's lives. We consider children's responses to adversity from clinical, developmental and ecosystemic perspectives. In addition, we explore the role of psychology in both prevention and social policy affecting children and families.

Prerequisites: PSYC 001 and either PSYC 038: Clinical Psychology or PSYC 039: Developmental Psychology or permission of the instructor.

# Psychology

Social sciences.

1 credit.

Not offered 2012–2013. Reimer.

### PSYC 045. Functional Magnetic Resonance Imaging (fMRI)

Functional MRI offers an unprecedented view into the healthy human brain. Its use in psychology and neuroscience research has grown exponentially over the past decade. This course provides a broad introduction to fMRI research, including how MRI can generate images, how these signals are related to neuronal activity, and how to design and analyze fMRI experiments. Students also review recent fMRI literature and gain hands-on experience analyzing fMRI datasets.

Prerequisites: PSYC 001, PSYC 025 Research Design and Analysis; and one of the following: PSYC 030 Physiological Psychology; PSYC 031 Cognitive Neuroscience; BIOL 022 Neurobiology or permission of the instructor.

Social sciences.

1 credit.

Fall 2012. Mruczek.

### PSYC 046. Psychology and Economic Rationality

The discipline of economics makes a set of assumptions about human motivation and decision making. This course examines those assumptions in light of evidence from other social sciences, especially psychology. The course is taught in a seminar format, open especially to students in psychology and economics.

Prerequisites: PSYC 001 and ECON 001 or related preparation with permission of instructor.

Social Sciences.

1 credit.

Not offered 2012–2013. Schwartz.

### PSYC 050. Developmental Psychopathology

This course covers several psychological disorders that often first appear in childhood and adolescence, including autism and other developmental disorders, attention-deficit disorder, conduct disorder, eating disorders, and emotional disorders. Theories about the causes and treatment are discussed. A heavy emphasis is on current research questions and empirical findings related to each disorder.

Prerequisites: PSYC 001 and either PSYC 038: Clinical Psychology or PSYC 039: Developmental Psychology or permission of the instructor.

Social sciences.

1 credit.

Not offered 2012–2013. Gillham.

### PSYC 055. Family Systems Theory and Psychological Change

Systems theory is important in clinical, educational, medical and organizational contexts. This course explores family systems perspectives on illness and change. Research and theory are supplemented with popular film, documentaries, and therapeutic case histories to understand how psychologists work with individuals and organizations to address developmental, communication, and emotional impasses.

Prerequisites: PSYC 001 and either PSYC 038: Clinical Psychology or PSYC 039: Developmental Psychology or permission of the instructor.

Social sciences.

1 credit.

Fall 2012. Reimer.

### PSYC 090. Practicum in Clinical Psychology

An opportunity for advanced psychology students to gain supervised experience in off-campus clinical settings. Requirements include 8 hours per week in an off-campus placement, weekly meetings to discuss placement experiences and relevant readings, and a major term paper. Students are expected to have clinical contact with clients/patients and to have an on-site supervisor. Students are responsible for arranging a placement, in consultation with the instructor in advance of the semester. Students applying for this course must have at least a B average in psychology. Contact the instructor for details and an application form. When taken in the senior year, this course fulfills the comprehensive requirement in psychology. Students who plan to take PSYC 090 to fulfill the senior comprehensive requirement must apply by April 15 of the junior year. For all other students, applications are due November 4.

Prerequisites: PSYC 001 and one of the following: PSYC 038: Clinical Psychology, PSYC 041: Children at Risk or PSYC 050: Developmental Psychopathology. Enrollment is limited to seniors and juniors. If the course over-enrolls, priority is given to senior majors and special majors.

Social sciences. Community-based Learning course.

1 credit.

Spring 2013. Gillham.

# Psychology

## PSYC 091. Advanced Topics in Behavioral Neuroscience

Current issues in behavioral neuroscience are considered from both a clinical and an experimental perspective. Topics include learning and memory, with a focus on emotional memory and its relation to anxiety disorders; memory storage, with a focus on the impact of brain damage; neuropsychiatric and degenerative disorders, including schizophrenia, clinical depression, Alzheimer's and Parkinson's diseases; psychopharmacology, with a focus on drug addiction.

Prerequisites: PSYC 001 and PSYC 030: Physiological Psychology or permission of the instructor.

Social sciences.

1 credit.

Fall 2012. Schneider.

## PSYC 094. Independent Research

Students conduct independent research projects. They typically study problems with which they are already familiar from their courses. Students must submit a written report of their work. Registration for independent research requires the sponsorship of a faculty member in the Psychology Department who agrees to supervise the work.

Each semester. Staff.

## PSYC 095. Tutorial

Any student may, under the supervision of a member of the Psychology Department, work in a tutorial arrangement for a single semester. The student is thus allowed to select a topic of particular interest and, in consultation with a faculty member, prepare a reading list and work plan. Tutorial work may include field research outside Swarthmore.

Each semester. Staff.

## PSYC 096 and 097. Senior Thesis

A senior thesis, which is a yearlong empirical research project, fulfills the senior comprehensive requirement in psychology. It must be supervised by a member of the department and must be taken as a two-semester sequence for 1 credit each semester. Admission requirements include a B+ average in psychology and overall, an approved topic, an adviser, and sufficient advanced work in psychology to undertake the thesis. The supervisor and an additional reader (normally a member of the department) evaluate the final product. Students should develop a general plan in consultation with an adviser by the end of the junior year. Students are encouraged to begin thesis work during the summer preceding the senior year.

Prerequisites: PSYC 001 and PSYC 025: Research Design and Analysis and permission of a research supervisor.

Social sciences.

1 credit each semester.

Each semester. Staff.

## PSYC 098. Senior Research Project

As one means of meeting the comprehensive requirement, a student may select a topic in psychology in consultation with psychology faculty. During the fall semester of the senior year, the student writes a substantial paper on the topic based on library research or original empirical research. In addition to submitting written reports, students participate in a poster conference at the end of fall semester. One-half credit with a letter grade is awarded for all components of the project. See the department brochure for further details.

Prerequisites: PSYC 001; PSYC 025: Research Design and Analysis and permission of adviser.

Social sciences.

0.5 credit.

Fall 2012. Staff.

## PSYC 102. Research Practicum in Perception and Cognition

In this course, students conduct research projects singly or in small groups in collaboration with the instructor. Projects include designing, implementing, analyzing and reporting an experiment. Project topics are negotiated at the beginning of the semester. Past projects have studied eye-movements and decision-making, perception of the bodily self, self-motion and space perception, metaphor processing, and even experimental demand characteristics. All students meet together for a weekly lab meeting; additional weekly meeting times will be scheduled. When taken in the senior year, this course fulfills the comprehensive requirement in psychology.

Prerequisites: PSYC 001; PSYC 025: Research Design and Analysis and permission of the instructor.

Social Sciences.

Section 01: 0.5 credit.

Section 02: 1 credit.

Fall 2012. Durgin.

## PSYC 104. Research Practicum in Language and Mind

In this course students conduct research projects singly or in small groups in collaboration with the instructor. Projects include designing, implementing, analyzing and reporting an experiment. Project topics are negotiated at the beginning of the semester. Past projects have investigated how people understand the perspective of conversational partners, how

# Psychology

comprehenders resolve linguistic ambiguity, how perceivers infer what a speaker means from what they have said, and hemispheric differences in the way the brain processes language. All students meet together for a weekly lab meeting; additional weekly meeting times will be scheduled. When taken in the senior year, this course fulfills the comprehensive requirement in psychology.

Prerequisites: PSYC 001; PSYC 025: Research Design and Analysis, and permission of the instructor.

Social Sciences.

Section 01: 0.5 credit.

Section 02: 1 credit.

Fall 2012. Grodner.

## PSYC 106. Research Practicum in Cognitive Development

This course provides experience in conducting research with infants and young children. Students conduct research projects singly or in small groups in collaboration with the instructor. Students will design, implement, analyze, and report an experiment. Project topics are negotiated at the beginning of the semester and are focused on language and concept acquisition as well as the interaction between language and cognition early in development. All students meet together for a weekly lab meeting; additional weekly meeting times will be scheduled. When taken in the senior year, this course fulfills the comprehensive requirement in psychology.

Prerequisites: PSYC 001; PSYC 025: Research Design and Analysis and permission of the instructor. PSYC 039 Developmental Psychology is recommended.

Social Sciences.

Section 01: 0.5 credit.

Section 02: 1 credit.

Spring 2013. Christie.

## PSYC 107. Research Practicum in Social Behavior and Cultural Mind

In this course, students work in groups to gain research skills. The projects in which the students engage will be relevant to ongoing research conducted in the instructor's lab. We follow the entire process of conducting psychological research, including developing a research question, conducting a literature review, designing a study, preparing research materials, obtaining ethics approval, collecting data, analyzing data using SPSS, presenting the results in a poster session, and writing an empirical research paper using APA format. All students meet together for a weekly lab meeting. When taken in the senior year, this course fulfills the comprehensive requirement in psychology.

Prerequisites: PSYC 001 and PSYC 025: Research Design and Analysis and permission of the instructor. PSYC 035: Social Psychology is strongly preferred.

Social Sciences.

Section 01: 0.5 credit.

Section 02: 1 credit.

Not offered 2012–2013.

## PSYC 108. Research Practicum in School-Based Interventions

This course provides experience conducting research on school-based interventions. Students collaborate on research that is evaluating school-based interventions designed to promote well-being in early adolescents. Students gain experience in many aspects of the research process, such as reviewing research literature, developing hypotheses, collecting, entering and analyzing data, writing in journal article format and presenting findings. All students meet together for lab meetings; additional meeting times will be scheduled. When taken in the senior year, this course fulfills the comprehensive requirement in psychology.

Commitment: 2 semester (fall and spring) commitment required.

Prerequisites: PSYC 001; PSYC 025: Research Design and Analysis and at least one of the following: PSYC 038: Clinical Psychology; PSYC 041: Children at Risk; PSYC 050: Developmental Psychopathology; PSYC 055: Family Systems Theory and Psychological Change; and permission of the instructor.

Social Sciences. Community-based Learning course.

1 credit each semester.

Fall 2012. Gillham.

## PSYC 109. Research Practicum in Clinical Psychology

This course provides experience conducting research related to clinical psychology or positive psychology. Students collaborate on projects evaluating psychosocial interventions designed to promote well-being. Students gain experience in many aspects of the research process, such as reviewing research literature, developing hypotheses, collecting, entering and analyzing data, writing in journal article format and presenting findings. All students meet together for lab meetings; additional meeting times will be scheduled. When taken in the senior year, this course fulfills the comprehensive requirement in psychology.

Commitment: 2 semester (fall and spring) commitment required.

Prerequisites: PSYC 001; PSYC 025: Research Design and Analysis and permission of the

# Psychology

instructor. PSYC 038: Clinical Psychology is strongly preferred.

Social Sciences. Community-based Learning course.

1 credit each semester.

Fall 2012. Gillham.

### PSYC 110. Research Practicum in Cognitive Neuroscience

Students conduct research projects singly or in small groups in collaboration with the instructor. Projects include designing, implementing, analyzing and reporting a study. Topics are negotiated at the beginning of the semester and are focused on the neural basis of language, memory and other higher level cognitive processes. How does brain maturation impact different human capacities? What specific roles do different brain regions play in a given capacity? All students meet together for a weekly lab meeting; additional weekly meetings times are scheduled. When taken in the senior year, the course fulfills the comprehensive requirement in psychology.

Prerequisites: PSYC 001; PSYC 025: Research Design and Analysis and permission of the instructor.

Social Sciences.

Section 01: 0.5 credit.

Section 02: 1 credit.

Not offered 2012–2013.

## Seminars

**Note:** Admission to honors seminars normally requires at least a B+ in the associated core course. Enrollment in seminars is normally limited to 12 students.

### PSYC 130. Seminar in Physiological Psychology

An analysis of the neural bases of motivation, emotion, learning, memory, and language. Generalizations derived from neurobehavioral relations are brought to bear on clinical issues.

Prerequisites: PSYC 001 and PSYC 030: Physiological Psychology or permission of the instructor.

Social sciences.

1 credit.

Spring 2013. Schneider.

### PSYC 131. Seminar in Cognitive Neuroscience

This seminar focuses on a critical analysis of current cognitive neuroscience literature, covering topics such as visual perception, attention and consciousness, and object recognition and interactions. Students consider evidence from studies using a broad spectrum of methods, including behavioral measures, functional neuroimaging, neurophysiological recordings, neuropsychology and computational modeling.

Prerequisites: PSYC 001 and PSYC 031: Cognitive Neuroscience or permission of the instructor.

Social Sciences.

1 credit.

Spring 2013. Mruczek.

### PSYC 132. Perception, Cognition and the Embodied Mind Seminar

This seminar examines foundational issues and theories in the empirical study of human perception and cognition including the interplay between perception, action, language, and reasoning. Emphasis is placed on skeptical rigor in exploring philosophical and neuroscientific considerations regarding embodied cognition. What counts as an explanation of experience? How could conscious beings evolve? What is the relationship between perception and cognition? Topics vary from year to year.

Prerequisites: PSYC 001 and either PSYC 032: Perception or PSYC 033: Cognitive Psychology or permission of the instructor.

Social sciences.

1 credit.

Spring 2013. Durgin.

### PSYC 133. Metaphor and Mind Seminar

This seminar examines scientific theories of metaphor with an emphasis on using metaphor as a way of understanding the representation of meaning in the brain and the communication of meaning.

Prerequisites: PSYC 001 and either PSYC 033: Cognitive Psychology or PSYC 034: Psychology of Language or permission of the instructor.

Social sciences.

1 credit.

Not offered 2012–2013. Durgin.

### PSYC 134. Seminar in Psycholinguistics
(Cross-listed as LING 134)

An advanced study of special topics in the psychology of language. A research component is sometimes included.

Prerequisites: PSYC 001 and PSYC 034: Psychology of Language or permission of the instructor.

Social sciences.

1 credit.

Spring 2013. Grodner.

### PSYC 135. Seminar in Social Psychology

The seminar will provide an opportunity for critical exploration of contemporary topics in

# Psychology

social psychology, including findings from cross-cultural social neuroscience research. Various perspectives and methods for investigating how human mind and social behavior interact with situational and environmental factors are considered. Real world implications and applications are also discussed.

Prerequisites: PSYC 001 and PSYC 035: Social Psychology or permission of the instructor. PSYC 025: Research Design and Analysis is strongly preferred.

Social sciences.

1 credit.

Spring 2013. Staff.

### PSYC 136. Seminar in Thinking, Judgment, and Decision Making

The seminar considers in depth several of the topics introduced in PSYC 036.

Prerequisites: PSYC 001 and PSYC 036: Thinking, Judgment, and Decision Making or permission of the instructor.

Social sciences.

1 credit.

Spring 2013. Schwartz.

### PSYC 138. Seminar in Clinical Psychology

We take up a variety of topics in clinical psychology, including etiology and treatments for several major disorders, controversies regarding psychodiagnosis and the proliferation of new diagnostic categories, and emerging psychotherapies and community-based treatments. We also examine cultural and historical differences in expressions of psychic suffering, the social meanings attributed to such suffering, and local healing practices.

Prerequisites: PSYC 001 and PSYC 038: Clinical Psychology or permission of the instructor.

Social sciences.

1 credit.

Fall 2012. Gillham.

### PSYC 139. Seminar in Developmental Psychology

The seminar builds on concepts learned in PSYC 039 and considers special topics of interest in the field at an advanced level. An original group research component is included.

Prerequisites: PSYC 001 and PSYC 039: Developmental Psychology or permission of the instructor.

Social sciences.

1 credit.

Spring 2013. Christie.

### PSYC 180. Honors Thesis

An honors thesis, a yearlong empirical research project, fulfills the senior comprehensive requirement in psychology as part of an honors major in psychology. It must be supervised by a member of the department and must be taken as a two-semester sequence for 1 credit each semester. Students should develop a general plan in consultation with an adviser by the end of the junior year. When possible, students are encouraged to begin work on their thesis during the summer before their senior year.

Prerequisites: PSYC 001; PSYC 025: Research Design and Analysis and permission of a research supervisor.

Social sciences.

1 credit each semester.

Each semester. Staff.

# Public Policy

Coordinator:   JOHN CASKEY (Economics)
               Cathy Wareham (Administrative Assistant)

Committee:     Erin Todd Bronchetti (Economics)
               Frank Grossman (Educational Studies)
               Robinson Hollister (Economics) [1]
               Ellen Magenheim (Economics)
               Carol Nackenoff (Political Science)
               Michael Reay (Sociology and Anthropology)
               Keith Reeves (Political Science)
               Richard Valelly (Political Science) [3]
               Robert Weinberg (History)

[1] Absent on leave, fall 2012.
[3] Absent on leave, 2012–2013.

The minor in public policy enables students to combine work in several departments toward both critical and practical understanding of public policy issues, including those in the realm of social welfare, health, energy, environment, food and agriculture, and national and global security. These issues may be within domestic, foreign, or international governmental domains. Courses in the minor encompass the development, formulation, implementation, and evaluation of policy.

## The Academic Program

The minor in public policy may be taken together with a course major in any field or as a minor in the Honors Program. At a minimum, the minor consists of six credits and an internship. The program of each minor should be worked out in consultation with the coordinator of the Public Policy Program and approved by the coordinator, preferably at the same time as majors in the Course and Honors Programs are planned.

The public policy minor consists of 6 credits of work. Basic academic requirements for the minor cover three areas: (1) economic analysis, (2) political analysis, and (3) quantitative analysis. These may be each be met by taking one course or seminar in each of the three categories; courses that fulfill these requirements are listed below.

In addition to these three preparatory or prerequisite courses, three credits must be taken from among the substantive policy courses listed below, one of which must be the Public Policy Thesis. These courses deal with substantive sectors and institutional aspects of public policy analysis. The substantive policy requirement may be fulfilled through courses and seminars. Only one credit of a two credit seminar can be counted toward the public policy requirements. Please note that seminars are limited in size and that most departments give priority to departmental majors and

minors, so Public Policy minors might not be admitted. In addition, students should take into account course prerequisites when planning the minor program.

Some students may wish to focus their substantive work in policy heavily in a particular field, e.g. environmental studies, food studies, welfare issues, health, or education. The College generally does not offer interdisciplinary majors; rather it urges students to undertake interdisciplinary work in minors in addition to their major field. It is possible, however, to do broad work in some interdisciplinary areas taking courses that fit the Public Policy minor as well as additional courses that support the culminating policy thesis.

### Internship

Some direct experience or practical responsibility in the field, through work in a public, private, or voluntary agency, is required for graduation with a minor in public policy. Normally, students will hold internships between their junior and senior years. The internship program is supervised by the coordinator for the program. Planning for the internship experience should begin six to eight months before the time it might commence. Students should keep the program coordinator informed of their internship plans and, if needed, seek his or her advice in finding an appropriate internship. Funding for an internship is occasionally provided by the agency in which a person serves. Typically, however, students require support to cover their travel and maintenance costs during the eight to ten weeks of a summer internship.

For students who are minors, the College attempts to provide support to those unable to fund themselves. Other possible sources of support for an internship include the James H. Scheuer Summer Internships in Environmental and Population Studies, the J. Roland Pennock Fellowships in Public Affairs, the Joel Dean

# Public Policy

Awards, the Sam Hayes III Research Grant, the Lippincott Peace Fellowships, and the David G. Smith Internship in Health and Social Policy. The total award from all Colleges sources may not exceed $4,350. Information on each of these sources can be obtained in the Public Policy Program Office, 105 Trotter.

## Thesis / Culminating Exercise

As noted above, one of the requirements of the minor, providing one of the three units of substantive policy work, is a senior thesis. The thesis requirement is designed to provide a structured opportunity to write a substantial paper on a public policy issue. It is especially aimed to allow those who have cultivated (through internships and academic work) a well-developed understanding of some policy question to complete research and analysis under the supervision of the Coordinator of the Public Policy Program. Paper topics may focus on national or international policy issues and may range widely within areas of competence. Students writing a thesis should register for PPOL 097 in the fall of the senior year.

## Honors Minor Option

Students sitting for honors may have a minor in public policy by completing the one-credit thesis with a related course or seminar.

Policy work examined as a minor should meet three criteria: first, the thesis and the associated coursework should fit together in some fashion that is coherent and examinable; second, the honors minor preparation must meet the College requirement that the work be in a discipline outside the student's major department; and third, each student must have his/her proposed preparation approved by the Public Policy Program Coordinator who may consult with the Public Policy Committee.

In most cases, the honors exam will be an oral exam. But, in some cases, the honors exam could include a written exam.

For more information on the public policy minor, internships, theses and related topics, please talk with the Coordinator of the program.

## Off-Campus Study

Minors planning to study abroad during their junior year should confirm that any required courses that have not been completed will be offered during their remaining time on campus. For students who will be away during the spring semester, it is highly recommended that the internship be secured before leaving or that the internship be done after the sophomore year. Communicating with the program office and, more importantly, with a prospective internship organization, from abroad is difficult and will limit opportunities.

## Areas of Policy Focus

Some students may wish to focus their substantive work in policy heavily in a particular field (e.g., environmental studies, food studies, welfare issues, health, or education). Given the size and interests of the faculty, not every area of policy is well represented within the curriculum and faculty. Nevertheless, there are several policy areas in which a student can take multiple courses, often in a variety of departments. Courses that fulfill the public policy foundation requirements in political analysis, economic analysis, and quantitative analysis as well as other courses that count toward the program are listed subsequently. Students can also petition the program coordinator to have appropriate courses that are not listed below count toward the minor.

## Foundation Requirements

### Political Analysis Courses

POLS 002. American Politics or equivalent policy analysis in political science

POLS 003. Comparative Politics

POLS 004. International Politics

### Economic Analysis Courses

ECON 011. Intermediate Microeconomics

ECON 041. Public Economics

ECON 141. Public Economics*

### Quantitative Analysis Courses

ECON 031. Introduction to Econometrics

ECON 035. Econometrics

ENGR 057/ECON 032. Operations Research

STAT 011. Statistical Methods

STAT 031. Data Analysis and Visualization

STAT 061. Mathematical Statistics

### Policy Courses and Seminars (Arranged by Department)*

ECON 005. Savage Inaccuracies: The Facts and Economics of Education in America (Cross-listed as EDUC 069)

ECON 041. Public Economics

ECON 042. Law and Economics

ECON 044. Urban Economics

ECON 051. The International Economy

ECON 073. Race, Ethnicity, and Gender in Economics

ECON 075. Health Economics

ECON 081. Economic Development

ECON 082. Political Economy of Africa

ECON 101A. Economic Theory: Advanced Microeconomics*

ECON 141. Public Economics*

ECON 151. International Economics*

ECON 171. Labor and Social Economics*

# Public Policy

ECON 181. Economic Development*

EDUC 068/SOAN 020B. Urban Education

EDUC 069/ECON 005. Savage Inaccuracies: The Facts and Economics of Education in America

ENGR 004. Introduction to Environmental Protection

ENGR 066. Environmental Systems Engineering

HIST 049. Race and Foreign Affairs

HIST 054. Women, Society, and Politics

HIST 066. Disease, Culture and Society in the Modern World

PPOL 097/098. Public Policy Thesis

POLS 015. Ethics and Public Policy

POLS 029. Public Opinion, Polling, and Public Policy

POLS 032. Gender, Politics, and Policy

POLS 033. Race, Ethnicity, and Public Policy: African Americans

POLS 039. Faith-Based Social Policy in the United States

POLS 041. Political Economy and Social Policy: The United States in the 1990s

POLS 042. Congress in the American Political System

POLS 043. Environmental Politics and Policy

POLS 048. The Politics of Population

POLS 055. China and the World

POLS 070B. The Politics of Punishment

POLS 104. American Political System

POLS 106. The Urban Underclass and Public Policy

POLS 111. International Politics*

SOAN 020B/EDUC 068. Urban Education

Descriptions of the courses listed previously can be found in each department's course listings in this catalog.

*Note:* Seminars are limited in size, departmental majors and minors are often given registration priority, so public policy minors may not be admitted.

For more information on the Public Policy Program, internships, theses, and related topics, see www.swarthmore.edu/PublicPolicy.

# Religion

REBECCA CHOPP, Professor*
YVONNE P. CHIREAU, Professor [1]
STEVEN P. HOPKINS, Professor
ELLEN M. ROSS, Associate Professor and Chair
MARK I. WALLACE, Professor
TARIQ AL-JAMIL, Associate Professor
GWYNN KESSLER, Assistant Professor [3]
HELEN PLOTKIN, Visiting Assistant Professor (part time)
ELLIOT RATZMAN, Visiting Assistant Professor
RYAN P. HARPER, Instructor [5]
ANITA PACE, Administrative Assistant

*President of the College.
[1] Absent on leave, fall 2012.
[3] Absent on leave, 2012–2013.
[5] Fall 2012.

The Religion Department plays a central role in the Swarthmore academic program. One attraction of the study of religion is the cross-cultural nature of its subject matter. The discipline addresses the complex interplay of culture, history, text, orality, performance, and personal experience. Religion is expressed in numerous ways: ritual and symbol, myth and legend, story and poetry, scripture and theology, festival and ceremony, art and music, moral codes and social values. The department seeks to develop ways of understanding these phenomena in terms of their historical and cultural particularity and in reference to their common patterns.

Courses offered on a regular cycle in the department present the development of Judaism, Islam, Buddhism, Hinduism, Afro-Caribbean religions, and Christianity as well as the development of religion and religions in the regional areas of the Indian Sub-Continent (Hindu, Jain, Buddhist, Muslim, Sikh), Sri Lanka and Southeast Asia (Buddhism, Hinduism, and Islam), China (Taoist, Confucian, spirit cults), Japan (Buddhist and Shinto), Africa (Fon, Yoruba, Dahomey, and Kongo), the Middle East (Christian, Islamic, Jewish, Gnostic, Mandean), Jewish, Christian, and Islamic Europe and the Americas (from New World African traditions, Vodou and Candomblé, to Neo Paganism and Civil Religion in North America). Breadth in subject matter is complemented by strong methodological diversity; questions raised include those of historical, theological, philosophical, literary, feminist, sociological, and anthropological interests. This multifaceted focus makes religious studies an ideal liberal arts major.

## The Academic Program

Normally, the student who applies for a major or minor in religion will have completed (or be in the process of completing) two courses in the discipline. Majors successfully complete eight credits in religion, including the required Senior Symposium (Religion Café) in the fall of the senior year, to meet departmental and college graduation requirements. Minors complete five credits in the Religion Department and are not required to take the Senior Symposium. For many students, courses numbered Religion 001–013 serve as points of entry for advanced work in the department, and sometimes as prerequisites for higher-level courses, though this is not always the case.

Students come to the study of religion through various courses at various levels, and the department encourages this flexibility and diversity of entry-points by having no introductory course requirements, nor are there required distribution courses. The major in religion is planned in consultation with faculty members in the department, the individual student's adviser, along with other relevant faculty, who encourage curricular breadth (close work in more than one religious tradition) and methodological diversity in the proposed program. Such breadth and diversity in the program is encouraged at the very beginning in the major's Sophomore Plan.

The curriculum in the Religion Department is strongly comparative, thematic, and interdisciplinary, so it is relatively easy for students to propose programs that are cross-cultural and trans-disciplinary in scope. Religion majors are encouraged to include study abroad in their programs, planned in collaboration with the department. Often a student's independent study project done while studying abroad is expanded into a one or two-credit honors or course thesis upon return to Swarthmore.

# Religion

## Course Major and Minor

### Requirements

General major requirements are 8 credits in religion, *including* the Senior Symposium. En route to completing (at least) eight religion credits, students who major in religion are free to take a variety of courses of their own choice, in consultation with the department and their departmental adviser, but are required to enroll in the Senior Symposium: Religion Café, in the fall of the student's senior year. Successful completion of the symposium will be the culminating requirement for the course major. For all religion majors the symposium will be a one-credit seminar and will include a term essay assignment.

Religion minors will complete (at least) five religion credits, and will not enroll in the Senior Symposium: Religion Café.

Students may choose to write a thesis. Those seniors who desire to complete a one-credit thesis or a two-credit thesis as part of the major will need to obtain permission from a faculty adviser in consultation with the department. For majors, this exercise will not substitute for the Senior Symposium.

With department approval, up to three courses cross-listed but not housed within the Religion Department may count toward the major. Only one such cross-listed course will count toward the minor. Up to two non-Swarthmore courses (i.e., courses taken abroad or domestically) may count toward the major; only one such course is permissible for the minor. The department will accept two courses in language (Arabic, Hebrew, or other proposed research languages) toward the major with the approval of department faculty. The department will accept one course in language (Arabic, Hebrew, or other proposed research languages) toward the minor with the approval of department faculty.

### Admission to the Major

The Religion Department considers two areas when evaluating applications: overall GPA and quality of prior work in religion courses. Applicants are sometimes deferred for a term so the department can better evaluate an application for the major (generally it is expected that students will have taken two courses in religion before being accepted into the major/minor). A student's demonstrated ability to do at least B/B- work in religion is required for admission to the major in course.

## Honors Major and Minor

### Requirements

All honors majors and minors fulfill requirements for the Course Program. Beyond this step, the normal method of preparation for the honors major will be done through three seminars, although with the consent of the department, a single 2-credit thesis, a 1-credit thesis/course combination, or a combination of two courses (including attachments and study abroad options) can count for one honors preparation. In general, only one such preparation can consist of non-seminar-based studies.

In the religion major, the mode of assessing a student's three 2-credit preparations in religion (seminars or course combinations, but not 2-credit theses) will be a three-hour written examination set by an external examiner. In addition, with the exception of a thesis preparation, a student will submit to each external examiner a Senior Honors Study paper. Senior Honors Study papers will be between 2500 and 4000 words and will normally be a revision of the final seminar paper or, in the event of a non-seminar mode of preparation, a revised course paper. A final oral examination by the examiner follows the written exam. 2-credit theses will be read and orally examined by an external examiner (with no extra Senior Honors Study requirement).

In the minor, the mode of assessing a student's one 2-credit preparation in religion will also be a three-hour written examination (and the oral) set by an external examiner, along with a Senior Honors Study paper.

Seminars and the written and oral external examinations are the hallmarks of honors. Seminars are a collaborative and cooperative venture among students and faculty members designed to promote self-directed learning. The teaching faculty evaluates seminar performance based on the quality of seminar papers, comments during seminar discussions, and when required, a final paper. Since the seminar depends on the active participation of all its members, the department expects students to live up to the standards of honors. These standards include: attendance at every seminar session, timely submission of seminar papers, reading of seminar papers before the seminar, completion of the assigned readings prior to the seminar, active engagement in seminar discussions, and respect for the opinions of the members of the seminar. Students earn double-credit for seminars and should expect twice the work normally done in a course. The external examination, both written and oral, is the capstone of the honors experience.

### Admission to the Honors Program

Because of the nature of different instructional formats (e.g., seminars) and of the culminating exercise in the Honors Program, the department expects applicants to this program to have at least a B+/B average in religion courses as well

# Religion

as an overall average above the College graduation requirement for admission to the Honors Program.

## Application Process for the Major or the Minor

Sophomore Plan applications, and other applications to the religion major or minor, should include (1) a one to two paragraph statement that details the applicant's reason for applying to the department (we encourage curricular breadth and diversity of courses) and (2) all students must complete the "Semester-by-Semester Course Planning" form. This form must be filled out as a supplement to the Sophomore Plan.

**Please note:** All religion majors must take RELG 095 Religion Café: Senior Symposium in the fall of senior year.

## Transfer Credit

For policy regarding domestic study or any summer study see the Registrar's Office and website: Policies, "Transfer Credit Policy - Credit for Work Done Elsewhere."

## Off-Campus Study

In many cases, credit may be earned in the Religion Department for study abroad or at other institutions in this country. Typically, the Religion Department will approve a maximum of 2 religion credits for off-campus study. For international study during the academic year, see the Off-Campus Study Office and website. In addition, students who are seeking credit for study to be completed at other institutions should consult with the Religion Department off-campus study representative prior to enrolling in courses. In order to seek credit for any work completed while away from Swarthmore the general policy is that students must have the Registrar's or Off-Campus Study Office's approval form signed by the Religion Department representative prior to undertaking the course or courses.

Further Notes about International Off-Campus Study:

1. Prior to the international study opportunity, speak with Sharon Friedler, Faculty Adviser for Off-Campus Study, or with Rosa Bernard, Assistant Director for Off-Campus Study, in the Off-Campus Study office. Carefully review all material received from the Off-Campus Study Office.

2. Complete the "Application for Pre-Estimation of Study Abroad Credit." This will include getting signatures from representatives in departments from which you will be requesting credit.

3. While away, contact the Religion Department if any changes are made to the pre-approved schedule.

4. During your study away from Swarthmore, keep all relevant course material including syllabi, class notes, papers, and examinations, etc.

5. At the beginning of the semester after your return, meet with an Off-Campus Study Office staff member to organize your materials for evaluation for credit.

6. Complete the "Record of Departmental Materials Submission" (available at the Off-Campus Study Office). At the time you submit all supporting documents (e.g., syllabi, papers, examinations, class notes, etc.) to the Religion Department, have this form signed by the Religion Department representative who oversees transfer credit requests in religion.

7. The Religion Department will then consider credit award and will send the student, the Registrar, and the Off-Campus Study Office its decision. At this time, you may pick up your supporting materials in the Religion Department Office.

## Courses

### RELG 001. Religion and Human Experience

This course introduces the nature of religious worldviews, their cultural manifestations, and their influence on personal and social self-understanding and action. The course explores various themes and structures seminal to the nature of religion and its study: sacred scripture, visions of ultimate reality and their various manifestations, religious experience and its expression in systems of thought, and ritual behavior and moral action. Members of the department will lecture and lead weekly discussion sections.

Writing course.

1 credit.

Not offered 2012–2013.

### RELG 001C. Religion and Terror in an Age of Hope and Fear

Religion kills: this is the verdict against religion since the September 11, 2001 attacks on the World Trade Center. Since that time, here and abroad, the United States views many forms of religion as potent security threats. Various forms of Judaism, Christianity, and Islam, in particular, are seen as direct challenges to the secular ethos and global mission of late capitalist societies. This team-taught course in religion, politics, and culture, will offer a counter-narrative to the argument that religion and violence are equivalent terms using the resources of postcolonial theory, critical race

# Religion

theory, sustainability economics, liberation theology, and psychoanalytic theory. No pre-requisites.

1 credit.

Eligible for ISLM or PEAC credit.

Fall 2012. al-Jamil and Wallace.

### RELG 002. Religion in America
This course is an introduction to religion in the United States, beginning with Native American religions and European-Indian contact in the colonial era, and moving forward in time to present-day movements and ideas. The course will explore a variety of themes in American religious history, such as slavery and religion, politics and religion, evangelicalism, Judaism and Islam in the United States, "cults" and alternative spiritualities, New Age religions, popular traditions, and religion and film, with an emphasis on the impact of gender, race, and national culture on American spiritual life.

1 credit.

Fall 2012. Harper.

### RELG 003. The Bible: In the Beginning…
The Bible has exerted more cultural influence on the West than any other single document; whether we know it or not, it impacts our lives. This class critically examines the Hebrew Bible (Old Testament)—from its Ancient Near Eastern context to its continued use today. We explore a variety of scholarly approaches to the Bible—historical, literary, postmodern—as we read the Bible both with the tools of source-criticism and as cultural critics. Particular focus will be placed on constructions of God, gender, nature, and the "other" in biblical writings as well as the themes of collective identity, violence, and power.

Eligible for GSST or INTP credit.

1 credit.

Not offered 2012–2013.

### RELG 004. New Testament and Early Christianity
A discussion-rich introduction to the New Testament in light of recent biblical scholarship. The class engages the issues of authorship and redaction, purpose and structure, and historical context and cultural setting. Some of the particular themes that are studied include the dynamic of canon formation, the synoptic problem in relation to the Gospel of John, first-century Judaism, Greek and Roman influences, the messianic consciousness of Jesus, the use of epistolary literature in Paul, the problem of apocalyptic material, and the wealth of extra-canonical writings (e.g., Gospel of Thomas) that are crucial for examining the rise of Christianity in the years from 30 CE to 150 CE. Novels and films inspired by the New Testament are read and viewed as well.

Eligible for INTP credit.

1 credit.

Spring 2013. Wallace.

### RELG 004B. Jewish Interpretation: From the HolyLand to Hollywood
A famous rabbinic statement proclaims, "If you wish to know The-One-Who-Spoke-and-the-World-Came-Into-Being, learn aggadah" (Sifre Deuteronomy 11:22). This course further proclaims, if you wish to know Judaism, study Jewish interpretation. The process of Jewish interpretation, begun in the Hebrew Bible and continuing to the present day, offers great insight not only into the ways Jewish tradition, literature, and culture have come into being, but also how these facets of Judaism, and Judaism writ large, adapt and develop over time. This class begins with Jewish interpretations during the 2nd Temple Period, proceeds to examine in some depth classical rabbinic exegesis, moves on to explore some "off the beaten track" medieval sources, and culminates in contemporary meditations (and movies) about Judaism. We pay attention to both the continuities and disjunctions of Jewish writings and representations over time as we explore what the boundaries are-if indeed there are any-of both Jewish interpretation and Judaism.

1 credit.

Not offered 2012–2013.

### RELG 005. World Religions
Wars are fought; walls go up; hope marches on. Religion plays a crucial role in culture, politics, global events, and in the lives of contemporary peoples world-wide. This class, by examining what religion is and how it manifests itself in multiple ways around the world and in the United States, provides students with religious literacy and analytic skills to better engage as citizens of the world in the 21st century. This course introduces students to both the academic study of religion and to religions as practiced around the world. We will explore textual traditions and lived practices of religions—and investigate the relationships between such texts and practices—in numerous historical and cultural contexts. Topics covered include: definitions and meanings of the term "religion;" understandings and expressions of the sacred; the relationship between violence and religion. We will examine the myths and rituals, the beliefs and practices, institutions, and expression of global religious traditions.

Eligible for PEAC credit.

1 credit.

Not offered 2012–2013.

### RELG 005B. Introduction to Christianity
This course is a selective introduction to Christian religious beliefs and practices. This

# Religion

course introduces students to the development and diverse forms of Christianity, drawing on categories from the study of religion including ritual, narrative, art, and theology.

Eligible for INTP credit.

1 credit.

Not offered 2012–2013.

### RELG 006. Judaism: God, Torah, Israel

This course explores Judaism through a survey of its history, literature, practices and beliefs—with particular emphasis on the concepts of God, Torah, and Israel (the Jewish people). We examine the fundamental historical developments of Judaism from the biblical to modern eras, paying attention to how Judaism has developed and continues to develop over time. We consider the diversity of Judaism as a religion and the diverse expressions of Jewish identity, particularly in their contemporary North American context(s).

1 credit.

Not offered 2012–2013.

### RELG 007B. Women and Religion

This course will examine the variety of women's religious experiences in the United States. Topics will include the construction of gender and religion, religious experiences of women of color, spiritual autobiographies and narratives by women, Wicca and witchcraft in the United States, and feminist and womanist theology.

Eligible for GSST credit.

1 credit.

Not offered 2012–2013.

### RELG 008. Patterns of Asian Religions

A thematic introduction to the study of religion through an examination of selected texts, teachings, and practices of the religious traditions of South and East Asia structured as patterns of religious life. Materials are drawn from the Buddhist traditions of India, Tibet, China, and Japan; the Hindu and Jain traditions of India; the Confucian and Taoist traditions of China; and the Shinto tradition of Japan. Themes include deities, the body, ritual, cosmology, sacred space, religious specialists, and death and the afterlife.

Writing course.

Eligible for ASIA credit.

1 credit.

Spring 2013. Hopkins.

### RELG 008B. The Qur'an and Its Interpreters

This is course will include detailed reading of the Qur'an in English translation. The first part of the course will be devoted to the history of the Qur'an and its importance to Muslim devotional life. The first portion of the course will include: discussion of the history of the compilation of the text, the methods used to preserve it, styles of Qur'anic recitation, and the principles of Qur'anic abrogation. Thereafter, attention will be devoted to a theme or issue arising from Qur'anic interpretation. Students will be exposed to the various sub-genres of Qur'anic exegesis including historical, legal, grammatical, theological and modernist approaches.

Eligible for ISLM or MDST credit.

1 credit.

Spring 2013. al-Jamil.

### RELG 009. The Buddhist Traditions of Asia

This course explores the unity and variety of Buddhist traditions within their historical developments in South, Central, and East Asia, by way of the study of its texts The course will be organized chronologically and geographically, and to a lesser extent thematically, focusing on the formations of early Indian Buddhism (the Nikaya traditions in Pàli and Sanskrit), the Theravada in Sri Lanka and Thailand, Mahayana Ch'an/Zen traditions in China and Japan, and Vajrayana (tantra) traditions in Tibet. Themes include narratives of the Buddha and the consecration of Buddha images; gender, power, and religious authority; meditation, liberation, and devotional vision; love, memory, attachment and Buddhist devotion; the body, and the social construction of emotions and asceticism.

Writing course.

Eligible for ASIA credit.

1 credit.

Not offered 2012–2013.

### RELG 010. African American Religions

What makes African American religion "African" and "American"? Using texts, films, and music, we will examine the sacred institutions of Americans of African descent. Major themes will include Africanisms in American religion, slavery and religion, gospel music, African American women and religion, black and womanist theology, the civil rights movement, and Islam and urban religions. Field trips include visits to Father Divine's Peace Mission and the first independent black church in the United States, Mother Bethel A.M.E. Church.

Writing course.

Eligible for BLST credit.

1 credit.

Not offered 2012–2013.

# Religion

## RELG 011. First-Year Seminar: Religion and the Meaning of Life

"Whoever wants to save their life will lose it, but whoever loses their life for my sake will save it." One of the most intriguing contradictions in comparative religious studies is the claim that only when one forfeits the self can one discover genuine selfhood; the journey to the true self begins by first abandoning one's assumptions about selfhood through practicing the disciplines of self-emptying and self-giving. In this seminar, we will analyze the collapse of the received notions of the stable self in classical thought and then move toward a postmodern recovery of the self-that-is-not-a-self founded on the spiritual practice of solicitude for the other. Readings may include Plato, Augustine, Rumi, Kierkegaard, Weil, Nishitani, Bonhoeffer, Levinas, Thich Nhat Hanh, and Dillard. This discussion-rich seminar includes regular student presentations and a community service-learning component.

1 credit.

Not offered 2012–2013.

## RELG 011B. The Religion of Islam

This course is a comprehensive introduction to Islamic doctrines, practices, and religious institutions in a variety of geographic settings from the rise of Islam in the seventh century to the present. Translated source materials from the Qur'an, sayings of Muhammad, legal texts, and mystical works will provide an overview of the literary expressions of the religion. Among the topics to be covered are: the Qur'an as scripture and as liturgy; conversion and the spread of Islam; Muhammad in history and in the popular imagination; concepts of the feminine; Muslim women; sectarian developments; transmission of religious knowledge and spiritual power; Sufism and the historical elaboration of mystical communities; modern reaffirmation of Islamic identity; and Islam in the American environment.

Writing course.

Eligible for ISLM or MDST credit.

1 credit.

Not offered 2012–2013.

## RELG 012. The History, Religion, and Culture of India I: From the Indus Valley to the Hindu Saints

A study of the religious history of India from the ancient Indo-Aryan civilization of the north to the establishment of Islam under Moghul rule. Topics include the ritual system of the Vedas, the philosophy of the Upanishads, the rise of Buddhist and Jain communities, and the development of classical Hindu society. Focal themes are hierarchy, caste and class, purity and pollution, gender, untouchability, world renunciation, and the construction of a religiously defined social order.

Eligible for ASIA credit.

1 credit.

Not offered 2012–2013.

## RELG 012B. Hindu Traditions of India: Power, Love, and Knowledge

This course is an introduction to the religious and cultural history of Hindu traditions of India from the prehistoric Indus Valley in the northwest to the medieval period in the southeast, and major points and periods in between, with a look also at formative points of the early modern period. Our focus will be on the interactions between Vedic, Buddhist, brahmanical, popular/ritual, and Jain religious traditions in the development, and formation of Hindu religious streams, along with major ritual and ascetic practices, hagiographies, and myths, hymns and poetry, and art and images associated with Hindu identities and sectarian formations, pre-modern and modern. In addition to providing students with a grasp of the basic doctrines, practices, and beings (human, superhuman, and divine) associated with various Hindu traditions, the course also seeks to equip them with the ability to analyze primary and secondary sources.

1 credit.

Fall 2012. Hopkins.

## RELG 013. The History, Religion, and Culture of India II: Muslim, Hindu, Sikh, and Dalit in North India

After a survey of premodern Hindu traditions, the course tracks the sources of Indo-Muslim culture in North India, including the development of Sufi mysticism; Sindhi, Urdu, and Tamil poetry in honor of the Prophet Muhammad; syncretism under Mughal emperor Akbar; and the consolidation of orthodoxy with Armad Sirhindi and his school in the 16th to 17th century. We then trace the rise of the Sikh tradition in the milieu of the Mughals, northern Hindu Sants and mendicant Sufis, popular goddess worship and village piety, focusing on several issues of religious experience. We then turn to the colonial and post-colonial period through the lenses of the Hindu saints, artists, and reformers (the "nationalist elite") of the Bengali Renaissance, and the political and religious thought of Mohandas Gandhi and Dalit reformer Ambedkar. We will use perspectives of various theorists and social historians, from Ashis Nandy, Partha Chatterjee, Peter van der Veer, to Veena Das and Gail Omvedt.

Eligible for ASIA or ISLM credit.

1 credit.

Not offered 2012–2013.

# Religion

### RELG 014. Christian Life and Thought in the Middle Ages

Survey of western Christian religious culture and thought from the early to the late Middle Ages. Among other topics, the course will consider debates about the nature of the Divine, the person and work of Jesus Christ, heresy and dissent, bodily devotion, love, mysticism, scholasticism, and holy persons. Readings may include Augustine, Anselm, Avicenna, Abelard, Hildegard of Bingen, Francis of Assisi, Catherine of Siena, Thomas Aquinas, Julian of Norwich, and John Wyclif.

Eligible for MDST credit.

1 credit.

Not offered 2012–2013.

### RELG 015. First-Year Seminar: Religion and Literature: Blood and Spirit

A seminar-style introduction to study of relation of religious ideas to visionary literature, including novels, stories, sacred texts, and films. A variety of critical theories are deployed to understand (or construct) the meaning of different imaginative variations on reality. Academic and creative writers include many or all of the following: Sophocles, Augustine, Joyce, Morrison, O'Connor, Updike, Dostoevsky, Crace, Lewis, Weil, Scorsese, Kazantzakis, Snyder, Abbey, and Camus.

Eligible for INTP credit.

1 credit.

Not offered 2012–2013.

### RELG 015B. Philosophy of Religion
(Cross-listed as PHIL 016)

Searching for wisdom about the meaning of life? Curious as to whether there is a God? Questioning the nature of truth and falsehood? Right and wrong? You might think of philosophy of religion as your guide to the universe. This course considers Anglo-American and Continental philosophical approaches to religious thought using different disciplinary perspectives; it is a selective overview of the history of philosophy with special attention to the religious dimensions of many contemporary thinkers' intellectual projects. Topics include rationality and belief, proofs for existence of God, the problem of evil, moral philosophy, biblical hermeneutics, feminist revisionism, postmodernism, and interreligious dialogue. Thinkers include, among others, Anselm, Kierkegaard, Dostoevsky, Nietzsche, Kant, Wittgenstein, Derrida, Levinas, Weil, and Abe. This year, the central theme of the course is the problem of evil.

Eligible for INTP credit.

1 credit.

Not offered 2012–2013.

### RELG 016. First-Year Seminar: Spiritual Journeys: Into the Wild

What does it mean to take religion "on the road"? How does one "pray with one's feet"? Where is the sacred to be found—on the journey itself or at the place of destination—or both? What is the sacred anyway? Spiritual journeys—pilgrimages to places old and new—are on the rise in contemporary society. By reading a number of accounts of personal spiritual journeys we will travel the landscape of contemporary religious America—with its vibrancy and variety—and consider our own journeys (spiritual or otherwise) along the way.

1 credit.

Not offered 2012–2013.

### RELG 018B. Modern Jewish Thought

Is modern reason compatible with biblical revelation? Beginning with the heretic Spinoza, we'll examine the giants of Jewish thought—religious reformers, philosophers, and theologians wrestling with the challenge of modernity, politics, and multiculturalism. Topics will include: the essence of Judaism, the nature of law, religion and state, God and evil, the status of women and non-Jews, the legacy of the Holocaust. Readings from: Martin Buber, Abraham Joshua Heschel, Judith Plaskow, Emmanuel Levinas, and others.

1 credit.

Fall 2012. Ratzman.

### RELG 019. First-Year Seminar: Religion and Food

Why do some people eat the body of their god? What is soul food? Is the pig an abomination? Is there such a thing as "devils food" and "angel's food"? Which is more spiritual, to feast or to fast? All of these questions are tied together by a common theme: They point to the relationship between food, eating, and the religious experiences of human beings. This seminar will introduce students to the study of religion, using food as an entry point. We will investigate the significance of food across a variety of traditions and explore such issues as diet, sacrifice, healing, the body, ethics, and religious doctrines concerning food. Topics will include religious fasting, vegetarianism, eating rituals, food controversies, purity and pollution, theophagy and cannibalism as sacred practice.

1 credit.

Not offered 2012–2013.

### RELG 020. Christian Mysticism

This course considers topics in the history of Christian mysticism. Themes include mysticism as a way of life, relationships between mystics and religious communities, physical manifestations and spiritual experiences, varieties of mystical union, and the diverse

# Religion

images for naming the relationship between humanity and the Divine. Readings that explore the meaning, sources, and practices of Christian mystical traditions may include Marguerite Porete, Francis of Assisi, Julian of Norwich, Simone Weil, Thomas Merton, and Dorothee Soelle.

Eligible for MDST credit.

1 credit.

Not offered 2012–2013.

### RELG 021. Prison Letters: Religion and Transformation

Focusing on themes of religion and transformation and prison as a literal and metaphorical space, this course explores themes of life and death, oppression and freedom, isolation and community, agency, and identity. Drawing primarily on Christian sources, readings move from the New Testament through Martin Luther King, Jr., to the contemporary U.S. context where more than 2 million people are incarcerated today.

1 credit.

Not offered 2012–2013.

### RELG 022. Religion and Ecology

This course focuses on how different religious traditions have shaped human beings' fundamental outlook on the environment in ancient and modern times. In turn, it examines how various religious worldviews can aid the development of an earth-centered philosophy of life. The thesis of this course is that the environment crisis, at its core, is a spiritual crisis because it is human beings' deep ecocidal dispositions toward nature that are the cause of the earth's continued degradation. Course topics include ecological thought in Western philosophy, theology, and biblical studies; the role of Asian religious thought in forging an ecological worldview; the value of American nature writings for environmental awareness, including both Euro-American and Amerindian literatures; the public policy debates concerning vegetarianism and the antitoxics movement; and the contemporary relevance of ecofeminism, deep ecology, Neopaganism, and wilderness activism. In addition to writing assignments, there will be occasional contemplative practicums, journaling exercises, and a community-based learning component.

Eligible for ENVS credit.

1 credit.

Not offered 2012–2013.

### RELG 023. Living in the Light: Quakers Past and Present

This course explores the beliefs and practices, the social activism, and the impact of Quakers in North America from the 1650s to the present. Topics include Quakers and social reform including peace work, women's rights advocacy, prison reform; Quakers and nature; Quakers and education; and Quaker writings about God, self, and the world. Readings will include the work of George Fox, Margaret Fell, William Penn, John Woolman, John Bartram, Lucretia Mott, Elias Hicks, Elise Boulding, and Rufus Jones. Students will have the opportunity to work with the resources of Swarthmore College's Friends Historical Library and Peace Collection.

Writing course.

Eligible for PEAC credit.

1 credit.

Fall 2012. Ross.

### RELG 024. From Vodun to Voodoo: African Religions in the Old and New Worlds

Is there a kindred spirituality expressed within the ceremonies, beliefs, music and movement of African religions? This course explores the dynamics of African religions throughout the diaspora and the Atlantic world. Using text, art, film, and music, we will look at the interaction of society and religion in the black world, beginning with traditional religions in west and central Africa, examining the impact of slavery and migration, and the dispersal of African religions throughout the Western Hemisphere. The course will focus on the varieties of religious experiences in Africa and their transformations in the Caribbean, Brazil and North America in the religions of *Candomblé, Santeria*, Conjure, and other New World traditions. At the end of the term, in consultation with the professor, students will create a web-based project in lieu of a final paper.

Study abroad credit may be available.

Eligible for BLST credit.

1 credit.

Spring 2013. Chireau.

### RELG 025. Black Women and Religion in the United States

This course is an exploration of the spiritual lives of African American women. We will hear black women's voices in history and in literature, in film, in performance and music, and within diverse periods and contexts, and reflect upon the multidimensionality of religious experience in African American women's lives. We will also examine the ways that religion has served to empower black women in their personal and collective attempts at the realization of a sacred self. Topics include: African women's religious worlds; women in the black diaspora; African American women in Islam, Christianity, and New World traditions; womanist and feminist thought; and

# Religion

sexuality and spirituality. Readings include works by: Alice Walker; Audre Lorde; bell hooks; Zora Neale Hurston; Patricia Williams, and others.

No prerequisites.

Eligible for BLST or GSST credit.

1 credit.

Not offered 2012–2013.

## RELG 026. Performing Judaism: Feasts and Fasts

This course introduces students to Judaism as lived—enacted and embodied—through a critical examination of Jewish holiday and lifecycle rituals. We will study the beginnings of Jewish rituals and chart their development throughout centuries of Jewish history, noting how ritual allows Judaism to retain ancient roots and grow new branches. Our discussions will be informed by contemporary scholarship in Performance Studies, Ritual Studies, Gender Studies, and Anthropology. These current approaches will help us compare (and contrast) Jewish rituals with rituals of other religions.

1 credit.

Not offered 2012–2013.

## RELG 027. The Radical Jesus

This class is a discussion-intensive, student-led exercise in the critical study of Jesus that centers on analytical reading and writing; contemplative practice; and community action. Beginning with the joyous and terrifying *Gospel of Mark* and the recently discovered *Gospel of Judas*, and continuing with the rise of Constantine, Martin Luther's Ninety-Five Theses, and Dostoevsky's "The Grand Inquisitor," this class theologically analyzes Jesus today as the mystic-prophet revolutionary who, alternately, is "the first and last Christian" (Friedrich Nietzsche), "the preacher of Christian atheism" (Dietrich Bonhoeffer), "the face of divine affliction" (Simone Weil), "my great brother" (Martin Buber), "the advocate for the disinherited" (Howard Thurman), "the God within each of us" (Thich Nhat Hanh), "the prophet of simplicity" (Shane Claiborne), and "the liberating Corn Mother" (George Tinker).

1 credit.

Not offered 2012–2013.

## RELG 028B. First-Year Seminar: Religious Radicals: The Religious Socialism of Martin Luther King Jr. and the Civil Rights Movement

What was Martin Luther King thinking? We'll read along with Martin Luther King, treading the theological paths of the Civil Rights Movement in Christian theology (Niebuhr, Barth, Tillich), Jewish thought (Buber, Heschel), and Gandhi. We'll read Martin Luther King's writings, and those of some of his critics (Baldwin, Malcolm X, Fanon) and explore more recent attempts by black thinkers (Cornel West, Michael Dyson, James Cone) to recapture the radical core of King's vision. Along with theory, we'll consider practice, investigating the role of religious communities, organizers and clergy, and "everyday" people in the success and failures of the various movements of the 1960s through today.

Eligible for BLST or PEAC credit.

1 credit.

Fall 2012. Ratzman.

## RELG 030. The Power of Images: Icons and Iconoclasts

This course is a cross-cultural, comparative study of the use and critique of sacred images in biblical Judaism; Eastern Christianity; and the Hindu, Buddhist, and Jain traditions of India. Students will explore differing attitudes toward the physical embodiment of divinity, including issues of divine "presence" and "absence"; icons, aniconism, and "idolatry"; and distinctions drawn in some traditions between different types of images and different devotional attitudes toward sacred images, from Yahweh's back and bleeding icons to Jain worship of "absent" saints.

Eligible for ASIA or MDST credit.

1 credit.

Spring 2013. Hopkins.

## RELG 031. Religion and Literature: From the Song of Songs to the Hindu Saints

A cross-cultural, comparative study of religious literatures in Jewish, Christian, Islamic, and Hindu traditions. How "secular" love poetry and poetics have both influenced and been influenced by devotional poetry in these traditions, past and present.

Eligible for ASIA or MDST credit.

1 credit.

Not offered 2012–2013.

## RELG 032. Queering God: Feminist and Queer Theology

The God of the Bible and later Jewish and Christian literature is distinctively masculine, definitely male. Or is He? If we can point out places in traditional writings where God is nurturing, forgiving, and loving, does that mean that God is feminine, or female? This course examines feminist and queer writings about God, explores the tensions between feminist and queer theology, and seeks to stretch the limits of gendering—and sexing—the divine. Key themes include: gender; embodiment; masculinity; liberation; sexuality; feminist and queer theory.

# Religion

Eligible for GSST or INTP credit.

1 credit.

Not offered 2012–2013.

## RELG 036. Christian Visions of Self and Nature

This course is a thematic introduction to Christianity. Beginning with early Christian writings and moving historically up through the contemporary period, we will explore a wide variety of ideas about God, self, and nature. Readings will focus on scientific and natural history treatises in dialogue with theological texts. We will explore the writings of Christian naturalists to study the linking of science and religion, and we will investigate a multiplicity of views about Christian understandings of the relationship between the human and non-human world. This class includes a community-based learning component: Students will participate in designing and teaching a mini-course on "Nature and Chester" to students in the nearby community of Chester. Readings include Aristotle (critical for understanding science in the later Middle Ages), Hildegard of Bingen, Roger Bacon, Galileo Galilei, Charles Darwin, Herman Melville, Ralph Waldo Emerson, John Muir, Graceanna Lewis, Thomas Berry, Nalini Nadkarni, and Terry Tempest Williams.

1 credit.

Not offered 2012–2013.

## RELG 037. Hebrew Bible and its Modern Interpreters

When was the last time you read the most important text in the West? The Hebrew Bible isn't what it used to be. In the modern period, the scientific study of the Bible opened up new ways of thinking about sacred texts. This is an introduction to the Hebrew Bible as a literary, historical, political, and religious document. We will explore the use and abuse of the Hebrew Bible by Jews and Christians, paying attention to its role in contemporary culture, politics, and ethics. Reading select books of the Bible, we will emphasize issues of gender and race, revolution and Zionism, genocide and slavery, good and evil.

1 credit.

Spring 2013. Ratzman.

## RELG 038. Religion and Film

An introductory course that uses popular film as a primary text/medium to explore fundamental questions in the academic study of religion. In particular, we will be concerned with the ways that religion and religious experience are constituted and defined on film as well as through film viewing. In discussing films from across a range of subjects and genres, we will engage in the work of mythical, theological and ideological criticism, while examining the nature, function, and value of religion and religious experience. We will also consider some of the most significant writers and traditions in the field of Religion and develop the analytical and interpretive skills of the discipline. Scheduled films include The Seventh Seal, The Matrix, Breaking the Waves, Contact, Jacob's Ladder, The Passion of the Christ, The Rapture, The Apostle, as well as additional student selections. Weekly readings, writing assignments, and evening screening sessions are required.

1 credit.

Spring 2013. Chireau.

## RELG 040. Race and Judaism

Are Jews white? Is Zionism racism? Is Judaism just a religion? Regarded as the "other" of European history and politics, the perpetrators of discrimination in Israel, and agents of racial justice in America, Jews play a significant role in the creation of modern racial discourses. This course is an introduction to Jewish history and politics through the lens of race. We will examine primary documents, works of history, fiction, film, comedy, ethnography, and theory in order to make sense of present problems in Israel, Europe, and America. Topics will include: race and difference in the Hebrew Bible and Rabbinic culture, the history of "race" in Europe, anti-Semitism and racism, the theory and practice of Nazism, ethnic conflict in Israel, diverse Jewish communities and practices, Jews in the civil rights movement, and Jews and blacks in American culture and politics.

1 credit.

Spring 2013. Ratzman.

## RELG 048. First-Year Seminar: American Idols: Sacred and Secular Music

What makes music sacred or secular? Focusing on American popular and religious music after World War II, this course will examine the variety of ways musicians, music fans, executives in the music industry, and members of different faith traditions have answered this question—and how their answers have changed over time.

1 credit.

Fall 2012. Harper.

## RELG 053. Gender, Sexuality, and the Body in Islamic Discourses

An exploration of sexuality, gender roles, and notions of the body within the Islamic tradition from the formative period of Islam to the present. This course will examine the historical development of gendered and patriarchal readings of Islamic legal, historical, and scriptural texts. Particular attention will be given to both the premodern and modern

# Religion

strategies employed by women to subvert these exclusionary forms of interpretation and to ensure more egalitarian outcomes for themselves in the public sphere. Topics discussed include female piety, marriage and divorce, motherhood, polygamy, sex and desire, honor and shame, same-sex sexuality, and the role of women in the transmission of knowledge.

Eligible for GSST, ISLM, or MDST credit.

1 credit.

Fall 2012. al-Jamil.

### RELG 054. Power and Authority in Modern Islam

This course examines some of the salient issues of concern for Muslims thinkers during the modern period (defined for the purposes of this course as the colonial and post-colonial periods). Beginning with discussion of the impact of colonialism on Islamic discourses, the course moves on to address a number of recurrent themes that have characterized Muslim engagement with modernity. Readings and/or films will include religious, political, and literary works by Muslims in variety of cultural and linguistic settings. Topics to be discussed will include: nationalism and the rise of the modern nation-state, questions of religion and gender, the Israeli-Palestinian conflict, developments in Islam in the United States and Canada, and case studies of reformist and revivalist movements in the modern nation-states of Iran, Iraq, Afghanistan, Pakistan, and Saudi Arabia. Special attention will be paid to contemporary Muslim responses to feminist critiques, democracy, pluralism, religious violence, extremism, and authoritarianism.

Eligible for ISLM credit.

1 credit.

Not offered 2012–2013.

### RELG 057. Hebrew for Text Study I
(Cross-listed as LING 007)

What does the Bible really say? Have you ever noticed how radically different the Hebrew Bible seems in different translations? If you want to understand the enigma of this text, if you want to experience it through your own eyes, if you want to plumb its depths, appreciate its beauty, confront its challenges, and understand its influence, you must read it in Hebrew. In this course, you will learn the grammar and vocabulary required to experience the Hebrew Bible and ancient Hebrew commentaries in the original language. You will learn to use dictionaries, concordances, and translations to investigate word roots and to authenticate interpretations of the texts. In addition to teaching basic language skills, this course offers students the opportunity for direct encounter with primary biblical, rabbinic, and

Jewish liturgical sources. No experience necessary. If you already have some Hebrew competence, contact the instructor for advice.

1 credit.

Spring 2013. Plotkin.

### RELG 059. Hebrew for Text Study II
(Cross-listed as LING 010)

This course is a continuation of Hebrew for Text Study I. Students who have not completed that course will require the permission of the instructor to enroll in this course.

This set of courses teaches the grammar and vocabulary required to experience the Hebrew Bible and ancient Hebrew commentaries in the original language. You will learn to use dictionaries, concordances, and translations to investigate word roots and to authenticate interpretations of the texts. In addition to teaching basic language skills, this course offers students the opportunity for direct encounter with primary biblical, rabbinic, and Jewish liturgical sources.

1 credit.

Fall 2012. Plotkin.

### RELG 067. Judaism and Nature

"We are not obligated to complete the task; neither are we free to abstain from it." (Pirke Avot 2:21) The task before us is to examine the relationship(s) between Judaism and Nature. We are setting out to decide—or at least ponder—the following questions (though we will surely encounter more along the way): What does Jewish literature from the Garden of Eden to the present day say about the earth and humanity's relationship with it? Because of the growing awareness about current ecological concerns and crises, Jewish tradition is being mined—or cultivated—for historical precedents that reflect ecologically sound models of Jewish living. How fruitful is this process? To what extent can contemporary Jews rely on tradition to provide such models, and to what extent must Jews today find new ways of bringing humanity and nature together?

1 credit.

Not offered 2012–2013.

### RELG 093. Directed Reading: Readings in Classical Jewish Texts
Section 01.

0.5 credit.

Fall 2012 and spring 2013. Plotkin.

### RELG 093. Directed Reading
Section 02.

1 credit.

Fall 2012 and spring 2013. Staff.

# Religion

### RELG 095. Religion Café: Senior Symposium

This seminar is a weekly symposium for senior majors addressing some of the major themes, theories, and methods in the academic study of religion. The seminar will highlight the inherently multidisciplinary nature of religious studies by reading scholars from several disciplines who have influenced certain theoretical and philosophical assumptions and vocabularies in the field. The seminar will examine a number of approaches to religious studies including, but not limited to, those drawn from: post-structuralism, gender studies, critical theory, cognitive science, phenomenology, ethics, pragmatism, social history, and anthropology.

1 credit.

Fall 2012. Hopkins.

### RELG 096. Thesis

Writing course.

1 credit.

Fall 2012 and spring 2013. Staff.

### RELG 097. Thesis

1 credit.

Fall 2012 and spring 2013. Staff.

## Seminars

### RELG 100. Holy War, Martyrdom, and Suicide in Christianity, Judaism, and Islam

An examination of the concepts of martyrdom, holy war, and suicide in Islam, Christianity, and Judaism. How are "just" war, suicide, martyrdom presented in the sacred texts of these three traditions? How are the different perspectives related to conceptions of death and the afterlife within each tradition? Historically, how have these three traditions idealized and/or valorized the martyr and/or the "just" warrior? In what ways have modern post-colonial political groups and nationalist movements appropriated martyrdom and holy war in our time?

Eligible for ISLM or PEAC credit.

2 credits.

Not offered 2012–2013.

### RELG 101. Jesus in History, Literature, and Theology

This seminar explores depictions of Jesus in narrative, history, theology, and popular culture. We consider Jesus as historical figure, trickster, mother, healer, suffering savior, visionary, embodiment of the Divine, lover, victorious warrior, political liberator, and prophet.

2 credits.

Not offered 2012–2013.

### RELG 102. Folk and Popular Religion

This seminar investigates the cultural complexity of the American religious experience through the lens of folk and popular traditions. We will utilize historical, anthropological, and literary approaches to explore folk Catholicism in the United States, local religious celebrations, 19th- and 20th-century popular movements, and folk art and other material representations of religion. Topics include serpent handling in Appalachia; American consumerism as religion; heterodox spiritualities in America; Marian shrines and spirit apparitions; and black Gods and racial folk religions.

2 credits.

Not offered 2012–2013.

### RELG 108. Poets, Saints, and Storytellers: The Poetry and Poetics of Devotion in South Asian Religions

A study of the major forms of Hindu religious culture through the lenses of its varied regional and pan-regional literatures, with a focus on the literature of devotion (*bhakti*), including comparative readings from Buddhist and Islamic traditions of India. The course will focus on both primary texts in translation (religious poetry and prose narratives in epic and medieval Sanskrit, Tamil, Kannada, Bengali, Hindi, Pali, Sinhala, Sindhi, and Urdu) as well as pertinent secondary literature on the poetry and poetics of religious devotion. We will also pay close attention to specific literary forms, genres, and regional styles, as well as the performance (music and dance) and hagiographical traditions that frame the poems of Hindu saint-poets, Buddhist monks, and Muslim mystics. Along with a chronological and geographical focus, the seminar will be organized around major themes such as popular/vernacular and "elite" traditions; the performance and ritual contexts of religious poetry; the place of the body in religious emotion; love, karma, caste, and family identity; asceticism and eroticism; gender and power; renunciation and family obligations.

Eligible for ASIA or MDST credit.

1 credit.

Not offered 2012–2013.

### RELG 109. Afro-Atlantic Religions

This seminar explores the historical experiences of the millions of persons who worship African divinities in the West. We will consider the following questions: How were these religions and their communities created? How have they survived? How are African-based traditions perpetuated through ritual, song, dance,

# Religion

drumming, and healing practices? Special attention will be given to Yoruba religion and its New World offspring, Santeria, Voodoo and Candomblé.

Eligible for BLST or LAS credit.

2 credits.

Not offered 2012–2013.

## RELG 110. Religious Belief and Moral Action

The seminar will explore the relationship between religion and morality. Basic moral concepts in Buddhism, Christianity, Judaism, Taoism, Islam and Hinduism will be studied in relationship to their cosmological/theological frameworks and their historical contexts. The course will analyze concepts of virtue and moral reasoning, the religious view of what it means to be a moral person, and the religious evaluation of a just society.

2 credits.

Not offered 2012–2013.

## RELG 112. Postmodern Religious Thought

This seminar asks whether religious belief is possible in the absence of a "transcendental signified." Topics include metaphysics and theology, the death of God, female divinity, apophatic mysticism and deconstruction, ethics without foundations, the question of God beyond Being, and analogues to notions of truth in ancient Buddhist thought. Readings include Eckhart, Kierkegaard, Nietzsche, Wittgenstein, Derrida, Nagarjuna, Nishitani, Ricoeur, Marion, Rorty, Loy, Taylor, Panikkar and Vattimo.

Eligible for INTP credit.

2 credits.

Fall 2012. Wallace.

## RELG 114. Love and Religion

The course will explore the concept of "love" and many of its ramifications in several western traditions and in Hindu traditions of ancient and contemporary India through a careful reading of both primary and secondary texts. We will focus primarily on the uses of erotic love (along with the body and the "passions") in religious discourse—in poetry, commentary, and prose narratives—the many ways passionate love and/or sexuality are used cross-culturally to describe the relationship between the human and the divine. We will also explore other emotions and attitudes evoked by the word love: devotion, affection, friendship, "charity" (caritas), parental love, and the tensions of these forms of "love" with erotic love. Along with primary texts from the Greek, Jewish, Christian, Islamic, secular troubadour, and Hindu traditions, we will explore the theoretical writings of Martha Nussbaum, Peter Brown, David Halperin, Julia Kristeva, David Biale,

Daniel Boyarin, Caroline Walker Bynum, Henry Corbin, Michael Sells, A.K. Ramanujan, Wendy Doniger, David Shulman, and Margaret Trawick. Such a thematic treatment of what we in the English-speaking West call "love" brings to the fore many important theoretical questions concerning the cultural construction of emotions, particular love and "ennobling virtues," the erotic life, the body, and religion.

Eligible for GSST or MDST credit.

2 credits.

Fall 2012. Hopkins.

## RELG 119. Islamic Law and Society

A survey of the history of Islamic law and its developments, with particular attention to the ways Islamic legal principles were formed, organized, operated in practice, and changed over time. It will focus on issues in Islamic legal theory, methodology, constitutional law, personal law, and family law that have had the greatest relevance to our contemporary world. This course functions as a basic introduction to the Islamic legal system in its pre-modern and contemporary forms. The course will also provide comparative discussion of the contrasts between Islamic legal theory and positive law and European and American legal and constitutional thought.

Eligible for ISLM or MDST credit.

2 credits.

Not offered 2012–2013.

## RELG 120. Good and Evil

What do the Western religious traditions have to teach us about the evils of alienation, racism, war, disease, exploitation and the possibility of solidarity, resistance, love, and goodness? This course will be an intense examination of modern philosophical and theological responses to the mysteries of radical evil and radical good.

2 credits.

Spring 2013. Ratzman.

## RELG 126. The Poetry and Prophesies of William Blake

This course focuses on the lyric poems, extended epic cycles, and illuminated books of one of the most unique poets in English literature, William Blake (1757–1827). We will do a close reading of the poetry and images of the major works of Blake, with the help of text-critical, theoretical and historical perspectives, views of the body, innocence, experience, sexuality, the "margins" of literature; selfhood, self-giving, and "the gift of death" in the late prophetic books. Along with published books of the designs and extended commentaries on the illuminated books by David Erdman, images, bibliographies, and other resources from the online "Blake Archive" of Eaves and Viscomi

# Religion

will be used for "close reading" of Blake's illuminated books and visionary designs.

2 credits.

Not offered 2012–2013.

### RELG 127. Secrecy and Heresy

This seminar will explore religious literature, bodily practices, and social behaviors associated with the performance of secrecy in various geographical, historical, and political contexts. Religious communities have often employed secrecy as a strategy for the maintenance of group solidarity and religious identity when faced with allegations of heresy. Secrecy functions not only as a means to subvert and undermine the marginalization of religious minorities but as a powerful tool for the creation of more egalitarian possibilities through preservation of privileged knowledge and the presence of internally shared though externally undisclosed social and religious connections. What kinds of religious secrets are meant to be safeguarded? What set of behaviors and strategies are required to keep these "secrets" or sustain adopted personas? Is religious secrecy merely a tactic for ensuring survival in the context of social marginalization and political persecution? What is the relationship between secrecy and suspicion? Is it necessary that what one wishes to conceal is inherently negative, pernicious or even heretical?

Eligible for ISLM or MDST credit.

2 credits.

Spring 2013. al-Jamil.

### RELG 128. Sex, Gender, and the Bible

The first two chapters of the biblical book of Genesis offer two very different ancient accounts of the creation of humanity and the construction of gender. The rest of the book of Genesis offers a unique portrayal of family dynamics, drama and dysfunction, full of complex and compelling narratives where gender is constantly negotiated and renegotiated. In this class, we will engage in close readings of primary biblical sources and contemporary feminist and queer scholarship about these texts, as we explore what the first book of the Bible says about God, gender, power, sexuality, and "family values."

Eligible for GSST, INTP, or MDST credit.

2 credits.

Not offered 2012–2013.

### RELG 180. Senior Honors Thesis

1 credit.

Fall 2012. Staff.

### RELG 180S. Senior Honors Thesis

Writing course.

1 credit.

Spring 2013. Staff.

### RELG 199. Senior Honors Study

0.5 credit.

Spring 2013. Staff.

# Sociology and Anthropology

JOY CHARLTON, Professor of Sociology [4]
MICHAEL L. MULLAN, Professor of Sociology
BRAULIO MUÑOZ, Professor of Sociology
FARHA N. GHANNAM, Associate Professor of Anthropology, Acting Chair
LEE A. SMITHEY, Associate Professor of Sociology
SARAH WILLIE-LeBRETON, Associate Professor of Sociology, Chair [3]
MICHAEL REAY, Assistant Professor of Sociology
CHRISTINE SCHUETZE, Assistant Professor of Anthropology
MAYA NADKARNI, Visiting Assistant Professor of Anthropology
NINA JOHNSON, Post-Doctoral Fellow and Visiting Assistant Professor of Sociology and Black Studies
STEPHEN VISCELLI, Visiting Assistant Professor of Sociology
ROSE MAIO, Administrative Coordinator

[3] Absent on leave, 2012–2013.
[4] Absent on administrative leave, 2012–2013.

The Sociology and Anthropology Department provides students with intellectual tools for understanding contemporary and historical social issues, such as globalization, nationalism, racism, sexism, bioethical decisions, and the complex layering of social inequalities in everyday life. These two disciplines approach the study of social life from different avenues, each bringing a set of separate and overlapping analytical and research tools to intellectual tasks that are complementary and synergistic. Our students seek knowledge about societies of the world and the social dynamics within them. To that end, our majors each conduct independent projects based on primary research and/or fieldwork during their senior year.

Sociology and anthropology often analyze experiences at the level of the individual or the group and connect them to larger social dynamics. The disciplines illustrate how matters that are often perceived as "private troubles" are actually consequences of social structures, including those that appear and feel natural and inevitable. Among the goals of sociology and anthropology are to acquire knowledge about different groups, systems, and societies and to engage critically with the complexities of social life.

The Sociology and Anthropology Department offers a course major, honors major and minor, and several special majors, but no course minor.

## The Academic Program

## Course Major

Applicants for the major normally have completed at least two courses in the department. Courses numbered SOAN 001 to 020 serve as points of entry for students wishing to begin work in the department and normally serve as prerequisites to higher-level work in the department (SOAN 021–099). (Some higher courses may, however, with permission of the instructor, be taken without

prerequisite.) Seminars are numbered SOAN 100 to 199. For current seminar listings, consult the website at www.swarthmore.edu/socanth, or contact the department administrative coordinator.

The applicant's performance in department courses is discussed during the application review process; we also consider carefully an applicant's potential for carrying out the department's senior thesis requirement. Please note that the Sociology and Anthropology Department does not offer a course minor.

(Note: Course labeling within each of the three tiers of offerings-introductory courses [SOAN 001–019], regular courses [SOAN 020–099] and seminars [SOAN 100–199]-reflect internal departmental codes rather than levels of advancement or particular research areas. Consult the listings for prerequisites particular to each course.)

## Requirements
Course majors are required to take eight units of work in the department; of the eight, five are assigned. Assigned courses include SOAN 012M Exemplary Studies in Sociology and Anthropology (optimally taken during the sophomore year), (at least) one designated theory course, (at least) one designated methods course (STAT 011 Statistical Methods) and a two-credit senior thesis.

## Culminating Exercise/Comprehensive Examination
In order to graduate, all course majors must complete a two-credit senior thesis.

## Acceptance Criteria
For course majors, the department usually looks for at least a C average overall and at least a C average for work in the department.

# Sociology and Anthropology

## Course Minor

The Sociology and Anthropology Department does not offer a course minor.

## Honors Major

### Requirements

Students seeking to do an honors major are required to complete at least nine SOAN credits, five of which are assigned: "Exemplary Studies in Sociology and Anthropology," (at least) one designated theory course, (at least) one designated methods course and a two-credit honors senior thesis. In addition, two – 2 credit preparations may be seminars, or, with permission, a course plus attachment, or paired upper-level courses, or courses taken abroad.

Honors preparations include:

1. Three honors preparations in Sociology and Anthropology, of which one must be a double credit thesis. The other two may be a seminar, course plus attachment, paired upper level courses, or in special circumstances, courses taken abroad. The latter three forms of preparation must have the advance approval of the supervising faculty member and of the department.

2. For thesis preparations: the thesis will be sent (the last day of April in your senior year) to and read by an external examiner, who will also administer an oral exam in the traditional manner. These will be the bases for the examiner's evaluation of the thesis.

3. For non-thesis preparations: evaluations will be in the form of written assignments or examinations given by the external examiners and completed by honors students at the end of the senior year. External examiners will also administer oral examinations in the traditional manner.

4. In lieu of one of the three honors preparations specified above, majors may propose other work as the basis for an honors preparation. Acceptance will be at the discretion of the department.

### Acceptance Criteria

Applicants for the Honors Program (majors and minors) will usually be expected to have completed at least two courses in the department outside the honors preparations, to have at least a B average overall and grades of at least B for work taken in the department.

The department will evaluate the progress of students writing Senior Honor Thesis before the end of November. If progress is deemed inadequate, the student will be asked to withdraw from honors.

### Honors Preparation with Attachments

Students wishing to prepare for honors through a course plus an attachment must obtain permission from the instructor. Honors preparation will consist of the following materials: a) the syllabus for the course. b) the bibliography for the attachment, and c) written materials as requested by the instructor. The syllabus, the bibliography for the attachment, plus the written materials will be forwarded to the external examiner. The external examiner will be asked to prepare a written examination based on the material as a unified whole. An oral examination will follow.

### Honors and Off-Campus Study

There are a number of ways in which study abroad can be either integral or complementary to a major in sociology and anthropology. These include, but are not restricted to, the development of an honors preparation from work abroad and preparation for the senior thesis. To explore study abroad possibilities, students are encouraged to consult with the chair of the department.

Students who contemplate basing an honors preparation on off-campus study work must seek the department's conditional approval for this, before undertaking the off-campus study. Upon returning from abroad, students must request departmental approval of the honors preparation based on work done abroad. To do this, students must submit to the department all materials done abroad, including syllabi and written work, which are intended to be part of the honors preparation. Upon review of these materials, the department will notify the student as to whether or not the proposed honors preparation is approved. Students should expect approval of only one honors preparation which includes off-campus study.

## Honors Minor

Students seeking to do an Honors minor normally complete at least five SOAN credits, three of which are assigned: "Exemplary Studies in Sociology and Anthropology," (at least) one designated theory course, (at least) one designated methods course.

Minors in the Honors Program must complete one two-credit preparation: a seminar or a thesis, or with permission paired courses.

The Honors Minor preparations include:

1. One honors preparation in SOAN, selected from the menu presented in (1), above.

2. Depending on the format of the presentation, the examiner will receive the materials described in (2) and (3), above. The minor student's work for this preparation will be the same as the major student's work.

### Requirements

Applicants for the Honors Program (majors and minors) will usually be expected to have

# Sociology and Anthropology

completed at least two courses in the department outside the honors preparations, to have at least a B average overall and grades of at least B for work taken in the department.

The department will evaluate the progress of students writing Senior Honor Thesis before the end of November. If progress is deemed inadequate, the student will be asked to withdraw from Honors.

### Acceptance Criteria

Applicants for the Honors Program (majors and minors) will usually be expected to have completed at least two courses in the department outside the honors preparations, to have at least a B average overall and grades of at least B for work taken in the department.

## Special Major

Most Special Majors need to be anchored in a home department. When a student anchors their special major in the department of Sociology and Anthropology they must fulfill the requirements below. In many cases, the best option is pursuing a course major, since the department is not required to approve a Special Major application.

### Requirements

• In SOAN, we normally require five SOAN credits to be a home department. One credit must be "Exemplary Studies in Sociology and Anthropology," (at least) one designated theory course, (at least) one designated methods course and a two-credit senior thesis.

• Four credits from outside of the department must be included as part of the special major.

• In putting together the special major, it is advisable that the student only designate ten courses as part of the major. That way there will be no problems with the 20-course rule.

### Culminating Exercise/Comprehensive Examination

In order to graduate, all special majors must complete a two-credit thesis.

### Acceptance Criteria

The department usually looks for at least a C average overall and at least a C average for work in the department.

## Thesis / Culminating Exercise

The 2-credit senior thesis requirement, normally completed in the fall and spring semesters of the senior year, includes the Thesis Writers Masters Class and a thesis tutorial in which the student works closely with a faculty adviser.

## Application Process Notes for the Major or the Minor

Students intending to major or minor in sociology/anthropology must submit a Sophomore Plan application to the department office.

## Advanced Placement/International Baccalaureate Credit

Considered on a case-by-case basis for majors and minors.

## Transfer Credit

Considered on a case-by-case basis for majors and minors.

## Off-Campus Study

Because of its strong cross-cultural and transnational orientations, the department encourages students to study abroad. For many, study abroad provides a basis for their senior thesis project (see the department's homepage for a listing of students' projects). The senior thesis project allows students to develop their research interests through working directly with a faculty member. This combination of breadth of knowledge, global understanding, and independent research make sociology and anthropology an ideal liberal arts major.

## Research and Service-Learning Opportunities

Students have the opportunity to conduct original research with faculty—whose approaches run the gamut from ethnography to textual analysis to survey research. Students also explore the historical development of sociology and anthropology. Research design and statistical analysis are an important component of many academic programs, enabling students to undertake rigorous research projects and best analyze, interpret, and communicate their findings. The curriculum also provides opportunities for students to learn techniques to creatively convey their work through photography and documentary films.

Experiential learning is an important component of much work in sociology and anthropology. Our department strongly supports participation in study abroad as well as work in the field. For many students, these experiences challenge them to ask questions that eventually serve as foundation of their senior thesis project. Summer funding opportunities exist and are particularly relevant for juniors planning research towards their senior thesis projects. Study aboard and fieldwork provide an opportunity for students to develop contacts and

# Sociology and Anthropology

gain rapport within their eventual research setting. Funding is available from the department and the College to support students in their pursuit of these experiences.

The Sociology and Anthropology Department emphasizes independent research. We prepare students to conduct research on primary and secondary documents as well as to conduct interviews, engage in participant observation, organize focus groups, administer surveys, and produce ethnographic films. By senior year, our students are ready to write a senior thesis that is not only based on library research but also in real-world experience. Recent student research projects have focused on issues such as alternative development programs in Latin America, immigration policies in the United States, and human rights in Africa. Independent research conducted by our students is one feature that consistently distinguishes them when they are pursuing jobs, fellowships, or graduate school admission.

## Summer Opportunities

Grants from a variety of college-administered sources are available to support research by students during the summer. Please look at our website for information about our extensive and generous funds for travel, research, internships, and faculty/student collaboration.

We encourage our juniors to explore these possibilities. Each year for the past several years, some of our majors have been awarded these grants and, in most cases, the summer research done under their auspices has been the basis for fine senior theses.

## Teacher Certification

Each year, in conjunction with the Educational Studies Department, a number of our majors seek teacher certification. Students contemplating teacher certification would normally schedule their program in a semester which does not conflict with their senior thesis. Such programs should be developed in close consultation with advisers in the Educational Studies Department.

## Courses

Note: Course labeling within each of the three tiers of offerings-introductory courses [SOAN 001–019], regular courses [SOAN 020–099] and seminars [SOAN 100–199]-reflect internal departmental codes rather than levels of advancement or particular research areas. Please consult the listings for prerequisites particular to each course.

## SOAN 002D. First-Year Seminar: Culture and Gender

The aim of this first-year seminar is to dismantle many of our commonplace assumptions about gender, sexuality, and sexual difference. It introduces the study of gender theory and anthropology by bringing key theoretical texts by Foucault, Butler, and others into conversation with recent ethnographies that have responded to, problematized, or advanced these theoretical claims. Central to our investigation is the gendered body as the site of specific paradigms of power and resistance, in contexts that range from the colonial empire to present-day labor inequalities, and from technologies of reproduction to drag performances of femininity.

Theory course.

Eligible for GSST credit.

1 credit.

Not offered 2012–2013. Nadkarni.

## SOAN 002E. Anthropology of Mass Media

This course is an introduction to the anthropology of modernity and the mass-mediation of modern forms of knowledge. It examines how the emergence of mass media has produced new kinds of subjects, social relations, and ways of narrating and interpreting modern social life: from novel images of national community to mass experiences of crime, war, and violence. Along the way, the course also asks the impact of new media technologies on the theory and practice of anthropology itself, and how such technologies force us to re-imagine identity, community, and locality.

Theory course.

Eligible for FMST credit.

1 credit.

Spring 2013. Nadkarni.

## SOAN 003F. Culture and Religion in Africa

In this course, we will explore the powerful interplay between religion, politics, and culture in Africa. Students engage in exploration of a wide range of topics designed to provide a historical and geographical overview of religious practices in different regions of sub-Saharan Africa. In our readings and in class discussions, we will pay close attention to how world views and systems of meaning shape actions and attitudes, and focus our anthropological eye on the practices of daily life: the material conditions and day-to-day routines of living. Throughout the course, we will consider the usefulness of the term "religion" itself, as we examine how daily practices that emerge in and through religious practices in Africa transcend Western distinctions between "religion," "politics," "economics," and "society."

Eligible for BLST credit.

# Sociology and Anthropology

1 credit.

Not offered 2012–2013. Schuetze.

### SOAN 003G. First-Year Seminar: Development and its Discontents

In this course, our goal will be to gain a new perspective on an often unquestioned social "good": that of international economic development, including foreign aid to countries in the global south. This course will provide students with an introduction to the origin and evolution of ideas about development, and will encourage them to examine major theories and approaches to development from classical modernization theories to world-systems theories. Students will gain insight into how ideas of development fit into larger global dynamics of power and politics and how, contrary to professed goals, the practices of international development have often perpetuated poverty and widened the gap between rich and poor. During the course, we will investigate these issues through an array of texts that address different audiences including a novel, academic books and journals, film, popular writings and ethnographic monographs.

Writing course and theory course.

Eligible for BLST credit.

1 credit.

Fall 2012. Schuetze.

### SOAN 004B. First-Year Seminar: Introduction to Contemporary Social Thought

A general introduction to major theoretical developments in the study of social life since the 19th century. Selected readings will be drawn from the work of such modern social theorists as Marx, Weber, Durkheim, Freud, and Simmel. Readings from contemporary authors such as Geertz, Goffman, Adorno, and Arendt will also be included. These developments will be studied against the background of the sociophilosophical climate of the 19th century.

Theory course.

1 credit.

Fall 2012. Muñoz.

### SOAN 006F. Rich and Poor

The U.S. has experienced a remarkable rise in economic inequality since the 1970s. What is driving this trend? Is the U.S. still the land of opportunity or is it a society of haves and have-nots largely determined at birth? This course will address these and other pressing questions about economic inequality.

Theory course.

1 credit.

Fall 2012. Viscelli.

### SOAN 006G. Social Problems and Social Policy

This course uses theories of class, race, and social policy to analyze the concept of the "underclass" over the past four decades. The class focuses on sociological thinking about the effects of public policies concerning labor markets, housing, incarceration, and the war on drugs.

1 credit.

Spring 2013. Viscelli.

### SOAN 007B. Introduction to Race and Ethnicity in the United States

This course uses classic ethnographies, current race theory, and journalistic accounts to examine the experiences of selected ethnic groups in the United States and to investigate theories of racism, the meaning of race and ethnicity in the 20th century, and contemporary racialized public debates over affirmative action, welfare, and English-only policies.

Theory course.

Eligible for BLST credit.

1 credit.

Spring 2013. Johnson.

### SOAN 007C. Sociology Through African American Women's Writing

Interrogating the explicit and implicit claims that black women writers make in relation to work by social scientists, we will read texts closely for literary appreciation, sociological significance, and personal relevance, examining especially issues that revolve around race, gender, and class. Of special interest will be where authors position their characters vis-à-vis white supremacy, patriarchy, capitalism, and the United States.

Eligible for BLST or GSST credit.

1 credit.

Not offered 2012–2013. Willie-LeBreton.

### SOAN 008F. First-Year Seminar: Technology and Humanity

It sometimes seems as if science and technology tend to replace communal understanding and human relationships. Historical and social scientific investigations suggest this is an illusion however; technology has always been shaped by and embedded in personal connections, group struggles, and cultural understandings. The real danger in fact lies in letting false impressions of technological dominance create unnecessary inequality and oppression. The class will explore this topic using examples such as the development of modern industry, the construction of railroads, the risks of nuclear catastrophe, the digital divide, and the development of online identities.

# Sociology and Anthropology

1 credit.

Not offered 2012–2013. Reay.

### SOAN 009C. Cultures of the Middle East

Looking at ethnographic texts, films, and literature from different parts of the region, this class examines the complexity and richness of culture and life in the Middle East. The topics we will cover include orientalism, colonization, gender, ethnicity, tribalism, nationalism, migration, nomadism, and religious beliefs. We will also analyze the local, national, and global forces that are reshaping daily practices and cultural identities in various Middle Eastern countries.

Eligible for ISLM credit.

Writing course.

1 credit.

Fall 2012. Ghannam.

### SOAN 009E. First-Year Seminar: Social Action and Social Responsibility

We will explore the conditions and consequences of various types of effort to bring about positive social change, using theory and case studies from sociology and anthropology; class visits from individuals working directly with different strategies for social change; and off-campus opportunities for students to learn from groups and individuals dedicated to activism and service.

1 credit.

Not offered 2012–2013. Charlton.

### SOAN 010C. The Social Development of Sport

The course is designed as an introduction to the subfield of sport sociology. The primary focus of the course will rest on the developmental history of the institution of Western sport and the principal analytical frameworks constructed to explain its origins. Although the historical and theoretical material is centered on European developments, contemporary issues and debates on the relationship of gender, race, and ethnicity to sport will concentrate on American society. Readings will be drawn from the work of sociologists and historians working directly in sport studies.

1 credit.

Not offered 2012–2013. Mullan.

### SOAN 010H. The Tribal Identity of Sport: Nationalism, Ethnicity, and the Rise of Sport in the Modern Era

This course focuses on the development of modern sport of multiple levels of analysis. First, it is a primer on the descriptive facts of sport development in the late 19th and early 20th centuries and the social theory employed to study it. Second, it is more detailed at the connections between nationalism and sport, the nexus of national, communal association with sporting achievement as a social mechanism in the construction of group identity.

1 credit.

Not offered 2012–2013. Mullan.

### SOAN 010J. War, Sport, and the Construction of Masculine Identity

The course will concentrate on the themes of sport and war and the historical construction of male identity. Our culturally endorsed ideals of manhood are related to tests of skill and physical exertion. The influence of the sport/warrior ethic on modern sensibilities will take us to 19th-century England and the United States as these nations grappled with the meaning of sport and war as markers of the adult male. Contemporary works that challenge stock impressions of masculinity will be read.

Eligible for GSST or PEAC credit.

1 credit.

Spring 2013. Mullan.

### SOAN 010S. Diasporic Ethnicities: Mass Emigration 1860–1924

In this course, we will explore theories and traditions of sociological thought on ethnicity. Working with individual social histories of diaspora peoples as they make their communities in the U.S., students will be introduced to theoretical frameworks that help to explain the differences between sojourners and settlers, migration and exile.

1 credit.

Fall 2012. Mullan.

### SOAN 012M. Exemplary Studies

How do sociologists approach social structures, organizational systems, and dynamics between groups? How do anthropologists study cultural meanings, daily practices, and social identities? What are the methods and theories that sociologists and anthropologists utilize to understand our contemporary society and other cultures? These are some of the questions that our class will explore through looking at studies in anthropology and sociology that are methodologically and theoretically distinguished and self-reflexive. Our purpose will be to capture the productive aspects of the methods and theoretical framings used in these studies. We will also seek to appreciate how sociological and anthropological concepts, research methods, and writing styles have changed and shifted over time. The optimal time to take this course is sophomore year.

1 credit.

Fall 2012. Nadkarni and Smithey.

### SOAN 020B. Urban Education

(See EDUC 068)

Theory course.

# Sociology and Anthropology

1 credit.

Spring 2013. Jones-Walker.

### SOAN 020J. Dance and Diaspora
(See DANCE 025A)

Theory course.

Writing course.

1 credit.

Fall 2012. Chakravorty.

### SOAN 023C. Anthropological Perspectives on Conservation
Conservation of biodiversity through the creation of national parks is an idea and a practice that began in the United States with the creation of Yellowstone in 1872. In this course, we will examine the ideas behind the initial creation of national parks and explore the global spread of these ideas through the historical and contemporary creation of parks in other countries. As we examine the origin of the idea for parks, we will also consider the human costs that have been associated with their creation. Ultimately, the class offers a critical exploration of theories and themes related to nature, political economy, and culture—themes that fundamentally underlie the relationship between society and environment.

Theory course.

Eligible for ENVS and BLST credit.

1 credit.

Spring 2013. Schuetze.

### SOAN 024B. Latin American Society and Culture
An introduction to the relationship between culture and society in Latin America. Recent and historical works in social research, literature, philosophy, and theology will be examined.

Eligible for LASC or PEAC credit.

1 credit.

Not offered 2012–2013. Muñoz.

### SOAN 024C. Latin American Society Through Its Novel
(Cross-listed as LITR 071S)

From an interdisciplinary framework, we will explore the relationship between society and its representation in the Latin America novel. The course will also help us understand the links between fiction and reality, and the role of literature as a form of cognition. Selected works by Carlos Fuentes, Mario Vargas Llosa, Gabriel García Márquez, Isabel Allende, Luisa Valenzuela, Jose María Arguedas and others. Readings, assignments, and open-dialogue class are in English. No prior knowledge of Spanish necessary.

Eligible for LASC credit.

1 credit.

Spring 2013. Muñoz.

### SOAN 024D. Topics in Social Theory
This course deals with Kant's and Hegel's social philosophy insofar as it influenced the development of modern social theory. Works by Marx, Weber, Durkheim, Freud, and critical theorists, neo-conservatives, and postmodernists will also be discussed.

Theory course.

1 credit.

Not offered 2012–2013. Muñoz.

### SOAN 025B. Transforming Intractable Conflict
This course will address the sociology of peace process and intractable identity conflicts in deeply divided societies. Northern Ireland will serve as the primary case study, and the course outline will include the history of the conflict, the peace process, and grassroots conflict transformation initiatives. Special attention will be given to the cultural underpinnings of division, such as sectarianism and collective identity, and their expression through symbols, language, and collective actions, such as parades and commemorations.

Eligible for PEAC credit.

1 credit.

Not offered 2012–2013. Smithey.

### SOAN 027B. The Constitution of Knowledge in Modern Society
This course takes classic sociology of knowledge texts as a starting place for an interrogation and discussion of how knowledge is constructed in this culture. Additional texts will be drawn from gender and sexuality studies, black studies, and media studies as we examine the powerful ways that knowledge can be and is differently constructed within our own culture as well as the ways that some kinds of knowledge seem to be categorically intractable across time and space.

Prerequisite: A course in theory, sociology/anthropology, literature, or philosophy.

Theory course.

1 credit.

Not offered 2012–2013. Willie-LeBreton.

### SOAN 027C. Classical Theory
Through the works of Marx, Weber, Durkheim, Simmel, DuBois, and Freud, the recurrent and foundational themes of late 19th- and early 20th-century social theory will be examined: capitalism, class conflict and solidarity, alienation and loneliness, social disorganization and community, and secularization and new forms of religiosity.

# Sociology and Anthropology

Theory course.

1 credit.

Not offered 2012–2013. Willie-LeBreton.

### SOAN 028D. Deviance

The first part of this course introduces some basic theories of why norms arise and why some people may go against them, or be labeled as doing so. It emphasizes the fact that standards of normality and deviance always involve issues of group membership, political power, and unequal opportunity. The second part looks at the special case of crime in the U.S., covering explanations focused on biology, family history, group association, physical environment, community disorganization, and life course patterns, illustrating once again the central role of power, and in this case racial inequality. The third part of the course applies the same theories to non-criminal subgroups and cultural resistance, with examples from sex/sexuality/gender, youth and music, non-orthodox religion, and extremist politics.

1 credit.

Fall 2012. Reay.

### SOAN 028E. Methods of Social Exploration

Social phenomena aren't made up of a bunch of transparent facts open to all; they have to be explored using particular methods and technologies. None of these methods are wholly objective, reliable, or comprehensive, and none of them are as easy as one might think. This is mainly because evidence of social activity can only be obtained by way of further social activity, such as talking and reading, becoming involved in people's lives, going to archives, and interacting with other powerful organizations. This course discusses these issues and covers a wide range of different methods of social exploration, including; archival and oral history; interviews; participant observation; analysis of interactions, conversations, texts, and media images; use of audio and video recording; sample surveys and questionnaires; government and academic databases; Geographic Information Systems, and network mapping. With all of these options at their fingertips researchers can hopefully use the combinations most suited to getting at what interests them, as well as better understand, critique, and make use of relevant past research.

Methods course.

1 credit.

Spring 2013. Reay.

### SOAN 029B. Ethnography: Theory and Practice

This class maps anthropological theories and methods through reading and critically analyzing the discipline's flagship genre, ethnography. We work historically by reading classical texts that exemplify different approaches (such as functionalism, structuralism, symbolic anthropology, and reflexive anthropology) used to analyze culture and social structure. We address questions such as: How did Malinowski understand ethnography? How does this understanding compare to more recent views of anthropologists such as Geertz? How did the meaning of fieldwork change over time? We pay special attention to the politics of representation and the anthropologists' continuous struggle to find new ways to write about culture.

Theory and methods course.

Writing course.

1 credit.

Not offered 2012–2013. Ghannam.

### SOAN 030P. Introduction to GIS for Social and Environmental Analysis

(See POLS 037)

1 credit.

Fall 2012. Heckert.

### SOAN 032C. Anthropological Perspectives on Childhood and the Family

The experience of being a child would appear to be universal, and yet the construction of childhood varies greatly across cultures and throughout history. In this course, we examine childhood and child-rearing in a variety of ethnographic contexts, investigating how the figure of the child has become the site of specific cultural ambitions and anxieties, as well as how children themselves are social actors. Topics include new and traditional forms of family and reproduction; the construction of threats and endangerment to (and from) the child; and how childhood is conceptualized by human rights discourse, among others.

Theory course.

1 credit.

Spring 2013. Nadkarni.

### SOAN 035C. Social Movements and Nonviolent Power

Social Movements and Nonviolent Power will address the sociological literature on social movements, including their emergence and maintenance. When and why do people participate? We will also take a strategic perspective and investigate a range of tactics and methods that movements employ. We will emphasize the power in social relations upon which collective nonviolent action capitalizes and the effects of strategic choices within movements. Case studies might include the U.S. civil rights movement, the Soviet bloc

# Sociology and Anthropology

revolutions, People Power in the Philippines, and the Arab Spring, among others.

Theory course.

1 credit.

Not offered 2012–2013. Smithey.

### SOAN 036B. Field Methods

In this course students are introduced to the theory and practice of field methods and their utility to sociologists. Students will design and carry out their own semester long research project employing both participant observation and in-depth interviewing.

Methods course.

1 credit.

Fall 2012. Viscelli.

### SOAN 036C Sociology of U.S. Labor Movement

Did the labor movement really bring workers the weekend? If so, why can't it deliver for them today? Will there even be a labor movement tomorrow? This course will cover sociological thinking about the past, present and possible futures of the labor movement.

1 credit.

Spring 2013. Viscelli.

### SOAN 038C. Sociology of Economic Life

The discipline of economics tends to focus primarily on how markets work, i.e. how rational calculations influence commodity prices. There are many other things involved in economic life however, such as resource inequalities, institutional hierarchies, cultural worldviews, patterns of habitual interaction, and specific historical sequences of events. This class explores how consideration of these kinds of factors—power, culture, networks, and history—can be added to market models to create a fuller picture of how humans organize production, exchange, and consumption in what we currently call "the economy." Specific topics covered include the difference between precapitalist and capitalist economies, the nature of modern advertising, the causes of financial bubbles and crashes, corporate culture and managerial behavior, the institutional arrangements behind different varieties of capitalism, the nature and effects of globalization, and the operation of gift exchange systems.

Theory course.

1 credit.

Spring 2013. Reay.

### SOAN 039B. Globalization and Culture

What is globalization? Is globalization "cultural imperialism," Westernization, Americanization, or McDonaldization? Our class will examine such questions and critically analyze how global flows (of goods, capital, labor, information, and people) are shaping cultural practices and identities. We will study recent theories of globalization and transnationalism and read various ethnographic studies of how global processes are articulated and resisted in various cultural settings.

Theory course.

Writing course.

1 credit.

Not offered 2012–2013. Ghannam.

### SOAN 040B. Language, Culture, and Society

(See LING 025)

Prerequisite: At least one linguistics course.

1 credit.

Fall 2013. Staff.

### SOAN 040G. Between the "Is" and the "Ought" Black Social and Political Thought

(Cross-listed as BLST 040G)

Our study of black social and political thought will include not only the pivotal scholarly texts, but also the social and political practice and cultural production of abolitionists, maroons, Pan-Africanists, club women, freedom fighters, poets, and the vast array of "race men and women" across the spectrum of crusades. We will explore the range of intellectual and cultural production and protest ideology/action of Blacks through the politics and social observation of the pre-emancipation period, post-emancipation liberation struggles, and the post-colonial and post-civil rights period.

1 credit.

Spring 2013. Johnson.

### SOAN 043E. Culture, Health, Illness

People in all societies encounter and manage sickness. Yet, there are diverse and unique approaches to understanding and managing health and disease. The human experience of sickness entails a complex interplay between biological, socio-economic and cultural factors. This course offers an introduction to medical anthropology, and draws upon social, cultural, biological, and linguistic anthropology to better understand those factors which influence health and well being (broadly defined), the experience and distribution of illness, the prevention and treatment of sickness, healing processes, the social relations of therapy management, and the cultural importance and use of pluralistic medical systems. Topics covered include how beliefs about health, disease and the body are constructed and transmitted, how healers are chosen and trained, social disparities in health and illness, and the importance of narrative and performance in the

# Sociology and Anthropology

effectiveness of healing practices. Finally, we will consider the ways in which medical anthropology can shed light upon important contemporary medical and social concerns

Theory course.

1 credit.

Fall 2012. Schuetze.

### SOAN 044B. Colloquium: Art and Society

An examination of the relationship between art and society from a sociohermeneutical perspective. Literary and sociotheoretical works will be the main focus of analysis this semester. Selected works by Plato, Nietzsche, Hegel, Mann, Dostoevski, Kafka, Benjamin, Lukacs, Freud, Borges, Foucault, and Sontag will be examined.

Eligible for INTP credit.

Theory course.

1 credit.

Not offered 2012–2013. Muñoz.

### SOAN 044C. Colloquium: Contemporary Social Theory

A discussion of contemporary social theory and its antecedents. The first part of the course will be devoted to a discussion of works by Nietzsche, Marx, and Freud. The second part will deal with works by contemporary theorist such as Habermas, Geertz, Foucault, Bourdieu, and Freire.

Prerequisite: SOAN 044E.

Theory course.

1 credit.

Spring 2013. Muñoz.

### SOAN 044D. Colloquium: Critical Social Theory

An overview of major developments of critical social theory since the 19th century. Readings from Marx, Freud, Nietzsche, Lukacs, Adorno, Horkheimer, Benjamin, Habermas, Foucault, Bourdieu and Freire. It is highly recommended that students take SOAN: 044E Colloquium: Modern Social Theory before taking this course.

Theory course.

1 credit.

Not offered 2012–2013. Muñoz.

### SOAN 044E. Colloquium: Modern Social Theory

This course is an analysis of the rise and development of modern social theory. The introduction to the colloquium deals with works by such social philosophers as Rousseau, Kant, and Hegel. The core of the colloquium focuses on selected works by Marx, Weber, Durkheim,

and Freud. The colloquium is recommended for advanced work in social theory and is particularly well suited for students interested in the areas of sociology and anthropology and interpretation theory.

Eligible for INTP credit.

Theory course.

1 credit.

Fall 2012. Muñoz.

### SOAN 048C. Sociology of Science

This class explores the wide range of work on science as a social phenomenon. After a brief discussion of key themes in the philosophy of science, it looks at the various 'internal' aspects of science as an institution, including its organizational structures, work practices, status systems, and forms of discourse. It then turns to the 'external' issues of how science relates to the rest of society, including its connection to gender, racial, and international inequality, its portrayal in the media, its relationship to technology, its conflicts with religion, and its authority as 'objective' truth in law and government. Authors covered will include Robert Merton, Karin Knorr, Bruno Latour, Ian Hacking, Sharon Traweek, Emily Martin, Dorothy Nelkin, and Sheila Jasanoff. The class will also involve a field trip to analyze The Franklin Institute Science Museum.

1 credit.

Not offered 2012–2013. Reay.

### SOAN 048D. Sociology of Humor

Humor and laughter are common elements of everyday life in most cultures, but what exactly are they, and what do they do? This course explores work on humor not just in sociology and anthropology, but also in linguistics, and to a lesser extent in psychology and philosophy. It suggests that humor is in fact a wonderfully complex and multifunctional phenomenon based on people managing social contradictions by switching their level of awareness. It looks at how this deceptively simple mechanism can then end up playing a number of important roles in communication, group identity formation, domination, resistance, and entertainment. The class is not a practicum. That was a joke. What does that mean? What did it do? Studying humor does not generally reduce one's enjoyment of it, by the way.

1 credit.

Not offered 2012–2013. Reay.

### SOAN 049B. Comparative Perspectives on the Body

This class explores how different societies regulate, discipline, and shape the human body. In the first part, we examine theories of the body and how they have evolved over time. In

# Sociology and Anthropology

the second part, we focus on in-depth ethnographic cases and compare diverse cultural practices that range from the seemingly traditional practices, such as circumcision, foot binding, and veiling to the currently fashionable, such as piercing, tattooing, dieting, and plastic surgery. By comparing body modification through space and time, we ask questions such as: Is contemporary anorexia similar to wearing the corset during the 19th century? Is female circumcision different from breast implants? Furthermore, we investigate how embodiment shapes personal and collective identities (especially gender identities) and vice versa.

Eligible for GSST or INTP credit.

1 credit.

Spring 2013. Ghannam.

### SOAN 062B. Sociology of Education
(See EDUC 062)

Theory course.

1 credit.

Not offered 2012–2013.

### SOAN 071B. Research Seminar: Strategy and Nonviolent Struggle
(See PEAC 071B)

Writing course.

1 credit.

Fall 2012 and spring 2013. Lakey.

### SOAN 072C. Memory, History, Nation

How do national communities remember—and forget? What roles do commemoration and amnesia play in constructing, maintaining, or challenging national and collective identities? This seminar considers memory and its pathologies as a central problematic for the nation-state. It reads theory and ethnography against each other to explore the politics and aesthetics of national memory across a number of sites and contexts, attentive to both the collectivities such commemorations inspire and their points of resistance and failure.

Eligible for INTP credit.

Theory course.

1 credit.

Not offered 2012–2013. Nadkarni.

### SOAN 072D. Visual Anthropology

This course introduces students to the history, theory, and practice of visual anthropology. It begins by examining how photographic and ethnographic forms of knowledge both emerged in the 19th century to analyze and classify various societal and cultural "others." It then investigates how visual ethnographic methods have been used by anthropologists as tools of cultural analysis, in order to ask the consequences and implications of visual

ethnography for the discipline more generally. Finally, it explores how indigenous groups and activists have used visual technologies to gain visibility and to remake their social worlds. The course will include a series of film screenings, as well as a small production component.

Theory course.

Eligible for FMST credit.

1 credit.

Fall 2012. Nadkarni.

### SOAN 077B. The Visual Anthropology of Performance
(See DANC 077B)

Theory course.

1 credit.

Spring 2013. Chakravorty.

### SOAN 080B. Anthropological Linguistics: Endangered Languages
(See LING 120)

Theory course.

1 credit.

Spring 2013. Harrison.

### SOAN 082B. After Empire: Ethnographies of Postsocialism and Postcolonialism

This course brings together two bodies of literature concerned with the experience and legacies of imperial rule. Treating the "post" as both a temporal marker and a critical stance, we will ask what postsocialist studies can learn from postcolonial studies, and vice-versa. To do so, we will investigate how each conceptualizes questions of power, epistemology, subjectivity, and difference in order to paint a more nuanced picture of the histories of colonialism and state socialism, as well as their after-effects upon contemporary politics, economy, and culture.

1 credit.

Not offered 2012–2013. Nadkarni.

### SOAN 095. Independent Study

Two options exist for students wishing to get credit for independent work. All students wishing to do independent work must have the advance consent of the department and of an instructor who agrees to supervise the proposed project.

Option 1 - consists of individual or group directed reading and study in fields of special interest to the students not dealt with in the regular course offerings.

Option 2 - credit may be received for practical work in which direct experience lends itself to intellectual analysis and is likely to contribute to a student's progress in regular course work. Students must demonstrate to the instructor and the department a basis for the work in previous academic study. Students will normally be

# Sociology and Anthropology

required to examine pertinent literature and produce a written report to receive credit.

0.5 or 1 credit.

Fall 2012 and spring 2013. Staff.

### SOAN 096–097. Thesis
Theses will be required of all majors. Seniors will normally take two consecutive semesters of thesis tutorial. Students are urged to discuss their thesis proposals with faculty during the spring semester of their junior year, especially if they are interested in the possibility of fieldwork. In order to receive credit for SOAN 096 students must attend SOAN 098.

Writing course (for SOAN 097 only).

1 credit each semester.

Fall 2012 and spring 2013. Staff.

### SOAN 098. Thesis Writers Master Class
This class meets weekly to support sociology and anthropology students in developing the skills necessary for writing their theses, including conducting literature searches, interpreting data, formulating research questions, and writing in a way that contributes to the disciplines. The class complements and supports the work that students are doing with their thesis advisers. Students who have signed up for a senior thesis credit are automatically enrolled in the class. The class is open to only senior thesis writers.

Fall 2012. Ghannam.

## Seminars

### SOAN 112. Cities, Spaces, and Power
This seminar explores recent interdisciplinary insights to the analysis of spatial practices, power relationships, and urban forms. In addition, we read ethnographies and novels and watch films to explore questions such as: How is space socially constructed? What is the relationship between space and power? How is this relationship embedded in urban forms under projects of modernity and postmodernity? How do the ordinary practitioners of the city resist and transform these forms? Our discussion will pay special attention to issues related to racism and segregation, ethnic enclaves, urban danger, gendered spaces, colonial urbanism, and the "global" city.

Theory course.

2 credits.

Not offered 2012–2013. Ghannam.

### SOAN 122. Urban Ethnographies Through Time and Space
As key players in the global economy, cities are becoming the focus of a growing number of studies that show how urban life is shaped by the complex interplay of global, national, and local processes. In this class, we look at urban ethnographies (texts and films) through space and examine how the representation of the city has changed over time. These ethnographies are conducted in Western cities such as New York, London, and Paris as well as cities in other parts of the world such as Cairo, Casablanca, Bombay, São Paolo, and Shanghai. We read these ethnographies to (1) discuss different techniques and approaches used to study urban cultures and identities, (2) examine how the collection of data relates to anthropological theories and methods, and (3) explore how research in cities shapes the field of cultural anthropology. In our discussions, we also explore important urban problems such as poverty, gangs, violence, and homelessness.

2 credits.

Not offered 2012–2013. Ghannam.

### SOAN 123. Culture, Power, Islam
This seminar will be an interdisciplinary investigation into the shifting manners by which Islam is multiply understood as a creatively mystical force, a canonically organized religion, a political platform, a particular approach to economic investment, and a secular but powerful identity put forth in interethnic conflicts, to name only a handful of incarnations. Though wide ranging in our theoretical perspective, a deeply ethnographic approach to the lived experience of Islam in a number of cultural settings guides this study.

Eligible for ISLM credit.

2 credits.

Not offered 2012–2013. Ghannam.

### SOAN 127. Race Theories
Contemporary theories of race and racism by sociologists such as Winant, Gilroy, Williams, Gallagher, Ansell, Omi, and others will be explored. Concepts and controversies explored will include racial identity and social status, the question of social engineering, the social construction of justice, social stasis, and change. The United States is the focus, but other countries will be examined. Without exception, an introductory course on race and/or racism is a prerequisite.

Theory course.

Eligible for BLST credit.

2 credits.

Not offered 2012–2013. Willie-LeBreton.

### SOAN 128. Culture, State, Citizenship
This honors seminar examines the challenges of citizenship in a number of ethnographic contexts: from immigrants seeking legal and cultural recognition in the U.S. to battles over multiculturalism in Europe, and from disability activists in the former Soviet Union to refugees from Southeast Asia. It investigates how people

# Sociology and Anthropology

and communities experience citizenship as a crucial facet of their identities, and how these identities are produced, reinforced, or challenged in national and transnational contexts. Readings include selections from Gershon Shafir's The Citizenship Debates: A Reader, as well as work by Renato Rosaldo, Aihwa Ong, and other anthropologists who analyze citizenship as a form of practice.

2 credits.

Not offered 2012–2013. Nadkarni.

### SOAN 129. Sociology of Technology
This seminar will explore sociological approaches to understanding the development and impact of technology. The first half will review the literature on a number of basic topics, including utopian and dystopian ideas about the impact of technology, historical and constructionist approaches to explaining technological development, and debates over the control of technological risk. The second half will further explore these ideas with respect to different areas of the application of technology, with seminar participants themselves selecting the topics, as well as finding and presenting appropriate readings. Possible topics for the second half are cities, bodies, communication, energy, transportation, virtual reality, food, and government.

2 credits.

Fall 2012. Reay.

### SOAN 133. Anthropology of Biomedicine
In this seminar we explore biomedicine from an anthropological perspective, exploring the entanglement of bodies with history, environment, culture, and power. We begin the course with a focus on the historical emergence of biomedical technologies and their related discourses and practices and then move into contemporary contexts of their use and circulation. Throughout, we focus on the ways in which the development, use, and distribution of biomedical technologies and discourses are influenced by prevailing medical systems, political interests, and cultural norms. Topics to be covered include biomedicine as technology, medical categorization and ideas of the normal, ethics and moral boundaries, the space of the clinic, the circulation of pharmaceuticals, and health and inequality.

2 credits.

Spring 2013. Schuetze.

### SOAN 138. Work and Identity
This is a senior seminar about work experiences in the United States over the last thirty years. It looks at how different occupations and work conditions are central to the construction of identity and to the reproduction of class, racial, ethnic, and gender inequalities. It explores these issues by looking primarily at ethnographies and interviews, getting into a fair amount of detail concerning what it's like to do different jobs. Particular topics covered include factory work (both traditional assembly-line and more recent 'humanized' arrangements), construction (focusing on gender aspects), managerial work, service work (typically seen as low-status), domestic labor (which is often 'invisible' because it is gendered as female), office work, and illegal work (i.e. sex and drugs).

2 credits.

Not offered 2012–2013. Reay.

### SOAN 162. Sociology of Education
(See EDUC 162)
Prerequisite: EDUC 014 or permission of the instructor.

Theory course.

2 credits.

Spring 2013.

### SOAN 180. Thesis
Candidates for honors will usually write theses during the senior year. Students are urged to have their thesis proposals approved as early as possible during the junior year.

Writing course.

2 credits.

Fall 2012 and spring 2013. Staff.

# Theater

ALLEN KUHARSKI, Professor and Chair [3]
K. ELIZABETH STEVENS, Assistant Professor, Acting Chair
MATT SAUNDERS, Assistant Professor (part time)
LAILA SWANSON, Assistant Professor (part time), Co-Chair for Production
GABRIEL QUINN BAURIEDEL, Visiting Assistant Professor (part time)
CHARLES COES, Visiting Assistant Professor (part time)
JAMES MAGRUDER, Visiting Assistant Professor (part time)
LIZZIE OLESKER, Visiting Assistant Professor (part time)
ADRIANO SHAPLIN, Visiting Assistant Professor (part time)
ELIZABETH WEBSTER DUKE, Visiting Assistant Professor (part time)
RICHARD HAMBURGER, Associate in Theater Performance (part time)
JAMES MURPHY, Associate in Theater Performance (part time)
ADAM RIGGAR, Production Manager and Technical Director
JEAN TIERNO, Administrative Assistant (part time)
TARA WEBB, Costume Shop Supervisor and Arts Administration Intern

[3] Absent on leave 2012–2013.

The theater major uses the study of all aspects of performance as the center of a liberal arts education. It is intended to be of broad benefit regardless of a student's professional intentions. All courses in the department address the processes of play production, especially as they involve collaboration; all production for performance in the department is part of coursework.

The Theater Department emphasizes writing as an important aspect of discursive thinking and communication. Many courses have a significant writing component, the nature of which varies from course to course.

## The Academic Program

Planning a major or minor in theater requires thoughtful care and deliberate planning. First- and second-year students thinking about a theater major should read these requirements and recommendations closely and should consult with their faculty adviser or the chair of the Theater Department early and often. Leave schedules, study abroad, a wide variety of intern and apprentice programs, and the importance of course sequences make long-range planning essential. Almost all theater courses and seminars are offered on a regular, annual schedule.

THEA 001: Theater and Performance is a prerequisite for most intermediate and advanced classes and seminars.

Courses numbered 001 to 010 are introductory and are prerequisite to intermediate courses.

Courses numbered 011 to 049 are intermediate and are prerequisite to advanced courses numbered 050 through 099.

Seminars carry numbers 100 and above.

Intermediate work in each of the course sequences requires a beginning course in that area.

Some advanced courses carry additional prerequisites that are listed in the course descriptions.

For those majors who intend a career in theater, whether academic, not-for-profit, or commercial, internships in professional theaters are strongly recommended. Because of scheduling difficulties, students should plan and apply for internships, time spent off campus, and community projects as far in advance as possible.

Alumni guest artists are typically in residence on campus during the summer as part of the Swarthmore Project in Theater. Positions are usually available in production, development, public relations, marketing, box office, and house or stage management. Positions are usually not available in acting, directing, or design.

## Course Major

### Requirements

10 credits of work including:

THEA 001: Theater and Performance; THEA 002A: Acting I; THEA 003: Fundamentals of Design; THEA 015: Performance Theory and Practice; either THEA 006: Playwriting Workshop, or THEA 021: Production Dramaturgy, or THEA 025: Solo Performance, or THEA 035: Directing I; THEA 022: Production Ensemble I or THEA 034: Special Project in Design; THEA 099: Senior Company; and a 100-level seminar. In addition, each major will choose an area of specialization and take one additional course in that area.

All course majors and minors are required to fulfill a set number of hours doing technical/crew work before the end of the junior year. Students can obtain details on how to fulfill the technical/crew requirement from their major advisers, the department office, or from

# Theater

advising forms available outside the chair's office. Technical/crew hours can be arranged directly with the department's Production Manager/Technical Director or Costume Shop Supervisor.

N.B.: Requirements for course major will be modified starting with the class of 2014. See department advising materials for details.

The areas of specialization are acting, solo performance, directing, design, playwriting, dramaturgy, and theater history. Special arrangements will be made for students who seek secondary school certification. Prospective majors should consult with the chair or their department adviser about their choice.

In addition to these course requirements, the major includes a comprehensive examination in two parts: (1) an essay relating the student's experience in Senior Company; and (2) an oral examination on the essay and related subjects by theater faculty.

## Course Minor

Course minors are required to take 7.0 credits of work including:

THEA 001: Theater and Performance; THEA 002A: Acting I; THEA 003: Fundamentals of Design; THEA 015: Performance Theory and Practice; either THEA 006: Playwriting Workshop, or THEA 021: Production Dramaturgy, or THEA 025: Solo Performance, or THEA 035: Directing I; and THEA 022: Production Ensemble I or THEA 034: Special Project in Design. In addition, each minor will choose an area of specialization and take one additional course in that area. Course minors who complete these requirements by the end of the junior year may petition to enroll in THEA 099: Senior Company in the fall semester of their senior year.

All course minors need to fulfill the same technical/crew requirement described for course majors above.

N.B.: Requirements for course minor will be modified starting with the class of 2014. See department advising materials for details.

## Honors Major

General requirements include:

THEA 001: Theater and Performance; THEA 002A: Acting I; THEA 003: Fundamentals of Design; THEA 015: Performance Theory and Practice; either THEA 006: Playwriting Workshop, or THEA 021: Production Dramaturgy, or THEA 025: Solo Performance, or THEA 035: Directing I; THEA 022: Production Ensemble I or THEA 034: Special Project in Design; THEA 099: Senior Company; and a 100-level seminar.

All potential honors majors need to fulfill the same technical/crew requirement described for course majors above.

N.B.: Requirements for honors major will be modified starting with the class of 2014. See department advising materials for details.

In addition, each major will choose an area of specialization and take one additional course in that area. One specialization will constitute the normal honors major in theater. Honors students will take Senior Company in the fall of senior year, while they are planning their production project. The usual schedule will be spring of junior year, Theater Seminar; fall of senior year, THEA 099 and pre-rehearsal thesis project preparation; and spring of senior year, rehearsal and performance of the thesis project.

Double majors taking three examinations in theater will also follow that schedule.

For double majors taking one honors examination and comps in theater, the examination may be a production project, depending on available resources.

Approval of the Sophomore Plan for any honors major is conditional upon the student maintaining good academic standing through the end of the junior year. Theater honors majors approved for production thesis projects in the senior year are required to notify the department chair of their intention to drop or change their Honors Program by the end of the junior year. An honors major in theater must receive the approval of their major adviser before committing to any extracurricular or off-campus projects during the senior year in order to avoid potential conflicts with their honors thesis work. Students who prove unable to fulfill the expectations of the faculty for their Honors Programs in theater may be dropped from honors at the department's discretion. Unless for reasons of health or other personal circumstance beyond the student's control, leaving the department's Honors Program after the end of the junior year is considered a significant compromise of a student's academic performance.

Honors students majoring in theater will typically make a total of three preparations as follows:

1. Seminar (listed earlier), written examination, and an oral set by an outside examiner.

2. A production project in one of the following fields:

### Acting

The student, together with their adviser, will select and prepare a role from an appropriate script. The program will hire a professional director for a set number of rehearsal hours, which the student will supplement with practice and other acting "homework." The adviser will

# Theater

assist in this work on a regular basis. The external examiner will attend as many rehearsal sessions as possible to observe the student's process. The examiner also attends one or more of the public performances. The examination proper will consist of an extended interview directly following the performance and a briefer oral during honors weekend. The subject of the first interview will be the student's processes as he or she relates to the production. The second oral will concern the student's assessment of the entire process as a part of his or her undergraduate education and future plans.

## Design

The student will function as the designer for a production presented by the Theater Department in one area of design. The student will produce appropriate preparatory materials for this project (research, sketches, color renderings, drafting, models, digital media, light or sound plots, etc). Because this is a collaborative project, a production time line will need to be prepared and production meetings scheduled. In addition to the development of the design, the student will collaborate with all relevant staff and craftsmen during the fabrication stage, ensuring the full-scale design is executed as designed. The local instructor will supervise these activities appropriately, on the model of a special project in theater. The external examiner will receive copies of all materials as the student creates them and will pay close attention to the way in which the project develops under continual revision. The examiner will attend one of the public performances and in advance of honors weekend will receive in digital form the student's completed portfolio for presentation. The examination proper will consist of an extended interview directly following the performance and a briefer oral during honors weekend. The subject of the first interview will be the student's processes as he or she relates to the production. The second oral will concern the student's assessment of the entire process as a part of his or her undergraduate education and future plans.

## Directing

The student will, under faculty supervision, read around a given playwright's work, make a director's preparation for the entire play, and rehearse for public presentation a locally castable portion of the chosen play. Original developmental projects may be proposed, subject to the approval of the faculty adviser for the thesis. The department will hire a professional collaborator (usually an actor) for a set number of rehearsal hours in connection with the project. The instructor will supervise these activities appropriately, on the model of a special project in theater. The external examiner

will visit this project several times (depending on schedule and available funds). These visits (to rehearsal or planning session) will not include feedback from the examiner. The examiner attends rehearsal to know as much as possible about the student's methods of making the work. The examiner also attends one or more of the public performances. The examination proper will consist of an extended interview directly following the performance and a briefer oral during honors weekend. The subject of the first interview will be the student's processes as he or she relates to the production. The second oral will concern the student's assessment of the entire process as a part of his or her undergraduate education and future plans.

## Dramaturgy

This project will be done in one of the following ways:

1. As a production project in the form of a one-credit attachment to the Production Dramaturgy class (THEA 021) consisting of work with a faculty or student director. This will typically be in connection with Production Ensemble or an honors thesis in directing. The student will create a body of writing appropriate to the specific project. This will include (but is not limited to) notes on production history, given circumstances, script analysis, program and press-kit notes, study guide, and a grant proposal. The student's work will continue in rehearsal. The external examiner will receive all materials as they are generated. The examiner also attends one or more of the public performances. The examination proper will consist of an extended interview directly following the performance and a briefer oral during honors weekend. The subject of the first interview will be the student's processes as he or she relates to the production. The second oral will concern the student's assessment of the entire process as a part of his or her undergraduate education and future plans.

2. The completion of a stage adaptation of a non-dramatic text or combination of texts. A complete draft of the adaptation will be completed under the supervision of a faculty member in production dramaturgy, and a staged reading of a revised version of the text will be presented in collaboration with a professional director as guest artist. This is a two-credit thesis project to be completed over two semesters in the senior year, generally parallel to the honors thesis model for playwriting. The examiner will attend at least two rehearsals and the final staged reading, in addition to reading the final text and its original source. The examination will consist of an extended oral presentation given during honors weekend.

# Theater

3. Students fluent in a second language can apply to do a translation of a play into or out of English as an honors thesis attachment to Production Dramaturgy. This may be a one-credit attachment for a written draft only (done with a member of the faculty) or as a two-credit thesis with a staged reading done in collaboration with a guest director, as in the adaptation thesis above. In the case of a staged reading, the examiner will attend at least two rehearsals and the final staged reading, in addition to reading the final text together with the original source. The examination proper will consist of an extended interview directly following the performance and a briefer oral during honors weekend. The subject of the first interview will be the student's processes as he or she relates to the production. The second oral will concern the student's assessment of the entire process as a part of his or her undergraduate education and future plans.

## Playwriting

The student will write a complete draft of a play over the course of a semester in collaboration with a faculty member or other professional production dramaturgy. In a second semester, the department will hire a professional director for a set number of rehearsal hours in preparation for a staged reading, which whom the student will work through a rehearsal and revision process based on the earlier work with the production dramaturgy. The faculty adviser and/or the production dramaturgy faculty will continue to assist during the rehearsal/revision process. The external examiner will read the completed first draft and attend as many rehearsal sessions as possible and the final staged reading to observe the student's writing and collaborative process. The examination proper will consist of an extended interview directly following the staged reading, the reading of the student's revised draft based on the rehearsal process and performances, and a briefer oral examination during honors weekend. There is also the option of a purely written playwriting thesis preparation, without the production component.

## Solo Performance

The student, with guidance from their adviser, will create and perform a solo performance. The program will hire a professional director for a set number of rehearsal hours, which the student will supplement with practice and other writing, acting, and design "homework." The adviser will assist in this work on a regular basis. The external examiner will attend as many rehearsal sessions as possible to observe the student's process. The examiner attends rehearsal to know as much as possible about the student's methods of making the work. The examiner also attends one or more of the public performances. The examination proper will consist of an extended interview directly following the performance and a briefer oral during honors weekend. The subject of the first interview will be the student's processes as he or she relates to the production. The second oral will concern the student's assessment of the entire process as a part of his or her undergraduate education and future plans.

A third preparation for honors will be approved at the discretion of the faculty at the end of the student's junior year. In the student's Sophomore Plan of study and again in the junior year, they will be asked to indicate their first and second preference for their third honors preparation, only one of which may be for an additional production thesis. In addition to thesis preparations in the form of performance projects, the third preparation may consist of a second seminar, staged readings in playwriting or production dramaturgy, portfolio projects in design, written thesis work in performance theory, playwriting, dramaturgy, etc. Due to scheduling and staffing constraints, the department can only guarantee one individual performance thesis project per student. Decisions on the third preparation in honors will be made on a case-by-case basis, in part on the quality and completeness of each student's coursework in the department through the end of the junior year.

## Honors Minor

Seven credits of work including:

THEA 001: Theater and Performance; THEA 002A: Acting I; THEA 003: Fundamentals of Design; THEA 015: Performance Theory and Practice; either THEA 006: Playwriting Workshop, or THEA 021: Production Dramaturgy, or THEA 025: Solo Performance, or THEA 035: Directing I; and a 100-level seminar or THEA 022: Special Project in Dramaturgy. Honors minors who complete these requirements and complete a sequence in acting, design, directing, or playwriting/dramaturgy by the end of the junior year may petition to enroll in THEA 099: Senior Company in the fall semester of their senior year.

There is an option for students to pursue a course major in conjunction with an Honors minor, in which case the student may be eligible for an individual thesis project along the lines of those described for honors majors above. Interested students should discuss the details of this with their major advisers before preparing their sophomore plans.

All potential honors minors need to fulfill the same technical/crew requirement described for course majors above.

# Theater

N.B.: Requirements for honors minor will be modified starting with the class of 2014. See department advising materials for details.

Co-curricular and extracurricular work in the Theater Department, although not specifically required, is strongly recommended for majors. Opportunities include paid and volunteer staff positions with the department, in-house projects for various classes, production work in The Eugene M. and Theresa Lang Performing Arts Center, and Drama Board productions.

While the Theater faculty recognizes the value of co-curricular and extra-curricular performance work by students, such commitments at times can create serious stress and scheduling conflicts that can negatively impact a student's health and academic performance. The department therefore requires all majors and minors to receive written pre-approval from either their advisers or the chair before committing to any performance work outside of the department.

In the case of conflicts for students between dress rehearsals or performances in the department and other classes, the faculty will gladly make arrangements for excused absences with professors in other departments. Students should alert the department faculty about any such conflicts in the first weeks of rehearsals for any given production in the department, and never less than two weeks before the date of the conflict with dress rehearsals.

Working consistently with faculty on such time-management issues is essential for all rising theater majors and minors, and is of the highest priority for students planning to participate in the Honors Program.

With respect to the 20-course rule, courses in dramatic literature taught in the English Literature, Classics, or Modern Languages and Literatures departments may be designated as part of the major. Courses in non-dramatic literatures taught in those departments will not be considered part of the major.

## Off-Campus Study

### Semester Abroad in Poland

The Department of Theater's semester abroad in Poland is currently on hiatus until a future date still to be determined. Interest students are welcome to contact Professor Allen Kuharski.

## Recommended Course/Seminar Sequence for Majors and Minors

### First Year

THEA 001. Theater and Performance, fall or spring semester* (counts for writing intensive course credit in the humanities)

THEA 002A. Acting I, fall or spring semester*

THEA 003. or any course in THEA 004, fall or spring semester*

THEA 022 or THEA 034. Spring semester*, (THEA 022 by audition if student has taken Acting I in the fall semester)

### Sophomore Year

Any course in THEA 003 or THEA 004, fall or spring semester* (if not taken in the first year)

THEA 015. Performance Theory & Practice, fall semester*

(counts for writing intensive course credit in the humanities)

1 credit from this list:,

THEA 006. Playwriting Workshop, fall semester*

THEA 021. Production Dramaturgy, spring semester*

1 credit from this list:

THEA 022. Production Ensemble I, spring semester*, or

THEA 034. Advanced Design, spring semester*

(If not taken in the first year - THEA 022 or 034 recommended here for students considering study abroad in their junior year)

NB: Theater majors planning a semester abroad should plan to do so in the spring of the Sophomore year or the fall of the junior year.

### Junior Year

THEA 015. Performance Theory & Practice (if not taken in sophomore year)

1 credit from this list :

THEA 006. Playwriting Workshop, fall or spring semester*, or

THEA 035. Directing I, fall semester*

THEA 021. Production Dramaturgy, spring semester (if not taken in sophomore year).

THEA 022. Production Ensemble I, spring semester* (if not taken in sophomore year)

THEA 106. Theater History Seminar, spring semester* (counts for writing intensive course credit in the humanities)

NB: Theater 106 is required for all theater majors and honors minors and should be taken in the junior year.

Completion of a sequence in acting, directing, design, or playwriting/production dramaturgy*.

Completion of the technical/crew hours requirement (required for all course and honors majors in Theater)

### Senior Year

THEA 099. Senior Company, fall semester* (honors majors add at least one credit of thesis credit each semester of the senior year)

* indicates requirements for all course and honors majors in theater.

# Theater

NB: The recommended program for the first three years is the same for course and honors majors.

All introductory level courses (THEA 001, 002A, 002B, 003, 004A, 004B, 004C, 004D, 005, 006) can be taken without prerequisite.

THEA 001. Theater & Performance is a prerequisite for most intermediate and advanced level classes and seminars offered in the department.

THEA 001, 002A, 004, and 0015 should be completed by the end of the sophomore year by all students applying for course or honors majors, particularly those planning a semester abroad.

THEA 022 or THEA 054 is required of all majors and course minors in the department. Exact prerequisites for THEA 022/054 vary according to the student's area of emphasis in the department. THEA 022 can be repeated up to three times using other advanced course numbers.

THEA 106 should be completed before the end of the junior year in order to enroll in THEA 099 Senior Company. Exceptions are made in the case of those planning junior semesters abroad.

All course and honors majors must complete one of the sequences of courses in acting, directing, design, or playwriting/production dramaturgy by the end of the junior year in order to enroll in Senior Company.

Course and honors minors may petition to enroll in THEA 099 Senior Company if they have completed requirements for the minor as well as a sequence in acting, directing, design, or playwriting/dramaturgy by the end of the junior year.

Students wishing to study abroad should see Prof. Kuharski as early as possible regarding their plans, particularly regarding the College's semester abroad program in Poland. The programs of theater majors usually benefit from study abroad in the spring of the sophomore year or fall of the junior year. Honors thesis work is possible as part of the Poland Program.

Majors with an emphasis in directing in particular generally need to be on campus during the spring of their junior year in order to complete their requirements and should anticipate this in their plans for study abroad. Study abroad in the spring semester of the sophomore year is usually both necessary and desirable for directing students.

Comprehensive written and oral exams for course majors are given in the spring semester of the senior year. The written comprehensive examination is based on the work of the Senior Company class, and constitutes the final graded work for the course.

Approval of honors majors and minors is conditional upon the student being in good academic standing at the end of the junior year. Honors majors or minors doing production thesis work should notify the chair of any possible change in their Honors Program no later than the end of the junior year. Honors majors or minors approved for production thesis work are required to obtain advance approval from their major advisers before committing to any extracurricular or off-campus production work in the senior year.

## Introductory Courses

All introductory courses are open to all students without prerequisite.

### THEA 001. Theater and Performance

By combining a survey of many different approaches to theatrical performance, this class should give students an understanding and appreciation of the importance of theater and performance in the world. Study will include history, performance theory, and production design in relationship to play scripts and videotaped or live performances. Sessions will include exercises that pertain to the collaboration between actors, directors and designers. Writing requirements will include journal keeping, responses to readings and performances and research papers.

Fulfills a general requirement for all theater majors and minors.

Writing course.

1 credit.

Fall 2012. Swanson.

### THEA 002A 01. Acting I

This course is designed as a practical introduction to some of the principles, techniques, and tools of acting. We will use theater games and improvisational exercises (from Stanislavsky, Viola Spolin, Uta Hagen and other sources) to unleash the actor's imagination, expand the boundaries of accepted logic, encourage risk taking, and free the body and voice for the creative process. We will also focus on beginning to analyze text, understanding scene-work and monologues in relation to an entire play, listening and responding to self, others and space, and developing the ability to play actions. Finally, each student will have the opportunity to test our principles of work through one scene with a partner, no longer than ten minutes, to be assigned by the instructor. This scene will be performed in front of the class.

Fulfills a general requirement for all theater majors and minors.

1 credit.

Fall 2012. Hamburger. Spring 2013. Stevens.

# Theater

### THEA 002A 02. Acting I

This course is designed as a practical introduction to some of the principles, techniques, and tools of acting. We will use theater games and improvisation exercises (from Stanislavsky, Viola Spolin, Viewpoints, and other sources) to unleash the actor's imagination, expand the boundaries of accepted logic, encourage risk taking, and prepare the actor for the creative process. We will focus on preparing the body and voice for rehearsal and performance and will pay special attention to vocal and physical imagination. We will focus on increasing "presence" on stage, developing a character, learning how to rehearse, and evoking a response from the audience in the context of scene study. Four hours per week.

Fulfills a general requirement for all theater majors and minors.

1 credit.

Fall 2012. Bauriedel.

### THEA 002B. Special Project in Voice Performance

By individual arrangement with the directing or acting faculty for performance work in connection with department directing workshops, honors thesis projects, or Senior Company.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 002C. Special Project in Acting

By individual arrangement with the directing or acting faculty for performance work in connection with department directing workshops, honors thesis projects, or Senior Company.

Prerequisite: Concurrent or past enrollment in THEA 002A.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 003. Fundamentals of Design for Theater and Performance

This course offers an introduction to creative aspects of designing scenery, costumes, lighting, and sound for theater and performance with emphasis on the correlation of text, imagination, and space. In a collaborative classroom setting, the students will have the opportunity to explore individual ideas and transform these into a design that is cohesive and relevant to a production. The lab component of the course will provide a broad introduction to the technical aspects of theater production. The course is designed to serve all students regardless of prior experience in theater production.

N.B.: Starting with the class of 2014, fulfills a general requirement for all theater majors and minors.

1 credit.

Fall 2012. Saunders.

### THEA 004A. Set Design

This course will focus on set design and introduce methods that apply to designing for stage. In class, we will take a look at the set designer's responsibilities as an artist and collaborator and explore the relationship between text, concept, and production in addition to learning the basic skills of drafting and model making. In addition, we will discuss the relationship between scenery, costumes, and light in performance. A lab component of this class will include an introduction to computer drafting and additional information about materials used for stage construction. The course is designed to serve all students regardless of prior experience in theater production.

N.B.: For graduating classes through 2013, fulfills a general requirement for all theater majors and minors.

1 credit.

Fall 2012. Saunders.

### THEA 004B. Lighting Design

This class explores the fundamentals of lighting design. The course objective is to introduce lighting concepts and how to express them for both theater and dance. It is intended to demystify an enormously powerful medium. Reading and class discussion provide a theoretical basis for such creativity while the assignments and projects provide the practice for this artistic endeavor. The course is designed to serve all students regardless of prior experience in theater production.

N.B.: For graduating classes through 2013, fulfills a general requirement for all theater majors and minors.

1 credit.

Fall 2012. Murphy.

### THEA 004C. Costume Design

This course will focus on costume design and introduce methods that apply to designing for stage. In class, we will take a look at the costume designer's responsibilities as an artist and collaborator and explore the relationship between text, concept, and production. In addition to formal lecture, we will discuss fabrics and colors and how they relate to light and scenery in performance, and we will explore different medium and techniques for presentation of a design. A lab component of this class will introduce the student to costume shop operation and equipment in addition to a

brief overview of costume history. The course is designed to serve all students regardless of prior experience in theater production.

N.B.: For graduating classes through 2013, fulfills a general requirement for all theater majors and minors.

1 credit.

Spring 2013. Swanson.

### THEA 004D. Integrated Media Design for Live Performance

The purpose of this course is to introduce students to the application of various visual and audio technologies in live theater and dance performance. Discussion of the historical and theoretical context of contemporary mixed-media performance will be combined with an orientation to the available technologies found at Swarthmore and beyond. The class will include the conceptualization and preparation of a series of individual studio projects. The course is designed to serve all students regardless of prior experience in theater production.

N.B.: For graduating classes through 2013, fulfills a general requirement for all theater majors and minors.

1 credit.

Spring 2013. Saunders.

### THEA 004E. Sound Design

This course will provide an introduction to sound design concepts for live performance. Course work will emphasize research, design development, collaboration, and the creative process. Laboratory work will focus on basic audio engineering, software, field recording, and documentation in a theatrical context. The course is designed to serve all students regardless of prior experience in theater production.

N.B.: For graduating classes through 2013, fulfills a general requirement for all theater majors and minors.

1 credit.

Spring 2013. Staff.

### THEA 006. Playwriting Workshop

This creative workshop course introduces students to essential elements of dramatic writing. In-class writing exercises and weekly assignments lead to the development of character monologues, scenes, and two original one-act plays. A variety of stylistic approaches and thematic concerns are identified through the reading and discussion of plays by contemporary playwrights. Students will explore their individual creative voice, learning how to translate their vision through character, image, and story. Fulfills a general requirement for all theater majors and minors.

1 credit.

Fall 2012. Olesker.

### THEA 008. Movement Theater Workshop
(Cross-listed as DANC 049)

This class will offer an orientation to movement-based acting through various approaches: traditional performance traditions in Bali and elsewhere, *commedia dell'arte*, the teachings of Jacques Lecoq, and so forth. Taught by Gabriel Quinn Bauriedel of the Pig Iron Theatre Company in Philadelphia, the class will require rehearsal with other students outside of class time and will end with a public showing of work generated by the students. Six hours per week.

*Note:* Movement Theater Workshop cannot be taken in lieu of THEA 012 either as a prerequisite for Acting III or by students seeking a major or a minor with an emphasis in acting.

Prerequisites: THEA 001 or 002A, any dance course numbered 040–044, or consent of the instructor.

1 credit.

Spring 2013. Bauriedel.

## Intermediate Courses

### THEA 012. Acting II

In this course students will explore and develop the skills necessary to perform Shakespeare with specificity and confidence. In addition to vocal and physical exercises intended to strengthen and free the actor's body and voice, students will delve into Shakespearean scene study. The course provides a strong foundation in basic acting technique that can be applied to multiple dramatic genres. In addition students will explore Shakespearean scenes using rigorous textual analysis, learning to use the clues in Shakespeare's text to make smart, useful acting choices. While working on scenes from Shakespeare's plays, students will learn how to rehearse, how to develop a character and how to increase their vocal, physical and emotional flexibility.

Prerequisites: THEA 002A. Interested students may simultaneously enroll in THEA 001 if they have not previously taken the class.

1 credit.

Fall 2012. Duke.

### THEA 012A. Intermediate Special Project in Acting

By individual arrangement with the acting or directing faculty for performance work in connection with department directing projects, honors thesis projects, or Senior Company. May be taken concurrently with THEA 008 or 012.

# Theater

Prerequisite: THEA 002A, THEA 002C, and THEA 008 or 012 or 022.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 013. Special Project in Theater Practicum

By individual arrangement with the design or directing faculty for production work in connection with department directing workshops, honors thesis productions, Production Ensemble, or Senior Company.

Prerequisite: THEA 003 or any 004 design class.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 014. Special Project in Stage Management

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 014A. Special Project in Set Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004A.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 014B. Special Project in Lighting Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004B.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 014C. Special Project in Costume Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004C.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 014D. Special Project in Integrated Media Design

By individual arrangement for a production project in connection with department directing

workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004D.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 014E. Special Project in Sound Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004E.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 015. Performance Theory and Practice

This course covers a series of major texts on performance theory and practice, with emphasis on directing and acting. Assigned readings will focus on theoretical writings by or about the performance work of artists such as Zeami, Stanislavsky, Artaud, Brecht, Grotowski, Mnouchkine, Chaikin, Suzuki, and Robert Wilson as well as selected theoretical and critical texts by nonpractitioners. The course includes units on performance traditions and genres outside of Europe and North America. Weekly video screenings required.

Fulfills a general requirement for all theater majors and minors.

Prerequisite: THEA 001.

Writing course.

1 credit.

Fall 2012. Stevens.

### THEA 016. Special Project in Playwriting

An independent study in playwriting taken either as a tutorial or in connection with a production project in the department. By individual arrangement between the student and department faculty.

Prerequisites: THEA 001 and THEA 006.

1 credit.

Fall and spring semesters. Staff.

### THEA 021. Production Dramaturgy

This course will investigate a tripartite nature of dramaturgy as it is currently regarded and practiced in American theater. Structural dramaturgy: tragedy, comedy, melodrama, farce, the well-made play, and modern departures thereof. Production dramaturgy: collaborative process, methods and strategies for historical research, note taking, script editing, and adaptation. Institutional dramaturgy: script evaluation, season planning, mission statements, grant proposals, marketing and audience outreach. Through readings, discussions, writing assignments, and

# Theater

engagement with campus productions (and perhaps area productions), students will sidestep the deathless—and deadly—question, "What is a dramaturg?" to focus on how dramaturgs think and what they do with what they know.

Fulfills a general requirement for all theater majors and minors.

Prerequisites: THEA 001.

1 credit.

Spring 2013. Magruder.

### THEA 022. Production Ensemble I

Rehearsal of a full-length work for public performance with a faculty director: ensemble techniques, improvisation, using the audience as part of the given circumstances. Required for all course and honors majors in acting, directing, and dramaturgy; also required for course minors in acting, directing, and dramaturgy.

Fulfills a general requirement for all theater majors and minors.

Prerequisites for acting students: THEA 002A and audition in fall semester.

Prerequisites for directing students: THEA 001, THEA 002A, and THEA 035.

Prerequisites for dramaturgy students: THEA 001 and THEA 021.

1 credit.

Spring 2013. Hamburger. Fall 2013. Stevens. NB: beginning in fall 2013, Production Ensemble will be offered in the fall semester each year.

### THEA 023. Special Project: Intermediate Theater Practicum

By individual arrangement with the design or directing faculty for production work in connection with department directing workshops, honors thesis productions, Production Ensemble, or Senior Company.

Prerequisite: THEA 003 or any 004 design class, and THEA 013.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 024. Special Project: Intermediate Stage Management

By individual arrangement for a production project in connection with department directing workshops, honors thesis projects, Acting III, or Senior Company.

Prerequisite: THEA 003, or THEA 004B, or THEA 035.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 025. Solo Performance

Solo performance is a theater of inclusion: it creates a space in which *everyone* can speak up and be heard. In this course students will research, write, and perform a one-person show. This course fulfills the intermediate acting requirement for acting majors and minors (Acting I is still required for all majors and minors). It also counts as a prerequisite for Production Ensemble in the spring.

Fulfills a general requirement for all theater majors and minors.

1 credit.

Not offered 2012–2013.

### THEA 034A. Special Project: Intermediate Set Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004A and THEA 014A.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 034B. Special Project: Intermediate Lighting Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004B and THEA 014B.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 034C. Special Project: Intermediate Costume Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004C and THEA 014C.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 034D. Special Project: Intermediate Integrated Media Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004D and THEA 014D.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 034E. Special Project: Intermediate Sound Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

# Theater

Prerequisite: THEA 004E and THEA 014E.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 035. Directing I: Directors' Lab

This course focuses on the theater director's role in a collaborative ensemble and on the ensemble's relation to the audience. Units cover the director's relationship with actors, designers, composers, technicians, and playscripts. The student's directorial self-definition through this collaborative process is the laboratory's ultimate concern. Final project consists of an extended scene to be performed as part of a program presented by the class.

1 credit.

Fall 2012. Stevens.

### THEA 042. Production Ensemble II

Available by audition or consent of instructor to students who have successfully completed THEA 022.

Prerequisites for acting students: THEA 002A, 022, and audition in fall semester.

Prerequisites for directing students: THEA 001, 002A, 022, and THEA 035.

Prerequisites for dramaturgy students: THEA 001, 021 or THEA 035, 022.

1 credit.

Spring 2013. Hamburger.

## Advanced Courses

### THEA 051. Special Project in Production Dramaturgy

Production dramaturgy in connection with a production completed on or off campus. To be taken concurrently with or following THEA 021: Production Dramaturgy. By individual arrangement between the student and the department faculty.

Prerequisites: THEA 001 and 021.

0.5 or 1 credit.

Fall and spring semesters. Magruder.

### THEA 052. Production Ensemble III

Available by audition or consent of instructor to students who have successfully completed THEA 022 and 042.

Prerequisites for acting students: THEA 002A, 022, 042, and audition in fall semester.

Prerequisites for directing students: THEA 001, 002A, 022, THEA 035, and 042.

Prerequisites for dramaturgy students: THEA 001, 021 *or* THEA 035, 022, and 042.

1 credit.

Spring 2013. Hamburger.

### THEA 053. Special Project: Advanced Theater Practicum

By individual arrangement with the design or directing faculty for production work in connection with department directing workshops, honors thesis productions, Production Ensemble, or Senior Company.

Prerequisite: THEA 003 or any 004 design class, and THEA 013, and THEA 023.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 054A. Special Project: Advanced Set Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004A and THEA 014A and THEA 034A.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 054B. Special Project: Advanced Lighting Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004B and THEA 014B and THEA 034B.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 054C. Special Project: Advanced Costume Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004C and THEA 014C THEA 034C.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 054D. Special Project: Advanced Integrated Media Design

By individual arrangement for a production project in connection with department directing workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004D and THEA 014D and THEA 034D.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 054E. Special Project: Advanced Sound Design

By individual arrangement for a production project in connection with department directing

# Theater

workshops, Production Ensemble, honors thesis projects, or Senior Company.

Prerequisite: THEA 004E and THEA 014E and THEA 034E.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 055. Directing II: Advanced Directing Workshop

Directing II requires students to apply the exercises from THEA 035: Directing I to a variety of scene assignments. These will address a variety of theatrical genres and various approaches to dramatic text (improvisation, cutting, and/or augmentation of play scripts, adaptation of nondramatic texts for performance, etc.). Projects will be presented for public performance.

Prerequisites: THEA 001, 002A, 015, THEA 035, and any class in design.

1 credit.

Spring 2013. Stevens.

### THEA 061. Intermediate Special Project in Production Dramaturgy

Production dramaturgy in connection with a production complete on or off campus. By individual arrangement between the student and the department faculty.

Prerequisites: THEA 001, 021, and 051.

0.5 or 1 credit.

Fall and spring semesters. Magruder.

### THEA 062. Production Ensemble IV

Available by audition or consent of instructor to students who have successfully completed THEA 022, 042, and 052.

Prerequisites for acting students: THEA 002A, 022, 042, 052, and audition in fall semester.

Prerequisites for directing students: THEA 001, 002A, 022, 035, 042, and 052.

Prerequisites for dramaturgy students: THEA 001, 021 *or* 035, 022, 042, and 052.

1 credit.

Spring 2013. Hamburger.

### THEA 064. Advanced Special Project in Scenography, Sound, and Technology

A portfolio design or other design project in connection with a production completed on or off campus. To be taken concurrently or following THEA 054A, THEA 054B, THEA 054C, THEA 054D, or THEA 054E. By individual arrangement between the student and the department faculty.

Prerequisites: Any course in the THEA 004 group, THEA 014 group, and THEA 034 group.

0.5 or 1 credit.

Fall and spring semesters. Staff.

### THEA 072. Advanced Special Project in Acting

By individual arrangement with the acting or directing faculty for performance work in connection with department directing projects, honors thesis projects, or Senior Company. With faculty approval, acting in a production off campus may qualify for this credit.

Prerequisites: THEA 002A, THEA 002C, THEA 008 *or* 012 *or* 022, THEA 012A.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 074A. Special Project: Senior Project in Set Design

This course is an independent study in set design. This special project will examine the forms and techniques of design applied in actual production. By individual arrangement under the mentorship of the design faculty for work in connection with department directing workshops, honors thesis productions, Production Ensemble, or Senior Company.

Prerequisite: THEA 004A, THEA 014A, THEA 034A, and THEA 054A.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 074B. Special Project: Senior Project in Lighting Design

This course is an independent study in lighting design. This special project will examine the forms and techniques of design applied in actual production. By individual arrangement under the mentorship of the design faculty for work in connection with department directing workshops, honors thesis productions, Production Ensemble, or Senior Company.

Prerequisite: THEA 004B, THEA 014B, THEA 034B, and THEA 054B.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 074C. Special Project: Senior Project in Costume Design

This course is an independent study in costume design. This special project will examine the forms and techniques of design applied in actual production. By individual arrangement under the mentorship of the design faculty for work in connection with department directing workshops, honors thesis productions, Production Ensemble, or Senior Company.

Prerequisite: THEA 004C, THEA 014C, THEA 034C, and THEA 054C.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

# Theater

### THEA 074D. Special Project: Senior Project in Integrated Media Design
This course is an independent study in integrated media design. This special project will examine the forms and techniques of design applied in actual production. By individual arrangement under the mentorship of the design faculty for work in connection with department directing workshops, honors thesis productions, Production Ensemble, or Senior Company.

Prerequisite: THEA 004D, THEA 014D, THEA 034D, and THEA 054D.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 074E. Special Project: Senior Project in Sound Design
This course is an independent study in sound design. This special project will examine the forms and techniques of design applied in actual production. By individual arrangement under the mentorship of the design faculty for work in connection with department directing workshops, honors thesis productions, Production Ensemble, or Senior Company.

Prerequisite: THEA 004E, THEA 014E, THEA 034E, and THEA 054E.

0.5 or 1 credit. CR/NC grade.

Fall and spring semesters. Staff.

### THEA 075. Advanced Special Project in Directing
By individual arrangement with the directing faculty. With faculty approval, directing or assistant directing off campus may qualify for this credit.

Prerequisites: THEA 001, THEA 015 or THEA 021, THEA 022, THEA 035, THEA 106.

Fall and spring semesters. Staff.

### THEA 076. Polish Theater and Drama
Available to students participating in the Semester Abroad Program in Poland. No reading knowledge of Polish required.

By arrangement with Allen Kuharski.

Prerequisite: THEA 001.

1 credit.

### THEA 091. Advanced Special Project in Production Dramaturgy
Production dramaturgy in connection with a production complete on or off campus. By individual arrangement between the student and the department faculty.

Prerequisites: THEA 001, 021, 051, and 061.

0.5 or 1 credit.

Fall and spring semesters. Magruder.

### THEA 092. Off-Campus Projects in Theater
Residence at local arts organizations and theaters. Fields include management, financial and audience development, community outreach, and stage and house management.

Prerequisites: THEA 001 and appropriate preparation in the major.

1 credit.

Fall and spring semesters. Staff.

### THEA 093. Directed Reading
1 credit.

Fall and spring semesters. Staff.

### THEA 094. Special Projects in Theater
1 credit.

Fall and spring semesters. Staff.

### THEA 099. Senior Company
A workshop course emphasizing issues of collaborative play making across lines of specialization, ensemble development of performance projects, and the collective dynamics of forming the prototype of a theater company. Work with an audience in performance of a single project or a series of projects.

This course is required of all theater majors in their senior year and can not be taken for external examination in the Honors Program. Class members will consult with the instructor during spring semester of their junior year, before registration, to organize and make preparations. Course and honors minors may petition to enroll, provided they have met the prerequisites.

Prerequisites: THEA 001; 002A; any design class; 015; 006, 021, 025, or 035; 022; a 100-level seminar; and the completion of one three-course sequence in theater.

Fulfills a general requirement for all theater majors and minors.

1 credit.

Fall 2012. Swanson.

## Seminars

### THEA 121. Dramaturgy Seminar
How does a "monstre sacré" like Phaedra or Don Juan repeat across the centuries? What does Joe Orton owe to Wycherley and *Ralph Roister Doister?* In this cross-temporal comparative study of the post-classical western dramatic canon, emphasis will be placed equally on works from famous "periods" (Spanish Golden Age, Restoration comedy, French Classicism, Sturm und Drang, etc.) and on examples of forgotten or usurped genres—e.g., masque, melodrama, ballad opera, *le parade*, tragicomedy, *Grand Guignol.* Readings

# Theater

will also include critical texts by Castelvetro, Jonson, Boileau, Rousseau, Diderot, Dryden, Lessing, Schiller, Hegel, Hugo, Kierkegaard, Strindberg, Shaw, Nietzsche, and others.

Prerequisites: THEA 001 and 015 or by permission of instructor.

Fulfills a general requirement for all theater majors and minors.

Writing course.

2 credits.

Spring 2013. Magruder.

**THEA 180. Honors Thesis Preparation**
Credit either for honors attachments to courses or for honors thesis projects in directing, design, acting, and so on. By arrangement with the student's faculty adviser in theater.

THEA 180A. Honors Thesis Preparation in Acting

THEA 180 B. Honors Thesis Preparation in Directing

THEA 180 C. Honors Thesis Preparation in Playwriting

THEA 180D. Honors Thesis Preparation in Design.

THEA 180E. Honors Thesis Preparation in Dramaturgy.

THEA 180F. Honors Thesis Preparation in Solo Performance.

THEA 180E. Honor Thesis Preparation in Performance Theory.

Fall and spring semesters. Staff.

**THEA 181. Honors Thesis Project**
Credit for honors thesis projects in directing, design, acting, and so on. By arrangement with the student's faculty adviser in theater.

THEA 181A. Honors Thesis Production in Acting

THEA 181 B. Honors Thesis Production in Directing

THEA 181 C. Honors Thesis Production in Playwriting.

THEA 181D. Honors Thesis Production in Design.

THEA 181E. Honors Thesis Production in Dramaturgy.

THEA 181F. Honors Thesis Production in Solo Performance.

THEA 181E. Honor Thesis Production in Performance Theory.

Fall and spring semesters. Staff.



# Swarthmore College
## Map of the campus

16 56 69  College entrances

P  Visitor Parking

P  Faculty/staff Parking

1 Parrish Hall
2 Magill Walk
3 McCabe Library
4 Dean Bond Rose Garden
5 Trotter Hall
6 Pearson Hall
7 Swarthmore Friends
  Meetinghouse
8 Beardsley Hall
9 Hicks Hall
10 Hicks Parking (Faculty-Staff)



Mary Lyon Residence Hall detail

11 Papazian Hall
12 Lang Center for Civic and
   Social Responsibility
13 DuPont Parking (Visitors)
14 Dan and Sidney West House
15 Kyle House (student residence)
16 North Entrance
17 Woolman Residence Hall
18 Water Tower Parking
19 Peter van de Kamp Observatory
20 Science Center

21 Outdoor classroom
22 Cornell Science and
   Engineering Library
23 Martin Hall
24 Kohlberg Hall and Cosby
   Courtyard
25 Eugene M. and Theresa Lang
   Performing Arts Center
26 Lang Music Building
27 Scott Building (staff lounge)
28 Scott Amphitheater
29 Clothier Memorial Hall
   Clothier Tower and Cloister
30 Sproul Alumni House

31 Sproul Observatory
32 Wharton Residence Hall
33 Crum Woods
34 Hallowell Residence Hall
35 Dana Residence Hall
36 Faulkner Tennis Courts
37 Women's Resource Center
   and Olde Club
38 Kitao Student Art Gallery
39 Delta Upsilon House
40 Phi Omicron Psi House
41 Sharples Dining Hall
42 Heating Plant
43 Service Building
44 Field House Parking (Visitors)
45 Barn
46 Tarble Pavilion
47 Lamb-Miller Field House
48 Squash Court Building
49 Ware Pool
50 Mullan Tennis Center
51 Crum Ledge

52 Clothier Fields
53 Roberts Residence Hall
54 Pittenger Residence Hall
55 Palmer Residence Hall
56 South Entrance
57 Swarthmore SEPTA Train Station
58 Alice Paul Residence Hall
59 David Kemp Residence Hall
60 Mertz Residence Hall
61 Old Tarble
62 Worth Health Center
63 Benjamin West House
64 Benjamin West Parking (Visitors)
65 Bond Memorial Hall and Lodges
66 Worth Residence Hall
67 Cunningham Field
68 Cunningham Parking
69 Main Entrance
70 Courtney Smith House
71 Robinson House (Black Cultural Center)
72 Willets Residence Hall
73 Wister Education Center and
   Greenhouse
74 Cunningham House (Scott Arboretum
   Offices)
75 Mary Lyon Residence Hall

# Directions to Swarthmore College

Swarthmore College is located 11 miles southwest of the city of Philadelphia in the Borough of Swarthmore, Pennsylvania. The College is just a 30 minute drive from Philadelphia. New York and Washington, D.C. are each about two hours away.

DRIVING

### From the NORTH (New Jersey Turnpike or I-95)

Take the New Jersey Turnpike to Exit 6 (I-276 West/Pennsylvania Turnpike). Follow I-276 West to Exit 20 (I-476 South, toward Philadelphia/Chester). Take I-476 South to Exit 3, Media/Swarthmore. At the bottom of the exit ramp turn left onto Baltimore Pike. (Directions continue below.)

### From the SOUTH (I-95)

Follow I-95 North to Pennsylvania Exit 7 (I-476 North/Plymouth Meeting). Take I-476 to Exit 3 (Media/Swarthmore). At the bottom of the exit ramp turn right onto Baltimore Pike. (Directions continue below.)

### From the EAST (via the Pennsylvania Turnpike)

From Exit 333(Norristown), follow signs for I-476 South. Stay on I-476 approximately 17 miles to Exit 3 (Media/Swarthmore). At the bottom of the exit ramp turn left onto Baltimore Pike. (Directions continue below.)

### From the WEST (via the Pennsylvania Turnpike)

From Exit 326(Valley Forge), Take I-76 East (Schuylkill Expressway), about 4 miles to I-476 South. Take I-476 approximately 12 miles to Exit 3 (Media/Swarthmore). At the bottom of the exit ramp turn left onto Baltimore Pike. (Directions continue below.)

### From the AIRPORT

Take I-95 South. Continue to Exit 7 (I-476 North/Plymouth Meeting). Take I-476 North to Exit 3 (Media/Swarthmore). At the bottom of the exit ramp turn right onto Baltimore Pike. (Directions continue below.)

### Continue to the Visitor's Center

Stay in the right lane and in less than 1/4 mile turn right onto state Route 320 South. At the first light turn right to stay on state Route 320. Proceed through two traffic lights on College Avenue, and then turn right into the first driveway on your right toward visitor parking at the Benjamin West House. The Benjamin West House is the College's visitor center and is open 24 hours a day.

### Continue to the Admissions Office

Stay in the right lane and in less than 1/4 mile turn right onto state Route 320 South. At the first light turn right to stay on state Route 320. At the next light turn right onto College Avenue. On College Avenue take the first right onto Cedar Lane. At the next stop sign turn left onto Elm Avenue. Turn left onto Whittier Place, marked by stone pillars. Proceed to the end of Whittier Place and turn right into the DuPont parking lot, beside the Science Center. After parking in the DuPont parking lot, it is a short walk to the Admissions Office in Parrish Hall. Follow the path in front of the Science Center, continue past Kohlberg Hall, and you will see the back entrance of Parrish straight ahead. The Admissions Office is on the second floor.

TRAIN

The College is readily accessible from Philadelphia by train. Amtrak trains from New York and Washington arrive hourly at Philadelphia's 30th Street Station. From 30th Street Station, the SEPTA Media/Elwyn Local takes approximately 23 minutes to reach the Swarthmore station, which is adjacent to campus.

AIR

An express train runs from the Philadelphia International Airport to 30th Street Station, where you can take the SEPTA Media/Elwyn Local train directly to the Swarthmore campus. Taxi service is also available.

# Index

Absence from examinations, 8.4
Academic misconduct, 6.1.1, 6.8
Academic support, 6.7.3
Administration and staff, 14
Administrative divisions, 14.1
Admissions, 3
Advanced Placement, 3.5
Advanced standing, 3.5, 7.6
Advancement Services, 14.1, 14.10.1
Advising, 6.7, 7.4
Alumni and Gift Records, 14.1, 14.10.1
Alumni Association officers, 12
Alumni Council, 12
Alumni Relations, 12, 14.1, 14.10.2
Alumni, total, 12
Annual and Parent Giving, 14.1, 14.10.3
Associate dean for academic affairs, 14.1, 14.9
Associate dean for multicultural affairs, 14.1
Associate dean for student life, 14.1, 14.9
Associate provost, 14.1, 14.30
Athletics, 6.5.3
Attendance at classes, 7.9.1, 8.1
Auditing courses, 8.3
Automobiles, regulations, 6.2.4
Awards and prizes, 17.4

Bachelor of arts degree, 9.1
Bachelor of science degree, 9.1
Bequests, 2.1
Black Cultural Center, 6.6.1, 14.1, 14.9
Board of Managers, 11
Bookstore, 2.5.4, 6.6.6, 14.1, 14.3
Business Office, 14.1, 14.7

Calendars, see preface
Capital Giving, 14.1, 14.10.3
Career Services, 6.7.6, 14.1, 14.4
Center for Social and Policy Studies, 2.5.1, 14.1, 14.5
Cocurricular opportunities, 6.5
Code of Conduct, 6.1.1, 6.2.1
College entrance examinations, 3.1
Communications Office, 2.4, 14.1, 14.6
Community-based learning, 6.6.5
Comprehensive examinations, 7.1, 9.1
Computing services, see Information Technology Services
Controller's Office, 14.1, 14.7
Cooper (William J.) Foundation, 2.6
Cooperation with neighboring institutions, 7.12
Cornell Science and Engineering Library, 2.2, 14.1, 14.25.2
Corporate, Foundation, and Government Relations, 14.1, 14.10.3
Corporation, officers of, 10
Counseling and Psychological Services 6.3.3, 14.1, 14.8
Course numbering system, 20
Creative arts, 6.5.2, 7.11
Credit/no credit, 8.2.3
Cross-listed course rules, 7.2
Curriculum, 1.2, 7

Dean of Students Office, 14.1, 14.9
Degree requirements, 9
Degrees conferred, 16
Degrees offered, 9
Development, 14.1, 14.10.3
Dining Services, 2.5.4, 6.2.3, 14.1, 14.11
Directed reading, 7.8.1
Directions for correspondence, see preface
Directions for reaching the College, see endnote
Disability services, 6.7.3, 14.1
Distribution requirements, 7.2
Divisions and departments, 13.3
Domestic exchange, 7.13
Drop/add, see Registration

Emeriti faculty, 13.1
Endowed chairs, 18
Endowment, 2.1
Enrollment statistics, 19
Environmental Services, 14.1, 14.14
Equal Opportunity Office, 14.1, 14.12
Equal Opportunity statement, see preface
Examinations, 8.4
Exceptions to the 4-year program, 7.6
Exchange programs, 7.13
Exclusion from the College, 8.8
Expenses, 4
Extracurricular activities, 6.5

Facilities management, 14.1, 14.14
Faculty advisers, 6.7.2
Faculty members, 13.2
Faculty regulations, 8
Fees (tuition, residence, etc.), 4
Fellowships, 17.6
Fellowships and Prizes Office, 14.1, 14.9
Final examinations, 8.4.1
Financial aid, 5
Footnote key, 20
Foreign language requirement, 9.1
Fraternities, 6.6.2
Friends Historical Library, 2.2.1, 14.1, 14.25.4

Gender education, 14.1, 14.9
Geographic distribution of students, 19.2
Ghana Program, 7.14, see also Dance and Engineering
Gift Planning Office, 14.1, 14.10.3
Grades, 8.2
Graduation requirements, 7, 9
Grounds, 2.5.5, 14.1, 14.14

Health Sciences Office, 6.7.4, 7.10, 14.1, 14.17
Health Services, 6.3.2, 14.1, 14.18
Honors examiners, 7.5, 15
Honors Program, 7.5
Housing, 6.2.1
Human Resources, 14.1, 14.19

Incomplete grade policies, 8.2.2
Independent study, 7.8.1
Information Technology Services, 2.3, 14.1, 14.20

# Index

Institutional research, 14.1, 14.21
Insurance, 6.2.2, 6.3.4
Intercultural Center, 6.6.3, 14.1, 14.9
Interdisciplinary work, 7.9
International admissions, 3.6
Investment Office, 14.1, 14.22

Judicial system, 6.8

Lang Center for Civic and Social
    Responsibility, 2.5.1, 6.5.5, 6.6.5, 7.2, 14.1,
    14.23
Leaves of absence, 8.5.1
Libraries, 2.2, 14.1, 14.25
List Gallery, 2.5.2, 14.26
Loans to students, 5.2

Madrid Program, 7.14
Maintenance, 14.1, 14.14
Map of College grounds, see endnote
Master's degrees, 9.2
McCabe Library, 2.2, 14.1, 14.25.1

Normal course load, 7.7

Observatory, 2.5.1, see also Physics and
    Astronomy
Occupational and environmental safety, 14.1,
    14.13
Off-Campus Study Office 7.14, 14.1, 14.27
Office Services, 14.1, 14.7

Pass/fail, see credit/no credit
Payroll, 14.1, 14.19
Physical education requirements, 7.2, 8.7
Planning and Construction, 14.1, 14.14
Poland Program, 7.14, see also Engineering,
    Environmental Studies, Music and Dance,
    and Theater
Post office, 14.1, 14.28
Prelaw advising 6.7.5
Premedical advising, 6.7.4, 7.10
President's Office, 14.1, 14.29
Program of study, 7
Provost's Office, 14.1, 14.30
Psychological Services, 6.3.3, 14.1, 14.8
Public Safety, 6.4, 14.1, 14.31
Publications, student, 6.5.4

Readmission to the College, 8.5.3
Registrar's Office, 14.1, 14.32
Registration, 8.3
Religious advisers, 6.6.4
Repeated course rules, 8.2.4
Residential life, 6.2, 14.1, 14.9

SAT, 3.1
Scholarships, 5.1, 5.4
Scott Arboretum, 2.5.5, 14.1, 14.33
Secretary of the College, 14.1, 14.6
Sharples Dining Hall, 2.5.4, 6.2.3
Social Affairs Committee, 6.5.1
Sophomore Plan, 7.2

Special major, 7.4.1
Standing committees of the faculty, 13.4
Student accounts, 4.5, 14.1, 14.7
Student activities, 6.5, 14.1, 14.9
Student conduct, 6.1.1
Student Council, 6.5.1
Student employment, 5.3
Student exchange programs, 7.13
Student Right to Know, 7.15
Student rights, 6.1.1
Student-run courses, 7.8.2
Study abroad, see Off-Campus Study Office
Summer programs, 14.1, 14.14
Summer school work, 8.6
Swarthmore College Peace Collection, 2.2.1,
    14.1, 14.25.5
Swarthmore Foundation, 6.6.5

Tarble Social Center, 6.6.6
Teacher certification, see Educational Studies
Transfer, application for, 3.7
Transfer credit, 7.2, 8.6
Tuition and other fees, 4.1
Twenty-course credit rule, 7.2

Underhill Music and Dance Library, 2.2, 2.5.2,
    14.1, 14.25.3

van de Kamp Observatory, 2.5.1, see also
    Physics and Astronomy
Vice President for Communications, 14.1, 14.6
Vice President and Dean of Admissions, 14.1,
    14.2, 14.16
Vice President for Development and Alumni
    Relations, 14.1, 14.10
Vice President for College and Community
    Relations and Executive Assistant to the
    President, 14.1, 14.29
Vice President for Facilities and Services, 14.1,
    14.13
Vice President for Finance and Treasurer, 14.1,
    14.15
Vice President for Human Resources, 14.1,
    14.19

Withdrawal from the College, 4.3, 8.5.2
Withdrawal from courses, 8.2, 8.3
Women's Resource Center, 6.6.7
Worth Health Center, 6.3.1
Writing Center, 2.5.1, 6.7.3